UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BASS, | ) | |
| | ) | Case No. 19 CV 7557 |
| Plaintiff, | ) | |
| v. | ) | Judge John Kness |
| | ) | |
| SGT. A. DAKURAS, individually, and | ) | Magistrate Judge Sunil R. Harjani |
| THE CITY OF CHICAGO, a | ) | |
| Municipal Corporation, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiff, Janette Bass, by and through her attorneys, Gregory E. Kulis & Associates, Ltd, and Defendants, Andrew Dakuras, by and through one of his attorneys, Allison L. Romelfanger, Assistant Corporation Counsel Supervisor, and the City of Chicago, by and through its attorney, Corporation Counsel for the City of Chicago, Celia Meza, and jointly submit the following:

*Status of Case*

1.  As of July 30, 2021, Discovery has been completed. (Dkt. at 86).

2.  As the court noted in its April 14, 2022 minute entry, the parties participated in a settlement conference on March 28, 2022, in which the parties were not successful in resolving this matter. (Dkt. at 107).

3.  Given the nature of this case and the available evidence, the parties' anticipate filing motion(s) for summary judgment either in whole or in part, prior to a trial.

4.  The undersigned defense counsel has an upcoming trial in May that is expected to last for a majority of the month.[1]

---

[1] *Rucker v. City of Chicago et al.,* April 11, 2022, No. 1:17-cv-07876.

1

5.   Therefore, the parties propose the following briefing schedule for dispositive motions:

   a. Dispositive motions must be filed on or before June 24, 2022;

   b. Any response to be filed on or before July 25, 2022; and,

   c. Any reply in support of the dispositive motions to be filed on or before August 15, 2022.

Respectfully submitted,

| **Attorneys for Plaintiff** | **Attorneys for Andrew Dakuras** |
|---|---|
| */s/ Gianna Gizzi* | */s/ Allison L. Romelfanger* |
| One of Plaintiff's Attorneys | Assistant Corporation Counsel Supervisor |
| Gianna Gizzi, No. 6332727 | City of Chicago, Department of Law |
| Gregory E. Kulis, No. 6180966 | 2 North LaSalle Street, Suite 420 |
| Gregory E. Kulis & Associates, Ltd. | Chicago, IL 60602 |
| 30 N. LaSalle, Suite 2140 | p. (312) 744-5890 |
| Chicago, IL 60602 | |
| p. (312) 580 1830 / f. (312) 580-1839 | |
| ggizzi@kulislawltd.com | |
| gkulis@kulislawltd.com | |

**Attorneys for Defendant City**
*/s/ Marion Moore*
Marion Moore
Chief Assistant Corporation Counsel
Mitchell Paglia
Assistant Corporation Counsel
2 N. LaSalle, Suite 420
Chicago, IL 60602
P (312) 744-5170
marion.moore@CityofChicago.org