UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BASS, | ) | |
| | ) | Case No. 19 CV 7557 |
| Plaintiff, | ) | |
| v. | ) | Judge John Kness |
| | ) | |
| SGT. ANDREW DAKURAS, | ) | |
| individually, and THE CITY OF | ) | |
| CHICAGO, a Municipal Corporation, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, Janette Bass, by and through her undersigned attorneys, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 of the United States Northern District of Illinois, respectfully request that this Honorable Court grant summary judgment in favor of Plaintiff and against the Defendants, City of Chicago and Chicago Police Lieutenant Andrew Dakuras, on Plaintiff's false arrest claim (Count I) and indemnification claim (Count IV).

In the present case, the body-worn camera video evidence and witness testimony establish that Andrew Dakuras violated Ms. Bass's Fourth Amendment rights when he seized her for a mental health detention and transport, resulting in Ms. Bass's involuntary commitment. Moreover, Andrew Dakuras is not entitled to qualified immunity for his actions directed at Ms. Bass on June 23, 2019. In support of this motion, Plaintiff submits the attached memorandum, Rule 56.1 Statement of Undisputed Material Facts, and exhibits, which are incorporated herein by reference.

Respectfully submitted,

*/s/ Gianna Gizzi*

1

**Gianna Gizzi, No. 6332727**
**Gregory E. Kulis & Associates, Ltd.**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**p: (312) 580-1830 / f: (312) 580-1839**
**e: ggizzi@kulislawltd.com**