UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BASS, ) | |
| ) | Case No. 19 CV 7557 |
| Plaintiff, ) | |
| v. ) | Judge John Kness |
| ) | |
| ANDREW DAKURAS, individually, ) | Magistrate |
| And THE CITY OF CHICAGO, a ) | |
| Municipal Corporation, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## **PLAINTIFF'S LR 56.1 STATEMENT OF MATERIAL FACTS**

1. In June 2019, Janette Bass lived in a condominium located at 260 East Chestnut, Chicago, IL. (Ex. 1, Pl.'s Compl., ¶5, Nov. 15, 2019, No. 19-cv-07557).

2. In June 2019, Ms. Bass filed a police report regarding her condominium management company's trespasses of her home. (Ex. 1, Pl.'s Compl., ¶6).

3. On June 23, 2019, Ms. Bass called Chicago Police Department to request assistance on correcting a police report she had previously made. (Ex. 1, Pl.'s Compl., ¶¶6-7).

4. During such call, a Chicago Police Department sergeant informed Ms. Bass that to revise or amend her previously filed report, she needed to call 911 again and ask an officer to revise the police report. (Ex. 2, Dep. Andrew Dakuras, 35:14-21, Dec. 10, 2020, No. 19-cv-07557) (Ex. 1, Pl.'s Compl., ¶8).

5. In doing so, Ms. Bass requested a supervisor's assistance. (Ex. 2, Dep. Andrew Dakuras, 28:4-6).

6. On June 23, 2019, Andrew Dakuras ("Dakuras") was employed by the Chicago Police Department and acting within the scope of his employment and under color of law. (Ex. 3,

1

Defendants Am. Answer, ¶4, May 12, 2020, No. 19-cv-07557) (Ex. 2, Dep. Andrew Dakuras, 27:3-6).

7. On June 23, 2019, Dakuras was working the second shift, which started at 3:00 pm and ended at 12:30 am, when he learned of Ms. Bass's request for a supervisor. (Ex. 2, Dep. Andrew Dakuras, 27:7-13).

8. At some point during his shift on June 23, 2019, Dakuras traveled to Ms. Bass's residence located at 260 East Chestnut Street. (Ex. 2, Dep. Andrew Dakuras, 27:22-28:1).

9. When arriving at the condominium building, Dakuras activated his body-worn camera. (Ex. 2, Dep. Andrew Dakuras, 28:13-16).

10. Dakuras arrived at Ms. Bass's unit and knocked on the door. (Ex. 2, Dep. Andrew Dakuras, 29:22-24).

11. Ms. Bass opened up her front door and invited Dakuras into her residence. (Ex. 2, Dep. Andrew Dakuras, 31:11-12, 22).

12. Dakuras enters Ms. Bass's residence and closes the door behind him. (Ex. 2, Dep. Andrew Dakuras, 31:22-32:1).

13. Then Ms. Bass begins explaining her concerns about her the property management's actions and the staff's conduct to Dakuras and the background for the police report she previously submitted. (Ex. 4, Dakuras's Body-Worn Camera at 5:35, June 23, 2019).

14. Within two minutes of first interacting with Ms. Bass, Dakuras becomes dismissive. (Ex. 4, Dakuras's Body-Worn Camera at 6:24).

15. Ms. Bass starts to explain that the previous police report omitted an important fact and Dakuras told her to call the detective and they would amend it. (Ex. 4, Dakuras's Body-Worn Camera at 8:50).

16. Ms. Bass attempted to explain that she already called a detective and spoke with Sgt. Eric Seng, who instructed her to call the police and make another report. (Ex. 4, Dakuras's Body-Worn Camera at 9:21).

17. In response, Dakuras states that he knows Sgt. Seng and he did not tell Ms. Bass that. (Ex. 4, Dakuras's Body-Worn Camera at 9:23).

18. Ms. Bass informs Dakuras that she recorded her phone conversation with Sgt. Seng and could show him that Sgt. Seng did instruct her to make a supplementary report. (Ex. 4, Dakuras's Body-Worn Camera at 9:23).

19. Ms. Bass begins playing a recording of her conversation with Sgt. Seng to show Dakuras that she was, in fact, instructed by Sgt. Seng to make a supplementary report. (Ex. 4, Dakuras's Body-Worn Camera at 9:45).

20. Dakuras calls Sgt. Seng, and when he answers, Dakuras states: "Hey, um, you're being recorded here. Your name's getting dropped that some lady named Janette Bass talked to you about the criminal trespass. Your advice is that she was given a report though, right?" (Ex. 4, Dakuras's Body-Worn Camera at 10:12-10:24).

21. While Dakuras is on the phone with Sgt. Seng, Ms. Bass attempts to get Dakuras's attention so he can hear the relevant portion of her recorded conversation with Sgt. Seng. (Ex. 4, Dakuras's Body-Worn Camera at 10:25).

22. Dakuras yells at Ms. Bass, "Ma'am, I'm talking on the phone! Do not interrupt me!" (Ex. 4, Dakuras's Body-Worn Camera at 10:24).

23. Ms. Bass replies, "I'm letting you hear that he said to do a supp report" (Ex. 4, Dakuras's Body-Worn Camera at 10:32).

24. Dakuras then scolds Ms. Bass, who then replies, "Do not scream at me, sir." (Ex. 4, Dakuras's Body-Worn Camera at 10:37).

25. Then Dakuras states, "Alright Eric, she doesn't want me to talk to you. (incomprehensible). You have a good one, bye!" Ms. Bass says, "No, no, you can talk to him!" (Ex. 4, Dakuras's Body-Worn Camera at 10:46-10:50).

26. Ms. Bass continues playing the recording and pleading with Dakuras to listen. (Ex. 4, Dakuras's Body-Worn Camera at 10:46).

27. In response, Dakuras says, "Ma'am, you're not listening to me. That is your report. You have a good day ma'am." (Ex. 4, Dakuras's Body-Worn Camera at 11:03).

28. As he turns to leave Ms. Bass's residence, Ms. Bass asks Dakuras for his information. Dakuras repeats his name and Ms. Bass takes a photograph of his badge. (Ex. 4, Dakuras's Body-Worn Camera at 10:46-11:10).

29. Dakuras proceeds toward the front door of Ms. Bass's residence where he entered. (Ex. 4, Dakuras's Body-Worn Camera at 11:29).

30. In frustration, Ms. Bass exclaims, "They can come into my unit—they can break into my unit….and tape me naked and you're not going to put that down on the report?" (Ex. 4, Dakuras's Body-Worn Camera at 11:35).

31. Instead of continuing out the door, Dakuras stops and asks Ms. Bass if she is "in crisis," to which Ms. Bass does not answer so Dakuras asks again. (Ex. 4, Dakuras's Body-Worn Camera at 11:35-11:40).

32. Ms. Bass starts to respond, "If you had been broken in when you were naked and you people—" but Dakuras cuts her off and asks again for the third time, "Ma'am are you in

crisis?" Ms. Bass replies, "Because of you!" (Ex. 4, Dakuras's Body-Worn Camera at 11:43-11:50).

33. Dakuras responds "Ma'am, are you in crisis because of me?". Ms. Bass replies "Yeah, because of you lying" (Ex. 4, Dakuras's Body-Worn Camera at 11:48).

34. Dakuras asks Ms. Bass if she is under the treatment of any doctors, and Ms. Bass responds that she is not. (Ex. 4, Dakuras's Body-Worn Camera at 11:53).

35. Then, Ms. Bass asks Dakuras to leave her residence and Dakuras refuses. (Ex. 4, Dakuras's Body-Worn Camera at 12:04).

36. Instead, Dakuras gets on his radio and requests an ambulance for a mental health transport. (Ex. 4, Dakuras's Body-Worn Camera at 12:19).

37. Dakuras also requests assistance from other officers over his radio. (Ex. 5, Dep. Vasile Talos, 16:9-18, Feb. 10, 2021, No. 19 CV 7557).

38. One of the responding officers was Officer Vasile Talos. (Ex. 5, Dep. Vasile Talos, 15:11-24, 16:3-18).

39. Over the course of the next five minutes, Ms. Bass requests Dakuras to leave her home approximately 60 times, but Dakuras refuses to leave her residence. (Ex. 4, Dakuras's Body-Worn Camera at 12:04-16:46).

40. Ms. Bass had not engaged in any criminal conduct, nor did Dakuras suspect Ms. Bass of engaged in criminal conduct. (Ex. 2, Dep. Andrew Dakuras, 66:5-7, 88:7-9, 114:17-19).

41. At one point during this interaction, Dakuras accuses Ms. Bass of trying to hit him, but Ms. Bass did not attempt to hit Dakuras or make any motion that could be construed as such. (Ex. 4, Dakuras's Body-Worn Camera at 12:42).

42. Dakuras repeatedly tells Ms. Bass to calm down. (Ex. 4, Dakuras's Body-Worn Camera at 12:42).

43. Dakuras tells Ms. Bass that she needs help, to which she replies that she does not. (Ex. 4, Dakuras's Body-Worn Camera at 12:55).

44. Ms. Bass also states that she does not need to go to a hospital but that she needs Dakuras to leave. (Ex. 4, Dakuras's Body-Worn Camera at 12:55).

45. In fear for her safety, Ms. Bass calls one of her friends, Michael Charles Litt, and then 911. (Ex. 4, Dakuras's Body-Worn Camera at 14:11).

46. Ms. Bass tells the 911 operator that Dakuras is scaring her. (Ex. 4, Dakuras's Body-Worn Camera at 16:23).

47. Dakuras repeatedly asserts, "Ma'am you're having a crisis," despite Ms. Bass informing him that she is not. (Ex. 4, Dakuras's Body-Worn Camera at 14:26).

48. Then Ms. Bass tries to go into her bedroom to distance herself from Dakuras, but Dakuras follows her there. (Ex. 4, Dakuras's Body-Worn Camera at 16:30).

49. In a last desperate attempt to get to safety, Ms. Bass leaves her residence and heads toward the elevators. (Ex. 4, Dakuras's Body-Worn Camera at 16:46).

50. Dakuras chased Ms. Bass out of her residence and as he is approaching the elevators, Ms. Bass runs to the stairwell and begins descending the stairs. (Ex. 4, Dakuras's Body-Worn Camera at 17:00).

51. Dakuras catches up to Ms. Bass in a hallway on the 27th floor of the condo building and states, "Janette, this is not how rational people act Janette." (Ex. 4, Dakuras's Body-Worn Camera at 18:17).

52. Ms. Bass pleads to Dakuras, "Why are you doing this…I did nothing wrong." Dakuras responds, "I didn't say you did anything wrong." (Ex. 4, Dakuras's Body-Worn Camera at 18:17).

53. Dakuras grabs Ms. Bass by her arm and her shirt and pulls her towards himself.

54. Dakuras pushes Ms. Bass onto the ground and utilize his body weight to pin her down. (Ex. 4, Dakuras's Body-Worn Camera at 18:25)

55. Dakuras handcuffs Ms. Bass as she is on the ground. (Ex. 4, Dakuras's Body-Worn Camera at 18:25)

56. Dakuras uses his left hand to shove Ms. Bass's head down. (Ex. 4, Dakuras's Body-Worn Camera at 18:25).

57. Within approximately five minutes of hearing Dakuras's request, Officer Talos arrived at 260 E. Chestnut. (Ex. 5, Dep. Vasile Talos, 16:19-23).

58. Officer Talos rode with Ms. Bass in the ambulance to the hospital and was the officer that authored the incident report. (Ex. 2, Dep. Andrew Dakuras, 114:12-16).

59. Dakuras did not fill out any reports or the petition for involuntary commitment for Ms. Bass. (Ex. 2, Dep. Andrew Dakuras, 30:20-31:2) (Ex. 7, Petition for Involuntary Commitment of Janette Bass, June 23, 2019).

*Ms. Bass's Behavior and History*

60. Throughout their encounter, Dakuras did not observe Ms. Bass to have any visible injuries. (Ex. 2, Dep. Andrew Dakuras, 49:8-11).

61. Ms. Bass did not have any weapons in her possession at any point during the incident. (Ex. 2, Dep. Andrew Dakuras, 49:12-13).

62. Ms. Bass never threatened to kill herself. (Ex. 2, Dep. Andrew Dakuras, 49:16-18).

63. Dakuras never asked Ms. Bass if she was suicidal. (Ex. 2, Dep. Andrew Dakuras, 108:14-16).

64. When asked if Ms. Bass ever threatened to harm herself, Dakuras answered, "Well, running up and down stairs with no shoes on could be deemed a harm to herself." (Ex. 2, Dep. Andrew Dakuras, 49:19-21).

65. When asked what acts Ms. Bass she engaged in that suggested suicidality, Dakuras replied, "The totality of all her irrational actions, running, pushing me, trying to get me out, unwilling to let the paramedics look at her, running out of her apartment with no shoes on, running down the different stairs." (Ex. 2, Dep. Andrew Dakuras, 107:21-108:7).

66. Officer Talos never heard Ms. Bass express that she wanted to harm herself nor was she displaying any behavior that suggested she was suicidal. (Ex. 5, Dep. Vasile Talos, 26:9-12, 26:16-18).

67. Ms. Bass did not threaten anyone. (Ex. 5, Dep. Vasile Talos, 26:13-15).

68. Michael Charles Litt, a longtime friend of Ms. Bass, has never heard Ms. Bass express wanting to harm herself nor has he known her to suffer from suicidal ideations or thoughts. (Ex. 6, Dep. Michael Charles Litt, 61:1-7, March 3, 2021, No. 19 CV 7557).

69. Dakuras did not believe that Ms. Bass was under the influence of alcohol on June 23, 2019. (Ex. 2, Dep. Andrew Dakuras, 105:19-24).

                                                                   Respectfully Submitted

                                                                   One of Plaintiff's Attorneys

**Gianna Gizzi, No. 6332727**
**Gregory E. Kulis & Associates, Ltd.**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**p: (312) 580-1830 / f: (312) 580-1839**
**e: ggizzi@kulislawltd.com**