UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BASS, | ) | |
| | ) | Case No. 19 CV 7557 |
| Plaintiff, | ) | |
| v. | ) | Judge John Kness |
| | ) | |
| SGT. A. DAKURAS, individually, and | ) | Magistrate Judge Sunil R. Harjani |
| THE CITY OF CHICAGO, a | ) | |
| Municipal Corporation, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## **DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

NOW COME defendants, City of Chicago, and defendant Chicago Police Lieutenant[1] Andrew Dakuras (collectively "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Northern District of Illinois, respectfully request that this Court grant summary judgment on all counts against the plaintiffs and for Defendants.

Under Rule 56(a) of the Federal Rules of Civil Procedure, the Defendants move for summary judgment on all claims against them. Summary judgment is proper on plaintiffs' claims as: (i) Lt. Dakuras reasonably believed Janette[2] Bass ("Bass") was a harm to herself, or in the alternative, he is entitled to qualified immunity; (ii) the objective video evidence shows Lt. Dakuras' minimal use of force to detain Bass was reasonable, or in the alternative, he is entitled to qualified immunity; (iii) Lt. Dakuras did not act extreme and outrageous, nor did he intend to cause Bass severe emotional distress; and (iv) because Bass cannot succeed on any of her underlying claims, her indemnification claim must fail.

---

[1] At the time of filing of plaintiff's, Janette Bass's, complaint, Andrew Dakuras was a sergeant. Subsequently he was promoted to lieutenant and will be referred to herein as "Lt. Dakuras."

[2] Janette Bass's name is misspelled in the caption of the case. The correct spelling of Ms. Bass's name is Janette.

1

As a result, Defendants are entitled to judgment in their favor as a matter of law. In support of this motion, Defendants submit the attached memorandum, Rule 56.1 statement of uncontested facts, and exhibits, which are incorporated herein by reference.

June 29, 2022                                      Respectfully submitted,

By:    */s/ Allison L. Romelfanger*
        Allison L. Romelfanger
        Assistant Corporation Counsel Supervisor
        Attorney No. 6310033

Nicholas Perrone, Assistant Corporation Counsel
City of Chicago, Dept. of Law
2 N. LaSalle, Suite 420
Chicago, Illinois 60602
Tel: (312) 744-5890 (Attorney Romelfanger)
Fax: (312) 744-6566
Allison.romelfanger@cityofchicago.org
Nicholas.perrone@cityofchicago.org
***Attorneys for Defendant Lt. Dakuras***

By:    */s/ Marion Moore*
        Marion Moore
        Chief Assistant Corporation Counsel

Mitchell Paglia, Assistant Corporation Counsel
City of Chicago, Dept. of Law
2 N. LaSalle, Suite 420
Chicago, Illinois 60602
Tel: (312) 744-2026
Fax: (312) 744-6566
Marion.moore@cityofchicago.org
Mitchell.paglia@cityofchicago.org
***Attorneys for the City of Chicago***

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing with the United States District Court, Northern District of Illinois', ECF filing system on this 29th day of June, 2022, thereby causing a copy of the foregoing to be served upon all counsel of record.

>*/s/ Allison L. Romelfanger*
>Allison L. Romelfanger
>Assistant Corporation Counsel Supervisor