# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3    JEANETTE BASS,                )
                                    )
 4                  Plaintiff,      )
                                    )
 5           vs.                    )    No. 19 CV 7557
                                    )
 6    SGT. A. DAKURAS,              )
      Individually, and the CITY    )
 7    OF CHICAGO, a Municipal       )
      Corporation,                  )
 8                                  )
                    Defendants.     )
 9

10            The video-recorded deposition of

11    JANETTE BASS, taken pursuant to the Federal Rules

12    of Civil Procedure, before Katie K. Elliott,

13    Certified Shorthand Reporter No. 084-004537, via

14    Zoom Video Teleconference, on Tuesday,

15    December 8, 2020, commencing at 12:09 p.m. pursuant

16    to notice.

17         APPEARANCES:

18            KULIS LAW, LTD., by
              MS. GIANNA GIZZI and
19            MR. GREGORY E. KULIS
              (30 North LaSalle Street, Suite 2140
20             Chicago, Illinois  60602
               312.580.1830
21             ggizzi@kulislawltd.com
               gkulis@kulislawltd.com)
22               appeared on behalf of the plaintiff;

23

24
```

Deposition of JANETTE BASS, 12/08/2020

Page 2

```
1     APPEARANCES: (Cont'd)
2           HONORABLE MARK A. FLESSNER
            CORPORATION COUNSEL, by
3        MS. LANIYA MOORE and
         MS. EMILY E. DORY
4     Assistants Corporation Counsel
         (2 North LaSalle Street, Suite 420
5        Chicago, Illinois 60602-2502
         312.744.9010
6        laniya.moore@cityofchicago.org
         emily.dory@cityofchicago.org
7           appeared on behalf of the defendants.
8     ALSO PRESENT:
9           Derek Letellier, Video Technician.
10             * * * * * * *
11              I N D E X
12    Witness:                          Page
13       JANETTE BASS
14          Examination by:
15          Ms. Moore...................    5
16              E X H I B I T S
17    No.  Description          Marked/Referenced
18     1  Interrogatories and Verification   195
           Form...............................
19     2  Video - Bates Stamped FCRL 00004......  272
20
            (Exhibits attached/scanned.)
21
22                   - - -
23
24
```

Page 3

```
1       THE VIDEO TECHNICIAN: This is media unit 1.
2  We are now on the video record.
3       This is the videotaped deposition of
4  Janette Bass being taken on December 8, 2020. The
5  time is now 12:09 p.m. as indicated on the video
6  screen.
7       This deposition is being taken
8  remotely by agreement of the parties by a court
9  reporter certified to administer the oath and take
10 depositions in the State of Illinois. This
11 deposition is being taken on behalf of the
12 defendant and video recorded on behalf of the
13 defendant in the matter of Bass versus City of
14 Chicago, et al. The case number is 19 C 7557 filed
15 in the United States District Court, Northern
16 District of Illinois, Eastern Division.
17      My name is Derek Letellier certified
18 legal videographer representing Urluab Bowen &
19 Associates with offices at 20 North Clark Street,
20 Suite 600, Chicago Illinois. The court reporter
21 today is Katie Elliott, also of Urluab Bowen &
22 Associates.
23      Counsel, please identify yourselves
24 for the video record, state the parties that you
```

Page 4

```
1  represent, and state your agreement to taking this
2  deposition remotely.
3       MS. MOORE: Okay. I guess I'll go ahead and
4  start. My name is Laniya Moore. Laniya is
5  spelled, L-a-n-i-y-a. I represent Lieutenant
6  Dakuras in the caption. He -- he was a sergeant at
7  the time, but Dakuras is spelled D-a-k-u-r-a-s.
8       And I agree to be video recorded and
9  conduct this deposition via Zoom.
10      MS. GIZZI: I'm attorney Gianna Gizzi. It's
11 G-i-z-z-i. I'm here representing the plaintiff in
12 this matter Janette Bass.
13      MR. KULIS: Gregory Kulis, K-u-l-i-s, for the
14 plaintiff. I also affirm and adhere to it.
15      MS. DORY: And then Emily Dory, D-o-r-y, on
16 behalf of defendant Dakuras.
17      THE VIDEO TECHNICIAN: If the court reporter
18 could please remotely swear in the witness.
19      (Witness sworn.)
20      THE VIDEO TECHNICIAN: You may proceed.
21             JANETTE BASS
22 called as a witness herein, having been first duly
23 sworn, was examined and testified as follows:
24
```

Page 5

```
1            EXAMINATION
2  BY MS. MOORE:
3       Q.  Ms. Bass, can you please state your
4  name and spell it for the record.
5       A.  Yes. Janette Bass, J-a-n-e-t-t-e; and
6  B-a-s-s.
7       MS. MOORE: Just to piggyback off the vid --
8  videographer, this deposition is being taken
9  pursuant to the Federal Rules of Civil Procedure,
10 the Federal Rules of Evidence, and all applicable
11 local rules of the United States District Court for
12 the Northern District of Illinois.
13 BY MS. MOORE:
14      Q.  My name, obviously you just heard me
15 say it, is Laniya Moore. I represent Lieutenant
16 Dakuras in this particular matter.
17      Ms. Bass, do you -- you understand
18 that I am taking your deposition today?
19      A.  Yes, I do. Attorney Moore.
20      Q.  Do you understand that you're under
21 oath, meaning you've been sworn to tell the truth
22 when answering my questions today?
23      A.  Yes, I do.
24      Q.  Have you ever been deposed before?
```

Urlaub Bowen & Associates, Inc.  312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 6

1    A.   No, I have not.

2    Q.   Okay.  So what I'm going to do is go

3 down a couple of ground rules so that we're all on

4 the same page and that -- so that we're all on the

5 same page so that you understand how the deposition

6 is going to be conducted, okay?

7    A.   Thank you.

8    Q.   Okay.  So if you have any questions or

9 if there's anything that you do not understand

10 during this deposition, please stop me at any time

11 and tell me to rephrase or you don't understand it.

12 I'll be happy to rephrase the question if you need

13 it.  Otherwise, if you answer my question, I'm

14 going to assume that you understand what I asked

15 you.  That's fair, right?

16    A.   Correct.

17    Q.   All right.  I have a tendency to do

18 this.  I'm going to ask that you talk out loud.  I

19 know you have a mask on so sometimes I may not be

20 able to hear you, so I may say huh or whatever the

21 case may be.

22        But please don't say uh-huh, uh-hmm,

23 shrug your head up and down.  We need clear answers

24 as far as yes or no so that it's clear for the

Page 7

1 record, okay?

2    A.   Thank you.

3    Q.   Also, the court reporter can only take

4 one person down at a time, so I am not going to

5 talk over you, so I ask you to do the same.  And if

6 I do, don't get offended.  I will try my best not

7 to talk over you, so I ask that you do the same,

8 okay?

9    A.   Ditto.

10    Q.   Okay.  And if you need to take a break

11 for any particular reason, the only thing that I

12 ask you to do is if there's a question pending, to

13 answer that question before you take the break,

14 okay?

15    A.   Okay.

16    Q.   All right.  Before we begin, I'm

17 going -- I have to ask you some preliminary

18 questions.  I ask this of all the people that I

19 depose, so I ask that you please don't get offended

20 by these type of questions that I'm asking, okay?

21        Are you currently under the

22 influence of alcohol that would affect your ability

23 to give truthful and accurate testimony here today?

24    A.   Absolutely not.

Page 8

1    Q.   Are you currently under the influence

2 of any prescription or over-the-counter medications

3 or drugs that would affect your ability to give

4 truthful and accurate testimony here today?

5    A.   No.

6    Q.   Are you currently under the influence

7 of any illegal drugs that would affect your ability

8 to give truthful and accurate testimony here today?

9    A.   No.

10    Q.   Are you feeling healthy today?

11    A.   I have pain, but you know, it's not the

12 most horrific today, but it goes up and down every

13 day.  I take it moment by moment, day by day.

14    Q.   Okay.  Have you been prescribed

15 medication by a doctor recently?

16    A.   Yes, I have.

17    Q.   And what kind of medication is that?

18    A.   So they were called Enzos.  I'm not

19 sure of their exact names.  I'm sorry about that.

20 So I had to stop taking those because it gave me

21 LA esoph -- esophagitis grade D, which is the worst

22 grade.  So I've been suffering a lot.

23    Q.   Okay.  So what exactly are Enzos for?

24    A.   The back of my neck from what had

Page 9

1 transpired.

2    Q.   Have you taken that today?

3    A.   I took them yesterday night, uh-hmm.  I

4 tried to not take them today so I could be, you

5 know, fresh.  But that will create some amount of

6 pain, so that's why my legs are up.

7    Q.   And that medication, the Enzo, that --

8 that doesn't affect your ability to testify today

9 truthful and accurately, right?

10    A.   No, no.

11    Q.   Okay.  Have you been prescribed a

12 prescription by the name of -- and I'm probably

13 going to butcher all these names -- but "Gabatine"?

14 Do you know what that is?

15    A.   It's called gabapentin.  And yes, I am

16 currently on gabapentin for the back and the neck

17 for the pain.

18    Q.   And does that medication affect your

19 ability to testify truthful and accurately today?

20    A.   No, I do not believe it does.

21    Q.   I'm sorry.  I can't hear you.  What

22 did --

23    A.   I said no, I do not believe that it

24 does.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 10

1    Q.   Okay.  And I'm prob -- like I say, I'm
2 going to butcher this, but it's spelled
3 T-i-z-a-n-i-d-i-n-e.  Do you know --
4    A.   Right.
5    Q.   -- what kind of medication that is?
6    A.   Yes, I do.  That's one of the Enzos.
7 I -- I currently am not on it because it was -- as
8 I said, it caused the "esophageneal" grade D, LA --
9 LA esophageneal grade D, esophagitis grade D.
10    Q.   And have you taken that today?
11    A.   No, I'm not on that anymore because of
12 the -- the other cause and effect.  When you take a
13 medication, it can cause another issue, so it
14 caused another issue so I'm not currently on that
15 medication.
16    Q.   And when did you stop taking the -- the
17 T-i-z-a-n-i- --
18    A.   After I had the --
19    Q.   -- d-i-n-e?
20    A.   -- a scope, after I was scoped.
21    Q.   I'm sorry.  Can you repeat that?
22    A.   After I had an upper GI scope to
23 determine what was wrong with me.  And those
24 medications caused it.  The medications for my back

Page 11

1 and neck.
2    Q.   Was that recently?  Was this in 2020?
3    A.   Yes.  I've been scoped twice.
4    Q.   And what month in 2020 did you stop
5 taking the T-i-z-a-n --
6    A.   Oh --
7    Q.   -- i-d-i-n-e?
8    A.   -- I'm so sorry.  I don't really -- I
9 don't really know the exact date.  I -- I can look
10 on my calendar if you want.  But that -- the -- for
11 scoping, after the scope, she came in and she said,
12 You're really sick.  Stop the Enzos.
13    Q.   Okay.  What about -- and it's spelled,
14 I thinks it's mel -- meloxicam, but it's spelled
15 M-e-l-o-x-i --
16    A.   Correct.
17    Q.   -- -c-a-m?
18    A.   That's an Enzo as well.
19    Q.   And when's the last time you took that?
20    A.   The same time after my scoping, the
21 first scoping.
22    Q.   And you are no longer on that as well?
23    A.   Correct.
24    Q.   What about the Doxepin, D-o-x-e-p-i-n?

Page 12

1    A.   Yes.  I have a sleep disorder, and
2 that's for bedtime, for sleep, for the sleep
3 disorder.  I see a sleep specialist.
4    Q.   And did you take that last night?
5    A.   Yes, I did.
6    Q.   And does that affect your ability to
7 give truthful and accurate testimony here today?
8    A.   No, I do not believe so.
9    Q.   Okay.  What about Bellasoe -- I'm going
10 to spell it -- B-e-l-s-o-m-r-a?
11    A.   Belsomra, correct.  That's for sleep,
12 ma'am.  Belsomra.  You -- you have the right
13 spelling.
14    Q.   Did you take that last night?
15    A.   Yes, I did.
16    Q.   And does that affect your ability to
17 give truthful and accurate testimony here today?
18    A.   No, it does not.
19    Q.   And you have not taken the Belsomra
20 today, right?
21    A.   No.  It's only at evening for my sleep
22 disorder.
23    Q.   Okay.  And what about the clonazepam?
24 It's C-l-o-n-a-z-e-p-a-m.

Page 13

1    A.   Correct.
2    Q.   Do you take that?
3    A.   Yes, I do.
4    Q.   And how -- do you take it at night, or
5 how do you take that?
6    A.   I take it at night as well.
7    Q.   Did you take it this morning?
8    A.   No, I did not.  It's to help with the
9 night terrors from the -- from what happened to me.
10    Q.   Did you take it last night?
11    A.   Yes, I did.
12    Q.   And does that, the c-l-o-a-n-z-e-p-a-m,
13 affect your ability to give truthful and accurate
14 testimony here today?
15    A.   No, it does not.
16    Q.   All right.  What about the -- I'm going
17 to spell it.  C-e-t-e-c-o-x-i-b [sic], have you
18 taken that?
19    A.   Can you spell that one more time,
20 ma'am, please?
21    Q.   C --
22    A.   I'm sorry.
23    Q.   C, as in cat, e-t-e-c-o-x-i-b?
24    A.   Honestly, I'm -- I'm not sure what that

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 14

1  is.
2      Q.   Okay.
3      A.   I don't want to say until -- you know,
4  it might be a generic name or whatever.  I don't
5  know what it is.
6      Q.   Okay.  And do you know what
7  l-e-v-o-t-h-y-r-o-x-i-n-e is?
8      A.   Yes.  Levothyroxine, it's a thyroid
9  medication.
10     Q.   And have you taken that today?
11     A.   Yes, I have.
12     Q.   And does that affect your ability to
13  give truthful and accurate testimony today?
14     A.   No, it does not.
15     Q.   All right. Have you taken
16  O-m-e-p-r-a-z-o-l-e?
17     A.   Yes.  That's for the esophagenia --
18  esophagitis grade D, LA esophagitis grade D.
19     Q.   Have you taken that today?
20     A.   Yes, I have.
21     Q.   And does that affect your ability to
22  give truthful and accurate testimony here today?
23     A.   No, it does not.  It helps me to be
24  able to eat.

Page 15

1      Q.   Okay.  And what about have you taken
2  S-u-c-r-a-l-f-a-t-e?
3      A.   I'm not really sure which medication
4  that is.  Could you pronounce it, please?
5      Q.   Um, maybe it's called Sucralfate,
6  Sucralfate or something?
7      A.   Oh, yes, yes, yes.  That's for the
8  esophagitis.  I'm sorry, yes.  It's for the LA
9  esophagitis, and yes, I do take it.  It coats so
10  that I'm not in as much pain as -- to help with the
11  pain.  It's like you drink it and it coats the
12  esophagus for pain.
13     Q.   Okay.  And did you take that today?
14     A.   Yes, I did.
15     Q.   And does that medicine hinder your
16  ability to give truthful and accurate testimony
17  here today?
18     A.   No.  It's just to help with pain.
19     Q.   Are there any other medications that
20  you've taken today?
21     A.   No, uh-uh.
22     Q.   Okay.
23     A.   Well, there's one other medication.
24  I'm very sorry.

Page 16

1      Q.   No worries.
2      A.   Because of the inactivity, I've got
3  diabetes, so I have to inject myself.  So I don't
4  really know the name of it because it's new.  It's
5  something with a V.
6      Q.   Okay.  And you said it's for your
7  diabetes?
8      A.   Yeah.  It -- you know, it's been from
9  this incident, and it's new, so I don't really know
10  the name very well.  I'm sorry.  I think it starts
11  with a V.  I could call the pharmacy if you need
12  the name.
13     MS. GIZZI:  We can get it to you later.
14     MS. MOORE:  Okay, thank you.
15  BY MS. MOORE:
16     Q.   And you've taken that today?
17     A.   Yes.  I have to myself daily.
18     Q.   And by taking it, does that affect your
19  ability to give truthful and accurate testimony
20  here today?
21     A.   No, it does not.
22     Q.   All right.
23     A.   No.
24     Q.   I'm going to re-ask the question so

Page 17

1  just to make sure we're clear:  Any other
2  medications that you've taken today?
3      A.   No, not today.  I'm -- because I can't
4  take the Enzos, I have Tylenol with codeine, but I
5  try, you know, to not get addicted, so a lot of
6  times, I just live with the pain, so I'm not going
7  to do that, so --
8      Q.   When's the last time you took the
9  Tylenol codeine?
10     A.   That would have been yesterday.
11     Q.   And by taking that yesterday, that does
12  not affect your ability to give truthful and
13  accurate testimony here today, correct?
14     A.   No, it does not.  And I didn't take it
15  today for the simple reason that I didn't want
16  anything to be -- any of my answers to be
17  inaccurate.
18     Q.   Okay.  So just so we're clear, you --
19  you're okay to give truthful and accurate testimony
20  here today, correct?
21     A.   Yes, I am.
22     Q.   All right.  Did you speak with an
23  attorney in preparation for this deposition?
24     A.   I had spoken with my attorney to just

Deposition of JANETTE BASS, 12/08/2020

Page 18

1 tell them what happened.

2 **Q. I don't want to hear, you know, what**
3 **you all spoke about. I just want to know have you**
4 **spoken to them in preparation for this deposition.**

5 A. Yes, I did speak with them.

6 **Q. Okay. And who did you speak with?**
7 **Ms. Gianna?**

8 A. Yes.

9 **Q. And did you speak with a person by the**
10 **name of Brian Orozco?**

11 MS. GIZZI: When are you asking about?

12 MS. MOORE: In preparation for this
13 deposition.

14 THE WITNESS: No.

15 BY MS. MOORE:

16 **Q. And have you spoken to Mr. Kulis in**
17 **preparation for this deposition?**

18 A. Yes.

19 **Q. So I'm going to start with Ms. Gizzi.**

20 **How many times have you spoken with**
21 **her to prepare for this deposition?**

22 A. One.

23 **Q. And when was that?**

24 A. Yesterday.

Page 19

1 **Q. And was that in person, or was that**
2 **over the phone?**

3 A. It was in person.

4 **Q. And how long did you speak with**
5 **Ms. Gizzi yesterday?**

6 MS. GIZZI: Objection --

7 THE WITNESS: Yeah --

8 MS. GIZZI: -- form.

9 THE WITNESS: -- I don't know.

10 MS. GIZZI: And attorney/client privilege.

11 BY MS. MOORE:

12 **Q. Okay. How long did you speak with**
13 **Ms. Gizzi in preparation for this deposition**
14 **yesterday?**

15 MS. GIZZI: Same objection.

16 You can answer, if you know.

17 THE WITNESS: We just met yesterday for a
18 while. I -- you know, I mean, I can't -- I really
19 don't know the exact amount of time. I didn't
20 really time it, so I -- I don't want to be
21 inaccurate.

22 BY MS. MOORE:

23 **Q. Would you say it was longer than an**
24 **hour?**

Page 20

1 A. Possibly.

2 **Q. Would you say it was longer than two**
3 **hours?**

4 A. Well, I'm just guessing because, you
5 know, I -- I really don't want to give you an
6 inaccurate answer, so I'm really sorry.

7 **Q. And I understand that. And I'm asking**
8 **like give or take as far as would you say you met**
9 **with Gianna yesterday in preparation for this**
10 **deposition for longer than two hours?**

11 A. I want to say more than that, but I
12 really -- like I said, I really don't want to go on
13 record because I don't have the exact time. I
14 would have to look at like what time the cab
15 dropped me off and what time I left, so -- and I
16 don't have that with me because I didn't know you
17 would want to know exactly how long I spent with my
18 counsel for.

19 **Q. All right. And moving on to Mr. Kulis,**
20 **how many times have you spoken with Mr. Kulis in**
21 **preparation for this deposition today?**

22 A. One time.

23 **Q. And was that yesterday as well?**

24 A. Correct.

Page 21

1 **Q. And did you meet with Gianna and**
2 **Mr. Kulis separately yesterday in preparation for**
3 **the deposition?**

4 MS. GIZZI: Objection, attorney/client
5 privilege.

6 You can answer.

7 THE WITNESS: I'm sorry. Could you repeat
8 that?

9 BY MS. MOORE:

10 **Q. Okay. So when you met with Gianna**
11 **yesterday in preparation for this deposition, was**
12 **Mr. Kulis present as well?**

13 A. Yes, he was.

14 **Q. I'm sorry. What'd you say, ma'am?**

15 A. Yes, he was, sorry. Yes, he was.

16 **Q. Was anyone else present when you met**
17 **with --**

18 A. Uh-hmm, no.

19 **Q. Okay. So I'm going to ask the question**
20 **and then you can go ahead and answer, but ...**

21 **Was anyone present when you met with**
22 **Gianna and Greg Kulis yesterday in preparation for**
23 **this deposition?**

24 A. Nobody else was present except for the

Deposition of JANETTE BASS, 12/08/2020

Page 22

1 three of us.
2    Q.   Okay.  Thank you.
3         Did you review any documents in
4 preparation for this deposition today?
5    A.   I viewed the body cam footage for the
6 first time, and it was really difficult.
7    Q.   Okay.  And did you review any other
8 documents besides the body-worn camera footage?
9    A.   No.  I -- I glanced at a minute at what
10 they wrote, but you know, because I had told my
11 attorney what happened and he drafted what
12 happened, so ...
13    MS. GIZZI:  She's referring to the
14 complaint --
15    THE WITNESS:  Yeah.
16    MS. GIZZI:  -- filed.
17 BY MS. MOORE:
18    Q.   Okay.
19    A.   You asked me if I reviewed anything.
20    Q.   Okay.  So you glanced at the complaint?
21    A.   Yeah.
22    Q.   Is there any other documents that you
23 looked at in preparation for this deposition today?
24    A.   No, I did not.

Page 23

1         I'm sorry.  No other documents,
2 sorry.  No additional documents, yeah.
3    Q.   Okay.
4    A.   To be more accurate, sorry.
5    Q.   And did you review any photographs --
6 let me finish -- did you review any photographs in
7 preparation for the deposition today?
8    A.   No, I did not.
9    Q.   Did you tell anyone that you were
10 sitting for this deposition today?
11    A.   I told my brother that I was having a
12 deposition and my children.
13    Q.   Okay.  And what's your brother's name?
14    A.   Edward Bass, B-a-s-s.
15    Q.   And what are your children's names?
16    A.   David Haridim.
17    Q.   I'm sorry.  Can you spell that for me?
18    A.   H-a-r-i-d-i-m, David.
19    Q.   So David Haridim?
20    A.   Correct.
21    Q.   And is that your only child that you
22 told that you were --
23    A.   Yes.  I mean, I don't want to worry my
24 other children.  They're already upset enough about

Page 24

1 this.
2    Q.   Okay.  What is -- I mean, what did you
3 tell Eric -- Edward Bass about you sitting for this
4 deposition today?
5    A.   He just called to say hi.  And I said,
6 I have a deposition to get to so I really can't
7 spend a lot of time talking to you right now
8 because I have to leave to get a cab.
9         That's it.
10    Q.   Okay.  And where did you tell him you
11 were sitting for this deposition?  Like what date?
12    A.   He -- I'll repeat myself.  He called me
13 this morning to see how I was doing, how I was
14 feeling, how the pain was, and I said, I have a
15 deposition today, that I can't talk to him at
16 length, that I'll call him after the deposition is
17 done.
18    Q.   Okay.
19    A.   Uh-hmm.
20    Q.   What is Mr. Bass' contact information
21 or Eric Bass, Edward Bass?
22    A.   Oh, I wouldn't know it by heart.
23    THE WITNESS:  Can we get it to her, or do you
24 want me to look?

Page 25

1    MS. GIZZI:  Can we get it to you after the
2 deposition?
3    MS. MOORE:  Sure.
4    MS. GIZZI:  Unless you want it -- she put her
5 phone away.
6    THE WITNESS:  My phone is shut off, yeah.
7 BY MS. MOORE:
8    Q.   All right.  At some point maybe if we
9 take a break or something, if it's in your phone or
10 something, you can give --
11    A.   Sure.
12    Q.   -- it to me.
13    A.   No problem.  No problem.
14    Q.   Okay.  How old is your child David?
15 How old is David?
16    A.   He is in his 30s.  I don't know exactly.
17    Q.   And when did you have a conversation
18 with David about sitting for today's deposition?
19    A.   I just told David, you know, that I was
20 going to be having my deposition yesterday because
21 I had him call me a cab.
22    Q.   Did you have any other conversations
23 with David about today's deposition?
24    A.   The only thing I said was it was very

Urlaub Bowen & Associates, Inc.   312-781-9586

Page 26

1 hard to watch the video cam footage. It was the
2 first time I saw it, so ... that's all. It was
3 stressful.
4 **Q. Okay. So nothing else other than --**
5 **strike that.**
6 A. The only other thing I said is, I'll
7 need a cab to get home after the deposition. That
8 was it.
9 **Q. Okay. Did you say anything else to**
10 **David?**
11 A. No. He just said, Good luck, mom.
12 **Q. Okay. What is your full government**
13 **name?**
14 A. Janette Ann Bass.
15 **Q. Janette -- what did you say?**
16 A. Well, it's just Janette Bass. That's
17 how I go. That's my name.
18 **Q. Do you have a middle name?**
19 A. It's more abbreviated as an A, A dot.
20 **Q. So does the A -- when you say**
21 **abbreviated, does the "A" stand for something?**
22 A. It stands for Ann, but we don't -- I've
23 never used it and I'll never use it.
24 **Q. Okay.**

Page 27

1 A. It's not used.
2 **Q. Do you have any nicknames?**
3 A. No, I do not. Sorry.
4 **Q. Oh, no worries.**
5 **Do you have any tattoos?**
6 A. No, I do not.
7 **Q. Okay. When is your date of birth?**
8 A.
9 **Q. So that will make you how old? I was**
10 **going to guess, but --**
11 A. Too old. I don't want to go into my
12 age.
13 **Q. My mom was born in 60 so I can -- you**
14 **know, but sometimes I forget.**
15 **So how old does that make you?**
16 **Like, what, 62?**
17 A. Exactly.
18 **Q. What's your current address?**
19 A. 260 East Chestnut, C-h-e-s-t-n-u-t,
20 unit 3103, Chicago, Illinois, 60611.
21 **Q. Okay. So when you say "unit," is that**
22 **an apartment?**
23 A. It's a condo.
24 **Q. Okay.**

Page 28

1 A. Or if you want to refer to it as an
2 apartment.
3 **Q. Okay. And how long have you been**
4 **staying at the Chestnut address?**
5 A. Approximately 20 years, approximately,
6 like to the best of my knowledge. I'm guessing a
7 little bit. I'm just kind of rounding it out, I
8 mean, so I don't want to be inaccurate, right.
9 **Q. Okay. So you said approximately**
10 **20 years?**
11 A. Approximately, yes.
12 **Q. Okay. Do you lease the condo?**
13 A. No.
14 **Q. Do you rent the condo?**
15 A. No.
16 **Q. Do you own the condo?**
17 A. It's owned under a family trust.
18 **Q. And what's the name of the trust that**
19 **it's owned under?**
20 A. Bass family trust.
21 **Q. Do you live at the Chestnut address**
22 **with anyone?**
23 A. No, I do not.
24 (Discussion off the record.)

Page 29

1 THE WITNESS: Okay.
2 BY MS. MOORE:
3 **Q. How much do you spend in utilities a**
4 **month for the Chestnut residence?**
5 A. The -- it's -- it's included.
6 **Q. When you say "it's included," what is**
7 **it included in?**
8 A. They don't give separate bills for each
9 individual condo.
10 **Q. So do you pay for the condo monthly?**
11 MS. GIZZI: Just answer as best as --
12 THE WITNESS: I mean --
13 MS. GIZZI: -- you can.
14 THE WITNESS: It's under the homeowner's
15 association.
16 BY MS. MOORE:
17 **Q. So do you pay the homeowner's**
18 **association monthly?**
19 A. There is what is called an assess -- a
20 monthly assessment, ma'am.
21 **Q. You said it's called a monthly**
22 **assessment?**
23 A. Correct.
24 **Q. And how much is the monthly assessment?**

Deposition of JANETTE BASS, 12/08/2020

Page 30

1     MS. GIZZI:  Objection, lack of foundation.
2         You can answer if you know.
3     THE WITNESS:  I'm not going to guess.  If you
4 really need it, I will get the exact number and
5 provide it to Gianna.  Sorry.
6 BY MS. MOORE:
7     Q.   Do you pay the monthly assessment?
8     A.   It comes from the trust.  It comes out
9 of my portion of what I'll receive.
10    Q.   When you say it comes out of your
11 portion, what -- what is your portion?  What do you
12 mean?
13    A.   Well, the Bass family trust.
14    Q.   And what is your portion of the trust?
15    A.   Ma'am, I do not know all the assets of
16 the trust.  My mom is still living, and you know,
17 this is really -- I really feel a little bit
18 invaded here.  I don't see how my family trust is
19 relevant to any of this.
20    Q.   Okay.  That's understandable.
21        But do you know your portion of that
22 trust?
23    A.   No, I do not.
24    Q.   Who is in charge of the trust, if you

Page 31

1 know?
2     A.   My -- at the moment my mom is still
3 living, so ...
4     Q.   So your mother is --
5     A.   Correct.
6     Q.   -- in charge of the trust?
7     A.   Correct.
8     Q.   And what's your mother's name?
9     A.   K, as in kitten; -i-t as in Tom; -t- as
10 in Tom; -y- as in yoga; and then my same last name,
11 Bass.
12    Q.   And do you get a monthly stipend from
13 the trust?
14    A.   No, I do not.
15    Q.   When you reference your -- your
16 portion, what exactly of the trust -- strike that.
17        Okay.  When you mentioned your
18 portion of the trust, are you able to access the
19 trust, or do you have to ask your mother for --
20    MS. GIZZI:  Objection.  Objection to form,
21 relevance, lack of foundation, calls for
22 speculation.
23 BY MS. MOORE:
24    Q.   In -- in regards to the trust, are

Page 32

1 you -- do you have access to that -- that trust
2 that you just mentioned?
3     A.   No, I do not.  I've actually never even
4 seen it, ma'am, so you can ask me all the questions
5 you want.  I've not been provided it.  My mom is
6 alive, so it's a living trust.  Like it's hers now.
7 So until, god forbid, something would happen to my
8 mother, I wouldn't even have the documentation of
9 everything, right.  Thank goodness my mom's living.
10    Q.   And where does your mother reside?
11    A.   She lived in Beverly Hills, but she's
12 recently moved out to Rancho Mirage in Palm
13 Springs.
14    Q.   Do you by chance know the exact address
15 that she -- that --
16    A.   No, I --
17    Q.   -- she's living at?
18    A.   -- really don't.  I don't know it.  I
19 mean, I know where it is, but no, I do not know the
20 address.  I'm not in that home.
21    Q.   Is your brother Edward bass aware of
22 this lawsuit?
23    A.   My brother is aware that I've been
24 struggling since June 23rd.  My whole family is

Page 33

1 aware that I've been struggling.
2     Q.   So is your whole family aware that you
3 filed a lawsuit?
4     A.   Well, I wouldn't say my entire family.
5 My son is aware.
6     Q.   And when you say your son is aware, are
7 we still --
8     A.   (Inaudible).
9     Q.   -- talking about David?
10    A.   They just know about it.
11    MS. GIZZI:  Let her finish.
12    THE WITNESS:  Okay, sorry, go ahead.  Finish
13 your question.  I'm really sorry I interrupted you.
14 BY MS. MOORE:
15    Q.   I said, you said that your son was
16 aware of the lawsuit, correct?
17    A.   Correct.
18    Q.   And I said is this still David that
19 you're talking --
20    A.   Correct.
21    Q.   -- about?
22        Did you say yes?
23    A.   Uh-hmm.
24    Q.   Okay.  And for the record, uh-hmm is

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 34

1 yes, so ...
2    A.   Okay.  I'm sorry.  You're used to doing
3 this every day, I'm not.  So okay.  I'll try --
4    Q.   And --
5    A.   -- to say yes.
6    Q.   -- is any of your -- well, let me
7 backtrack.
8         How many children do you have?
9    A.   I have three children.
10   Q.   And you told me about David.
11        Can you tell me the other two
12 children's names?
13   A.   Pari, P-a-r-i.
14   Q.   And what's the last one?
15   A.   Nava -- oh, S-c-h-a-c-h-t.
16   Q.   Okay.  Have you spoken to the last two
17 names that you just mentioned --
18   A.   No, they do not know about the lawsuit.
19   Q.   Okay.  Yeah, let me finish the
20 question --
21   A.   I'm sorry.
22   Q.   -- Ms. Bass.
23        What have you spoken to your son
24 David about regarding the lawsuit?

Page 35

1    A.   Really not about the lawsuit, just more
2 about, you know, my situation because of what
3 transpired on June 23rd.  So not really anything
4 about the lawsuit.  I mean, it's -- really the
5 first time I came into see the lawyers was
6 yesterday, so really not too much about that.  You
7 know, other than telling him last night that I was
8 traumatized.  That's all.
9    Q.   Okay.  And how many brothers and
10 sisters do you have?
11   A.   We're five all together.
12   Q.   Okay.  And real quick, what are the
13 five -- well, you told me about Edward.  So what
14 are the four others?  What are their names?
15   THE WITNESS:  I feel like I'm invading their
16 privacy by putting it on the record.  Do I answer?
17   MS. GIZZI:  Yep.
18   THE WITNESS:  Okay.  I just feel
19 uncomfortable putting my brothers, siblings' names
20 on record without their permission or anything, so
21 that's why I was asking Gianna.  But if you have to
22 have it, I'll give it to you, but it just seems
23 unfair to their privacy.
24

Page 36

1 BY MS. MOORE:
2    Q.   I understand, but yes, I have to have
3 it.
4    A.   Okay.
5         So Debbie.
6    Q.   D-e-b-b-i-e or --
7    A.   Yeah.
8    Q.   Okay.
9    A.   Same last name as mine, Bass.
10   Q.   Okay.
11   A.   Jonathan.
12   Q.   Okay.  Same last name as you?
13   A.   Correct.
14   Q.   And the last one.
15   A.   Adam.
16   Q.   Bass is his last name as well?
17   A.   Correct.
18   Q.   Okay.  Have you spoken to Edward about
19 this lawsuit?
20   A.   No.
21   Q.   What about Debbie, Jonathan, and Adam?
22 Have you spoken to them about this lawsuit?
23   A.   No.  I mentioned but -- I think I
24 mentioned that I tried many ways to expose Sergeant

Page 37

1 Dakuras for his behavior and failed.  And so then I
2 got an attorney to try to expose his behavior.
3    Q.   When you say you tried many ways to
4 expose Dakuras' behavior, what are the things that
5 you tried?
6    A.   I wrote Commander O'Shea twice and
7 spoke to his assistant.  I called the mayor's
8 office and spoke to a Mike Milton in the safety
9 division.  I spoke to Mrs. Firestone in internal
10 affairs.  I spoke with COPA.
11        I tried every option before I
12 brought a lawsuit.  The lawsuit was the last thing
13 on my mind.
14   Q.   And why was a lawsuit the last thing on
15 your mind?
16   A.   What was the most important thing with
17 me was that this shouldn't happen to anybody else,
18 and that's what I tried to accomplish.  But
19 obviously I failed, because you just called him a
20 lieutenant or something, so ...
21   Q.   Okay.  Have you -- I know you mentioned
22 earlier that -- you know what, strike that.
23        Have you ever spoken to anyone about
24 or anyone in your family -- and that includes

Deposition of JANETTE BASS, 12/08/2020

Page 38

1 Edward, Debby, Jonathan, Adam Bass, David, and the
2 other two children that you mentioned -- have you
3 spoke to them about the physical damages that
4 you're alleging in this case?
5    A.   Yeah.  My son is very aware of my
6 conditions.
7    Q.   And when you say your son, are we still
8 talking about David?
9    A.   David, correct.
10       I only have one son, so sorry.
11   Q.   Oh, okay.  Thank you for the
12 clarification.
13   A.   Yeah.
14   Q.   And I know you mentioned that you were
15 taking some medication for nightmares.
16       Is David aware of that?
17   A.   Yes.
18   Q.   Is -- is Edward or Debby or Jonathan or
19 Adam or your other two daughters aware of you
20 taking medication for nightmares?
21       MS. GIZZI:  Objection, calls for speculation,
22 but you can answer if you know.
23       THE WITNESS:  Are they aware that I take
24 medication for the night terrors?  No.

Page 39

1 BY MS. MOORE:
2    Q.   Have you --
3    A.   -- are they aware I have night terrors?
4 Yes.  And that would only be David.
5    Q.   I'm sorry.  I didn't catch what you
6 said so let me just re-ask.
7       Have you ever told Edward, David,
8 Jonathan, Adam, your children, that you were taking
9 medication for nightmares?
10   A.   No.  Actually, I don't think I ever
11 discussed -- they know I have night terrors, but I
12 don't think I ever discussed that, you know, the
13 extent of -- I tried to -- I try to shield my
14 children from -- you know, they're going through a
15 lot because of me, so I try to not go too far in
16 depth with them to worry them too much.
17   Q.   So when you say you try to shield your
18 children, so you haven't told your children that
19 you were taking medication for nightmares, correct?
20   A.   No, I don't think I did.
21   Q.   Okay.
22   A.   I just told them that I do have night
23 terrors.  I mean ...
24   Q.   Okay.  And what about Edward, Debby,

Page 40

1 Jonathan, and Adam?  Have you told them that you
2 were taking --
3    A.   No.
4    Q.   -- medication for nightmares?
5    A.   No.
6    Q.   What's your highest level of education?
7    A.   Okay.  So that's an interesting
8 question because I got married very young.  So I
9 went to high school first.  Then I did some --
10 while I was in high school, I graduated a bit early
11 and I went to UCLA.  And then I went to the
12 university of Utah, but then I got married.  And so
13 then I -- then I went to a college called Santa
14 Monica College and UCLA again.
15       So in total, if I collected
16 everything, I would have a bachelor's degree, you
17 know, but, you know, I've never actually gone
18 through and totaled up all the different colleges I
19 attended.  Because I took a break because I had
20 children, three children.
21   Q.   Okay.  So the highest level is college,
22 and you have a bachelor's degree, correct?
23   A.   Well, I'm saying like if I added up
24 everything, right?  Because I've never actually

Page 41

1 gone and said, okay, what's my credit at Santa
2 Monica, what's my credit at UCLA, and what's my
3 credit at the University of Utah.
4    Q.   Okay.  So do you have a bachelor's
5 degree?
6    A.   So I'm saying no, because I don't have
7 a specific certificate because I've never tallied
8 it all up.
9    Q.   Do you have any certifications?
10   A.   Yes.
11   Q.   And what do you have certifications in?
12   A.   CNA.  And I took the test for a
13 trainer, a physical trainer.
14   Q.   When were you certified for CNA?
15   A.   I'm not exactly sure.  Some time ago.
16   Q.   When you say --
17   A.   In 2020.
18   Q.   I'm sorry.  What did you say, ma'am?
19   A.   More than 20.
20   Q.   You said sometime in 2020?
21   A.   No.  I said more than 20 years ago.
22   Q.   Oh, more than 20 years.  Okay.
23       And for the record, what exactly is
24 CNA?  What does that certification entail --

Deposition of JANETTE BASS, 12/08/2020

Page 42

1    A.   It's just like a certified -- I think
2 it's nurse's assistant.  It's -- I was going to go
3 for a nursing degree.
4    **Q.   Okay.  And when did you get a -- or you**
5 **just told me that you got a certification in**
6 **physical training?  Did I hear that correctly?**
7    A.   Correct.
8    **Q.   And --**
9    A.   That was also more than 20 years ago
10 too.
11   **Q.   Okay.  Have you ever been in the**
12 **military?**
13   A.   No, I have not.
14   **Q.   Do you have any social media?**
15   A.   I have just a Facebook page.  That's it.
16   **Q.   I'm sorry.  Can you repeat that because**
17 **I didn't --**
18   A.   A Facebook page.
19   **Q.   A Facebook page.**
20   A.   Yeah.
21   **Q.   And is your username your -- is your**
22 **username Janette Bass?**
23   A.   Yes, it is.
24   **Q.   And is it J-a-n-e-t-t-e Bass?**

Page 43

1    A.   Correct.
2    **Q.   Okay.  Have you ever posted on your**
3 **Facebook page about anything related to this**
4 **lawsuit?**
5    A.   No, I have not.
6    **Q.   Have you ever posted on your Facebook**
7 **page anything related to the incident that happened**
8 **on June 23, 2019?**
9    A.   No, I have not.
10   **Q.   And just so it's clear, you only have a**
11 **Facebook page?**
12   A.   Yes, that's correct.
13   **Q.   So no Instagram, correct?**
14   A.   Correct.
15   **Q.   No Twitter, correct?**
16   A.   No Twitter, correct.
17   **Q.   No Snapchat, correct?**
18   A.   No Snapchat, correct.
19   **Q.   Okay.  Have you ever received Social**
20 **Security or benefits from the Social Security?**
21   A.   Yes, I have.
22   **Q.   Can you tell me when you began**
23 **receiving Social Security or benefits from Social**
24 **Security?**

Page 44

1    A.   Well, I had cancer.
2    THE WITNESS:  Do we have to get into my
3 cancer?
4    MS. GIZZI:  Just answer her questions.
5    MR. KULIS:  You've got to answer the
6 questions.
7    THE WITNESS:  Okay.  So yeah, I had cancer.
8 BY MS. MOORE:
9    **Q.   Okay.  I'm sorry to hear that.**
10   **When did you begin or when did you**
11 **start receiving Social Security?  I know you told**
12 **me when you had cancer, but when -- when was that?**
13   A.   I'm really not sure of the date.  I can
14 get it to Gianna.
15   MS. GIZZI:  Do you remember the year?
16   THE WITNESS:  No.
17   MS. GIZZI:  Okay.
18   THE WITNESS:  I'm not going to say
19 (inaudible) --
20 BY MS. MOORE:
21   **Q.   Are you still currently receiving**
22 **Social Security --**
23   A.   Yes.
24   **Q.   -- benefits?**

Page 45

1    A.   Uh-hmm.
2    **Q.   And how much do you receive from Social**
3 **Security?**
4    A.   I'd say approximately -- approximately
5 500, approximately.
6    **Q.   You said approximately 500?**
7    A.   Correct.
8    **Q.   And is that --**
9    A.   I should speak up.  I'm sorry, go ahead.
10   **Q.   Is that monthly?  Is that how that**
11 **works?**
12   A.   Correct.
13   **Q.   Okay.  And the Social Security benefits**
14 **that you receive, is that from retirement, or what**
15 **is that from?**
16   A.   It's from -- it's just what I got,
17 yeah.  But I was going to end Social Security
18 because I was starting a business.
19   **Q.   So did you receive Social Security as a**
20 **result of having cancer?**
21   A.   Yes.
22   MS. GIZZI:  Are you asking if it was like
23 disability benefits?
24   MS. MOORE:  Yes, yes.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 46

1     MS. GIZZI:  Do you know if it was disability
2 benefits?
3     THE WITNESS:  I believe (inaudible.)
4     MS. GIZZI:  Say --
5     THE WITNESS:  Yes.
6     MS. GIZZI:  -- yes.
7 BY MS. MOORE:
8     Q.   And do you still currently have cancer?
9     A.   No.  I'm a stem cell, so I fought hard
10 to live, very hard, but I'm alive.
11     Q.   That's good, that's good.
12     A.   Yeah, thank you.
13     Q.   When did you --
14     A.   Luckily but thank god.
15     Q.   Yeah, thank god.
16         When did you get the -- that news
17 that you no longer had cancer?
18         (Sotto voce discussion.)
19     MS. GIZZI:  Tell her you don't remember.
20     THE WITNESS:  I don't remember, so I can find
21 out and get it to Gianna.
22 BY MS. MOORE:
23     Q.   Okay.  Do you remember if it was this
24 year?

Page 47

1     A.   No, no.  It was -- it was some years
2 ago that I had the cancer.  So I had a stem cell
3 transplant, so you know, then you get better.  And
4 thank god I'm better and -- and you know ...
5     Q.   So when you said it was some years ago,
6 was it about five years ago when you --
7     A.   No, more than that.  I really don't
8 want to answer the question.  I'll get it to Gianna
9 so it's more accurate, because I don't want to say
10 anything that's inaccurate.
11     Q.   That's fine.  I'm asking you just
12 off of your --
13     A.   I'm under oath so I want to be very,
14 very careful about what I say.
15     Q.   I understand.  I'm just asking based
16 off your recollection.  I understand you may not
17 remember the exact date.
18     A.   Yeah.
19     Q.   Based off your recollection --
20     A.   Correct.  I will get it to Gianna for
21 you.
22     Q.   So based off your recollection, you
23 don't know at all as far as the year or anything
24 when you were told that you no longer have cancer?

Page 48

1     A.   No, I don't know the year.
2     Q.   Are you currently working?
3     A.   No.  I've been pretty much bedridden
4 since June 23rd.
5     Q.   Were you working on the day of the
6 incident June 23 --
7     A.   Yes --
8     Q.   -- 2019?
9     A.   -- I was.
10     Q.   I'm sorry.  What'd you say?
11     A.   Yes, I was working on a clothing line.
12     Q.   So would you consider that -- did you
13 have your own business, or were you working for
14 someone?
15     A.   I was just finishing my designs, and
16 then the -- it was going to be manufactured and --
17 but unfortunately that ended --
18     Q.   Okay.
19     A.   -- on June 23rd.  I had to extend some
20 of my trademarks.
21     Q.   Okay.  So were you working for yourself
22 at that time of the day of the incident on June 23,
23 2019?
24     A.   Yes.

Page 49

1     Q.   And you say your trademark.
2         Do you have a business?
3     A.   A trademark means that you've
4 trademarked a name for a business.
5     Q.   All right.  And do you have a business?
6     A.   As I said, I was going to be launching
7 the business.
8     Q.   So is that a no, you did not have a
9 business on June 23, 2019?
10     A.   Correct.  I had my trademark, and my
11 designs were getting finished.
12     Q.   So other than working on your
13 trademark, I just want to be clear for the record,
14 you didn't have any other jobs in June 23, 2019,
15 correct?
16     A.   No.  I worked in advocacy for privacy.
17 That was it.
18     Q.   You say you worked in advocacy --
19     A.   Yes, for privacy.
20     THE REPORTER:  I apologize.  This is the
21 court reporter.  I'm so sorry.  Advocacy for
22 privacy?
23     THE WITNESS:  Yes, privacy.
24     THE REPORTER:  Okay, thank you.

Deposition of JANETTE BASS, 12/08/2020

Page 50

1    THE WITNESS:  We've all lost our privacy in
2  America, so okay.
3  BY MS. MOORE:
4    Q.    And is that -- advocacy for privacy, is
5  that -- what exactly is that?  Is that a business?
6  Is that an entity?  What exactly -- what is that?
7    A.    It was meeting with Senators and
8  Congressmen, state representatives, on how -- on
9  trying to get the laws we have in place followed
10  and maybe try to bring some additional laws to
11  Congress.
12    Q.    Did you report to anyone at advocacy
13  for privacy?
14    A.    As I said, I was just working like with
15  Senators, Congressmen, professors.
16    MS. GIZZI:  No, you didn't have a supervisor?
17    THE WITNESS:  No.
18    MS. GIZZI:  That's what she's asking.
19    THE WITNESS:  No supervisor, sorry.
20          Because I don't understand the
21  question -- (inaudible).
22    MS. GIZZI:  Yeah, you should.  Yeah, then you
23  can tell her.
24    THE WITNESS:  Okay.

Page 51

1  BY MS. MOORE:
2    Q.    Did you receive a salary while working
3  for advocacy for privacy?
4    A.    No, no.
5    Q.    Are you still currently working for
6  advocacy for privacy?
7    A.    Everything stopped on June 23rd.
8    Q.    So just so it's clear, other than
9  advocacy for privacy and working on your clothing
10  line, you did not have any other jobs in June 23rd
11  of 2019, correct?
12    A.    Correct.
13    Q.    Does your family help support you?
14    A.    No.
15    Q.    And who exactly in your family
16  support -- helps to support you?
17    MS. GIZZI:  Objection, mischaracterizes the
18  testimony.  She just said that her family doesn't.
19    MS. MOORE:  Oh, I thought she said they do.
20  Okay.
21    THE WITNESS:  I'm sorry.
22  BY MS. MOORE:
23    Q.    Maybe, Ms. Bass, if you could speak up
24  a little bit, so that --

Page 52

1    A.    Okay.  I'm sorry, I'm sorry.  I'll try
2  to speak louder.
3    MS. GIZZI:  I'll bring the mic closer.
4    MS. MOORE:  Okay.
5          (Discussion off the record.)
6    MS. GIZZI:  Sorry, can you guys hear us?
7    MS. MOORE:  I can hear you, yeah.
8    MS. GIZZI:  I accidentally unplugged the mic
9  for a second.
10    THE WITNESS:  We were trying to move the
11  microphone closer.
12    MS. GIZZI:  Sorry.  Technical errors.  We're
13  good.
14    MS. MOORE:  No worries.  We've all had them
15  in Zoom deps.
16  BY MS. MOORE:
17    Q.    So just so it's clear, you said your
18  family does not support you.
19    A.    Correct.
20    Q.    Okay.  Have you ever been a plaintiff
21  other than -- well, let me strike that.
22          Have you ever been a defendant in a
23  lawsuit?
24    MS. GIZZI:  Have you ever been sued is what

Page 53

1  she's asking?
2    THE WITNESS:  Oh, no, uh-uh.
3  BY MS. MOORE:
4    Q.    So no, you have never been sued.
5    A.    No, never.
6    Q.    Okay.  Other than this lawsuit, have
7  you ever sued anyone in a civil lawsuit?
8    A.    No, I don't have any lawsuits.
9    Q.    You said no -- what'd you say after
10  that?
11    A.    No, I don't have any lawsuits, yeah.
12    Q.    Okay.  Other than the one that we're
13  here for today.
14    A.    Yes, this is my first deposition.
15    Q.    Okay.  Now, turning your attention to
16  June 23, 2019, if I just happen to say "the
17  incident," I'm referring to June 23, 2019.  I may
18  say June 23, 2019, or I may say the incident.  So I
19  just want to make sure you understand when I'm
20  saying the incident, I'm referring to June 23,
21  2019, okay?
22    A.    Thank you for clarifying.
23    Q.    So on June 23, 2019, did you have any
24  issues with your apartment unit prior to June 23,

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 54

1 2019?

2    A.   Yes, I did.

3    Q.   And what issue did you have with your
4 apartment unit prior to June 23, 2019?

5    A.   Management was harassing me and
6 criminally trespassing on several occasions.

7    Q.   Okay.  I'm going to get to all the
8 issues a little bit later, but I want you to focus
9 your attention on June 23, 2019.

10    A.   Sure.

11    Q.   Did you have an issue with your
12 apartment unit on June 23, 2019?

13    A.   No, I did not.

14    Q.   Did you ever notify management about a
15 main water line being broken in your apartment in
16 June of 2019?

17    A.   Actually, the main water line was
18 clogged, and it was in the unit below mine, not in
19 my unit, but it caused damage in my unit.

20    Q.   And did you inform your apartment
21 management about that damage?

22    A.   Yes, I did.  The ceilings were flooding
23 with water.

24    Q.   And when did you inform them about the

Page 55

1 damage?

2    A.   I can't give you the exact date, but I
3 informed them on multiple occasions, and I do have
4 the correspondence between me and the condominium
5 management.

6    Q.   Did you inform them in June of 2019
7 about that water damage?

8    A.   Yes.  They are clearly aware of what
9 they are supposed to fix.

10    MS. GIZZI:  Listen to the question.

11 BY MS. MOORE:

12    Q.   So you did inform them about --

13    A.   Yes, I did.

14    Q.   -- the water damage --

15    A.   Yes, I did.

16    Q.   -- on June 23, 2019?

17    A.   Well, not that specific day.  That was
18 on a weekend.  Not exactly that specific day.  It's
19 been an ongoing issue with building management.
20 The -- the clog in the main water line, the damages
21 that it caused has been an issue.

22    I mean, I don't know how else to say
23 it.

24    Q.   Okay.  It --

Page 56

1    A.   It's been reported in writing and was
2 also reported verbally.

3    Q.   Okay.  And how many times did you
4 notify your apartment management about the -- the
5 damage, the water that you were just telling me
6 about, the clogs or the water log and so forth and
7 so on, resulting in damage to your apartment unit?
8 How many times did you inform them about that or
9 notify them about that?

10    A.   Guessing many times, in writing, which
11 I have the emails exchanges, if needed.

12    Q.   So did you only inform them in writing
13 about the damage?

14    A.   They had also come in, and they've seen
15 the damage as well.

16    Q.   So did you only notify them in writing
17 about the damage that was caused by the water --
18 the water log being clogged -- or the water line
19 being clogged?  Excuse me.

20    A.   Yes.  And also Dean Lerner at Sudler
21 came to my unit to view.

22    Q.   Can you --

23    A.   Dean Lerner came to my unit to view the
24 damages and assured me that it would be taken care

Page 57

1 of.

2    (Sotto voce discussion.)

3    MS. MOORE:  I'm sorry.  Is someone saying
4 something?

5    THE WITNESS:  They were just saying if I
6 wanted any water and I do, so I'm just taking a
7 sip, okay?

8    MS. MOORE:  Okay.

9    THE WITNESS:  Give me one second.

10    MS. MOORE:  I'm going to take a little break
11 anyway.  I'll go ahead and let you drink your water.

12    THE WITNESS:  I mean, we're okay, but --

13    MS. MOORE:  I'm going to go off the record
14 for a second.  It is now 1:13, and we'll just take
15 a 5-minute break and come back at 1:18, okay?

16    MS. GIZZI:  Okay.

17    THE WITNESS:  Okay.

18    THE VIDEO TECHNICIAN:  We're going off the
19 record.  The time is 1:13 p.m.

20    (Recess taken.)

21    THE VIDEO TECHNICIAN:  We are back on the
22 record.  The time is 1:21 p.m.  You may proceed.

23 BY MS. MOORE:

24    Q.   Earlier in your testimony you said that

Deposition of JANETTE BASS, 12/08/2020

Page 58

1 you notified your, for lack of better words, the
2 condo management many times in writing about the
3 main water line being clogged and causing damage to
4 your unit, correct?
5    A.   Correct.
6    Q.   And when you say "many times," would
7 you say over hundreds of times?
8    A.   No.
9    Q.   Over 50?
10   A.   No.
11   Q.   Over 30?
12   A.   No.
13   Q.   Over 20 times?
14   A.   That possibly could be.  You know, I --
15 I would have to go through every email exchange.
16   Q.   Okay.  And who exactly is Dean Lerner?
17   A.   He's over at Sudler Management.
18   Q.   Is that the name of the condo
19 management?  Sudler management?
20   A.   Correct.  That was on that initial
21 police report against Sudler management, the City
22 of Chicago against Sudler.  It's on -- it's on that
23 original police report before June 23rd.
24   Q.   Okay.  When you say "original police

Page 59

1 report," what exactly are you referring to or
2 talking about?
3    A.   The police report for this incident,
4 the original police report named Sudler -- the City
5 of Chicago against Sudler Management.
6    Q.   Okay.  You said Sudler?
7    A.   Sudler:  S as in Sam, U, and then D as
8 in dog, L as in lima, E as in Edward, R as in
9 Robert, Sudler.
10        Patty Santos is the on-site manager.
11   Q.   Can you spell the first name for me,
12 please, or for the court reporter?
13   A.   Patty.
14   Q.   Potty or Pouty?
15   MS. GIZZI:  Patty.
16 BY MS. MOORE:
17   Q.   Patty, okay.
18        Ms. Bass, if you could speak up a
19 little bit, because I am --
20   A.   Okay, Patty.  Patty, sorry.
21        If I speak any louder, I'm going to
22 feel like I'm screaming at you.
23   Q.   No, it's fine.  I'm okay.  I just can't
24 hear you, so --

Page 60

1    A.   Okay, sorry.
2    Q.   -- to alleviate that we ask --
3    A.   If you can't hear, just remind me just
4 to speak up.  I'm really sorry.
5    Q.   Okay.  And how many times did Dean
6 Lerner come to your unit to view the damage that
7 you're aware of?
8    A.   That one time.
9    Q.   And have you ever spoke to your brother
10 Edward Bass about the water line being clogged
11 in -- on June of --
12   A.   No.
13   Q.   -- 2019?
14   A.   No, I did not.
15   Q.   Did you call the police out to your
16 apartment unit the day before on June 22, 2019?
17   A.   Oh, I'm sorry.  If it was the day
18 before.  Whatever day of the police report, they
19 came out and they wrote the police report.  But
20 because it was incorrectly written.
21   Q.   And when you say they came out, what
22 exactly did they come out -- you said you're not
23 sure if it's the day before, but what exactly did
24 they come out for, if you know?

Page 61

1    A.   Management was maliciously entering my
2 unit when I told them not to.  And I have no
3 problem for them gaining access to my unit by
4 appropriate channels, which I also wrote them.  And
5 after I even wrote them, then management came up
6 and they had their cameras.
7    Q.   And --
8    A.   And I did not have clothes on.
9    Q.   Did you call the police in regards to
10 what you just told me about?
11   A.   Yes, I did.
12   Q.   And --
13   A.   Anybody I think that would be
14 videotaped naked without permission would feel very
15 violated.
16   Q.   And did the police come out to your
17 unit as a result of that phone call that you made?
18   A.   Correct, yes.
19   Q.   I got you.
20   A.   Okay.  I just -- I'm trying to like
21 abide to what you're telling me, so I'm sorry if I
22 slip up.
23   Q.   And who came out to your apartment unit
24 as far as from the police department that day that --

Deposition of JANETTE BASS, 12/08/2020

Page 62

1    A.   To be honest with you, I don't know the
2  names.
3      Q.   So it was not Dakuras, correct?
4    A.   No.  They were very nice, and they
5  wrote the police report, and they left.  They were
6  cordial, they were polite, we had a great
7  encounter, and they left.
8      Q.   And after that incident that you just
9  talked about, the one you said you had a great
10  encounter and they left, did you call the police at
11  any point after that incident?
12    A.   Yes.
13      Q.   And that was on June 23, 2019, correct?
14    A.   Correct.  I --
15      Q.   And -- I'm sorry.
16    A.   I called Sergeant Erick "Steng" is the
17  person I spoke with.
18      Q.   Give or take as far as time frame, do
19  you know when you called and spoke with Sergeant
20  Erick Seng on June 23, 2019?  Was it in the
21  morning?  Was it in the afternoon?
22    A.   Well, I believe we had a couple calls.
23  We -- I didn't really feel it was necessary to use
24  police resources to come back out to my unit,

Page 63

1  because the only thing that needed to be done was
2  to amend the charges from noncriminal to criminal
3  because it's criminal trespassing.  And even if I
4  wasn't naked, when you take a picture of anyone in
5  their own condo without permission, that's also
6  criminal.
7      Q.   Okay.  You said you spoke to Sergeant
8  Seng numerous times on June 23, 2019?
9    A.   I don't remember.  It could have been
10  once or twice.  I really -- I -- honestly, I don't
11  remember, I mean, but he just said that he's at the
12  desk.  I need to call someone to come back out.  He
13  instructed me to -- that the report could not be
14  amended over the phone, and I don't know the
15  reasons.  I don't know police policy, so I'm really
16  at a loss.
17      Q.   Did Sergeant Seng say anything else to
18  you during that phone conversation that you just
19  told me about?
20    A.   Pretty much only he instructed me to do
21  what I did, call back 911 and have an officer come
22  out to amend the original police report, to make an
23  amendment as to the specific charges.
24      Q.   And did you call the -- the police

Page 64

1  immediately to send someone out to make an
2  amendment once Sergeant Seng told you -- told you
3  that?
4    A.   Yes.  After I spoke with Sergeant Steng
5  when I realized that the report was written
6  incorrectly, then he instructed me on what to do.
7  So I listened to what he said, because he said I
8  could not do it over the phone.
9      Q.   Okay.  And --
10    A.   Like I said, I'm not aware of police
11  policy, so I really don't know why.
12      Q.   Okay.  So you call 911, correct?
13    A.   Correct.
14      Q.   And what do you say on that phone call?
15    A.   That Sergeant Erick Steng told me to
16  call 911 and have an officer come to my home to
17  amend the original charges against Sudler
18  Management from noncriminal to criminal.
19      Q.   And what was the response from the
20  person that was on the 911 call when you said that?
21    A.   They sent someone out.
22      Q.   Did you tell the 911 -- I guess for
23  lack of better word, the dispatcher, did you tell
24  the person when you called 911 anything else, other

Page 65

1  than Sergeant Seng told you to call and have an
2  officer come and amend the report?
3    A.   It's S-t-e-n-g, Erick, Sergeant Erick
4  Steng [sic].
5      Q.   So other than that, did you tell the
6  911 person over the phone anything else?
7    A.   I mean, I don't recall.  It was -- you
8  know, it was not a pleasant -- I called the police
9  for protection.  It was not pleasant.
10      Q.   So you don't recall if you said
11  anything else to --
12    A.   I don't recall the exact conversation,
13  but I believe they're all taped so ...
14      Q.   Okay.
15    A.   I'm sure you can obtain it if you want.
16      Q.   I understand that, but I'm asking for
17  your -- from your recollection.
18    A.   Oh, yeah.  I -- I'm going to say once
19  again that I'd be guessing, so I'm going to refrain
20  from going into the details of the phone
21  conversation only because I just don't remember it.
22  I remember exactly what Sergeant Steng told me
23  because he told me I had to call 911 again.
24      Q.   So just based off your memory in

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 66

1 regards to that 911 --
2      A.   He said he was at --
3      MS. GIZZI:  Shhhh --
4      THE WITNESS:  -- at his desk.
5      MS. GIZZI:  Let her finish the --
6  BY MS. MOORE:
7      Q.   Okay.  Let me finish the question --
8      A.   Okay.
9      Q.   -- and then you can answer the
10 question.  Okay, Ms. Bass?
11     A.   The same question over and over, so --
12     MS. GIZZI:  Because you're not answering it.
13     THE WITNESS:  Go ahead.  Let's try again.
14 I'm sorry.
15 BY MS. MOORE:
16     Q.   So going back to the call, once you got
17 off the phone with Sergeant Seng, you called 911,
18 correct?
19     A.   Correct.
20     Q.   And you just told me, and correct me if
21 I'm wrong, because we're -- I'm having technical
22 difficulties over here, so feel free to correct me,
23 you told them Sergeant -- Erick Sergeant Sheng or
24 Seng told you to call 911 to have an officer come

Page 67

1 out to your apartment unit to amend the report, a
2 previous -- a previous -- to amend the report.
3      A.   To amend the report against the
4  building Sudler Management from crim -- from
5  noncriminal to criminal.
6      Q.   And you don't recall any other
7  conversation that you had with that 911 person over
8  the phone at the time?
9      A.   No.  I -- I do remember just trying to
10 get it done over the phone and failing to do that.
11 But like I said, I'm not aware of all the police
12 policies, why I had to have someone else come.  You
13 know, I'm not aware.
14     Q.   Okay.  And do -- did the 911 call say
15 anything in response to what you told them over the
16 phone that day?
17     A.   I honestly don't recall, so I'd be
18 guessing.  But I mean, they sent an officer.
19 That's what Erick Steng instructed me to do, was to
20 call back 911.  I did.
21          And I'm sure I said -- I would be
22 almost sure, I'm 99 percent sure that I said Erick
23 Steng told me that I had to have an officer come
24 out in person.

Page 68

1      Q.   Okay.  And --
2      A.   That I could not amend over the phone.
3      Q.   Okay.  And -- and you said they did
4  send an officer, correct?
5      A.   Correct.
6      Q.   And prior to that officer arriving at
7  your apartment -- or I'm sorry, your condo unit on
8  June 23, 2019, what were you doing?
9      A.   Working.
10     Q.   When you say "working," what were you
11 working on?
12     A.   We discussed that earlier on the
13 deposition.  Do you want me to repeat all of that?
14     Q.   I want you to tell me what you were
15 working on prior to --
16     A.   I believe that I told you I was working
17 in advocacy and privacy and the clothing line.
18 It's the same thing that we had discussed earlier,
19 but if you need other -- anything else clarified,
20 let me know, please.
21     Q.   So prior to the officer arriving at
22 your unit on June 23rd, you were working on your
23 clothing line?
24     A.   My clothing line, yes.

Page 69

1      Q.   And what exactly were you doing at that
2  time on June 23rd in regards to your clothing line?
3      A.   I was trying to finalize some designs
4  that I was working on.  I have photos if you need
5  them.
6      Q.   Okay.  And what exactly were you doing
7  at that time on June 23rd prior to the officer
8  arriving at your unit regarding --
9      A.   I was working --
10     Q.   -- privacy advocacy?
11     A.   -- up until the time he arrived to the
12 unit to amend the report.
13     Q.   I'm sorry.  Repeat that?
14     A.   I was working until the time that he
15 arrived at the unit to amend the report.  And I
16 think I also had done some cooking because I had
17 mold when I came back home after being in custody
18 all over my pots, so I probably had made some
19 dinner as well.
20     Q.   So you -- repeat that or --
21     A.   I said I was just thinking about it.
22 When I was taken in custody, my pots sat there and
23 they had mold, and I had to throw them out.  So
24 I -- I'm just remembering because you're sparking

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 70

1 my memory, right, that I had made dinner as well,
2 because I remember now the pots that I threw out.
3 And they were sitting there for days, and they grew
4 mold, so -- and I was working on the clothing line.
5 So either --
6    Q.   Okay.
7    A.   -- making the dinner or working on the
8 clothing line, one of the two.
9    Q.   Okay.  So prior to the officer arriving
10 to your unit --
11    A.   Correct.
12    Q.   -- on June 23rd --
13    A.   Correct.
14    Q.   -- you were either making dinner --
15    A.   Because I just remembered about the
16 pots.
17    Q.   Okay.  We were going to try not to
18 overtalk each other because the court reporter can
19 take us down one person at a time.
20        So prior to the officer arriving at
21 your unit on June 23, 2019, you were either cooking
22 or cooking and working on your clothing line,
23 correct?
24    A.   Correct, both.

Page 71

1    Q.   Okay.  Did you have any alcohol prior
2 to the officer arriving --
3    A.   No, I did not.
4    Q.   -- at your unit on June 23, 2019?
5    A.   No, I don't drink alcohol.
6    Q.   Okay.  Did you smoke any marijuana
7 prior to the officer arriving at your unit on
8 June 23, 2019?
9    A.   No, I did not.
10    Q.   Do you smoke marijuana?
11    A.   No, I do not.
12    Q.   And you say you don't drink alcohol?
13    A.   No, I do not.
14    Q.   Okay.  And who came to your -- you told
15 me the police came, but who came to your apartment
16 on that day on June 23, 2019?
17    A.   Mr. Dakuras.
18    Q.   Okay.  Approximately from the time that
19 you made the phone call to the 911 -- to 911 to
20 inform them what Sergeant Seng had told you,
21 approximately from time frame -- strike that.
22        Approximately from the time that you
23 made that call to the 911 call to inform them what
24 Sergeant Seng told you to do and the time frame

Page 72

1 that Dakuras arrived at your apartment, give or
2 take, how long did it take for him to come to your
3 apartment?
4    A.   I'm really not that sure, because I was
5 just, you know, working.  You know, until he came,
6 I was working on my -- I think I'd finished cooking
7 dinner and I was working on my clothing line, so I
8 don't really -- I didn't -- you know, I was just
9 sitting there working, so it wasn't as if I was
10 like standing outside waiting for him to show up.
11 So I really can't answer that question very
12 accurately.
13    Q.   So would you say it was a long time?
14    A.   Honestly, I really don't remember.
15    Q.   Okay.  So you tell me Dakuras comes to
16 your apartment unit on June 23, 2019, correct?
17    A.   Correct.
18    Q.   And tell me what happens when
19 Lieutenant Dakuras comes to your apartment on
20 June 23rd -- your condo on June 23, 2019.
21    A.   So I wasn't called by the doorman to
22 let me know that he was here.  So once I heard that
23 he was at the door, I opened the door, invited him
24 in, offered him to sit down, make himself

Page 73

1 comfortable, and he -- he did not want to sit down.
2        He said he sat all day, I believe,
3 something like that.
4    Q.   Were you dressed when -- let me
5 backtrack.  Strike that.
6        Did Officer Dakuras knock on your
7 door --
8    A.   (Inaudible.)
9    Q.   -- on June 23, 2019?
10    A.   Yes.  Like I wasn't aware like he was
11 in the building because the doorman didn't call.
12    Q.   Yeah, I understand that.
13    A.   Okay.
14    Q.   I'm asking, you know, did he actually
15 physically knock on your door --
16    A.   Uh-hmm.
17    Q.   -- on June 23, 2019?
18    A.   Yes.
19    Q.   Okay.  And what were you wearing on
20 June 23, 2019, when Dakuras knocked on your door?
21    A.   I was wearing jeans and a long-sleeved
22 shirt, and I had no shoes on.
23    Q.   So you didn't have to get -- you didn't
24 have to get dressed when Dakuras knocked on your

Deposition of JANETTE BASS, 12/08/2020

Page 74

1 door, correct?
2      A.    You know, I don't really remember.
3 It's like that was like -- I -- I suppose I really
4 didn't see that part of the video where he knocked
5 on the door, so I really can't comment.  I just --
6 I mean, I was dressed when I answered the door
7 obviously.  But whether I had to throw a shirt on
8 or something, a different shirt on because I was
9 cooking or something, I don't know.  I really
10 don't.  I mean, it's just something I don't
11 remember, so I really can't answer something I
12 don't remember.
13      Q.    Okay.  It's fine to let me know if you
14 don't remember, okay?
15      A.    Okay, sorry.
16              Those are nitty-gritty -- you know,
17 I don't remember.  I really don't.
18      Q.    Did you -- did you immediately open the
19 door when Dakuras knocked on your door?
20      A.    Like I said, I don't remember.  I do
21 remember that, you know, when I did know that he
22 was there I did open the door willingly to have him
23 amend the police report.
24      Q.    So just so it's clear, you don't

Page 75

1 remember if it took you a long time to open the
2 door, or you don't remember if you opened the door
3 immediately, correct?
4      A.    No, it's kind of hard to hear when
5 you're not aware by the doorman, right?  So I don't
6 know if he was standing out there longer than I
7 knew because I didn't know he was there.  You get
8 it?
9      Q.    Okay.  So --
10      A.    When the doormen doesn't tell you
11 somebody's coming, it's not like a house where you
12 ring the doorbell.
13      Q.    I get it.
14      A.    So if you're not aware, then you're not
15 sure.
16      Q.    So you were aware that he was knocking
17 on your door, correct?
18      MS. GIZZI:  Objection, vague.
19      THE WITNESS:  I've said it many times over,
20 like that answer.
21              When I was aware that Sergeant
22 Dakuras was there at the door, I -- I opened the
23 door, I welcomed him into my home, I offered him a
24 place to sit.

Page 76

1 BY MS. MOORE:
2      Q.    So you welcome -- welcomed him into
3 your home; you offered him a place to sit, correct?
4      A.    Correct.
5      Q.    How would you describe the condition of
6 your home?
7      A.    Oh, well, I had just cooked so I had
8 pots and pans all over the kitchen because I know I
9 had to throw them out when I got back from lockup.
10 And I had papers from my work scattered about my
11 dining room table and by the dining room floor.  It
12 was a lot of research in privacy and what I was
13 telling you I do advocacy in.  So I hadn't been
14 able to file everything.  I was working very hard.
15 And I was really trying to focus on the clothing
16 line at that point.
17      Q.    Okay.  So would you say your apartment
18 was messy?  Would you say it was dirty?  How would
19 you describe your apartment --
20      A.    I would describe --
21      Q.    -- on June 23, 2019?
22      A.    -- my apartment as having pots and pans
23 because I had just had dinner, and that there were
24 papers scattered about.  But I don't think that's a

Page 77

1 crime, ma'am.
2      Q.    So how would you describe that?  Would
3 you describe that as messy, or would you -- how
4 would you describe your apartment unit?
5      A.    I would describe the living room is
6 immaculate and the dining room is messy where I
7 work on the table with papers.
8      Q.    Okay.  Thank you.
9      A.    And the kitchen had pots and pans
10 because I had just made dinner.
11      Q.    Okay.  So the last thing you told me
12 about was that you let Dakuras in and you told him
13 that to have a seat --
14      A.    No.  I said --
15      Q.    -- correct?
16      A.    -- if he'd like to sit down.
17      Q.    Right.  Would you like to sit down,
18 correct?
19      A.    Yes.  I was trying to make him
20 comfortable, you know.
21      Q.    Okay.  And --
22      A.    Like I would -- if I would -- if you
23 came over, I would say the same thing:  Would you
24 like to sit down?  It's a normal --

Deposition of JANETTE BASS, 12/08/2020

Page 78

1    Q.   Okay.
2    A.   -- interaction.
3    Q.   And what happened after you told him
4  would he like to have a seat?  Tell me what
5  happened.
6    A.   Okay.  So I'm going to be guessing, but
7  I think he said something like he said most of the
8  day or something.  He sat most of the day or
9  something.
10   Q.   I'm sorry.  You're kind of low.  I
11 cannot hear you.
12   A.   I said I believe he said something to
13 the effect that he -- I'm sorry -- that he stands
14 most of the day -- I mean, sits most of the day.
15 I'm sorry.  Now I'm getting confused with the
16 question.  That he sits most of the day, so he did
17 not want to sit down.
18   Q.   Okay.  And --
19   A.   Yeah.
20   Q.   After he told you that, tell me what
21 happened next?
22   A.   Well, I can't -- I only saw that video
23 for a split one time when I came here, but I
24 just -- I recall just like trying to explain to him

Page 79

1  that how I was violated and that I was instructed
2  by Sergeant Steng to have him come and amend the
3  charges.  And he was saying that those charges
4  weren't criminal, and they are if you look, because
5  I did look it up.
6          And so I -- that was pretty much
7  what transpired.  So if he didn't want to change
8  it, he should have left, and maybe I could called
9  somebody else, right, and not had any interaction
10 with him.  I --
11   Q.   Okay.
12   A.   I believe I asked him to leave my unit
13 on several occasions.
14   Q.   Okay.  Just to backtrack when you were
15 telling him about the report --
16   A.   Uh-hmm.
17   Q.   -- what exactly -- do you remember what
18 exactly you told him about the report --
19   A.   The report --
20   Q.   -- that you wanted him to amend?
21   A.   I'm sorry.  I'm sorry, because I
22 thought you had finished your question.  When you
23 said what did you tell him about the report, so
24 could you finish that question?  Sorry.

Page 80

1    MS. MOORE:  Court Reporter, can you read back
2  my question for me, please?  If you got it.
3    THE REPORTER:  Sure, one second.
4          (The record was read as follows:
5           Q. What exactly -- do you
6           remember what exactly you told
7           him about the report that you
8           wanted him to amend?)
9    MS. GIZZI:  Do you remember exactly what you
10 told him about the report?
11 BY MS. MOORE:
12   Q.   So what exactly did you tell Sergeant
13 Dakuras about the report that you wanted him to
14 amend on the -- on the day of the incident?
15   A.   So I had written on the report Sergeant
16 Steng's name and stuff, because I had spoken with
17 him, and I had the report on my table.  And I said
18 that the only thing that needed to be changed were
19 the charges because that's criminal trespassing,
20 and it doesn't matter whether I was in a naked
21 state or not.  If you take a picture in somebody's
22 condo without their permission, that's also a
23 criminal charge.
24   Q.   And did --

Page 81

1    A.   So that was it.  That was it.
2    Q.   Okay.  And did Dakuras say anything to
3  you in response to that?
4    A.   He didn't want to change the charges.
5    Q.   I'm sorry.  What'd you say, ma'am?
6    A.   He didn't want to change the charges.
7    Q.   That's what he told you in response?
8    A.   I don't know in exactly what fashion.
9  Like I said, I -- I only came here for a little bit
10 yesterday, and I only saw the -- a little bit of
11 the video, so I don't have it memorized, but I
12 mean, I'm sure -- can we play it and --
13   MS. GIZZI:  No.
14 BY MS. MOORE:
15   Q.   As I understand that if you're -- I'm
16 asking about your recollection what you remember.
17   A.   Okay.
18   Q.   What do you recall, okay?
19   A.   I recall just telling me about
20 Sergeant Steng instructing me to call 911 to come
21 back out to amend the charges from noncriminal to
22 criminal.
23   Q.   Okay.  And once you told Sergeant
24 Dakuras about -- I mean, what you just said, to

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 82

1 amend the charges or amend the complaint, did
2 Sergeant Dakuras say anything in response to that --
3    A.   He was extremely rude.
4    Q.   -- on June 23, 2019?
5    A.   He was extremely rude.
6    MR. KULIS:  You answered the question.
7 BY MS. MOORE:
8    Q.   Okay.  When you --
9    A.   And I begged --
10   Q.   -- say he was extremely rude, why do
11 you say that?
12   A.   And I begged him to call Sergeant Erick
13 Steng, who he then hung up on.
14   Q.   So we were kind of over talking each
15 other, so I didn't catch what you were saying.
16        So you said that Sergeant Dakuras
17 was extremely rude?
18   A.   Not in the very beginning.
19   Q.   Okay.  So going back to my original
20 question, what -- what did Sergeant Dakuras say in
21 response to you informing him of the reason why you
22 called him out to your apartment?
23   A.   He didn't want to change the charges.
24   Q.   So --

Page 83

1    A.   Against the building, against Sudler
2 Management.
3    Q.   Okay.  So when Sergeant Dakuras told
4 you that, tell me what happened next.
5    A.   I believe I tried to use a lifeline by
6 asking him to call Sergeant Erick Steng, because
7 Sergeant Erick Steng of the 18th District was the
8 person that had given me the instructions, and he
9 knew about the whole incident.  And so he had given
10 me instructions to have the -- Mr. Dakuras come out
11 and change the report from noncriminal to criminal,
12 criminal trespassing.  Taking photos in a unit is
13 criminal.
14   Q.   And did he call Sergeant Seng?
15   A.   Yes, but he was --
16   MR. KULIS:  Yes.
17   THE WITNESS:  Yes, that's it.  He did.
18 BY MS. MOORE:
19   Q.   And tell me what happens after Dakuras
20 calls Sergeant Seng.
21   A.   He hung up on Sergeant Steng before
22 Sergeant Steng had the ability to tell him what to
23 do or what we had discussed.
24   Q.   How long was he on the phone with

Page 84

1 Sergeant Seng?
2    A.   Not very long.  He wasn't respecting
3 Sergeant Steng.  He hung up on him.
4    Q.   And why do you say he wasn't respecting
5 Sergeant Seng?
6    A.   Because he hung up on him in mid
7 sentence.
8    Q.   So after Sergeant Dakuras hangs up on
9 Sergeant Seng, what happens next?
10   A.   I believe he asked me what my papers
11 were about, and I think I said I do advocacy in
12 privacy with like Apple and other tech companies.
13        And -- and then he -- all I remember
14 is just begging him to leave.  Like he didn't want
15 to change the charges, so I just was begging him to
16 leave.  That was pretty much it.  That's it in a
17 nutshell.
18        You don't want to change the
19 charges, just please leave my unit, you know?  I
20 mean, it is my home, right?
21   Q.   So after he -- after Lieutenant or
22 Sergeant Dakuras hung up the phone with Sergeant
23 Seng, did he have any other conversations with you?
24   A.   Honestly I'd have to view the video to

Page 85

1 be able to answer that appropriately.  I just know
2 that I kept pointing to the door and please asking
3 him to leave, and I don't even know how many times.
4 I just know that all I wanted him to do was leave.
5    Q.   So as -- as of today, do you have a
6 recollection of if you told Sergeant Dakuras
7 anything after he hung up the phone with Sergeant
8 Seng on June 23, 2019?
9    A.   Like I said, I'd be guessing so I don't
10 want to guess.  All I know, the one thing that
11 sticks out in my mind is I asked sergeant or
12 Mr. Dakuras to please leave my condo on multiple
13 occasions.
14   Q.   I understand that, but I -- I'm not
15 asking you to guess.  I'm just asking you:  Do you
16 have a recollection as to what happened?  Do you
17 remember what happened after Sergeant Dakuras hung
18 up the phone on Sergeant Erick "Sheng" on June 23 --
19   A.   Steng.
20   Q.   -- 2019?
21   A.   Okay.  No, I just know that I was in a
22 survival mode.
23   Q.   And when you say you went into survival
24 mode, what do you mean by that?

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 86

1    A.   He was going to arrest me.  I went into
2  survivor mode.
3         Oh, I'm sorry.  Before that, like
4  when I was pointing for him to leave the door, he
5  grabbed my arm and then initiated the contact with
6  me, and said like something like, Don't touch me.
7  I'm like -- or, Don't touch my arm.  I wasn't
8  touching his arm, ever.
9         And he pushed my body into -- he
10  pushed his body into my body.  So then -- then I
11  was like I'm going to leave because he's trying to
12  frame me or whatever you want to call it, set me
13  up, frame me.
14    MS. GIZZI:  But why --
15  BY MS. MOORE:
16    Q.   Why do you say set him up -- set you up
17  or frame you?
18    A.   Because he literally pushed his body
19  into mine, which he had no right to do.  It's my
20  body; it's my space.
21    MR. KULIS:  Don't comment.
22  BY MS. MOORE:
23    Q.   Okay.  So earlier you just told me that
24  you asked Sergeant Dakuras to leave your apartment,

Page 87

1  correct, or your condo, correct?
2    A.   Correct.
3    Q.   And why did you tell Sergeant Dakuras
4  to leave your condo?
5    A.   Because he was initiating contact to my
6  body, to my space, and I asked him to please leave.
7         He wasn't going to change the
8  report, there was no reason for him to be in my
9  condo any longer, please leave.  Please, there's
10  the door, pointed to the door, Please leave, please
11  leave.  I just remember that, just, Please leave.
12    Q.   All right.  So did you ever tell
13  Sergeant Dakuras that you were in crisis?
14    A.   Absolutely not.
15         Oh, I said that he was making me
16  scared I think at some point.
17    Q.   Okay.
18    A.   Yeah, that he was scaring me.
19    Q.   And why was he scaring you?
20    A.   His behavior, pushing his body into
21  mine, and then -- and then shouting, I believe for
22  camera, Don't touch me, when I was not touching
23  him, or, Don't grab me, and I was not touching him.
24  And I believe I responded, I am not touching you.

Page 88

1  So on --
2    Q.   Okay.  So let me back up a little bit.
3  Sorry, if I cut you off, but --
4    A.   No, that's okay.
5    Q.   Let me back up.
6         You said he was pushing his body
7  against your body, correct?
8    A.   Correct.
9    Q.   And where exactly did this occur in
10  your apartment unit where he was pushing his body
11  against your body?
12    MS. GIZZI:  Do you mean what room, Laniya?
13    THE WITNESS:  I think it started in the
14  living room.  I tried to move to the other room to
15  try to get away from him.
16    MR. KULIS:  You need to --
17  BY MS. MOORE:
18    Q.   Yes.  What room did this occur in?
19    A.   The living room, I believe.  The dining
20  room area, I believe.  I'd have to really watch the
21  video to be able to answer that more accurately.
22  You know, as I said, I was very scared.
23    Q.   I understand that you -- you're
24  referencing the video, but I just want to ask you

Page 89

1  based off of your recollection, what you remember.
2  Not what you remember from viewing the video, but
3  based off your independent recollection, what do
4  you remember occurring, okay?
5    A.   Okay.  He said something like --
6    MS. GIZZI:  She hasn't asked you a question.
7    THE WITNESS:  Okay.
8    MS. GIZZI:  Laniya, could we take a 5-minute
9  break?
10    MS. MOORE:  Yes.  We are going off the
11  record --
12    MS. GIZZI:  Sorry.
13    MS. MOORE:  -- at 1:58.
14    THE VIDEO TECHNICIAN:  I'm going to change my
15  SD cards.  This is the end of media unit 1.  We are
16  going off the record.  The time is 1:59 p.m.
17         (Recess taken.)
18    THE VIDEO TECHNICIAN:  We are back on the
19  record.  This is the start of media unit 2, the
20  deposition of Janette Bass.  The time is 2:07 p.m.
21  You may proceed.
22  BY MS. MOORE:
23    Q.   Okay.  I think we were talking about
24  Dakuras pushing his body against yours, and you

Deposition of JANETTE BASS, 12/08/2020

Page 90

1 said that happened in the dining room?

2　A.　To the best of my knowledge, I believe

3 it happened in the dining room initially.

4　Q.　And can you describe for me how

5 Sergeant Dakuras pushed his body up against yours.

6　A.　Yeah.

7　Q.　Do you need -- do you need a break,

8 ma'am?

9　A.　No. Let's just try to get past it.

10　　He was putting his body against mine

11 and grabbing me, and he -- I think he said

12 something like, Don't touch me, don't grab me.

13　　And I said, I'm not touching you,

14 and I tried to get away from him.

15　Q.　So -- so going back to you said he was

16 pushing his body.

17　　So was the front -- the front

18 portion of Dakuras' body, did he push that against

19 your front --

20　A.　Yes.

21　Q.　-- portion of your body?

22　A.　Yes; yes, ma'am.

23　Q.　Okay. And was it -- did he push his

24 body against yours hard?

Page 91

1　A.　Yes, ma'am.

2　Q.　Were you in pain when he pushed his

3 body up against yours?

4　A.　I was more scared than anything, I

5 think. It was traumatic. It was scary. An

6 officer of the law, you know? You want to respect

7 them.

8　Q.　So you said you were more scared, but

9 were you in pain?

10　MS. GIZZI: Physical pain, you're asking

11 "Leanna"?

12　THE WITNESS: Not at that point.

13　MS. MOORE: Laniya.

14　MS. GIZZI: Laniya, sorry.

15　THE WITNESS: Not at that point. Just

16 scared. The pain came later.

17 BY MS. MOORE:

18　Q.　So okay. So you said not at that point

19 when --

20　A.　Yeah.

21　Q.　You were not in pain -- or when I say

22 "pain," I'm talking about physical pain. You were

23 not --

24　A.　Right.

Page 92

1　Q.　-- in physical pain --

2　A.　It was more scary.

3　MS. GIZZI: Wait.

4　THE WITNESS: Okay.

5 BY MS. MOORE:

6　Q.　You were not in physical pain when

7 Dakuras pushed his body up against yours in the

8 dining room on June 23, 2019, correct?

9　A.　Yeah.

10　Q.　Okay. So when Dakuras pushed his body

11 up against yours, what happened after that? Tell

12 me what happened next.

13　A.　I didn't want to be accused of touching

14 a person of law or Mr. Dakuras, so that was it

15 pretty much.

16　Q.　So when you say "that was it," what do

17 you mean? Like that was it, after Dakuras pushed

18 his body up against yours, nothing else happened?

19　A.　No, of course a lot more happened. But

20 I'm saying that you're specifically asking me about

21 that and what my feelings were.

22　MS. GIZZI: No.

23 BY MS. MOORE:

24　Q.　No. Let me -- let me ask the question

Page 93

1 again.

2　A.　Okay (inaudible).

3　Q.　I'm asking -- I'm sorry. I'm asking

4 you to tell me what happened after Dakuras pushed

5 his body up against you. What happened next?

6　A.　Eventually I was seized by him.

7　MS. GIZZI: No. What happened immediately

8 after, Janette.

9　THE WITNESS: Oh, immediately after, I was

10 just begging him to leave, and I was scared to be

11 accused of touching someone, so I left my own unit.

12 BY MS. MOORE:

13　Q.　When you say you were scared to be

14 accused of touching, why do you say that? Why are

15 you -- why are you saying that?

16　A.　Because I never touched him or never

17 initiated any physical contact, and I believe I

18 said that I'm not touching you. But he kept trying

19 to push his body into mine, and I just -- all I

20 remember is trying to beg him to leave, and he

21 wouldn't until when he --

22　Q.　Okay.

23　A.　That was it.

24　Q.　So I'm going to interject.

Deposition of JANETTE BASS, 12/08/2020

Page 94

1        You said he kept trying to push his
2 body against yours, correct?
3    A.   Correct.
4    Q.   And how many times did Dakuras --
5    A.   I don't recall.
6    Q.   -- try to push his body against yours?
7    A.   I don't recall.
8    Q.   You don't recall.
9         Do you recall if it was more than
10 once?
11    A.   More than once.
12    Q.   Okay.  Do you recall it was more than
13 five times?
14    A.   I don't think it was more than five
15 times because I left my unit.
16    Q.   Okay.  Do you recall if it was more
17 than three times?
18    A.   I would say it's somewhere around the
19 three mark --
20    Q.   Okay.
21    A.   -- you know, rounding it off, guessing,
22 you know.
23    Q.   And each time --
24    A.   I was under a lot of distress, right?

Page 95

1    Q.   I didn't catch that.
2         And each --
3    A.   Distress.  I was distressed.
4    Q.   Okay.  And each time that Dakuras
5 pushed his body up against you, did he push his
6 front portion of his body against your front
7 portion of your body?
8    A.   Yes.
9    Q.   Okay.  And each of those three times
10 you told me you weren't in pain, but I want to make
11 sure you weren't in pain each of those three times
12 that Dakuras pushed his body up against yours,
13 correct?
14    A.   Ma'am, it's really --
15    Q.   Physical pain.
16    A.   -- hard to know what I was feeling in
17 such a crisis situation.  I just did not want to be
18 at all accused of touching someone that represented
19 the law --
20    Q.   Okay.  I understand that.
21    A.   -- or anybody.  I wouldn't touch
22 anyone.  So I mean, I wouldn't touch my kids, I
23 wouldn't touch a boyfriend, I wouldn't touch
24 anyone, so --

Page 96

1    Q.   Okay.
2    A.   -- I wouldn't touch him either.
3    Q.   I understand that --
4    A.   I don't go around --
5    Q.   -- but going back to --
6    A.   I don't go around doing that.
7    MS. GIZZI:  Just answer the question.
8 BY MS. MOORE:
9    Q.   Okay.  Just going back to my question,
10 you've told me earlier that when Dakuras pushed his
11 body up against yours, you were not in any physical
12 pain, correct?
13    A.   Not at that point, no.
14    Q.   Okay.  So the second and the third time
15 that Dakuras pushed his body up against yours, you
16 were not in any physical pain, correct?
17    A.   Correct.  It was more fear.
18    Q.   I'm sorry.  What'd you say, ma'am?
19    A.   Fear.
20    Q.   And you're mentioning that you didn't
21 want to be accused of touching -- touching an
22 officer of the law.  Correct me if I'm wrong,
23 that's what you said, right?
24    A.   Touching anybody.

Page 97

1    Q.   Okay.  So did --
2    A.   Of course an officer of the law, right.
3 I mean, my god.  You know, he could shoot me, right?
4    Q.   Did -- sorry.
5         Did Dakuras accuse you of touching
6 him?
7    A.   Yes, I do believe he tried to do that.
8 That's what occurred, when he was in fact the
9 person that was violating me.
10    Q.   And did he -- did you touch Dakuras or
11 physically touch Dakuras on June 23 --
12    A.   No, I never --
13    Q.   -- 2019?
14    A.   -- I never -- I never -- I tried moving
15 away as much as I could, and it eventually led to
16 me leaving my own unit.
17    Q.   Did you push your body up against
18 Dakuras?
19    A.   No, god forbid, never.
20    Q.   Did you ever push Dakuras?
21    A.   No.
22    Q.   Did you ever grab Dakuras' arm?
23    A.   No, I never touched his arm.  I was --
24    Q.   Okay.

Deposition of JANETTE BASS, 12/08/2020

Page 98

1    A.   -- pointing to the door, but that was
2 not touching his arm.
3    Q.   So when you were pointing to the door,
4 did your hand brush up against Sergeant Dakuras?
5    A.   Only if he pushed his body against my
6 body.
7    Q.   You're saying "only," but I'm asking
8 you: When you put your hand up, pointing towards
9 the door -- and let me backtrack.
10       Do you -- which hand did you put up
11 pointing towards the door?
12    A.   I don't remember.  I had a phone in one
13 hand, right, I remember.  And I believe I was
14 trying to point -- like I might have gestured like,
15 Please leave.  Like I kept begging him to leave.
16 That's all I can remember.  Leave, leave, leave.
17 So that's all I can remember.
18    Q.   Do you remember touching him when you
19 put your hand --
20    A.   No, I do remember that I never touched
21 him.
22       MS. GIZZI:  Let her finish.
23       THE WITNESS:  Okay.  It's the same question.
24       MS. GIZZI:  Sorry, Laniya.

Page 99

1 BY MS. MOORE:
2    Q.   Okay.
3       MS. GIZZI:  She needs to make a clear record.
4 That's why.
5       THE WITNESS:  And I'm not a lawyer, and I'm
6 not used to this, so I'm doing the best I can.  I'm
7 trying to answer your questions to the best of my
8 knowledge.  I've never been in a deposition, and
9 I'm never -- I'm not a lawyer, so you know.
10       MR. KULIS:  There's no question.
11 BY MS. MOORE:
12    Q.   It's okay.  I understand, I understand.
13       MS. GIZZI:  Nobody expects you to.
14       THE WITNESS:  It's stressful, right, thinking
15 about it.
16 BY MS. MOORE:
17    Q.   Okay.  While you were in your apartment
18 on June 23, 2019, when Dakuras came to your
19 apartment on June 23, 2019, did you ever raise your
20 voice or yell at Sergeant Dakuras?
21    A.   I don't believe so.  I mean, I just --
22 I kept just wanting him to leave, you know.
23    Q.   So once you raised your hand and
24 pointed towards the door to tell Sergeant Dakuras

Page 100

1 to leave, tell me what happens next.
2    A.   He refused to leave.
3    Q.   And what happens after that, after he
4 refused to leave?
5    A.   He took his body camera and tried to
6 show the papers I had through my work, and that's
7 all I could remember.
8    Q.   Okay.  You said he -- he took his body
9 camera to show what exactly?
10    A.   That I had papers on the floor, but
11 that's --
12    Q.   Oh.
13    A.   -- not a crime, right?
14    Q.   And what do you recall happening after
15 that?
16    A.   Begging him to leave and him butting up
17 to me, and so then I left.
18    Q.   Okay.  And did Sergeant Dakuras say
19 anything when you were telling him to leave your
20 condo unit?
21    A.   I just remember him radioing people.  I
22 don't know exactly what he said.  Something about
23 me having some mental health cri -- crisis when I
24 had no mental health crisis at all.  I was not

Page 101

1 hurting myself or anybody else, and I had not
2 committed a crime.  A crime was committed against
3 me.
4    Q.   Okay.  And you said you left your
5 apartment or condo --
6    A.   Yes.
7    Q.   -- unit?
8       And tell me what happens after you
9 leave your apartment condo building or unit.  Sorry.
10    A.   Well, I was healthier, so I tried to go
11 down the stairs so he'd leave me alone, and he
12 wouldn't butt his body up into mine anymore,
13 wouldn't arrest me.
14       But it didn't work.  He seized me.
15 I was seized by him.
16    Q.   Did Sergeant Dakuras tell you that you
17 were under arrest?
18    A.   He put handcuffs on me.
19       MS. GIZZI:  That's not the question.
20       THE WITNESS:  I don't believe he gave that
21 command, no.
22 BY MS. MOORE:
23    Q.   So you don't believe that Sergeant
24 Dakuras told you if you were under arrest.

Deposition of JANETTE BASS, 12/08/2020

Page 102

1    A.   Correct.  I remember him saying -- me
2 saying, I didn't do anything wrong; and him saying,
3 I know you didn't do anything wrong, but yet he
4 would still not --
5         (Technical interruption.)
6    THE REPORTER:  I apologize.  This is the
7 reporter.  You froze up, ma'am.  I'm so sorry.
8    THE WITNESS:  Okay.  I said that I remember
9 telling him I've done nothing wrong, and he agreed.
10 He said, I know you've done nothing wrong, but he
11 would not release me from custody.
12 BY MS. MOORE:
13   **Q.   And did you ask Sergeant Dakuras why he**
14 **would not release you?**
15   MS. GIZZI:  Yes or no.
16   THE WITNESS:  I'm sorry.  It's really a
17 difficult question because like there was no reason
18 for him to do what he did.
19 BY MS. MOORE:
20   **Q.   I understand that, but I'm -- I'm**
21 **asking:  Did you ask him why he did not release you?**
22   A.   It was more like I just said, I didn't
23 do anything wrong.
24   MS. GIZZI:  So no.

Page 103

1    THE WITNESS:  So no.
2 BY MS. MOORE:
3    **Q.   Okay.  So you did not ask Sergeant**
4 **Dakuras why he released you, correct?**
5    A.   No.  I asked --
6    **Q.   I mean, why -- shit, I'm getting --**
7        **You did not ask Sergeant Dakuras why**
8 **he did not release you, correct?**
9    A.   As I stated before, I said I've done
10 nothing wrong and he agreed, but he would not still
11 let me out of custody.
12   **Q.   So the answer to my question is yes,**
13 **you did not ask Sergeant Dakuras why he didn't**
14 **release you, correct?**
15   A.   I believe, you know, that I stated I
16 did nothing wrong.
17   MS. GIZZI:  That's not the question.
18 BY MS. MOORE:
19   **Q.   Right, but that's not -- that's not**
20 **what I'm asking.**
21   A.   Okay.  Because I'm not really
22 understanding it.
23   MR. KULIS:  Then tell her that.
24   MS. GIZZI:  Then you need to tell her that.

Page 104

1    THE WITNESS:  Okay.  I really don't get the
2 question.  Let's rephrase it in a different way so
3 that I can answer it, because honestly, you know,
4 there were many exchanges that, I did nothing
5 wrong, let me go.
6 BY MS. MOORE:
7    **Q.   Did Sergeant Dakuras tell you that you**
8 **could leave?**
9    A.   No, he would not let me go.
10   **Q.   Did you ask Sergeant Dakuras why he**
11 **would not let you go?**
12   A.   It was obvious at that point.
13   MS. GIZZI:  No, not the question.
14   THE WITNESS:  Okay.  Could you repeat that
15 question?
16   MS. MOORE:  Court reporter, can you repeat
17 that question back for me, please?
18   MS. GIZZI:  Janette, we're going to be here
19 longer --
20   THE REPORTER:  Sure, one second.
21       (The record was read as follows:
22       Q. Did you ask Sergeant
23       Dakuras why he would not let
24       you go?)

Page 105

1    MR. KULIS:  So no.
2    MS. GIZZI:  Or you don't remember.
3    THE WITNESS:  I don't remember.  It was very
4 stressful.  I just wanted to get free.
5 BY MS. MOORE:
6    **Q.   Did Sergeant Dakuras ever tell you why**
7 **he was not letting you go?**
8    A.   No.
9    **Q.   All right.  So you told me that you**
10 **left your apartment unit, correct, and you went --**
11 **correct, right?**
12   A.   Correct.
13   **Q.   Prior to you leaving your apartment**
14 **unit, did you change into anything or did you put**
15 **on any shoes or anything of that nature?**
16   A.   I was in crisis mode as I was being --
17 as I just said, being butted up to.
18   MS. GIZZI:  Yes or no.
19   THE WITNESS:  So no, I did not put shoes on.
20   MR. KULIS:  That's it.
21 BY MS. MOORE:
22   **Q.   And when you say you were in crisis**
23 **mode, what do you mean by that?**
24   A.   An officer taking their body into my

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 106

1 body was very scary.
2   Q.   Okay.  All right.  So you leave your
3 apartment unit, correct?
4   A.   Correct.
5   Q.   And why did you leave your apartment
6 unit?
7 MS. GIZZI:  Objection, asked and answered.
8 THE WITNESS:  So many times.
9 MS. GIZZI:  But repeat it for her.
10 BY MS. MOORE:
11   Q.   Yeah, you can answer.
12 THE WITNESS:  Like so many.  It's stressful.
13 MS. GIZZI:  I know --
14 THE WITNESS:  So many times.
15 MS. GIZZI:  -- but just once --
16 THE WITNESS:  Over and over.
17 MS. GIZZI:  Answer her question.
18 THE WITNESS:  I'm trying.
19      What was your question?  The same
20 question again, could you repeat it?
21 BY MS. MOORE:
22   Q.   And why did you leave your apartment
23 unit?
24   A.   Because Sergeant Dakuras was taking his

Page 107

1 body and pushing it into mine.
2   Q.   So tell me what happens next after you
3 leave your apartment unit.
4   A.   I tried to get away from him.
5   Q.   How did you try to get away from him?
6   A.   Going down the stairs when I -- I was
7 not a cripple, so I could go down -- run down
8 stairs.
9   Q.   Can you repeat that?  I didn't catch
10 that.
11   A.   I said at that point I hadn't been
12 crippled by the sergeant and I was able to run down
13 the stairs.
14   Q.   How many stairs did you run down?
15   A.   I honestly don't remember.
16   Q.   Do you know how many flights of stairs --
17   A.   Honestly don't --
18   Q.   -- you ran down?
19   A.   -- don't remember.
20   Q.   I'm sorry.  You say you don't remember?
21   A.   No.  Several, but I don't remember.
22   Q.   And why did you run down those flights
23 of stairs?
24   A.   Because Sergeant Dakuras had been

Page 108

1 butting his body up to mine and saying like that I
2 touched him or grabbed him or whatever.  I don't
3 know the verbiage he used.  And I was not, and I
4 even said it.  I remember saying it:  I am not
5 touching you.
6   Q.   When you left your apartment building,
7 did you say anything to Sergeant Dakuras when you
8 left your apartment unit?
9   A.   I just kept begging him to leave.
10   Q.   While you were running down those
11 flights of stairs, did you say anything to Sergeant
12 Dakuras?
13   A.   No.
14   Q.   Did Sergeant Dakuras say anything to
15 you as you were running down those flights of
16 stairs?
17   A.   Honestly, nothing really too much that
18 I completely remember.  I was trying to also call a
19 friend of mine, he's a lawyer down the street, for
20 help, to come help me.
21   Q.   Okay.  So you don't --
22   A.   His name is Michael Litt, L-i-t-t.
23   Q.   Okay.  So back to my original question:
24 You don't recall if Sergeant Dakuras said anything

Page 109

1 to you as you were running down those flights of
2 stairs.
3   A.   No, I don't recall.
4   Q.   Do you stop running down those flights
5 of stairs?
6   A.   Yes.  When he threw me down by the
7 elevator, there was nowhere for me to go.
8   Q.   Okay.  So do you recall what floor you
9 were on when you stopped running down those --
10   A.   No, I do not.
11   Q.   -- flights of stairs?
12      I'm sorry.  What'd you say, ma'am?
13   A.   No, I do not.  I do not.
14   Q.   Okay.
15   A.   I do not.
16   Q.   And tell me what happens once you
17 stopped running down those flights of stairs?  Like
18 what happens after that?
19   A.   Next thing you know, it was a very
20 narrow hallway and so there's an elevator and
21 there's him, so there's nowhere I can go, right?
22 But he threw me down to the floor using excessive
23 force.
24   Q.   Okay.  So you said you were in the

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 110

1 hallway and -- let me backtrack.
2         You said you were in the hallway,
3 and Sergeant Dakuras threw you to the floor?
4 That's what you just said?
5     A.   Uh-hmm.  And telling other residents
6 that something about me too.
7     MS. GIZZI:  Janette.
8     THE WITNESS:  It was humiliating.
9 BY MS. MOORE:
10    Q.   You said something about humiliating
11 you?  Is that what you --
12    A.   Yeah.
13    Q.   That's what you just said?
14    A.   Yes.
15    Q.   Did you just say Dakuras said something
16 to you about humiliating you?
17    MS. GIZZI:  Speak up.
18    THE WITNESS:  No.  Dakuras was saying things
19 to other residents, and it was humiliating.
20 BY MS. MOORE:
21    Q.   Oh, okay.  You said Dakuras was saying
22 things to other residents that was humiliating.
23         What are the types of things that
24 Dakuras said to these residents?

Page 111

1     A.   I don't remember exactly, sorry, but it
2 was humiliating.
3     Q.   Do you remember like generally the
4 types of things that he said to the residents in
5 your apartment building on that floor that you were
6 on where Dakuras --
7     A.   No, I don't remember --
8     Q.   -- threw you to the ground?
9     A.   -- exactly what he said.
10    Q.   Can you repeat that?  I'm sorry.
11    A.   No, I do not remember exactly what he
12 said.
13    Q.   Okay.
14    A.   I remember the gist of it, but it was
15 humiliating.  I don't remember exactly what he said.
16    Q.   And when you say you remember the gist
17 of it, what -- what is the gist that you remember?
18    A.   Like I said, I don't remember his exact
19 words or what he exactly said.  I just --
20    MS. GIZZI:  That's not what she's asking.
21    THE WITNESS:  -- remember it being
22 humiliating.
23    MS. GIZZI:  She's asking what was the gist of
24 what he was saying.  You just testified that you

Page 112

1 remembered.
2     THE WITNESS:  Like accusing me of like having
3 some mental crisis when, you know, I was not having
4 a mental crisis, period.
5 BY MS. MOORE:
6     Q.   So did Sergeant Dakuras tell the
7 residents that you had a mental crisis?  Is that --
8     A.   Correct.
9     Q.   -- what you said?
10    A.   Correct.
11    Q.   So going back to when you said Sergeant
12 Dakuras threw you on the floor, you remember saying
13 that, right?
14    A.   Yes.
15    Q.   Can you describe for me how Sergeant
16 Dakuras threw you on the floor.
17    A.   Using a lot of force.
18    Q.   When you say "using a lot of force,"
19 what do you mean?  What exactly did he do?
20    A.   He's a very strong man.
21    Q.   Okay.  And what exactly did he do?
22    A.   He took his arms and threw me on the
23 floor.
24    Q.   When you say he took his arms, did he

Page 113

1 take one arm, did he take both arms?  What do you
2 mean by he took his arm?
3     A.   You know what, ma'am, honestly, it was
4 just a lot of force, and I was thrown on the floor.
5 I don't have eyes behind me.  Like thrown on the
6 floor.
7     Q.   So what part of your body did he touch
8 when he threw you on the floor?
9     A.   I remember like that my shirt was up,
10 so around my breasts and threw me on the floor.
11    Q.   So where exactly did Sergeant Dakuras
12 touch you on your body to throw you on the floor?
13    MS. GIZZI:  Your arm?  Your back?  Your legs?
14    THE WITNESS:  She's just like --
15    MS. GIZZI:  Well, where do you remember
16 feeling his arm or hands is what she's asking.
17    THE WITNESS:  I'm not sure exactly where, if
18 I remember exactly where on my body.
19    MS. GIZZI:  That's fine.
20 BY MS. MOORE:
21    Q.   So you're saying you don't remember
22 exactly on your body where Dakuras touched you when
23 he threw you on the floor.
24    A.   Correct.

Deposition of JANETTE BASS, 12/08/2020

Page 114

1    Q.    Were you in pain when Sergeant Dakuras
2 threw you on the floor?
3    A.    I remember begging him to stop hurting
4 me, and he kept saying, No, Janette, he wouldn't
5 stop.
6    Q.    Okay.  So going to the point where
7 Sergeant Dakuras grabs you -- you don't remember
8 what part of your body Sergeant Dakuras grabs
9 you -- but to that point when Sergeant Dakuras
10 threw you on the floor, were you in physical pain
11 at that time?
12   A.    Yes.  He had his knee on me.  I
13 couldn't breathe.  I couldn't move.
14   Q.    So once Dakuras threw you to the floor,
15 you're saying that he put his knee on you as well?
16   A.    Uh-hmm.
17   Q.    And where exactly did he put his knee
18 on your body?
19   A.    It was toward my back.
20   Q.    Was it one knee?  Did you feel one knee?
21   A.    I really don't know.  I can't -- I
22 don't have eyes behind my head to be able to see
23 it, so I honestly can't answer the question.  Like
24 I felt his knee on me.  I could feel a knee, you

Page 115

1 know, because a knee is a -- you know, it's a
2 hard -- kneecaps are, you know, bones, right, so
3 and the pressure.
4    Q.    So you felt his kneecap on your back.
5 Is that what you're saying?
6    A.    It felt like an eternity, and I was
7 begging him to please stop hurting me.
8    Q.    Okay.  When you say it felt like an
9 eternity, how long did Sergeant Dakuras have his
10 knee in your back to your knowledge that you're
11 aware of?
12   A.    Many minutes.
13   Q.    When you say "many minutes," what do
14 you -- what are you saying?  30 minutes?
15   A.    No.  I honestly didn't want to guess,
16 but it was for several, many minutes.
17   Q.    When you say -- I think you're saying
18 several --
19   A.    Less than a half hour, less than
20 20 minutes.  Somewhere between, you know, around
21 10 minutes, say.  I mean, I'm not really sure.
22        All I remember is that I just kept
23 begging him to stop hurting me, and all he kept
24 responding is no, he would not stop.

Page 116

1    Q.    Okay.  And at that time that Dakuras
2 had his knee in your back, you told me that you
3 were in physical pain, correct?
4    A.    Correct.
5    Q.    And on a scale of 1 to 10 -- 1 being
6 the lowest and 10 being the highest -- what rate
7 would you say that you were in pain when Dakuras
8 had his knee in your back?
9    A.    I would say 10.
10   Q.    Now, going back to the portion where
11 Dakuras actually threw you on the ground -- I'm not
12 talking about when he put his knee in your back.
13 I'm just talking about the action of him throwing
14 you to the ground, okay?
15   A.    Okay.
16   Q.    On a scale of 1 to 10 -- 1 being the
17 lowest and 10 being the highest -- how much
18 physical pain were you in when Dakuras threw you to
19 the ground on June --
20   A.    10.
21   Q.    -- 23, 2019?
22   A.    10.
23        It's concrete and a very, very thin
24 piece of carpet, so I was thrown on concrete.  Very

Page 117

1 painful to be thrown on concrete.
2    Q.    Do you know if anyone saw Dakuras throw
3 you to the ground in the hallway?
4    A.    I do not know if they saw that exact
5 action.
6    Q.    Do you know if anyone saw Dakuras put
7 his knee in your back?
8    MS. GIZZI:  We're going to take a break.
9    THE WITNESS:  I'm going to just put my leg up
10 a little because my back injury, it's very hard.
11 Okay, go ahead, sorry.
12 BY MS. MOORE:
13   Q.    Do you know if anyone saw Dakuras put
14 his knee in your back?
15   A.    Not that I know of.
16   Q.    As Dakuras was putting his knee in your
17 back, did he say anything to you?
18   A.    Yes.
19   Q.    And what --
20   A.    I was begging --
21   Q.    -- did he say?
22   A.    -- him to stop hurting me, and he
23 repetitively said, No, Janette, that he wouldn't
24 stop.  He had me in handcuffs.  There was no reason

Deposition of JANETTE BASS, 12/08/2020

Page 118

1 for him to continue to harm me.
2   Q.   Okay.  Let's talk about --
3   A.   Let me restate that.  There was no
4 reason for him to ever touch my body under any
5 circumstances at all.
6   Q.   Okay.  So once Dakuras placed his knee
7 on your back, tell me what happens next.
8   A.   I was having trouble breathing and I
9 was having pain and I was also scared.  It was the
10 culmination of everything going through, and trying
11 to figure out who could help me.
12   Q.   Okay.  So let me back up a little bit.
13       So when Dakuras threw you to the
14 floor, did he immediately place his knee in your
15 back or what felt like a knee in your --
16   A.   Yes.
17   Q.   -- in your back?
18   A.   Yes.
19   MS. GIZZI:  Answer louder.
20   THE WITNESS:  Yes, sorry.  She said you
21 didn't hear me, yes.
22 BY MS. MOORE:
23   Q.   And at that time you say you were
24 having trouble breathing when he placed his knee in

Page 119

1 your back, correct?
2   A.   Correct.
3   Q.   Or what felt like a knee, should I say,
4 correct.
5       Did you say anything to Dakuras?
6   A.   Please stop hurting me.  Something.  I
7 don't know if those were the exact words.
8   Q.   Okay.
9   A.   I just begged him to stop, begged him.
10 And he kept answering, No, Janette; No, Janette.
11       Please stop hurting me.
12       No, Janette; No, Janette.
13   Q.   At some point handcuffs were placed on
14 you, correct?
15   A.   Correct.
16   Q.   And who placed those handcuffs on you?
17   A.   Honestly, it was Dakuras, I believe,
18 but it just -- it all happened so fast in that
19 respect.  You know, all I wanted was my freedom.  I
20 can't ...
21   Q.   Okay.  Do you remember who placed
22 handcuffs on you when you were --
23   A.   Like I said, I believe it was Dakuras,
24 but I don't want to say for sure.  I told you I was

Page 120

1 in crisis mode.
2   Q.   So you were in crisis mode, so you
3 couldn't remember who placed handcuffs on you?  Am
4 I hearing that correctly?
5   A.   I was scared because I was getting
6 falsely arrested, so I was very fearful.  First,
7 I -- was trying to frame me, and then I was falsely
8 seized and taken into custody.  So I was scared,
9 scared, really scared.
10   Q.   When you say you were falsely arrested,
11 did Dakuras tell you that he was placing you under
12 arrest?
13   A.   When you put handcuffs on someone, I
14 believe that's under arrest, ma'am.
15   Q.   But did Dakuras physically tell you
16 that you were under arrest?
17   A.   No, I never -- I don't know if he said
18 that.
19   Q.   Where exactly were you handcuffed?
20 Were you handcuffed from the front, or were you
21 handcuffed from the back?
22   A.   I believe it was the front.
23   Q.   And when you -- going back to when you
24 left your apartment building, you were running down

Page 121

1 those flights of stairs, did you have anything on
2 your person or in your hand as you were running
3 down those stairs or leaving --
4   A.   My phone.
5   Q.   -- the apartment building?
6   A.   My phone.
7   Q.   Okay.  And going back to when you were
8 placed in handcuffs, you just told me you were
9 placed from the front, correct?
10   A.   I believe so, yeah.
11   Q.   Was your phone still in your hand when
12 you were placed in handcuffs from the front?
13   A.   Until he took it from me.
14   Q.   Okay.  Dakuras took your phone from you?
15   A.   Yes.
16   Q.   And when exactly --
17   A.   I know I got it back at some point, but
18 then he took it again.
19   Q.   All right.  So I'm going to go back up.
20       So when was the first time Dakuras
21 took your phone from you?
22   A.   I believe it was by the elevator.
23   Q.   When you say by the --
24   A.   To the best of my knowledge.

Deposition of JANETTE BASS, 12/08/2020

Page 122

1    Q.   I understand to the best of your
2 knowledge.
3          When you say he took your phone by
4 the elevator, is this from when you were running
5 away or running down the stairs?  Is that when he
6 took your phone?
7    A.   No.
8    Q.   Is that what you're referencing?
9    A.   No.
10   Q.   Okay.  When you were in handcuffs, did
11 Dakuras take your phone?  Is that what you're
12 referencing?
13   A.   Yes.
14   Q.   He took your phone then?
15   A.   He took my phone.
16   Q.   Okay.  Before Dakuras took your phone,
17 were you able to place any phone calls or make any
18 phone calls?
19   A.   I tried calling 911, but he kept saying
20 he was a -- Mr. Dakuras kept saying he was a
21 sergeant.  I tried to call 911 for help.  And then
22 I tried to call a friend of mine who's a lawyer
23 down the street for help.
24   Q.   And that's Michael Litt, correct?

Page 123

1    A.   Correct.
2    Q.   So when you --
3    A.   Michael Charles Litt.
4    Q.   Okay.  So just correct me if I'm wrong,
5 I'm just trying to make sure I understand this.
6          When you were in handcuffs on the
7 floor, you were handcuffed to the front, correct?
8    A.   Correct.
9    Q.   And you tried to call 911?
10   A.   I even think I tried in my home to call
11 911 when he was butting up to me, but I just
12 remember him telling me how he was a sergeant.
13 It's so scary.
14   Q.   Okay.  So I'm -- I'm going to back up
15 to that, but I just want to make sure this is
16 clear --
17   A.   Okay.
18   Q.   -- and I'm going to go back to that.
19   A.   Okay.
20   Q.   So when you're on the floor, do you --
21 did you call 911?
22   A.   No.  I think I tried -- I think I was
23 trying to call my friend for help.
24   Q.   And that's Michael Litt, right?

Page 124

1    A.   Correct.
2    Q.   Were you able to get in touch with
3 Michael Litt?
4    A.   I was trying, and I was trying to tell
5 him that I was getting arrested and to please help
6 me, come to the building as quick as possible
7 because he lives down the street, down the corner
8 from me.
9    Q.   Okay.  Did he --
10   A.   So he knew what transpired with the
11 building and --
12   Q.   Did he answer when you called him?
13   A.   Yes.
14   Q.   Okay.  Now, going back to when we were
15 talking about in the apartment, you said you
16 believed you called 911 when you were in your --
17 when you were physically --
18   A.   I believe I --
19   Q.   -- in your apartment unit, correct?
20   A.   I tried to.  I believe I tried to.
21          But I remember him saying how he
22 was, quote-unquote, a sergeant, so that I couldn't
23 get any other help.
24   Q.   Okay.  So tell me why did you call 911

Page 125

1 when you were in your apartment unit.
2    A.   Because he was -- he was putting his
3 body into my body, and I wanted somebody to come
4 and stop him.
5    Q.   Did you tell the -- the 911 dispatch
6 that he was putting his body against your body?
7    A.   I don't remember exactly.  I just
8 remember him saying that pretty much in a nutshell
9 like it was kind of useless because he's the
10 sergeant.
11   Q.   Do you remember what you said when you
12 called 911 when you were in your apartment unit
13 when Dakuras was --
14   A.   No.
15   Q.   -- there?
16   A.   I do not.
17   Q.   Did you call 911 only once when Dakuras
18 was there?
19   A.   I don't recall, ma'am.
20   Q.   All right.  So going back to when you
21 were on the ground, you had your phone, you called
22 Michael Litt.
23          Tell me what happened after that.
24   A.   I tried pleading to anybody that,

Deposition of JANETTE BASS, 12/08/2020

Page 126

1 Please help. The other officers that I'd done
2 nothing wrong. And I tried pleading to Dakuras
3 that I had done nothing wrong.
4    Q.   So --
5    A.   Having papers on the floor is not a
6 crime.
7    Q.   Okay. So going back to Dakuras'
8 physical actions, you told me that he grabbed you.
9 He threw you on the floor, correct?
10    A.   Correct.
11    Q.   He -- he placed what you felt like was
12 a knee on your back, correct?
13    A.   Yes, ma'am.
14    Q.   What else did --
15    A.   Because I could see his hands, so I
16 knew it was his knee.
17    Q.   Okay. So what else did Dakuras
18 physically do to you while you were in that hallway
19 on June --
20    A.   I was very --
21    Q.   -- 23, 2019?
22    A.   -- twisted. Like twisted, you know,
23 thrown, twisted. I mean, it's hard to recall it
24 all. I think I had a big cut behind my neck. I

Page 127

1 had bruises and cuts on my body.
2    MS. GIZZI: That's not what she asked. She
3 asked what did he physically do.
4    THE WITNESS: From -- from him physically
5 using excessive force with me when I was already in
6 handcuffs going nowhere. He honestly didn't need
7 to keep hurting me, ma'am.
8 BY MS. MOORE:
9    Q.   Okay. So did he physically touch you --
10    A.   Yes.
11    Q.   -- any other time other than placing
12 the knee on your back and pushing his body up
13 against you? Did he --
14    A.   His hands as well.
15    Q.   -- do anything else physically?
16    A.   His hands as well.
17    Q.   And what exactly did he do with his
18 hands?
19    A.   I don't remember it all, but I had like
20 cuts and bruises.
21    Q.   Did you take pictures of these cuts?
22    A.   I'm sorry?
23    Q.   Did you take photographs of the cuts?
24    A.   I -- I actually did, but the place

Page 128

1 where I was taken took photographs of my body.
2    Q.   Did you provide your attorney with
3 those photographs of those cuts?
4    A.   Yes, I did.
5    Q.   Okay.
6    THE REPORTER: I apologize. This is the
7 court reporter. You said I actually did or didn't.
8    THE WITNESS: I -- I did provide the pictures
9 via the hospital to my attorneys where he had me
10 locked up. They took their own photos.
11       There's no more to be done or said
12 about that.
13 BY MS. MOORE:
14    Q.   And when you say locked up, you're
15 referring to when you were sent to north -- to the
16 hospital for an evaluation, correct?
17    A.   I would consider that locked up, ma'am.
18    MS. GIZZI: That's not what she asked.
19 BY MS. MOORE:
20    Q.   Well, what do you mean by "locked up"?
21    A.   I had cuffs on me when I was entering
22 the hospital, ma'am.
23    Q.   Okay.
24       (Sotto voce discussion.)

Page 129

1 BY MS. MOORE:
2    Q.   So you said Dakuras took your phone
3 when you were on the ground with handcuffs, correct?
4    A.   Correct.
5    Q.   Did he ever give your phone back to you?
6    A.   He did.
7    Q.   And --
8    A.   But he took it again.
9    Q.   Okay. And --
10    A.   And erased -- erased stuff off of my
11 phone.
12    Q.   When did he take your phone and
13 erase -- I didn't catch the ending of what you said
14 he erased but --
15    A.   He erased stuff off my phone, and
16 eventually he gave it back to me. He -- he had
17 given it back to me. Then he grabbed it out of my
18 hands again. Like literally grabbing it out, like
19 forcefully grabbing it out again.
20    Q.   Did this happen simultaneously? Like
21 he took the phone, he gave it back, and then he
22 took it again?
23    A.   No. And then we went down the
24 elevator. And then right as we were outside, like

Deposition of JANETTE BASS, 12/08/2020

Page 130

1 we went out and then to the left of the building is
2 where he grabbed my phone again from me.
3    Q.   And is that where he deleted the stuff
4 from your phone, is when he grabbed it --
5    A.   Yes.
6    Q.   -- there?
7    A.   Yes, ma'am.
8    Q.   Okay.  I'm just trying to get an
9 understanding.
10    A.   Yes; yes, ma'am.
11    Q.   Okay.  I'm going to back up a little
12 bit.  I'm going to go back to the spot where we
13 were at when you were on the ground and the
14 handcuffs was in the front.
15        Did you ever get up off the floor?
16    MS. GIZZI:  Objection to the form.
17    THE WITNESS:  I don't --
18 BY MS. MOORE:
19    Q.   Did you ever get off the floor on June
20 23, 2019, when you were in the hallway when you
21 were placed in handcuffs?
22    MS. GIZZI:  Do you mean voluntarily, Laniya?
23 She obviously --
24    MS. MOORE:  Yeah, did you --

Page 131

1    MS. GIZZI:  -- got up off the floor.
2    MS. MOORE:  Well, obviously I'm talking to
3 her, but yes.
4    THE WITNESS:  Everything was involuntary
5 because I didn't even want to be handcuffed.  I'd
6 done nothing wrong.  As I said, having papers on
7 the floor is not a crime.
8 BY MS. MOORE:
9    Q.   Did someone assist you to get off the
10 floor when you were in the hallway handcuffed?
11    A.   I'll be honest with you.  They were in
12 control of my body; I was not.
13    Q.   When you say they were in control of
14 your body, who are you referring to?
15    A.   He called a bunch of other people to
16 aid him in arresting me.
17    Q.   And how were those other people in
18 control of your body?
19    A.   I was not in control of my body.
20    Q.   You said the --
21    A.   I was in handcuffs.  I was restrained.
22 I was not in control of my body.
23    Q.   And you said that the other -- or the
24 other people that arrived, the Chicago police

Page 132

1 officers, they were in control of your body?  Is
2 that what you said?
3    A.   I'm saying that I really don't know.
4 I'd have to really view the cameras and see exactly
5 who was doing what.  I was not in control of my own
6 body.  I was not allowed to get up and walk away.
7 I'd done nothing wrong.  I was not allowed to get
8 up and walk away.
9    Q.   So did someone help you get up?
10    A.   This I don't remember.  As I said, they
11 were in control of my body.
12    Q.   And when you say they were in control,
13 are we talking about the Chicago police officers,
14 or are we talking about Sergeant Dakuras?  Who are
15 we talking about when we say they are in control?
16    A.   Well, Dakuras was in complete control,
17 and then he called for some other people, and they
18 made me -- strapped me down in handcuffs and parade
19 me through the lobby of my building.
20        And all I remember saying is, The
21 village taping me naked and criminally trespassing.
22 I called the police for help, and this is what
23 happens?  That you can't even amend a police report
24 without getting beat up and arrested?  That's kind

Page 133

1 of sad.
2    Q.   And when you say they were strapping
3 down -- strapping you down, what do you mean by
4 that?  When you say they were strapping --
5    A.   I don't remember, but they brought up
6 this whole gurney thing and strapping me down and
7 parading me through the building and everybody was
8 gawking.  We have closed circuit TVs.
9    MS. GIZZI:  Were they wearing Chicago -- are
10 you asking if they're Chicago police officers?
11    THE WITNESS:  Oh, that I would not be able to
12 tell you.  I know that there were a lot of police.
13 I tried to plead to them my case that I had done
14 nothing wrong.  And that I was not in any kind of
15 crisis other than scared of Dakuras.  That was my
16 crisis.  And I think any normal person --
17    MR. KULIS:  There's no question.
18    THE WITNESS:  -- would be scared.
19 BY MS. MOORE:
20    Q.   Okay.  And you said that they brought
21 up a gurney or something of some sort?
22    A.   Something like that.  Like a --
23 strapped me down and handcuffs and parading me
24 through the lobby.

Deposition of JANETTE BASS, 12/08/2020

Page 134

1    Q.   Okay.  And did Dakuras strap you down?
2    A.   That I would have to review the video.
3 I don't know.  There were several people there at
4 that point.
5    Q.   So as -- as you sit here today, you
6 don't remember if Dakuras strapped you down in the
7 gurney?
8    A.   There were several people at that point
9 in the hall.  And remember, I said he called
10 people.  There were several people.  So honestly,
11 I'm just trying to save myself.
12    Q.   And when you say trying to save
13 yourself, save yourself from what?
14    A.   I was seized for -- by Dakuras for
15 absolutely no reason.  I had done nothing wrong.  I
16 fought hard to live from cancer.  I was never going
17 to hurt myself or anybody else, and I hadn't
18 committed a crime.  There was no reason for him.
19 He should have just left my unit when I asked him
20 to leave my unit on multiple occasions.
21    Q.   All right.  So you were strapped down
22 in a gurney, correct?
23    MS. GIZZI:  She's asking a question.
24

Page 135

1 BY MS. MOORE:
2    Q.   So tell me what happens after you were
3 strapped down in a gurney.
4    A.   As I said, I remember then the whole --
5 once we got down to the lobby, there -- looks like
6 there was many other policemen, right, and
7 policewomen.  And I remember just saying that, This
8 is what you get when you call the police to protect
9 you?  They -- I wish I'd never called the police to
10 protect me.
11    Q.   How -- how did you get down to the
12 lobby?
13    A.   In this -- I don't know.  This gurney
14 or whatever, you know.
15    Q.   Did they --
16    A.   I don't know how to describe it.  It's
17 not something I'm familiar with.
18    Q.   Did you -- did they take the stairs
19 with you in the gurney?
20    A.   No.
21    Q.   They -- what did they take?
22    A.   The elevator.  That I do remember.
23    Q.   Okay.  And was Sergeant Dakuras on the
24 elevator with you?

Page 136

1    A.   Yes, he was, instructing the other
2 people.  And they said he's the sergeant, they had
3 to listen to him.
4    Q.   When you say he was instructing the
5 other people, what did he exactly say to the other
6 people when you were on the --
7    A.   I don't --
8    Q.   -- elevator?
9    A.   -- remember exactly.  I just remember
10 trying to get free and trying to tell him, Please
11 leave me alone.  Please let me go.  I did nothing
12 wrong.  A crime had been committed against me.  I
13 had not committed a crime.  They arrested the wrong
14 person.
15    Q.   And those are things that you said in
16 the elevator, going down in the elevator?
17    A.   I said I did nothing wrong.  He
18 actually --
19    MS. GIZZI:  Yes or no.
20    THE WITNESS:  Yes.
21         (Sotto voce discussion.)
22 BY MS. MOORE:
23    Q.   Okay.  So you told me that you got off
24 the -- well, you told me you were in the lobby at

Page 137

1 some point, correct?
2    A.   After exiting the elevator.
3    Q.   Okay.  And as you were in the lobby,
4 did you have any conversations with Dakuras when
5 you were in the lobby?
6    A.   I just said, Please let me go.  I've
7 done nothing wrong.  I -- I'll repeat it again.  I
8 called the police to protect me, to amend the
9 report, not to hurt me.
10    Q.   Okay.
11    A.   And seize me and take my freedom away
12 and put me in handcuffs.
13    Q.   Okay.  Did Dakuras --
14    A.   And take my property out of my hands,
15 my phone, on multiple occasions.
16    Q.   Okay.  And did Dakuras say anything in
17 response to that?
18    A.   When I -- obviously I tried to plead to
19 him, right, on several occasions.  So then I tried
20 to plead to a woman officer saying, you know, how
21 would she like it if someone --
22    MS. GIZZI:  That's not what she asked.
23    THE WITNESS:  Okay.  Go ahead.  Can you
24 rephrase that again, please?  Sorry.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 138

1 BY MS. MOORE:
2    Q.    What was --
3    A.    If she tells me that's not what she
4 asked, so I can ask it again -- the question again
5 so I can focus on just your question, sorry.
6    Q.    No worries.
7    A.    I'm trying.
8    Q.    You told me earlier about the things
9 that you just mentioned earlier that you told
10 Sergeant Dakuras when you were in the lobby,
11 correct?  And I was asking you what was his
12 response to that.
13         When you were in the lobby, what did
14 he say to you in response?
15    A.    He was not going to let me go, I guess,
16 yeah.  He was not going to give me my freedom back.
17    Q.    Is that what he said?  He said he
18 wasn't going to let you go?  Is that what you're
19 telling me?
20    A.    I don't remember exactly.  But I tried
21 to say, you know, I've done nothing wrong.  Let me
22 go.  You know, like I did nothing wrong.  I mean,
23 you know, I was violated.
24    MR. KULIS:  She didn't ask what you said.

Page 139

1 She asked what he said.
2    THE WITNESS:  I don't really remember exactly
3 what he --
4 BY MS. MOORE:
5    Q.    Okay.
6    A.    -- said.  That's the bottom -- I think
7 that I try to answer your question in a roundabout
8 way when I don't know exactly what he said.  So I'm
9 going to just state I don't know, and then we can
10 review what he said.  I just remember trying to
11 plead my case to him and the other officers to let
12 me go.
13    Q.    Okay.  And when you say to him and the
14 other officers, do you know how many of the
15 officers --
16    A.    No.
17    Q.    -- that you tried to plead your case to?
18    A.    Several, several and --
19    MR. KULIS:  Let her finish the question.
20    THE WITNESS:  Several officers.  The one that
21 was a woman, I specifically thought maybe she would
22 have more understanding of how I was violated by
23 being videotaped naked when I told them that I was
24 naked and they criminally trespassed.  And so I

Page 140

1 tried to say, you know, Please help me.  But
2 everyone said, He's the sergeant.  We have to
3 listen to him.
4 BY MS. MOORE:
5    Q.    And did the other officers
6    A.    They would not be able -- one minute.
7 They would not be able to assist me because he was
8 the sergeant and they had to listen to him.
9    Q.    That's what all the other --
10    A.    I don't know if that's the exact,
11 exact --
12    MS. GIZZI:  Janette.
13    THE WITNESS:  -- words, but ...
14 BY MS. MOORE:
15    Q.    Okay.  Give or take, that's what all
16 the other officers said in response to you pleading
17 to them.
18    A.    Uh-hmm.
19    MS. GIZZI:  You need to say yes.
20    THE WITNESS:  Yes.
21    MS. GIZZI:  Out loud.
22 BY MS. MOORE:
23    Q.    So tell me what happens -- after you're
24 in the lobby, what happens after that?

Page 141

1    A.    I just remember police swarming the
2 lobby, people coming down and gawking at me.
3 Trying to say the -- the building takes me naked,
4 and this -- I call the police to help me and they
5 arrest me.  And I'm like, This is not fair.  You
6 know, like this is not right.
7    Q.    Do you --
8    A.    And -- and I believe I said, I really
9 shouldn't have called the police because look what
10 happened to me.  You know, like I shouldn't have
11 called.
12    Q.    Did you exit your -- the lobby on
13 June 23, 2019?
14    A.    I was, like I said, strapped down in
15 handcuffs.
16    MS. GIZZI:  So did you exit?
17    THE WITNESS:  And they -- they had pushed the
18 thing I was in to exit the thing, and then when we
19 were -- okay.  Then that's it.
20 BY MS. MOORE:
21    Q.    Okay.  So --
22    A.    That was the answer to your question.
23    Q.    -- when you say "they pushed," who is
24 they?

Urlaub Bowen & Associates, Inc.    312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 142

1      A.   Ma'am, I really don't remember.  I was
2  strapped down in a gurney and in handcuffs.
3      MS. GIZZI:  That's your answer.
4      THE WITNESS:  And I don't have eyes behind my
5  head, so --
6      MS. GIZZI:  Everybody knows that, Janette.
7      THE WITNESS:  Yeah.  I mean, it's a question
8  that is not --
9      MR. KULIS:  Just answer the question.
10      THE WITNESS:  Okay.  I can't answer the
11  question.
12      MR. KULIS:  Then say that.
13           (Sotto voce discussion.)
14      MS. GIZZI:  You're not answering.
15      MR. KULIS:  No, you're not answering the
16  question.
17      THE WITNESS:  Because I don't have eyes
18  behind my head.
19      MS. GIZZI:  Everybody knows that.
20      THE WITNESS:  Okay.
21      MR. KULIS:  Just say no then.
22  BY MS. MOORE:
23      Q.   Okay.  So you said they pushed you out
24  of the -- out of the lobby in your building,

Page 143

1  correct?
2      A.   Correct.
3      Q.   Where did -- where did they push you to?
4      A.   I'm in handcuffs, I have my phone.
5  They pushed me to the front of the building.  We
6  exited on the side, went around, and then the front
7  of the building.
8      Q.   And what was in front of the building?
9      A.   Somebody to transport me.
10      Q.   So was there an ambulance in front of
11  the building?
12      A.   I honestly don't remember.  It was so
13  traumatic.
14      Q.   Do you -- do you remember getting into
15  an ambulance?
16      A.   I remember getting into some vehicle.
17  I don't know if it was a fire vehicle, an
18  ambulance.  I really don't know.  You know, I just
19  really don't know the answer to your question.  It
20  was --
21      Q.   Okay.
22      A.   -- either some kind of fire vehicle or
23  something.  I really don't know.
24      Q.   Okay.  So I'm -- I'm going to call it a

Page 144

1  fire vehicle because that's what you referenced it,
2  okay?
3      A.   No.  I said I -- no, I'm going to say
4  it again.  I really don't know the exact vehicle.
5  I know I was put into a vehicle to be transported
6  to Northwestern in handcuffs.
7      Q.   Okay.  And did you get in the front of
8  that vehicle or --
9      A.   To the best of my knowledge, I believe
10  it was in the back --
11      Q.   Okay.
12      A.   -- to the best of my knowledge.
13      Q.   And were you able to get in the back of
14  that vehicle on your own without any assistance?
15      A.   I don't believe so because I was in
16  handcuffs.
17      Q.   Who assisted you, if you know?
18      A.   I do not know.
19      Q.   And --
20      A.   The place was swarming.  I do not know.
21      Q.   Okay.  So do you know if Dakuras
22  assisted you to -- to get in the back of that
23  vehicle?
24      A.   I just remember him seizing my phone.

Page 145

1      MS. GIZZI:  No.
2      THE WITNESS:  Then --
3      MS. GIZZI:  That's not the question.
4      THE WITNESS:  I really don't -- I don't
5  remember.  I don't -- okay.  I'm going to state
6  this one thing that's the whole cover for it.  I
7  don't remember who assisted me into tran -- the
8  vehicle that transported me to Northwestern.
9  BY MS. MOORE:
10      Q.   Did anyone get in the back of the
11  vehicle with you?
12      A.   Yes, I do believe so.
13      Q.   And who was that?
14      A.   I believe maybe Dakuras was there, but
15  I'm really -- because I -- he was either there or
16  he was there when I got there.  I -- I really don't
17  remember.  I was in extreme stress.  I really -- I
18  was so scared and so stressed out from him, from
19  Dakuras, Mr. Dakuras, I really don't know the exact
20  things that you're asking me.  How --
21      Q.   Okay.  Were you --
22      A.   -- I got into the vehicle --
23      MS. GIZZI:  Shhhh.
24      THE WITNESS:  -- if he was in the vehicle.

Deposition of JANETTE BASS, 12/08/2020

Page 146

1    MS. GIZZI:  Stop.
2    THE WITNESS:  I was so scared out of my mind.
3  BY MS. MOORE:
4    **Q.   Okay.  Were you still in crisis mode**
5  **when you were in --**
6    A.   I was never --
7    **Q.   -- the back of the vehicle?**
8    A.   -- in a crisis mode.
9    **Q.   I'm sorry.  What did you --**
10    A.   Never ever --
11    **Q.   -- say, ma'am?**
12    A.   -- in a crisis mode until Dakuras came
13  after me and started butting into me.
14    MS. GIZZI:  That's not what she asked.
15  BY MS. MOORE:
16    **Q.   When you say butting into you, you're**
17  **talking about when he pushed his body up against**
18  **you, right?**
19    A.   That's right.
20    **Q.   Okay.  So going back to you were in**
21  **that vehicle when you left the apartment, the**
22  **apartment complex, and you said you're in the back**
23  **of that vehicle, did you say anything to anyone**
24  **when you were in the back of that vehicle?**

Page 147

1    A.   Honestly, I don't remember.  If I would
2  have said anything, it would just be, Let me go,
3  please.  I did nothing wrong.
4    **Q.   And do you remember if it was more than**
5  **one person in the back of the vehicle with you?**
6    A.   I honestly don't remember how many
7  people.
8    THE WITNESS:  Can you get the body cam
9  footage from everybody, please, so that we can
10  then --
11    MR. KULIS:  This is her deposition, just
12  answer the --
13    THE WITNESS:  Okay.
14    MR. KULIS:  -- questions.
15    THE WITNESS:  I'm asking them if they could
16  please -- if you could please --
17    MR. KULIS:  No, no.
18    THE WITNESS:  -- provide them all the body
19  cams.
20    MR. KULIS:  Can we take a break a second?
21    THE WITNESS:  Okay.
22    MS. MOORE:  Okay.
23    (Simultaneous crosstalk.)
24    THE VIDEO TECHNICIAN:  We are going off the

Page 148

1  record.  The time is 3:11 p.m.
2    (Recess taken.)
3    THE VIDEO TECHNICIAN:  We are back on the
4  record.  The time is 3:23 p.m.  You may proceed.
5  BY MS. MOORE:
6    **Q.   Earlier you testified that you were**
7  **placed into the back of a vehicle, correct?**
8    A.   Correct.
9    **Q.   And when you left or when you were --**
10  **well, strike that.**
11    **From the moment you entered outside**
12  **until the moment you were in the back of the**
13  **vehicle as far as the time frame, how much time had**
14  **elapsed?**
15    A.   I don't know.
16    **Q.   I'm sorry.**
17    **Would you say minutes?**
18    A.   I don't know.
19    **Q.   Would you say hours?**
20    MS. GIZZI:  Objection, asked and answered.
21  BY MS. MOORE:
22    **Q.   You can answer.**
23    A.   I don't know.
24    **Q.   So in your words, tell me what happened**

Page 149

1  **when you were in the back of that vehicle that you**
2  **referenced earlier.**
3    A.   I don't know.
4    **Q.   You don't know what happened next?**
5    A.   I was transported to Northwestern.
6  That's all I know.
7    **Q.   How much time did it take for you to**
8  **get to Northwestern, if you know?**
9    A.   I don't know.
10    **Q.   What -- was there a paramedic in the**
11  **back of the vehicle that transported you to**
12  **Northwestern?**
13    A.   I don't know.  The place was swarming.
14    **Q.   You said you don't know and what did**
15  **you say, ma'am?**
16    A.   I said the place was swarming with
17  people.  I don't know who was who.
18    **Q.   When you say the place was swarming**
19  **with people, what place are we talking about?**
20    A.   Many other people came to the lobby.  I
21  don't know who was who.
22    **Q.   Okay.  So going back to the question,**
23  **if a paramedic was in the back of the vehicle that**
24  **transported you to Northwestern.**

Deposition of JANETTE BASS, 12/08/2020

Page 150

1    A.    Once again, I don't know.
2    Q.    Was there a paramedic?
3    MS. GIZZI:  Let her finish.
4  BY MS. MOORE:
5    Q.    Ms. Bass, was there a paramedic in the
6  back of the vehicle --
7    A.    I don't know.
8    Q.    -- with you?
9          Did you have any -- any
10  conversations with anyone in the back of that
11  vehicle?
12    A.    I do not recall.
13    Q.    Were you still in handcuffs when you
14  were riding in the back of the vehicle to
15  Northwestern?
16    A.    Yes, I was.
17    Q.    So what happened when you were at
18  Northwestern?
19    A.    By then, the bruises started to show,
20  and I said that I wasn't making up what Sergeant
21  Dakuras or the building did to me.
22    Q.    Was Sergeant Dakuras at Northwestern?
23    A.    Yes, he was.  That I remember.
24    Q.    Did you have any conversations with

Page 151

1  Sergeant Dakuras at Northwestern?
2    A.    Let me go.
3    MS. GIZZI:  It's a yes or no question.
4  BY MS. MOORE:
5    Q.    Other than telling Sergeant Dakuras,
6  Let me go, did you tell Sergeant Dakuras anything
7  else at Northwestern?
8    A.    Other than, I did nothing wrong, a
9  crime was committed against me, let me go.
10    Q.    And did you tell Sergeant Dakuras
11  anything else at Northwestern?
12    A.    No.
13    Q.    Were you examined at Northwestern by a
14  doctor?
15    A.    No, I was not.
16    Q.    Were you examined by any medical staff
17  at Northwestern?
18    A.    I was asked to disclose who my friend
19  was that was with me.  He got me a charger cord so
20  I had part of the beating on the phone, and I had
21  the police report against Sudler, not Janette Bass,
22  on my phone.  So I wanted to ...
23    Q.    So let me backtrack a little bit.
24    A.    Get my freedom back.

Page 152

1    Q.    Were you given your phone back when you
2  were at Northwestern?
3    A.    Dakuras eventually gave me my phone
4  back.
5    Q.    Okay.  And did you place any calls
6  while you were at Northwestern on your cell phone?
7    A.    For my friend to go get a charger cord.
8    MS. GIZZI:  So yes.
9  BY MS. MOORE:
10    Q.    And what plan -- what -- I'm sorry.
11  What'd you say, ma'am?
12    A.    Placed a call to Michael Litt.
13    Q.    Did you place any other calls while you
14  were at Northwestern?
15    A.    No.
16    Q.    Did Michael Litt bring your charger
17  cord?
18    A.    Yes, he did.  He purchased one.
19    Q.    Okay.  Did you tell the medical staff
20  at Northwestern what happened at your apartment
21  building or your apartment unit?  Did you tell the
22  medical staff what happened?
23    A.    Yes.  But if you saw the notes from
24  Northwestern, CPD brought her in delusional about a

Page 153

1  complex -- apartment complex taking nude photos of
2  her.
3    Q.    Okay.  And did you tell the medical
4  staff what happened at your apartment unit on
5  June 23, 2019?
6    A.    They heard from Dakuras, so they really
7  weren't talking to me about it.
8    Q.    So you did not tell the medical staff
9  what happened on June 23, 2019?
10    A.    I tried to.  I was not delusional about
11  anything.
12    Q.    So what exactly -- when you say you
13  tried to, what exactly did you tell the medical
14  staff as to what happened on June 23, 2019?
15    A.    That I was falsely arrested by Sergeant
16  Dakuras.
17    Q.    Did you tell them anything else?
18    A.    That I endured injuries.
19    Q.    Did you tell them anything else?
20    A.    Maybe that I had the police report
21  already, and all he was supposed to do was amend
22  it.  And because he didn't want to amend it, he
23  panned down my papers and arrested me.
24    Q.    And did you tell them anything else?

Deposition of JANETTE BASS, 12/08/2020

Page 154

1    A.   I don't think so.  I think most of the
2 communication was done from Sergeant Dakuras to
3 them.
4    Q.   Okay.  And those things that you
5 mentioned to me that you told the medical staff at
6 Northwestern, was anyone present when you told the
7 medical staff these things?
8    A.   The medical staff was told by Sergeant
9 Dakuras that I was delusional about apartment
10 complex taking photos of me in a naked state.
11    MS. GIZZI:  That's not her question.
12    THE WITNESS:  Say your question again.
13 BY MS. MOORE:
14    Q.   My question is:  Did you tell anyone --
15 strike that.
16    MS. MOORE:  Court reporter, can you read my
17 question to her, please?
18    MR. KULIS:  Listen to the question.
19    THE WITNESS:  I'm listening.
20    MR. KULIS:  Sure, one second.
21    THE WITNESS:  Thank you.
22    (The record was read as follows:
23         Q. Okay.  And those things
24         that you mentioned to me that

Page 155

1         you told the medical staff at
2         Northwestern, was anyone
3         present when you told the
4         medical staff these things?)
5    THE WITNESS:  Yes.  My friend Michael Litt
6 was present.
7    Sorry.  Sometimes I'm --
8 BY MS. MOORE:
9    Q.   No worries.
10    A.   It's very stressful recalling all this.
11 It's very traumatic.
12    MR. KULIS:  Don't apologize.
13 BY MS. MOORE:
14    Q.   No worries.  It's okay.
15    Was Michael -- so was anyone else
16 present besides you, the medical staff, and Michael
17 Litt?
18    A.   No.
19    Q.   Did the medical staff say anything in
20 response to those things that you mentioned?
21    A.   Yes.  I needed to go clear my head
22 about the apartment complex taking naked --
23 pictures of me in a naked state.  The word was,
24 Clear your head about that.

Page 156

1    Q.   And do you know who told you?  What's
2 the medical staff's name that told you you need to
3 clear your head --
4    A.   I think it was like the head nurse or
5 something, and they did call -- well ...
6    Q.   Do you know -- what's the head nurse's
7 name?
8    A.   I have no idea.
9    Q.   Did the medical staff say anything else
10 other than to clear your head?
11    A.   When I first arrived, I was extremely
12 thirsty from everything I went through.  And
13 unfortunately, there was rotten orange juice given
14 to me, and then I'm pooping all over my body.  It
15 was very embarrassing.  I've never pooped on my
16 body before.
17    Q.   So going back to --
18    A.   I was given medication for that at the
19 next place I went.
20         (Sotto voce discussion.)
21    THE WITNESS:  It's what I went through.
22 BY MS. MOORE:
23    Q.   Okay.  So going back to the comment of
24 you need to clear your head, did the medical staff

Page 157

1 say anything else in -- in reference to -- in
2 reference to when you told them you were falsely
3 arrested, endured injury, and you had a police
4 report that needed to be amended?
5    A.   Correct.
6    Q.   Did the medical staff say anything else
7 other than clear your head?
8    A.   Pretty much that was it, and then they
9 wanted my insurance information.
10    Q.   Did you give them your insurance
11 information?
12    A.   They asked for my friend's number, and
13 I didn't want to wake him up.  But they said if you
14 want to get out, you'll have to give me your
15 friend's number.  So I agreed to give them my
16 friend's number, unfortunately.
17    Q.   When you say they asked, who asked --
18 what do you mean?  Who was -- who is "they"?
19    A.   It was some guy that came from like I
20 think it was like psych, and he said if I want to
21 get out of there, Michael has to verify my story
22 about the building doing what they did.  But I
23 said, My friend goes to sleep, he's older.
24         And they said, We want to talk to

Deposition of JANETTE BASS, 12/08/2020

Page 158

1  him.  If you're -- if you're going to get out of
2  here, you're going to let -- you're going to have
3  to give us his phone number.  So I did.
4      Q.   What's the --
5      A.   And they woke him up.
6      Q.   -- person's name that told you that?
7      A.   I can't remember his name.  It's on the
8  record.  It's -- you know, I don't know his name.
9  I really don't know his name.
10     Q.   Did you refuse to answer any questions
11 while you were at Northwestern Hospital?
12     A.   No.
13     Q.   Did you decline any procedures --
14     A.   No.
15     Q.   -- while you were at North -- let me
16 finish the question.
17          So did you decline any procedures
18 while you were at Northwestern Hospital?
19     A.   No.
20     Q.   What was your disposition while you
21 were at Northwestern Hospital?  Were you angry?
22 Like how -- how were you when you were at
23 Northwestern Hospital?
24     A.   No, I got sick from the rotten orange

Page 159

1  juice.  So now I'm pooping all over my body, and
2  every time I have to run to the bathroom, I had to
3  be escorted because I was being held without -- you
4  know, being held unjustly, being held against my
5  will.
6      Q.   And who escorted you to the bathroom?
7      A.   A staff member.
8      Q.   When you say a staff member, are we
9  talking about the Northwestern --
10     A.   Uh-hmm.
11     Q.   -- staff?
12     A.   Uh-hmm.
13     MS. GIZZI:  You have to say yes or no.
14     THE WITNESS:  I'm sorry.  Yes, yes, yes.
15 Sorry.  Yes.
16 BY MS. MOORE:
17     Q.   Okay.  Were you placed in a room at
18 Northwestern Hospital?
19     A.   I was placed in a bed with somebody
20 guarding that bed.  My freedom was taken away.
21     Q.   And when you say somebody was guarding
22 the bed, who was guarding the bed?
23     A.   I don't know.
24     Q.   It was not Dakuras?

Page 160

1      A.   No.
2           Dakuras lied to Northwestern.
3      MR. KULIS:  There's no question, Janette.
4  BY MS. MOORE:
5      Q.   What did Dakuras lie about?
6      MR. KULIS:  Here we go.
7      THE WITNESS:  That I was making up that the
8  apartment complex took nude pictures of me and that
9  he hurt me -- that he didn't hurt me.
10 BY MS. MOORE:
11     Q.   Did you hear him tell the medical staff
12 what you just said?
13     A.   It was written.
14     MR. KULIS:  Is that what she asked?
15 BY MS. MOORE:
16     Q.   I understand it was written.  I'm
17 asking you:  Did you hear Sergeant Dakuras tell
18 them what you just said?
19     A.   No, I was --
20     Q.   -- to me?
21     A.   -- not present.  I saw what was
22 written, what it said.
23     Q.   So you're saying --
24     A.   Brought in by Chicago Police

Page 161

1  Department.
2      Q.   Okay.  So you reviewed your medical
3  records?
4      A.   Only that portion.
5      Q.   When's the last time you -- when's the
6  last time you reviewed your medical records?
7      A.   It was only that portion.
8      MS. GIZZI:  When?
9      THE WITNESS:  Oh, like when I got them.  And
10 I think actually that was -- I'm sorry.  That was
11 not until I got to Methodist, because I didn't
12 even -- like I couldn't just believe that this was
13 even happening so --
14     MR. KULIS:  Janette --
15 BY MS. MOORE:
16     Q.   Okay.  So we're talking about --
17     A.   So at Methodist, Methodist actually
18 gave me a copy of that one page of what was written
19 about me.
20     Q.   Okay.  So when did you review that one
21 page that you're referencing?
22     A.   During my lockup.
23     Q.   Between your lockup where?
24     A.   During my lockup.

Deposition of JANETTE BASS, 12/08/2020

Page 162

1    Q.   Okay.  So what's the time frame?  What
2 are we talking about?  Was it this year or
3 during your lockup in 2019 you reviewed the records
4 or that page that you're referencing?
5    A.   After July 26, after I was transported
6 from Northwestern to Methodist, a social worker got
7 involved and gave me that one page that said I was
8 delusional about apartment complex taking pictures
9 and police hurting me.
10        But I was not delusional.  It was
11 the truth --
12   Q.   Okay, so --
13   A.   -- for the record.
14   Q.   -- have you reviewed any other medical
15 records other than the one you're just telling me
16 about?
17   A.   No.  That's the only one I really know
18 about.  I mean, I know what my doctors are saying
19 my conditions are and how I got --
20   MR. KULIS:  Janette, Janette, Janette --
21   THE WITNESS:  -- but I'm not a doctor.
22   MR. KULIS:  -- please.
23   THE WITNESS:  Okay, sorry.  I'm -- I'm
24 rambling.

Page 163

1    MR. KULIS:  Yes.
2    THE WITNESS:  Stop me from rambling, sorry.
3 Not again, right.
4 BY MS. MOORE:
5    Q.   I know you were telling me about you
6 were pooping.  You had to go back to the -- back
7 and forth to the bathroom, so forth and so on.
8        Were you in pain while you were at
9 Northwestern Hospital?
10   A.   Yes.
11   Q.   And what type of pain were you in while
12 you were at Northwestern Hospital?  Can you
13 describe for me --
14   A.   My whole body.
15   Q.   When you say pain in your body, what do
16 you mean by pain in your body?  Where exactly in
17 your body did you experience pain?
18   A.   My back and my neck and I had cuts and
19 bruises.  And then of course getting the rotten
20 orange juice, so then I had a stomachache.  And
21 they had to view my poop to give me medication --
22 well, that's what they had to do -- at Methodist.
23 So they viewed it and gave me medication for having
24 the rotten orange juice.  And they gave me as much

Page 164

1 Tylenol as they were allowed to for the pain.
2    Q.   Did you ever tell the medical staff at
3 Northwestern Hospital that you were arrested in
4 Texas a month before the incident that happened on
5 June 23, 2019?
6    A.   No, that's not true.
7    Q.   Were you ever arrested a month -- I
8 mean, were you ever arrested in Texas a month
9 before this incident that we're --
10   A.   No.
11   Q.   -- that we're discussing?
12   A.   No.
13   MS. GIZZI:  Let her finish.
14 BY MS. MOORE:
15   Q.   Okay.  Did you tell medical staff on
16 June 23, 2019, that you were tortured when you were
17 arrested in Texas a month prior to this incident?
18   A.   No.
19   Q.   Were you tortured in Texas a month
20 prior to this incident?
21   A.   What I went through in Texas was
22 stressful.
23   MR. KULIS:  Is that --
24

Page 165

1 BY MS. MOORE:
2    Q.   Okay.  So what happened in Texas?
3    MR. KULIS:  You opened the door obviously.
4 You can answer the question.
5    MS. GIZZI:  Objection, form, vague.  What --
6 what are you asking?
7    THE WITNESS:  It has nothing to do with this.
8    MS. MOORE:  I'm asking Janette Bass as to
9 what exactly happened.  She said it was stressful.
10 She referred to Texas as stressful.  Like --
11   MR. KULIS:  You opened up the door, Janette.
12 BY MS. MOORE:
13   Q.   What happened?  Why are you referring
14 to the --
15   MR. KULIS:  Let her ask the question.
16   MS. GIZZI:  You have to answer her question.
17   THE WITNESS:  I'm not going to answer.  First
18 of all, it was years.
19   MS. GIZZI:  Well, then say that.
20   THE WITNESS:  I know.  They're making up
21 things.
22   MR. KULIS:  Okay.  Janette, answer her
23 question, please.
24   THE WITNESS:  Ma'am --

Deposition of JANETTE BASS, 12/08/2020

Page 166

1    MR. KULIS:  Could you read the question back?
2    THE WITNESS:  -- what happened in Texas was
3 years ago.
4 BY MS. MOORE:
5    Q.   And how many years ago was that?
6    A.   Several.
7    Q.   And when you say "several," what
8 happened?  What happened in Texas several years ago?
9    MR. KULIS:  You were arrested.  Or no, you
10 were taken --
11    THE WITNESS:  We were having issues, me and
12 my ex-fiancé because of intellectual -- over
13 intellectual property.
14 BY MS. MOORE:
15    Q.   Were the police called as a result of
16 you having those issues with your fiancé in Texas
17 over intellectual property?
18    A.   Yes, they were.
19    Q.   And who called the police?
20    A.   We did.  Both my fiancé and I.
21    Q.   And what happened when the police
22 arrived?
23    A.   My fiancé's name is David Joachim.  You
24 can feel free to call him.  And my witnesses of my

Page 167

1 inventions is a gentlemen by the name of Steven
2 Einstein who is head of Price Waterhouse Cooper and
3 he's a lawyer.  You're free to call him about my
4 inventions.
5    Q.   Did you get arrested when the police
6 were called out?
7    MR. KULIS:  You didn't answer the question at
8 all.
9    THE WITNESS:  Yes, I was falsely arrested.
10 BY MS. MOORE:
11    Q.   And what were you falsely arrested for?
12    MR. KULIS:  You don't know what -- there's no
13 criminal charges.
14    THE WITNESS:  There's no criminal charges.
15 BY MS. MOORE:
16    Q.   What were you -- you said you were
17 falsely arrested, so what were you falsely arrested
18 for?
19    A.   No criminal charges.
20    Q.   When you say "no criminal charges,"
21 what were the criminal charges?
22    A.   There were no criminal charges.
23    Q.   What were you arrested for?
24    MS. GIZZI:  Objection, asked and answered.

Page 168

1    THE WITNESS:  Yeah, thank you.
2    MS. GIZZI:  She didn't -- she wasn't arrested
3 for anything.  That's why it was a false arrest.
4    THE WITNESS:  Thank you.
5 BY MS. MOORE:
6    Q.   Why did the police take you in custody
7 in Texas?
8    MS. GIZZI:  Objection, calls for speculation.
9 BY MS. MOORE:
10    Q.   If you know.
11    A.   I'm sorry.  What?
12    Q.   Do you know why the police took you in
13 custody while you were in Texas?
14    A.   No, we did not know.  I mean, we
15 figured it was over the intellectual property at
16 that point.  That's it.  I had witnesses.
17    MR. KULIS:  That's not what she --
18    THE WITNESS:  That's it.
19    MR. KULIS:  You opened up the door.
20 BY MS. MOORE:
21    Q.   Did the police torture you when you
22 were falsely arrested?
23    A.   This is not relevant to this case,
24 ma'am.  I don't recall.  I have it all in my notes

Page 169

1 at home.
2    Q.   Can you provide those notes to your
3 attorney?
4    A.   No, I cannot.  Those are my personal
5 notes.  And she's not on that, she's not involved
6 in that.
7    Q.   Approximately how long were you at
8 Northwestern on June 23, 2019?
9    A.   Hours I believe.  Way into the middle
10 of the night.
11    Q.   You told me Michael Litt arrived at
12 Northwestern?
13    A.   Correct.
14    Q.   Was he there with you when you were at
15 Northwestern throughout the entire time you were
16 there until the point where you were discharged?
17    A.   I was never discharged.  I was
18 transported.  I was never set free.
19    Q.   Okay.  So was Michael Litt there from
20 the moment you arrived at Northwestern until you
21 were transported?
22    A.   It might not be the exact moment, but
23 you know, he came over as quick as he could to try
24 to help me to get my freedom.

Deposition of JANETTE BASS, 12/08/2020

Page 170

1    Q.   Okay.  And going back to the Texas
2 event, did you sue the Texas police for your arrest?
3    A.   No, I did not.
4    Q.   And why?  Why didn't you sue the Texas
5 police?
6    MR. KULIS:  (Inaudible.)
7    THE WITNESS:  It's -- it's really honestly
8 has nothing to do with this.  I didn't sue them,
9 and that's all I'm going to say.
10    MS. MOORE:  Court reporter, can you repeat
11 back her answer for me?
12    THE RECORD:  Sure.
13           (The record was read as follows:
14            A.  It's really honestly has
15            nothing to do with this.  I
16            didn't sue them, and that's all
17            I'm going to say.)
18 BY MS. MOORE:
19    Q.   Do you have a reason why you didn't sue
20 the Texas police?
21    A.   No, I do not.  I don't live in Texas,
22 No. 1.
23    Q.   Okay.  Did you meet with a psych doctor
24 at Northwestern?

Page 171

1    A.   There was a gentleman there.  He really
2 didn't talk to me.  He just wanted my friend's
3 number so they could get my insurance to wake him
4 up in the middle of the night.
5    MS. MOORE:  I'm sorry.  I need to take a
6 break, so ...
7    THE WITNESS:  Okay.
8    MS. GIZZI:  5 minutes or more.
9    THE WITNESS:  How long?
10    MS. MOORE:  Yeah, a couple -- I need to just
11 make a phone call.
12    THE VIDEO TECHNICIAN:  We are going off the
13 record.  The time is 3:51 p.m.
14           (Recess taken.)
15    THE VIDEO TECHNICIAN:  We are back on the
16 record.  The time is 4:05 p.m.  You may proceed.
17 BY MS. MOORE:
18    Q.   All right.  Going back to the time at
19 Northwestern.
20    A.   Uh-hmm.
21    Q.   Do you know if the doctors diagnosed
22 you with anything when you were at Northwestern on
23 June 23, 2019?
24    A.   No, I do not know.

Page 172

1    Q.   And you said that you weren't
2 discharged from Northwestern, correct?
3    A.   Correct.  I was transported somewhere
4 else.
5    Q.   Okay.  And where were you transported
6 to?
7    A.   Methodist.  I do not know the addresses
8 or anything.
9    Q.   And when you say Methodist, is that
10 another hospital?  What exactly is Methodist?
11    A.   I honestly don't know.
12    THE WITNESS:  Gianna, do you know?
13    MS. GIZZI:  Yes, it's a hospital.
14 BY MS. MOORE:
15    Q.   And how did you come to get transferred
16 to Methodist Hospital?  Did you get a referral, or
17 how did you come to --
18    A.   That was not --
19    Q.   -- get transferred?
20    A.   -- my choice.  I was under -- I was --
21 I was involuntarily held and involuntary
22 transferred.  I had no control over anything that
23 happened to me.
24    Q.   Was it recommended that you be

Page 173

1 transferred to Methodist Hospital?
2    A.   I did not even know where I was going.
3 They did not tell me.  It was very scary.
4    Q.   Do you know if Michael Litt knew where
5 you were going?
6    A.   He did not know.  We were not informed.
7    Q.   And how were you transported to
8 north -- I was about to say Northwestern -- to --
9    A.   By a vehicle.
10    Q.   How were you transferred to Methodist
11 Hospital?
12    A.   Some type of vehicle.
13    Q.   Was it an ambulance?
14    A.   I don't believe so.  I believe it was
15 some kind of transportation vehicle.
16    Q.   And who transported you to Methodist
17 Hospital?
18    A.   I do not know, ma'am.
19    Q.   Was it a Chicago police officer?
20    A.   I do not believe so.  I do not know.  I
21 do not know.
22    Q.   Did Dakuras transport you to Methodist
23 Hospital?
24    MS. GIZZI:  Objection, asked and answered.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 174

1 She says she doesn't know.
2 BY MS. MOORE:
3     Q.   You can answer.
4        Did Dakuras transport you to
5 Methodist Hospital?
6     A.   I don't know.
7     Q.   Was Dakuras at Methodist Hospital when
8 you arrived?
9     A.   I didn't see him there, but I don't
10 know if he was there or not.
11     Q.   So is it fair to say -- or did you have
12 any conversations with Dakuras while you were at
13 Methodist Hospital?
14     A.   No, I did not.
15     Q.   So you said the last time -- well, let
16 me just ask: Was the last time that you saw
17 Sergeant Dakuras, was that at Northwestern Hospital?
18     A.   That's the last time I had eyes on him
19 that I could see.
20     Q.   And is that also the last time you had
21 a conversation with Dakuras at Northwestern
22 Hospital? Was it at Northwestern Hospital?
23     A.   I believe so.
24     Q.   Did Michael Litt -- was Michael Litt at

Page 175

1 Methodist Hospital?
2     A.   It was in the middle of the night. I
3 told him to please go home and get some rest.
4     Q.   So did he go home?
5     A.   Yes, he did.
6     Q.   Or did he leave, should I say. You
7 don't know where he went but --
8     A.   He went home.
9     Q.   -- did he leave?
10     A.   He went home.
11     Q.   Okay. As far as time frame when you
12 were leaving Northwestern Hospital and going to
13 Methodist Hospital, how long did it take for the
14 transport to get you from Northwestern to Methodist
15 Hospital?
16     A.   I'm really sorry. I do not know. I
17 was just scared. I didn't know where I was going.
18     Q.   Would you say it was hours for you to
19 be transported to Methodist Hospital?
20     A.   It didn't seem like an hour, but I
21 don't know, ma'am. It was a year ago. I don't
22 know how far, and I'm not from Chicago so I don't
23 know all the streets, and I had no idea where I was
24 going. So I was scared.

Page 176

1     Q.   I'm sorry. What'd you say?
2        I'm sorry. What did you say?
3     A.   I was scared because I didn't know
4 where I was going. I didn't know what was
5 happening to me. I didn't know -- you know, I'm
6 seized by Dakuras, and then I don't know what's
7 going to happen to me.
8     Q.   Was anyone else in the vehicle with you
9 when you were being transported from Northwestern
10 Hospital to Methodist Hospital?
11     A.   I'm sure there was somebody in the
12 vehicle.
13     Q.   Other than the driver, was anyone else
14 in the vehicle with you --
15     A.   I'm --
16     Q.   -- when you were being transported?
17     A.   I'm just being really honest. I do not
18 remember. It was over a year ago. It was a very
19 stressful situation. I really don't know.
20     Q.   Did you say anything to anyone while
21 you were being transported to Methodist Hospital?
22     A.   Other than I felt in pain, no.
23     Q.   Did anyone respond when you told them
24 that -- or when you said that you were in pain?

Page 177

1     A.   Once I was at Methodist.
2     Q.   Okay. But while you were being
3 transported, did anyone respond while you were --
4     A.   No.
5     Q.   -- being transported? Okay.
6     A.   No. And I don't even know who
7 transported me.
8     Q.   Okay. And --
9     A.   I didn't even know where I was going.
10 I mean, even further, I mean, I didn't know where I
11 was going, and I don't know who transported me. It
12 was all against my will. I was -- I was not in
13 control of the situation, so I do not have any kind
14 of answers for you on those questions.
15     Q.   Okay.
16     A.   Who was in the vehicle, how far, I do
17 not know.
18     Q.   Okay.
19     MS. GIZZI: That wasn't asked.
20     THE WITNESS: Fine, but I'm just covering my
21 thing to stop the same questions.
22 BY MS. MOORE:
23     Q.   So when you arrived at Methodist
24 Hospital, tell me what happened.

Deposition of JANETTE BASS, 12/08/2020

Page 178

1    A.   I believe they searched me, and I was
2 put in a room where there was a camera on me.  And
3 then I was eventually told why I was there when
4 they gave me that piece of paper.
5    **Q.   Who searched you?**
6    A.   I don't know.
7    **Q.   Was it a Chicago police officer that**
8 **searched you?**
9    A.   I don't know.
10    **Q.   And did you get out of the transport**
11 **vehicle on your own?**
12    A.   I don't recall.  I don't think so.  I
13 think they wheeled me.  But I don't really recall,
14 so I shouldn't answer.
15    **Q.   And you said you were told why you were**
16 **there at Methodist Hospital?**
17    A.   I'm sorry?
18    **Q.   Earlier you mentioned you were told why**
19 **you were there at Methodist Hospital, right?**
20    A.   Eventually, yes, by the social worker
21 and the nurse.  They gave me a paper.
22    **Q.   What's the social worker's name?**
23    A.   I don't recall.
24    **Q.   What's the nurse name?**

Page 179

1    A.   I don't recall.  There were multiple.
2    **Q.   I'm talking about --**
3    A.   Not social worker but multiple nurses.
4    **Q.   And when I was talking about the nurse,**
5 **I'm talking about the nurse that told you the**
6 **reason why you were at Methodist Hospital.  What's**
7 **her -- his or her name?**
8    A.   They thought that I knew, and I don't
9 know their name.  They thought I knew, but I did
10 not know until they gave me the paper.  They
11 photostated it and gave it to me.  That's how I
12 found out why I was there.  And I was shocked.
13    **Q.   Why were you shocked?**
14    A.   Because Dakuras had said that I was
15 delusional about the apartment complex taking
16 photos of me in a naked state and trespassing and
17 him hurting me.
18    **Q.   Is that what you read on the paper?**
19    A.   It said delirious I think about
20 apartment complex taking photos of her in a naked
21 state, delirious about a -- I mean, I'm just
22 generalizing what it said.  Delirious about
23 apartment complex taking nude photos of her and
24 delirious about police brutality.

Page 180

1    **Q.   And these things that you're speaking**
2 **in general, where are you getting that information**
3 **from?**
4    A.   From the paper that Methodist gave me.
5 It was what Dakuras told Northwestern, brought --
6 BIB, brought in by Chicago police, CPD.
7    **Q.   Did you have any other conversations**
8 **with the staff at Methodist Hospital?**
9    A.   I told them what occurred, and the
10 doctor actually said, Sounds like a lawsuit.
11         That was it.
12    **Q.   And what exact -- what exactly did you**
13 **tell the medical staff at --**
14         (Simultaneous crosstalk.)
15    MS. GIZZI:  Let her finish the question.
16    THE WITNESS:  Okay.  Go ahead.  Medical
17 staff, yeah.  You're right, I'm wrong.
18 BY MS. MOORE:
19    **Q.   What exactly did you tell the**
20 **medical -- the medical staff at Methodist Hospital**
21 **in terms of what occurred?**
22    A.   I told them the truth.
23    **Q.   Which is what?  What's the truth?  What**
24 **did you tell them?**

Page 181

1    A.   The building did take pictures of me in
2 a naked state and did criminally trespass and the
3 officer did hurt me.
4    **Q.   Did you -- did you tell them anything**
5 **else?**
6    A.   Nope.
7    **Q.   Did they respond to you when you said**
8 **that to them?**
9    A.   They actually were responding to some
10 of my medical needs.
11    **Q.   Which were what at the time?**
12    A.   They pictured my body, and they sent me
13 for x-ray.  They gave me stuff for the rotten
14 orange juice and the Tylenol for the pain.  We had
15 a meeting.  I showed them my phone, and I was
16 released.
17    **Q.   And what -- what's the doctor's name**
18 **that told you that it sounds like a lawsuit?**
19    A.   I don't remember his name.  It was a
20 2-minute conversation.  That was it.  I don't know
21 his name.  I never saw him again.  I saw him one
22 time.
23    **Q.   Okay.  You said they took pictures of**
24 **your body, correct?**

Deposition of JANETTE BASS, 12/08/2020

Page 182

1    A.   Uh-hmm.
2    Q.   Do you have copies of those pictures
3  that they took?
4    A.   Yeah, we do.
5    Q.   Did you provide those pictures to your
6  attorney, Ms. Gizzi and --
7    A.   Yes, I did.  You had asked me that
8  earlier.  I said yes before, uh-hmm.
9    THE WITNESS:  It's the same questions over
10  and over.  You guys don't realize it.
11  BY MS. MOORE:
12    Q.   And the x-ray, do you have copies of
13  the x-ray?
14    A.   No, I do not.
15    Q.   You said you attended a meeting.
16         Did you attend more than one meeting?
17    A.   I had met with the social worker.
18    MS. GIZZI:  That's not the question.  Did you
19  attend more than one meeting?
20    MR. KULIS:  Yes or no.
21    THE WITNESS:  Can you be more specific?  One
22  meeting where, what, when?
23  BY MS. MOORE:
24    Q.   Well, you mentioned to me earlier that

Page 183

1  you attended a meeting, and you were given your
2  phone, and then you were released.  You remember
3  telling me that, right?
4    A.   Yes, uh-hmm.  That's the meeting --
5    Q.   Okay.
6    A.   Yeah.  There was one meeting to
7  determine whether what I was saying was the truth.
8  I showed them my phone, they got my phone from
9  lockup, and then they released me.
10    Q.   Who was that meeting with?
11    A.   Social worker and the nurse, I believe.
12  There might have been three people at the meeting.
13  Honestly, that was it.  You know, it's over a year
14  ago.  I honestly don't remember exactly who was
15  there.  I remember a nurse and I remember a social
16  worker.  I don't know if there were other people
17  attending that meeting.  They viewed my phone, and
18  then they let me go because they saw I wasn't lying.
19         (Sotto voce discussion.)
20  BY MS. MOORE:
21    Q.   I'm sorry.  I didn't catch everything.
22  I think you said it, but then I could -- I could be
23  inaccurate, so I just want to make sure I'm
24  understanding you.

Page 184

1         You said you had one meeting with
2  the social worker and the nurse, and that's what
3  you remember as of today, correct?
4    A.   I don't know.  I -- there might have
5  been a third person.  I'm not sure.  I don't really
6  remember.  I remember the nurse and the social
7  worker and myself and the phone and maybe one other
8  person, but I'm really unsure.  They just wanted to
9  view my evidence on the phone, and then they were
10  going to release me.
11    Q.   What exactly did the social worker
12  or -- or the nurse say to you?  You said they
13  wanted to review your evidence.  What exactly
14  happened during that meeting like?
15    A.   I showed them the police report, and
16  that it was not -- it was the City of Chicago
17  against Sudler Management Corporation, not Janette
18  Bass.  And I was able to prove that they had
19  videotaped me naked.
20    MR. KULIS:  There's no question pending.  Go
21  ahead.
22    THE WITNESS:  Okay.
23  BY MS. MOORE:
24    Q.   And how were you able to prove that to

Page 185

1  the staff at -- not the staff, I'm sorry.  How were
2  you able to prove that to the social worker and the
3  nurse during that meeting that -- that you
4  referenced?
5    A.   I -- I recorded it, thank god.
6    Q.   You recorded it.  So did you show them --
7    A.   Yes.
8    Q.   -- the footage?  Is that what you're
9  telling me?
10    A.   I showed them.  I let them hear
11  everything, yes.
12    Q.   Did the social worker or the nurse say
13  anything to you during this meeting?
14    A.   Only that they were going to let me go.
15  But I was there for entirely way too long.
16    Q.   How long were you there?
17    A.   Couple days.  By the time I found out
18  what had transpired, what -- what Dakuras had told
19  Northwestern, then get it all unraveled, get the
20  social worker to get permission to get my phone,
21  and all that, and then I'm released.
22    Q.   Did Michael Litt visit you while you
23  were at Methodist Hospital for those couple --
24    A.   Actually --

Deposition of JANETTE BASS, 12/08/2020

Page 186

1  Q.  -- days?
2  A.  -- Michael did not have his car, but we
3  were in contact on the phone, and he was going to
4  take an Uber to pick me up.  And that was pretty
5  much it.  But they decided they were --
6  MS. GIZZI:  So no.
7  THE WITNESS:  -- they were just sending me by
8  Uber.  That was it.
9  MS. GIZZI:  Yes or no:  Did he visit you?
10  THE WITNESS:  Oh, no, he did not visit me.
11  He did not have a car.
12  BY MS. MOORE:
13  Q.  I know you told me about the one
14  meeting that you had with the social worker and the
15  nurse.
16       Did you have any other meetings with
17  a social worker other than the one you just told me
18  about?
19  A.  Only about getting released.  That was
20  it.  Only about getting my phone and getting
21  released.
22  Q.  Did you have any meetings with -- any
23  other meetings with the nurse?
24  A.  No, I did not.

Page 187

1  Q.  Did you attend any groups while you
2  were at Methodist Hospital?
3  A.  I had one group thing where I made a
4  bracelet, I remember.  I actually have the bracelet
5  if you need to see it.
6  Q.  Other than that -- the group that you
7  talking where you made the bracelet, did you attend
8  any other groups while you were at Methodist
9  Hospital?
10  A.  There were not any other groups.
11  Q.  Okay.  Were you given any medication
12  while you were at Methodist Hospital?
13  A.  On the first day, and it made me very,
14  very sick.  I tried to comply because I was scared
15  and I just wanted to leave.  And then after that,
16  then no.  Just the medicine for the sickness from,
17  you know, throwing up and pooping.  And the Tylenol
18  as much for pain as possible, and that was it.
19       As -- as we discussed, I did have a
20  sleep disorder, right, so but they didn't have the
21  medication I needed for my sleep disorder.
22  Q.  At some point you were officially
23  discharged, right, from Methodist Hospital?
24  A.  Yes, I was.

Page 188

1  Q.  Were you given any referrals from
2  Meth -- Methodist Hospital when you were discharged?
3  A.  No, not really.
4  Q.  When you say --
5  A.  Follow up on my -- they just said
6  follow up on your injuries, you know, follow up,
7  and I did.
8       (Sotto voce discussion.)
9  THE WITNESS:  Honestly I just don't really
10  remember every single detail, but I know that, you
11  know, I had to follow up with the pain and find out
12  what happened.
13  BY MS. MOORE:
14  Q.  And you said you did follow up on your
15  injuries?
16  A.  Yes, I did.
17  Q.  And did a doctor discharge you at
18  Methodist Hospital?
19  A.  There were no psych doctors on, so --
20  Q.  Okay.
21  A.  -- yeah.
22  Q.  So who --
23  A.  Because I was falsely being imprisoned,
24  they let me go.

Page 189

1  Q.  Okay.  So who discharged you?
2  A.  I think it was like some kind of
3  regular doctor, you know, but not anything to do
4  with psych.  I never saw psych again.  That one
5  time that he said, Sounds like a lawsuit, that was
6  it.
7  Q.  Okay.
8  A.  That was it.
9  Q.  And did that doctor, the one, the
10  regular doctor that you're referencing, did he tell
11  you any -- did he give you a diagnosis, or she?
12  A.  I honestly don't know.  I mean, this
13  whole thing was so crazy.  I just -- all I know is
14  I got free.  I was locked out of my home because
15  Dakuras shut the door and locked me out.  I needed
16  to worry about trying to get back into my unit.
17  MS. GIZZI:  That's not the question.
18  THE WITNESS:  Okay.
19  MS. GIZZI:  Did a doctor diagnose you?
20  THE WITNESS:  I do not know.  Honestly, I do
21  not know.  They let me go.  That was all that was
22  important to me.
23  BY MS. MOORE:
24  Q.  All right.

Urlaub Bowen & Associates, Inc.  312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 190

1      A.   That was the important thing.
2      MS. MOORE:  Can we go off the record for one
3  second.  I guess you have to have get off the --
4  don't go anywhere anybody.
5      THE VIDEO TECHNICIAN:  Do you have more than
6  5 minutes of questioning?
7      MS. MOORE:  Yes.
8      THE VIDEO TECHNICIAN:  Then I'm going to
9  change my media.
10      Okay.  So this is the end of media
11  unit 2.  We are going off the record.  The time is
12  4:27 p.m.
13          (Discussion off the record.)
14          (Recess taken.)
15      THE VIDEO TECHNICIAN:  We are back on the
16  record.  This is the start of media unit 3, the
17  deposition of Janette Bass.  The time is 4:42 p.m.
18  You may proceed.
19  BY MS. MOORE:
20      Q.   Okay.  Ms. Bass, earlier off the
21  record, you indicated that you were in pain.  Are
22  you still in pain?
23      A.   I'm always in pain, and I can't take
24  the Enzos, because I --

Page 191

1      MR. KULIS:  She didn't ask you --
2      THE WITNESS:  I'm in pain.
3      MR. KULIS:  Yes.
4      THE WITNESS:  It's --
5      MR. KULIS:  But we're going to proceed.
6      THE WITNESS:  That's my life, but I want to
7  try to get this over and then get home and get in
8  bed --
9  BY MS. MOORE:
10      Q.   Does that --
11      A.   -- because I have --
12      Q.   Does that pain affect your ability to
13  testify truthful and accurately?
14      A.   I think I can testify accurately.  I'm
15  just saying that it might be a little like, you
16  know, grimacing.  That's all.  You know, when
17  you're in pain, you're in pain, you know?
18      MR. KULIS:  Just --
19      THE WITNESS:  I've been in pain this whole
20  time, and I think I've been doing okay.
21      MR. KULIS:  Janette, it calls for a one-word
22  answer --
23      THE WITNESS:  Okay.
24      MR. KULIS:  -- and you've gone on for three

Page 192

1  sentences.
2      THE WITNESS:  Let's go on with the -- the
3  thing.
4  BY MS. MOORE:
5      Q.   So does that -- this pain that you're
6  telling me about, does this pain affect your
7  ability to testify truthful and accurately today?
8      A.   I don't think so, no.
9      Q.   When you say you don't think so, if it
10  happens to affect your ability to testify truthful
11  and accurately, please let me know.
12      A.   Okay.  Thank you for that.  Thank you.
13      Q.   And just to be clear, you are okay to
14  move forward with me taking your deposition --
15      A.   Yes.
16      Q.   -- is that correct?
17      MS. MOORE:  All right.  I'm going to share
18  screen now.  Do you have her interrogatories next
19  to her?
20      THE WITNESS:  I don't know.  Hold on.
21      MR. KULIS:  I do.
22  BY MS. MOORE:
23      Q.   Okay.  I'm going to attempt to share
24  the screen.

Page 193

1      MR. KULIS:  These are the written questions
2  that you answered.  Didn't you want me to change
3  one of them?
4  BY MS. MOORE:
5      Q.   Ms. Bass, turning your attention to the
6  screen, I'm hand -- or your attorney handed you
7  what is going to be marked as Exhibit 1.
8          I'm going to scroll through.  First
9  pay attention to the screen on here, and then I'll
10  direct you when you can look at your -- the paper
11  in person, okay?
12      A.   Okay.
13      Q.   All right.  So look at the screen.
14      A.   Okay.
15      Q.   I'm going to scroll through so you can
16  see.  This is 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,
17  12, and 13.
18          Do you have 13 pages in front of
19  you?  You can check and let me know yes or no.
20      A.   Yes.  I'm imagining -- 13 doesn't say,
21  but it's the last page, so this says 12, so that
22  would be --
23      Q.   All right.  I'm going to show you
24  another page that should have been included with

Deposition of JANETTE BASS, 12/08/2020

Page 194

1 this.  Hold on.
2    A.   I don't see anything you're showing me.
3    Q.   All right.  I'm going to let you know
4 so give me a second.
5    A.   Oh, okay.
6    Q.   I'll let you know when to pay attention
7 to the screen, okay?
8    A.   Uh-hmm.
9    Q.   All right.  I'm about to share the
10 screen again.
11         All right.  Can you see this,
12 Ms. Bass?
13    A.   I -- what am I supposed to be seeing?
14    MR. KULIS:  No.
15    MS. MOORE:  Where it says -- you all can't
16 see this?
17    THE WITNESS:  No, we don't see anything.
18    MR. KULIS:  No, you're not sharing it.
19    THE WITNESS:  So far throughout the whole
20 thing never seen.
21    MS. MOORE:  It says I'm sharing.  Let me stop
22 and start again.
23         (Sotto voce discussion.)
24    MS. MOORE:  Are you all able to see now?

Page 195

1    MR. KULIS:  No.
2    THE WITNESS:  No.
3    MS. DORY:  I can see, so are we sure it's not
4 on your end, Greg?
5         You're showing the verification?
6 Yeah, Laniya, you're showing the verification,
7 right?
8    MS. MOORE:  Yes, yes.
9    MS. DORY:  Yeah, I can see it.
10    MR. KULIS:  There's nothing.  All I see is
11 all you guys.
12    THE WITNESS:  And Emily Dory, it says.
13    MS. DORY:  That's me.
14         (Discussion off the record.)
15    MR. KULIS:  You know what we can do, we can
16 agree -- I mean, we have the copy of the exhibit.
17 She's going to have to refer to the paper one.
18    MS. MOORE:  Okay.  Does she have the
19 verification form in front of her as well?
20    MR. KULIS:  Yes.
21    MS. MOORE:  Okay.  Well, I'll stop sharing,
22 and all of that will be a part of Exhibit 1.  The
23 rogs as well as that verification for the record.
24 That's Exhibit 1.

Page 196

1 BY MS. MOORE:
2    Q.   All right.  Well, turning your
3 attention to the verification page, which should be
4 the very last page of the document.  You're at
5 the -- at that page?
6    A.   Yes, I am.
7    Q.   Have you seen -- have you seen this
8 document before?
9    A.   I saw a little bit of it.  I have --
10 I'll be honest, I told my lawyers, you know,
11 exactly what happened, and they drafted it.
12    MR. KULIS:  These are your answers.
13    THE WITNESS:  These are my answers to the --
14    MR. KULIS:  You answered these.
15    THE WITNESS:  Right.  But I'm saying I told
16 you all what --
17 BY MS. MOORE:
18    Q.   Okay.  Did you sign --
19    A.   Yes.
20    Q.   You see that signature on that --
21    A.   Yes.
22    Q.   -- last page?
23    A.   That's my signature.
24    Q.   That's your signature?

Page 197

1    A.   It is.
2    Q.   Did you review the interrogatory
3 responses before --
4    A.   That was some time --
5    Q.   -- signing your --
6    A.   -- ago.  I didn't -- I didn't look at
7 them recently, but yes, I reviewed --
8    Q.   Okay.
9    A.   -- them some time ago.
10    Q.   And did you understand when you were
11 signing it you were swearing that your answers were
12 true and accurate to the best of your knowledge?
13    A.   Correct.
14    Q.   Okay.  Give me one second.
15         Turning your attention to
16 interrogatory No. 4, that should be page No. 3.
17    A.   3 or 4?  Which one?
18    Q.   Interrogatory No. 4 so it should be on
19 page 3.  It should say Interrogatory --
20    A.   Yes, I see it, okay.
21    Q.   You see it, where it says identify each
22 and every person?
23    A.   Correct.
24    Q.   Can you take time out to read that and

Deposition of JANETTE BASS, 12/08/2020

Page 198

1 let me know when you're done so I can ask you a
2 question?
3    A.   Sure.  (Complying.)
4       Okay.
5    Q.   Okay.  We've already discussed Michael
6 Charles Litt.
7       So where -- do you know where
8 Michael Charles Litt resides at?  Like his address?
9    A.   Yes.  He lives on the next block from
10 me, but I do not have his address, on Chestnut.
11    MR. KULIS:  Do you know what building?
12    THE WITNESS:  No.  I don't --
13 BY MS. MOORE:
14    Q.   So you don't know his actual physical
15 address?
16    A.   No, I do not have his address.
17    Q.   Okay.  Who is Shale, and I'm probably
18 mispronouncing it, but S-h-a-l-e --
19    A.   Yeah.  He's another friend of mine
20 that's an attorney, Shale Lapping.
21    Q.   And what does Shale Lapping know in
22 regards to this lawsuit?
23    A.   No, all I said is what happened to me.
24 We didn't discuss the lawsuit.

Page 199

1    Q.   What does Shale Lapping know in regards
2 to the incident that happened on June 23, 2019?
3    A.   Just that I was injured and I've been
4 having a hard time.
5    Q.   What is Shale Lapping's physical
6 address?
7    A.   I can't tell you.  He has a condo in --
8 how do you call it -- Harbor Point I believe it's
9 called.
10    Q.   But you don't -- you don't know his or
11 her physical address?
12    A.   The building is called Harbor Point.
13    Q.   Okay.  And is Shale Lapping's number
14 still 847.372.9046?
15    A.   Correct.
16    Q.   Moving on to David Joachim, who is
17 David Joachim?  I think you told me that was your
18 husband, your ex-husband?
19    A.   No.  He was my fiancé.
20    Q.   Okay.  Your ex-fiancé.
21    A.   Yes, but we are still friends.
22    Q.   I'm sorry.  What'd you say?
23    A.   We are still friends.
24    Q.   Okay.  And what does David J., what

Page 200

1 does David J. know about this lawsuit?
2    A.   He doesn't know anything about the
3 lawsuit.  No one does.  Just -- he's just aware
4 that I'm having a rough time.
5    Q.   And did you tell him why you were
6 having a rough time?
7    A.   Yeah.
8    Q.   And what did you tell him?  Why -- why
9 were you -- what did you tell him?
10    A.   The false arrest and the injuries I
11 endured over it.
12    Q.   Okay.  And what is David J's physical
13 address?
14    A.   He was on Alchester in Texas, but I
15 don't know the actual address.
16    Q.   When you say Alchester, can you spell
17 that for me?
18    A.   I really -- I don't know how to spell
19 it, and I really don't know that whole address, so
20 I mean, I would be giving you false information.
21    Q.   Okay.  And is that in Houston or is
22 that --
23    A.   Yes.
24    Q.   -- in Texas?

Page 201

1    A.   It's in -- it's in Texas.
2    MR. KULIS:  In Texas.  She asked is it in
3 Houston.
4    THE WITNESS:  I believe he's still in
5 Houston.  I haven't talked to him very recently, so
6 I really don't want to say anything inaccurate.
7 BY MS. MOORE:
8    Q.   So the last place that you know of
9 where he was at was in Houston, Texas.
10    A.   Houston, correct.
11    Q.   Okay.
12    A.   The last place I know of, right.
13    Q.   Yes.
14       And is his phone number 713.502.5822?
15    A.   I believe so.
16    Q.   I'm sorry.  What'd you say, ma'am?
17    A.   I believe so.
18    MR. KULIS:  Wait until she finishes.
19 BY MS. MOORE:
20    Q.   Okay.  Moving to Marsha Armstrong, who
21 is Marsha Armstrong?
22    A.   She's a friend of mine in Texas as well.
23    Q.   And this -- you told me no one knows,
24 so Marsha Armstrong does not know about the -- this

Deposition of JANETTE BASS, 12/08/2020

Page 202

1 lawsuit, correct?
2    A.   No.
3    Q.   Does Marsha -- Marsha Armstrong know
4 about the incident that happened on June 23, 2019?
5    A.   She does know about the incident.
6    Q.   And what exactly -- I mean -- strike
7 that.
8    A.   Just that I was falsely arrested and I
9 got injured, and I've been struggling like a
10 snowball effect medically.  That's all.
11    Q.   Okay.  And you told her that?
12    A.   Yes.
13    Q.   Okay.  Do you have a physical address
14 for Marsha Armstrong?
15    A.   No, I do not.
16    Q.   Is Marsha Armstrong's number still
17 469.237.1760?
18    A.   Correct.
19    Q.   And I think this is your son, David
20 H-a-r-i- --
21    A.   Yes.
22    Q.   -- d-i-m?
23    A.   That's my son.
24    Q.   Okay.  And where does your son reside

Page 203

1 at?
2    A.   In Los Angeles.  And I do not have his
3 address.  He just moved.
4    Q.   Okay.  And is his contact number still
5 323.204.5247?
6    A.   I believe so.
7    Q.   Okay.  And who is Ron Lachman?
8    A.   Let me correct the spelling on that
9 name.  It's L-o-c-h-m-a-n.
10    Q.   Okay.
11    A.   He's a friend of mine.  He's not aware
12 of the lawsuit, but he's aware of my injuries and
13 what I've endured.
14    Q.   And what exactly is he aware of in
15 regards to your injuries and what you've endured?
16    A.   Just what -- what happened with Dakuras
17 and the fallout, and that it's like a snowball
18 medically, unfortunately.  That's it.
19         The only one that even knows I have
20 a deposition today is only David.
21    Q.   Your son, correct?
22    A.   He's the only one that knows I'm even
23 here.
24    Q.   Okay.  Do you have a physical address

Page 204

1 for Ron Lachman?
2    A.   No.  It's Lake Shore Drive.
3    Q.   Do you have a phone number for Rob -- I
4 mean Ron Lachman?
5    A.   Yes, I do.
6    Q.   Okay.
7    MR. KULIS:  For the record, she's going to
8 look on her phone.
9    THE WITNESS:  I don't know it by heart.
10    847.858 --
11 BY MS. MOORE:
12    Q.   Okay.
13    A.   -- 8640.
14    Q.   So 847.858.8640?
15    A.   8 -- one second.  I'm writing it down
16 and then I'll tell you so they have it as well.
17 It's 847.858.8640.
18         That's -- and by the way, can you
19 correct the spelling of that name, please.  It's
20 L-a-c-h-m-a-n, Ron Lachman.
21    Q.   All right.  Can you go to
22 interrogatory 20 -- No. 23, so that should be on
23 page 12.
24    A.   12, okay, hang on.  Okay.

Page 205

1    Q.   Okay.  Take a moment to read that and
2 let me know when you're done reading it.
3    A.   (Complying.)
4         Yes.
5    Q.   Okay.  So have you ever been
6 involuntarily committed to a mental health
7 institution before June 23, 2019?
8    A.   Years ago I told you I was falsely
9 arrested.  We've discussed that earlier.
10    Q.   And were you committed to a mental
11 health institution in Texas from the incident --
12    A.   Correct.
13    Q.   -- we were talking about?
14    A.   Falsely.
15    Q.   And how long were you at that mental
16 institution --
17    A.   I'll be honest --
18    Q.   -- in Texas?
19    A.   -- with you.  I really don't remember.
20 It was years ago.
21    Q.   What was the name of the mental health
22 institution?
23    A.   I honestly don't remember.  I'm not
24 from Texas.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 206

1    Q.   Any other -- any other times other than
2 the one from Texas -- as a matter of fact, strike
3 that.
4         Do you know what year that was when
5 you were involuntarily committed to a --
6    A.   Several years ago.
7    Q.   -- to a mental institution in Texas?
8    A.   Several years ago.
9    Q.   When you say several years, was it in
10 the '90s?
11   A.   I said several years ago.
12   MR. KULIS:  So what does that mean?
13 BY MS. MOORE:
14   Q.   Yeah, I'm asking you --
15   A.   Approximately maybe five years ago or
16 more.  And I'm just guessing.
17   Q.   Okay.  Did you receive any treatment
18 while you were at the mental health institution in
19 Texas --
20   THE WITNESS:  That's private.
21 BY MS. MOORE:
22   Q.   -- five years ago?
23   THE WITNESS:  That's --
24   MR. KULIS:  Well, they treated you.  Whether

Page 207

1 you knew it or not, there was treatment.  You've
2 got to answer that.
3   THE WITNESS:  I don't even know.
4   MR. KULIS:  Then you say I don't know what
5 they gave me.
6   THE WITNESS:  I don't know.
7   MR. KULIS:  Only answer what you know.
8   THE WITNESS:  Okay.  I'm glad you're sitting
9 here, because I don't know.
10 BY MS. MOORE:
11   Q.   Are you still okay to move forward or
12 are you --
13   A.   Yes.
14   Q.   -- are you in pain?
15   A.   No, I -- I just want to get it over.
16 Let's go.  What other question.
17   Q.   Okay.  Were you -- well, yeah, you said
18 you were involuntarily committed.  What was --
19   A.   Falsely.
20   Q.   -- the name of --
21        I'm sorry.  What'd you say?
22   A.   Falsely.
23   Q.   Yeah.  And what was the name of the
24 person who falsely committed you to a mental health

Page 208

1 institution --
2   A.   I really don't know.
3   Q.   -- when you were in Texas?
4        Let me finish the question.
5   A.   Okay.
6   Q.   What was the name of the person who
7 falsely committed you to a mental health
8 institution in Texas --
9   A.   I don't know.
10   Q.   -- the one you just referred to me
11 that -- that was about approximately five years ago?
12   A.   Yeah, I don't know.
13   Q.   Did you incur any medical bills from
14 that in -- involuntarily in that -- from that --
15   A.   Honestly, I don't remember.
16   MR. KULIS:  Let her finish.
17        (Sotto voce discussion.)
18 BY MS. MOORE:
19   Q.   Okay.  Were you given a diagnosis when
20 you were involuntarily committed in the mental
21 health institution in Texas?
22   A.   No, I was not.
23   Q.   Okay.  Have you ever been -- other than
24 the one that we just discussed earlier in this

Page 209

1 particular case, have you ever been involuntarily
2 committed to a mental health institution after
3 June 23 --
4   A.   No --
5   Q.   -- 2019?
6   A.   -- never.
7   Q.   Okay.  And a quick question in regards
8 to your lawsuit.  I think earlier -- well, strike
9 that.
10        And a question in regards to your
11 lawsuit, are you currently suing Apple?
12   A.   No, I am not.
13   Q.   And I'm directing your attention to
14 page 11.  So can you turn to page 11, interrogatory
15 No. 22.
16   A.   Wait, which page?  11?
17   Q.   11.
18   A.   Okay.  Got you.  And which number?  22?
19   Q.   Yeah, interrogatory No. 22.  Take a
20 second to read it and let me know when you're done.
21   A.   Yeah.  I'm not going remember the date
22 of each complaint.  The status is the building
23 inspectors are -- have been fining the building,
24 and they are coming out again to test for the mold.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 210

1        What else do you want to know here?
2    Q.   All right.  The organization, is it
3 still -- what did you say?  Sutherland or
4 Sutherland Management?
5    A.   S-u-d-l-e-r, Sudler Management.
6    Q.   That is the management company that
7 you've made the complaint with with the condo
8 association, correct?
9    A.   I did not talk to the condo
10 association.  I have no issues with condo
11 association.
12    Q.   Okay.  So --
13    A.   They've done nothing to me.
14    Q.   Who exactly is Sudler or Sudler
15 Management?
16    A.   Sudler is a management company.  That's
17 who my complaint is with.
18    Q.   Okay.  So I guess I'm just -- I'm just
19 trying to get a better understanding, do they
20 manage the building --
21    A.   The condo association did not enter my
22 unit, trespass and video --
23    MR. KULIS:  Answer the question.
24

Page 211

1 BY MS. MOORE:
2    Q.   I'm trying to --
3    MR. KULIS:  You're wasting time.
4        Go ahead.  Ask the question.
5 BY MS. MOORE:
6    Q.   Does the Sudler Management Company,
7 they manage the condo units in the building?
8    A.   Sudler --
9    MR. KULIS:  A management company manages the
10 whole -- the building.
11    THE WITNESS:  Thank you.
12    MS. MOORE:  Okay.  That's what I'm trying to
13 get an understanding of.  All right.
14 BY MS. MOORE:
15    Q.   So each time that you have a complaint
16 or a concern, you direct it to that management
17 company?
18    A.   It's been in writing to them, yes.
19    Q.   Yes, okay.
20    A.   And I have the correspondence.
21    Q.   Have you provided that correspondence
22 to your attorneys?
23    A.   I provided the correspondence of that
24 day -- I mean of that incident in the general

Page 212

1 background information I sent Gianna.
2    Q.   Okay.
3    A.   What has been going on there, yeah, for
4 20 years.
5    Q.   And what was the outcome of the
6 complaints that you made?  What was the resolution
7 of the complaints that you made with the management
8 company?
9    A.   So far, there's no resolution, ma'am.
10 I'm waiting for the building inspectors to come.
11    Q.   Okay.
12    A.   There are ongoing complaints with 311
13 waiting for building inspectors, period.
14    Q.   Okay.  Have you received any
15 correspondence or any letters from the management
16 company in regards --
17    A.   No, I have not.
18    Q.   -- to your concerns?
19    MR. KULIS:  She's not finishing the question.
20    THE WITNESS:  I'm sorry, because I haven't
21 received anything, so I know that.
22    MR. KULIS:  But she didn't even finish the
23 question, and you just --
24    THE WITNESS:  Okay, go ahead.  Sorry, sorry.

Page 213

1 I'm sorry.
2    MR. KULIS:  You just --
3    THE WITNESS:  Okay, okay, okay.  I'm sorry.
4 Go ahead.
5 BY MS. MOORE:
6    Q.   So basically so it's clear for the
7 record, you haven't received any correspondence
8 from the management company in regards to your
9 complaint, right?
10    A.   The only corr -- well, wait a minute.
11 Let me -- let me correct that.
12        I have a letter from the doctor that
13 says I cannot carry my groceries up and that I
14 cannot stand for long periods of time.
15    Q.   Okay.  And --
16    A.   And it's been presented to the
17 management office.
18    Q.   Okay.  So has the management office
19 sent you any correspondence to any of the -- any of
20 your complaints that you've made with them?
21    A.   No, they did not.  They do have a copy
22 of the letter from my doctor, Amdur, Rachel Amdur.
23    Q.   Can you go to really page No. 9 and 10.
24 That will be interrogatory 18.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 214

1    A.   Hang on, let me get there.  Okay, 9,
2 all right.
3    Q.   Let me know when you've had a chance to
4 read it.
5    A.   (Complying.)
6         Okay.
7    Q.   Okay.  Have you received any
8 correspondence or any documents from -- from COPA
9 in regards to your response in No. 18?
10    A.   I did file the complaint, and I believe
11 that we left it at that Greg was going to follow up
12 with COPA.
13    Q.   But did you receive anything from the
14 Civilian Office of Police Accountability --
15    A.   They told me to have Greg call them.
16    Q.   So that's a no, you have not received
17 anything from the --
18    A.   They said to have Greg call them.
19 Officer Newhouse, he's also a lawyer apparently.
20 He said he knows Greg.
21    THE WITNESS:  Do you know him?  He said he
22 knows you.  Okay.
23    MR. KULIS:  Newhouse?
24    THE WITNESS:  Yeah, something like that.

Page 215

1    MR. KULIS:  He probably knows my name.
2    THE WITNESS:  No, he said he knew you, and
3 he's a lawyer too.  And he said, have your lawyer
4 call me.  That was it.
5 BY MS. MOORE:
6    Q.   So it's clear for the record, because
7 we were cutting each other off back and forth, you
8 have not received any correspondence from COPA,
9 correct?
10    A.   Correct.
11    Q.   All right.  Let's move on to the Office
12 of the Inspector General.
13         Do you -- what date did you file the
14 complaint with the Office of Inspector General?
15    A.   I don't remember what date.
16    Q.   Did you receive any documentation from
17 the Office of Inspector General as a result of you
18 making a complaint?
19    A.   No, I did not, but I should follow up.
20    Q.   Okay.  Let's move on to the mayor's
21 office.
22    A.   Sure.
23    Q.   What date did you make a complaint to
24 the mayor's office, the safety division?

Page 216

1    A.   On several occasions.  And I spoke with
2 Mr. Mike Milton, but he was then changing
3 positions, so he couldn't follow through.
4    Q.   When you say on several occasions, what
5 is --
6    A.   I tried to reach Mr. Milton on several
7 occasions, and then when I --
8    Q.   What's the date of those several --
9    A.   I don't --
10    Q.   -- occasions?
11    A.   -- know.  But when I reached him the
12 last time, he said he was changing positions.
13    Q.   You said you don't know the date of the
14 several occasions --
15    A.   No, I don't.
16    Q.   -- that you spoke with -- Janette, let
17 me ask the question; then you answer, okay?
18    A.   I'm going to look to see if I can
19 answer it, okay.
20    MR. KULIS:  She didn't ask the question.
21    THE WITNESS:  Go ahead.
22 BY MS. MOORE:
23    Q.   So what were the dates that you
24 contacted the mayor's office to make a complaint?

Page 217

1    MR. KULIS:  Give an approximate date if you
2 know.
3    THE WITNESS:  I was going to look and see if
4 he had left a voicemail or something.
5    MR. KULIS:  Okay.  Just tell her you don't
6 know.
7    THE WITNESS:  I don't know.
8 BY MS. MOORE:
9    Q.   Okay.  So now moving on to Chicago
10 Police Department Bureau of Internal Affairs, what
11 are the dates that you made a complaint with the
12 Chicago Police Department Bureau of Internal
13 Affairs?
14    A.   Oh, on several occasions.  Firestone.
15    Q.   Do you know those occasions, or do you
16 know the dates of those occasions?
17    A.   Honestly, I'd have to look it up.
18    MR. KULIS:  Okay.  Just -- you don't have to
19 look up anything.  If you know, you know.
20 BY MS. MOORE:
21    Q.   Right.  If you know off the top of your
22 head.  If you don't, just say you don't.
23    MR. KULIS:  You're wasting time, Janette.
24 Janette, get off the phone.

Deposition of JANETTE BASS, 12/08/2020

Page 218

1    THE WITNESS:  I can -- I'll look and I can
2  provide it to the --
3    MR. KULIS:  It's not that important.
4    THE WITNESS:  -- counsel if you really need
5  it.
6  BY MS. MOORE:
7    Q.  Yes, I do.  So I ask that you provide
8  it and that counsel amends the interrogatories,
9  okay?
10    MR. KULIS:  Sure.
11    THE WITNESS:  Okay, thank you.  I'll look.
12    MR. KULIS:  None of that's admissible, so
13  it's really irrelevant, but we'll give you the date.
14    MS. MOORE:  All right, Greg.
15  BY MS. MOORE:
16    Q.  Are you claiming any physical injuries
17  as a result of this incident?
18    A.  Yes, I am.
19    Q.  What injuries do you claim you
20  sustained as a result of this incident?
21    A.  My disc in my back and my neck.  The
22  cuts and bruises of course healed.  But the med --
23  then I have medication for the injuries in my back,
24  which I said caused esophageneal -- LA esophageneal

Page 219

1  grade D.  And if I want, I can show you pictures.
2        And then the weight gain from being
3  inactive the doctor says has caused me to have
4  diabetes where I need injections, so it's kind of a
5  snowball effect --
6    Q.  All right.
7    A.  -- which then led to the --
8    Q.  So let me backtrack.  I'm sorry to cut
9  you off.
10        But have you ever received any
11  medical attention for these claimed injuries?
12    A.  Yes, I have.
13    Q.  When?  When did you receive
14  medical attention --
15    A.  I'm under --
16    Q.  -- for these claimed injuries?
17    A.  -- a doctor's care --
18    MR. KULIS:  She's still talking -- hold on.
19    THE WITNESS:  Okay.
20    MR. KULIS:  She's still talking, Janette --
21    THE WITNESS:  Okay, go ahead.
22    MR. KULIS:  -- and you're talking.
23    THE WITNESS:  Sorry.
24    MR. KULIS:  The court reporter can't take two

Page 220

1  people talking.  This is five hours --
2    THE WITNESS:  Okay.
3    MR. KULIS:  -- we've been doing this.
4    THE WITNESS:  Yes, I know.
5    MR. KULIS:  So just please wait, take a
6  breath, and then answer the question.
7    THE WITNESS:  Okay.
8    MR. KULIS:  Go ahead, Counsel.  I'm sorry.
9  BY MS. MOORE:
10    Q.  When did you receive medical attention
11  for these claimed injuries?
12    A.  I have ongoing medical attention.
13    Q.  So when did you first start receiving
14  medical attention for these claimed injuries?
15    A.  Immediately after I was injured.
16    Q.  So immediately after, would that be the
17  next day?  Would that be a month after?
18    A.  After the --
19        (Simultaneous crosstalk.)
20    MR. KULIS:  Two people are talking again.
21  BY MS. MOORE:
22    Q.  Janette, are you okay?  Do you need to --
23    A.  No, I'm just -- I'm sorry.  I will --
24  if you want, Greg and I, we can look through the

Page 221

1  medical records to find the exact date.
2    MR. KULIS:  If you don't know the date, you
3  don't know it.
4    THE WITNESS:  I don't know the date, ma'am.
5  After -- right after the incident, so shortly after.
6  BY MS. MOORE:
7    Q.  And where?  Where did you receive this
8  medical attention shortly after?
9    A.  I had an MRI at 680 North Lake Shore
10  Drive, and my doctor's also in that building.
11    Q.  What's your doctor's name?
12    A.  The pain management doctor right now is
13  Dr. Matthew Co.
14    MR. KULIS:  Who did you see for the MRI?
15    THE WITNESS:  Originally I saw -- I think it
16  was like -- maybe it was like Dr. Bennett.  I'm not
17  sure.  Originally I saw one of the doctors there
18  and then they saw the disc problem and then they
19  sent me to pain management, and I've had --
20  BY MS. MOORE:
21    Q.  So --
22    A.  -- several procedures.
23    Q.  All right.  So as far as with the MRI,
24  you said the doctor -- you don't know that doctor's

Deposition of JANETTE BASS, 12/08/2020

Page 222

1 name that you originally saw for the claimed
2 injuries, correct?
3       MR. KULIS: (Inaudible.)
4       THE WITNESS: Um, no. You know what, I'm
5 really tired, and I don't remember the name, so ...
6 BY MS. MOORE:
7       Q. You're saying you're really tired and
8 you don't remember anything. Is anything affecting
9 your ability --
10      MR. KULIS: She said she doesn't remember the
11 name.
12      THE WITNESS: Name.
13      MS. MOORE: Okay.
14      MR. KULIS: And it's all within the medical
15 records we've tendered.
16      THE WITNESS: Correct.
17      MR. KULIS: So you have it.
18      MS. MOORE: All right. But I'm asking based
19 off of her recollection.
20      MR. KULIS: I understand.
21      MS. MOORE: Okay.
22      MR. KULIS: So if you don't remember, you
23 don't remember.
24

Page 223

1 BY MS. MOORE:
2       Q. So how many times have you been seen by
3 the doctor that you can't remember his name for --
4       A. I've been seen --
5       Q. -- these claimed injuries?
6       A. -- by many doctors for many different
7 things that resulted from the incident on
8 June 23rd, and I believe that my counsel has
9 provided you with the --
10      Q. Okay.
11      A. -- medical records.
12      Q. So tell me those doctors and those
13 names that you -- that you saw.
14      MR. KULIS: If you know --
15      THE WITNESS: You know what, I don't know.
16 BY MS. MOORE:
17      Q. Okay.
18      A. You can look in the records. You have
19 them.
20      Q. So you don't know any of the doctors
21 that you saw for any of the claimed injuries,
22 correct?
23      MR. KULIS: Do you remember any of those --
24      THE WITNESS: Dr. Co, which I just told you;

Page 224

1 Dr. Amdur, Dr. Donnan.
2 BY MS. MOORE:
3       Q. Any other doctors you remember you saw
4 from -- any other doctors --
5       A. Dr. Kenner.
6       Q. -- that you can remember?
7       A. Dr. Kenner.
8       Q. Dr. Kennel?
9       A. Kenner.
10      Q. Any other doctors that you can remember
11 that you saw for these claimed injuries?
12      A. First the orthopedist, then Dr. Co,
13 then several procedures that are ongoing except I'm
14 right now at my limit because steroids also cause
15 other issues. The medications from the back caused
16 esophageneal, like I've said grade D, the worse
17 grade you can get. And --
18      Q. Okay. Sorry to cut you off but --
19      A. -- then just a few times --
20      Q. -- I'm going to back to --
21      A. -- and that's Erica Donnan. Erica
22 Donnan. I'm telling you the doctors, Erica Donnan.
23              My internist that says all of this
24 is the result of what happened to me --

Page 225

1       MR. KULIS: They just asked --
2       THE WITNESS: -- is Dr. Rachel Amdur.
3       Q. I'm going -- so I want you to just list
4       Q. I'm going -- so I want you to just list
5 out the doctors. So tell me the doctors.
6              You told me Dr. Co, Dr. Kenner,
7 Dr. Amdur. And any other doctors?
8       A. Dr. Donnan.
9       Q. When did you see Dr. Co?
10      A. I'm sorry. That's my esophagus
11 problem, sorry.
12              I'm sorry?
13      Q. How many times have you saw Dr. Co?
14      A. Many. And I've had procedures with
15 Dr. Hudgins.
16      Q. I'm sorry. We're not --
17      MR. KULIS: She's talking about Dr. Co right
18 now.
19 BY MS. MOORE:
20      Q. I'll write down Dr. Hudgins, but we're
21 not --
22      A. I don't know the exact time. I think
23 you have my medical records.
24      Q. So how many times have you saw Dr. Co?

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 226

1     A.   I said I'm not sure.  You have my
2 medical records to refer to.
3     Q.   Would you say more than ten times
4 you've seen Dr. Co for these claimed injuries that
5 you're alleging?
6     A.   Well, yes, probably.  That's including
7 procedures, right?
8     Q.   So what kind of procedures have Dr. Co
9 performed on you?
10    A.   Well, it's actually the first one I
11 could get into was his partner Dr. Hudgins that
12 actually did the procedures, but Dr. Co is the
13 prescribing doctor --
14    Q.   Okay.  So I'm talking --
15    A.   -- but the procedures --
16    Q.   -- about Dr. Co.  We're going to talk
17 about Dr. Co and what Dr. Co has done for you.
18         Has Dr. Co done any procedures on
19 you?
20    A.   He might have done one.  I -- I've gone
21 into the first available every time.
22    Q.   And --
23    A.   You know, with COVID.
24    Q.   Okay.  And where was the one that

Page 227

1 you're referring to that --
2     A.   That --
3     Q.   -- Dr. Co performed?
4     A.   -- Dr. Hudgins works with Dr. Co.
5     Q.   When?  The time frame, when?  When was
6 the one --
7     A.   Ever since --
8     Q.   -- that you're referring to?
9     A.   -- this injury.
10    Q.   I'm sorry.  What'd you say?
11    A.   Ever since this injury spread out
12 because you can't get these procedures done.  You
13 have to do one area at a time, and you have to
14 space it out by months because of the medication
15 doing harm to other parts of your body.
16    Q.   Okay.  So what was --
17    A.   And right now --
18    Q.   -- that procedure for?
19    A.   -- I'm maxed out.
20    Q.   What was that one procedure for that
21 you recall --
22    A.   Several procedures.
23    Q.   -- with Dr. Co?
24    A.   For the pain.

Page 228

1     Q.   What exactly -- for the pain regarding
2 what?  What exactly was the procedure?
3     A.   The back and the -- the back here and
4 the going down my leg because it's on the nerve,
5 and the neck because it's on the nerve.
6     Q.   What did the procedure consist of?
7     A.   I believe it's steroids, but I don't
8 want to be the person that says it, but I'm sure
9 that they can provide you with my medical records.
10    Q.   You said you believe the procedure was
11 what, ma'am?
12    A.   Something like steroids for the pain
13 and to reduce the inflammation so that it's not
14 laying on my disc -- I mean on the nerve.
15    Q.   Anything else you can recall in regards
16 to procedure?
17    A.   Besides home therapy?
18    Q.   Anything you can -- anything else that
19 you can --
20    A.   Home therapy.
21    Q.   -- recall from the procedure with
22 Dr. Co -- let me finish my question.
23    A.   Okay.
24    Q.   Anything else you can recall from the

Page 229

1 one procedure with Dr. Co other than what you just
2 told me?
3     A.   I see Dr. Co.  He is the managing
4 doctor.
5     Q.   So anything else --
6     A.   But --
7     Q.   -- other than what you just told me in
8 regards to that one procedure?
9     A.   I don't even know if he did the one
10 procedure.  I can't remember.
11    MR. KULIS:  Tell her that.
12    THE WITNESS:  I've had so many.  I've had so
13 many procedures, ma'am, because of this that
14 honestly I can't remember.
15 BY MS. MOORE:
16    Q.   So you can't remember what doctor --
17    A.   No --
18    Q.   -- did what --
19    A.   -- because it's all in my records.
20 It's either Dr. Hudgins or Dr. Alicea [phonetic].
21 There's a few people in the group.  It's --
22    Q.   So just so we can --
23    A.   -- whoever I can get into first.
24    MR. KULIS:  Let her finish, Counsel.

Deposition of JANETTE BASS, 12/08/2020

Page 230

1    MS. MOORE:  Okay.
2    THE WITNESS:  Whoever I could get into first
3 because of the acute pain is who I went to, period.
4 BY MS. MOORE:
5    **Q.   Okay.  So do you know which doctor did**
6 **what in regards to your claimed injuries for the**
7 **pain?**
8         (Sotto voce discussion.)
9    THE WITNESS:  You have my records, Counsel.
10 BY MS. MOORE:
11   **Q.   Are you refusing to answer my question?**
12   MR. KULIS:  No, don't -- don't start with
13 that.  We're taking a one-minute break.  She's not
14 refusing to answer your question.
15   MS. MOORE:  Okay.  Thank you.
16   MR. KULIS:  Let's take a one-minute break.  I
17 need about 30 seconds, okay?
18   MS. MOORE:  All right.
19   MR. KULIS:  30 seconds.
20   THE VIDEO TECHNICIAN:  We are going off the
21 record.  The time is 5:21 p.m.
22         (Recess taken.)
23   THE VIDEO TECHNICIAN:  We are back on the
24 record.  The time is 5:25 p.m.  You may proceed.

Page 231

1 BY MS. MOORE:
2    **Q.   Okay.  Just so it's clear, and correct**
3 **me if I'm wrong -- well, let me just ask:  Do you**
4 **now know the doctors you've seen for the claimed**
5 **injuries that you are alleging in this incident?**
6    A.   Okay.  So I'm going to try to break it
7 down.
8    **Q.   Okay.**
9    A.   So I went to the orthopedist.  They're
10 a group of doctors, so there's several people in
11 the group.  And so whoever I could get into the
12 procedures the quickest for, I went to.  But
13 they're all within the same practice and the same
14 group.
15   **Q.   Okay.**
16   A.   When I started to gag and throw up and
17 burn, I begged the doctor to do an endo to see what
18 was going on.  It turned out that -- that the --
19 the medications that you were reading, "tinazizan"
20 and those, caused issues in my esophagus, and
21 that's why I'm burning and throwing up and gagging.
22         And I'm still in that condition, and
23 I have been scoped twice, and that doctor's name is
24 Dr. Erica Donnan.  I'm not really sure how to spell

Page 232

1 her last name.  It's like --
2    **Q.   And --**
3    A.   -- D-o-n-a-n or something.
4    **Q.   Okay.  In regards to --**
5    A.   And --
6    MR. KULIS:  Hold on.  She's got a question.
7 Go ahead, Counsel.
8    MS. MOORE:  Okay.
9    MR. KULIS:  I'm trying to help us all out
10 here.
11   THE WITNESS:  Yeah.
12 BY MS. MOORE:
13   **Q.   In re --**
14   THE WITNESS:  He's trying to help us.
15 BY MS. MOORE:
16   **Q.   In regards to the gagging and so forth**
17 **and so on that you mentioned that you see Erica**
18 **Donnan, how does that relate to this incident that**
19 **happened on June --**
20   A.   Because the -- the medications that I
21 took for the back are known to cause this issue.
22 That's why they were stopped.
23   **Q.   Okay.**
24   A.   The minute we found out that I was sick

Page 233

1 from the medications, we stopped it, but I was very
2 sick by then.  I'm the last grade, D is last.
3    **Q.   Okay.  And which medications caused**
4 **this?**
5    A.   It was like -- I don't know the names,
6 but one was the "tinazazine".
7    **Q.   Was it all the medications that I**
8 **mentioned earlier in the dep?**
9    A.   The ones that I said I'm not on anymore.
10   **Q.   Okay.**
11   A.   Because as you see, I'm on like that
12 syrup to try to relieve the pain.  The medications
13 caused this -- it's called LA -- I'm going to tell
14 you again -- esophagitis grade D, the worst grade.
15   **Q.   Okay.**
16   A.   I'm not somebody that runs to the
17 doctor.
18   MR. KULIS:  Don't -- that's okay.  Just --
19   THE WITNESS:  Okay.
20 BY MS. MOORE:
21   **Q.   Okay.  So going back to the orthopedist**
22 **group, I know you said it was a practice of doctors**
23 **and you get to see whoever's available at that**
24 **particular time.**

Deposition of JANETTE BASS, 12/08/2020

Page 234

1    A.   Right.

2    Q.   What doctors did you see from the
3 orthopedic -- orthopedic or orthopedist group?

4    A.   I don't know if it was Bennett. I
5 can't remember who ordered the MRI, because there's
6 so many different doctors there, you know, and it's
7 been over a year, so and I have not reviewed any
8 records, so ...

9    Q.   So anyone --

10    MR. KULIS:  She's just asking if you
11 remember.

12 BY MS. MOORE:

13    Q.   -- you can remember at this time?

14    MR. KULIS:  That's all she's asking.

15    THE WITNESS:  As I said, I wound up with
16 Dr. Co for the pain management after the MRI.

17 BY MS. MOORE:

18    Q.   So just so it's clear, the only doctors
19 that you can remember today at this time is Bennett
20 and Dr. Co, right?

21    A.   That group.

22    Q.   Right.  From that --

23    A.   That group of doctor:  Hudgins, Alicea,
24 Co, that group.

Page 235

1    Q.   All right.  And when did you see
2 Dr. Bennett?

3    A.   When this occurred, I went to the
4 orthopedist group there.

5    MR. KULIS:  That's --

6 BY MS. MOORE:

7    Q.   The time frame, the date.

8    A.   They told me to do an MRI.

9    Q.   When was the date?  Was it --

10    A.   I went to 680 North Lake Shore Drive,
11 and I did an MRI.

12    Q.   Okay.  And what was that date?  Was
13 that in 2020?

14    MR. KULIS:  Let her finish.

15 BY MS. MOORE:

16    Q.   Was that in 2020, ma'am?

17    A.   It was -- yeah, it was since the
18 incident, so it was right after the incident.  We
19 were in, what, 2019 when the incident happened,
20 right?  So it would have been in 2019.

21    Q.   How many times did you see Dr. Bennett
22 in 2019 for the injuries --

23    A.   I really don't remember, ma'am.  We're
24 talking a long time ago.  I've been to so many

Page 236

1 doctors for all of it.

2    MR. KULIS:  You know what --

3    THE WITNESS:  Okay.  Don't expound.

4    MR. KULIS:  You're just creating paper.

5 BY MS. MOORE:

6    Q.   How many times have you seen Dr. Co --

7    MR. KULIS:  As best you can.

8 BY MS. MOORE:

9    Q.   -- for the injuries alleged -- that
10 you're alleging from the incident?

11    A.   Many times.  But -- but I've seen his
12 group for the -- whoever was first available in
13 many different hospitals.  One was in --

14    Q.   Okay.

15    A.   -- Highland Park.

16    Q.   I understand.

17    A.   One was in --

18    Q.   I understand that.

19    A.   -- one was in here, one was in there.

20 Wherever I --

21    Q.   Okay.

22    A.   -- could get in, I went to.

23    Q.   I'm talking about Dr. Co only.  Not
24 about the other doctors or who else --

Page 237

1    A.   I -- I'm --

2    Q.   -- was available.

3    A.   I'm sorry.  I don't remember.

4    Q.   Okay.  So your answer is you don't
5 remember when you saw --

6    A.   It's in the records.

7    Q.   -- Dr. Co?

8        You say you don't remember, correct?

9    A.   Right.  It's in --

10    Q.   Okay.

11    A.   -- my record.

12    Q.   Do you remember seeing any other
13 doctors for the physical injuries that you allege
14 resulted from this incident?

15    MR. KULIS:  Other than the doctors she's
16 already mentioned?

17 BY MS. MOORE:

18    Q.   Yes.  Other than the doctors that
19 you've --

20    A.   Dr. Kenner.

21    Q.   -- already mentioned?

22    A.   Dawn Kenner.

23    Q.   You said --

24    A.   Dawn Kenner.

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 238

1  Q.  And when did you see Dawn Kenner?
2  A.  I see her every week.
3  Q.  When's the first time you seen Dawn
4  Kenner for -- for -- when's the first time you've
5  seen Dawn Kenner for your physical injuries as a
6  result from this incident?
7  A.  It's emotional distress.
8  Q.  Oh, so she's the emotional?
9  A.  Uh-hmm.
10  Q.  Any other doctors you've seen for your
11  physical injuries that you're --
12  A.  You have --
13  Q.  -- alleging in this complaint.
14  A.  -- Rachel Amdur, right?  But Rachel
15  Amdur is on board because of the weight gain of
16  being inactive in bed for over a year.  So for
17  that, I got -- she said it created the diabetes now.
18  Q.  Okay.  And --
19  A.  So she is controlling the diabetes now.
20  Q.  Okay.  When was the first time that you
21  saw Dr. Rachel Amdur for the diabetes?
22  A.  I didn't know I had diabetes because I
23  never went --
24  MR. KULIS:  She asked when.

Page 239

1  THE WITNESS:  I don't know.
2  MR. KULIS:  Was it 2020?  2019?
3  THE WITNESS:  2020.  As the weight gain, it
4  was -- I don't know the date.  I don't know the
5  date.  I really don't know the date.  I could look
6  in my calendar.
7  BY MS. MOORE:
8  Q.  Okay.  So --
9  A.  I don't know the date.
10  Q.  -- how does the diabetes relate to your
11  physical injuries from the incident?
12  A.  I'm just telling you what the doctor
13  told me, because --
14  MR. KULIS:  Your understanding --
15  THE WITNESS:  -- I'm not a doctor.
16  MR. KULIS:  -- your understanding.
17  THE WITNESS:  I'm not a doctor, right?
18  BY MS. MOORE:
19  Q.  Yeah, from your understanding.
20  A.  My understanding is because of the
21  inactivity I have weight gain, and she said because
22  of that I got the diabetes.  So all this is in --
23  Q.  Do you know what the doctor means by
24  when she says or -- because of the inactivity?

Page 240

1  A.  Uh-hmm.
2  Q.  What exactly does she mean when she --
3  A.  I've been pretty much bedridden.
4  Q.  Okay.
5  A.  Even with physical therapy, I most days
6  couldn't even walk the halls.
7  Q.  Are you still bedridden?
8  A.  Yes, I am.  That's why I'm kind of
9  grumpy now because I'm in pain, so I don't mean to
10  be grumpy, but I am in a lot of pain.  And I can't
11  take --
12  Q.  And you're still --
13  A.  -- the pain pills --
14  Q.  -- okay to still proceed.
15  A.  -- because I want to be sharp, okay?
16  Q.  Okay.  And you said you're in a lot of
17  pain.  You're still okay to proceed, right?
18  A.  Yes.  I can't take those -- the Enzo
19  drugs, so I can only take Tylenol with codeine.
20  And I'm not going to take Tylenol with codeine when
21  I'm talking to you.
22  Q.  Okay.  So when did you become
23  bedridden?  Was that --
24  A.  After that.

Page 241

1  Q.  -- in 2019?
2  A.  Ever since that time.
3  Q.  Ever since what time?
4  A.  Ever since I was released from
5  Methodist, I went to the -- right away to the
6  orthopedist.  The orthopedist then diagnosed these
7  discs being bulging --
8  Q.  So sorry.  So ever since you were
9  released from Methodist Hospital regarding this
10  incident you have been on bedrest.
11  A.  Pretty much, yeah.
12  Q.  Okay.
13  A.  No cooking, no cleaning, no working.
14  Q.  Okay.  That was my --
15  A.  Food --
16  Q.  -- next question.
17  A.  -- gets delivered.  I do not go -- and
18  therapy was to try to get me mobile, but we were
19  unable.
20  Q.  Okay.  Were you given any diagnosis
21  from any of these doctors that you sought out for
22  your physical injuries?
23  A.  I believe I told you.  I'll now tell
24  you again.  From the discs, I've had those

Deposition of JANETTE BASS, 12/08/2020

Page 242

1 procedures with that whole group of back doctors
2 and pain management. For the medicine that I was
3 prescribed for the pain created the esoph --
4 LA esophageneal -- esophagitis grade D.
5    Q.    Okay. Are you aware of any diagnosis
6 from those doctors from your physical injuries
7 alleged in this --
8    A.    I'm just --
9    Q.    -- incident?
10   A.    I was saying it.
11   Q.    So they told you what? What did the
12 doctors tell you?
13   A.    From the medications I was taking for
14 the pain in the back, it caused LA esophagitis
15 grade D.
16   Q.    Okay.
17   A.    The worst you can get.
18   MR. KULIS: What about your back?
19   THE WITNESS: Do you have a picture of it?
20   MR. KULIS: This is --
21   THE WITNESS: Okay. Go ahead.
22   MR. KULIS: Just answer the questions. What
23 about your back?
24

Page 243

1 BY MS. MOORE:
2    Q.    Any other diagnosis that you're aware
3 of from the doctors that you sought out for your
4 physical injuries from this incident?
5    A.    The diabetes from the inactivity.
6    MR. KULIS: Your disc.
7    THE WITNESS: And my discs in my back and my
8 neck. Never had a back problem before this ever.
9 Never had a weight problem to this extent either.
10 Never was prediabetic, nothing.
11 BY MS. MOORE:
12   Q.    Any other diagnosis that you're aware
13 of from this incident?
14   A.    The emotional distress that its caused
15 me.
16   Q.    Okay. I'm going to get into that in
17 one second. But just from the physical injuries.
18        Any other diagnosis from the
19 physical injuries that you're aware of?
20   A.    So far, these are the things I'm
21 struggling with.
22   Q.    Okay.
23   A.    You know, they're still existing. The
24 esophagitis grade D, LA esoph -- it's called

Page 244

1 LA esophagitis grade D.
2    MR. KULIS: We got it.
3    THE WITNESS: Discs --
4 BY MS. MOORE:
5    Q.    Okay.
6    A.    -- on my back and my neck --
7    Q.    Okay.
8    A.    -- the diabetes.
9    Q.    Are there things --
10   A.    I have weight gain now because I'm so
11 fat.
12   Q.    Okay. Are there things that you --
13   A.    None of my clothes --
14   Q.    -- could do before that --
15   A.    -- fit me.
16   Q.    Let me finish --
17   A.    This is extra large.
18   Q.    -- the question, Ms. Bass.
19        Are there things that you couldn't
20 do before --
21   A.    No.
22   Q.    Sorry, strike that.
23        Are there things that you could do
24 before that you couldn't do --

Page 245

1    A.    Absolutely.
2    Q.    -- now --
3    MR. KULIS: Let her finish.
4    THE WITNESS: Okay, sorry.
5    MR. KULIS: Can you --
6    THE WITNESS: Sorry, sorry, sorry.
7    MR. KULIS: -- please let her finish.
8    THE WITNESS: Okay, I'm sorry.
9    MR. KULIS: Go ahead. I'm sorry, Counsel.
10   THE WITNESS: Go ahead. He's putting me
11 straight. Go ahead.
12 BY MS. MOORE:
13   Q.    Okay. Are there things that you could
14 do before that you can't do now due to your
15 physical injuries that you're alleging in this case?
16   A.    Yes.
17   Q.    And what are those things?
18   A.    Basic needs.
19   Q.    You said basic needs?
20   A.    Basic needs. I can't --
21   Q.    And what does that mean?
22   A.    -- cook.
23   Q.    What are -- what is basic needs? What
24 is that?

Deposition of JANETTE BASS, 12/08/2020

Page 246

1    A.   No cooking, no cleaning, no working, no
2  walking, no stairs.
3    **Q.   Anything else?**
4    A.   We have hired people to come and take
5  care of me.
6    **Q.   And who have you hired to come and take**
7  **care of you?**
8    A.   Two women.
9    **Q.   And what are their names?**
10   A.   Leslie and Marilyn.
11   **Q.   Do you have their contact information?**
12   A.   Not offhand.  We have it at home.
13   **Q.   Is it possible for you to get that**
14 **contact information and give it to your attorney?**
15   MR. KULIS:  I'll get it to you, Counsel.
16   MS. MOORE:  Okay, thank you.
17 BY MS. MOORE:
18   **Q.   And --**
19   A.   And my food is always prepared and
20 delivered to me.  If you want, I can present you
21 all the bills.  It's very big, a lot of money.
22   **Q.   Okay.**
23   A.   So do you need the bills?  It's the
24 thousands.

Page 247

1    **Q.   Okay.  If you can send that to your**
2  **attorney as well.**
3    A.   Yeah, thousands of dollars.
4    **Q.   Okay.**
5    A.   And the help also costs a lot of money.
6    **Q.   You also have receipts and things of**
7  **that nature from the help as well?**
8    A.   Bills from the help, sure.
9    **Q.   Can you provide those bills to your**
10 **attorney, Mr. Kulis, as well?**
11   A.   Sure.
12   **Q.   And how long has -- is Leslie like your**
13 **caretaker?**
14   A.   Yes.  I have two caretakers that help.
15 I mean, it's not like they -- they care.  Sometimes
16 they'll rub my back or, you know, they'll help me
17 get up or, you know, if I'm stuck or things like
18 that.  You know, if my --
19   **Q.   Okay.**
20   A.   -- back, you know, causes too much
21 problem.
22          They -- they're cleaning, you know,
23 because I kept thinking I'd be better next week,
24 I'd be better next week.  And I kind of fought with

Page 248

1  my son about getting someone in because I thought
2  I'll be better.
3    **Q.   Okay.**
4    A.   But it turned out that I never got
5  better.
6    **Q.   All right.  So I'm going to interject**
7  **as far as when did --**
8    A.   Okay.
9    **Q.   -- Leslie become or when did you hire**
10 **Leslie to become your caretaker?**
11   A.   Leslie and Marilyn are new, but I've
12 had other people also.  So I mean, there's a lot of
13 people that have been involved in my care.
14   **Q.   Okay.  So --**
15   A.   Like I said, I was fighting my son
16 about it until I finally gave in.
17   **Q.   So starting with Leslie, when did you**
18 **hire her?  What year?  Was it in 2020?**
19   A.   Yes.  Leslie and Marilyn are 2020.
20 There was another service I got from -- I would
21 have to look their names up.  I don't even know
22 their names.
23          And then of course I did have home
24 health care, okay?

Page 249

1    **Q.   How long did you have home health care?**
2    A.   I think it was for a few months.
3    THE WITNESS:  Do you have those records?
4    MR. KULIS:  (Inaudible).
5    THE WITNESS:  Few months.
6  BY MS. MOORE:
7    **Q.   And a few months, what year was that?**
8    A.   A few months of care.
9    **Q.   What year was that that you had --**
10   A.   She was trying --
11   **Q.   -- home health care?**
12   A.   -- to strengthen areas, but a lot of
13 time I was in too much pain, so she was manip --
14 doing manipulations on my back.
15   **Q.   So you say Leslie and you say Marilyn?**
16   A.   Correct.
17   **Q.   Have they been your caretaker for**
18 **months in 2020?**
19   A.   Yes.  Now they come every day pretty
20 much.  I mean, they didn't come today, but Leslie
21 was with me yesterday to get here.  Today I knew
22 that I'd be here pretty much all day, so I didn't
23 have them come to sit here.
24   **Q.   Okay.  What month in 2020 did you hire**

Deposition of JANETTE BASS, 12/08/2020

Page 250

1 Leslie and Marilyn?
2    A.   I don't know.  I'll provide him with
3 the bills.
4    Q.   Okay.  And do you still use the home
5 health care?
6    A.   No, because it's extremely costly.  And
7 I can't go because of COVID to go to -- they had
8 put prescriptions in to that Shirley Ryan but --
9    Q.   Okay.
10    A.   -- I was unable to go because of COVID,
11 right.
12    Q.   Moving on to your psychological
13 injuries, are you alleging any psychological or
14 emotional injuries from the incident?
15    A.   So much.
16    Q.   And what?  What exactly are you
17 alleging psychologically or emotionally from this
18 incident?
19    A.   Night terrors every night.
20    Q.   Anything else?
21    A.   Never knowing if he's going to be back
22 at my door because he was back at my door taunting
23 me and trying to arrest me again, which caused even
24 more psychological damages.  And my kids have had

Page 251

1 it.
2    Q.   Okay.  So anything else other than
3 night terrors that you've experienced from this --
4    A.   Yes.
5    Q.   -- incident?
6    A.   I have a lot of anxiety.  I can't get
7 near police.  I'm scared to death of them.
8    Q.   Okay.  Anything else besides night
9 terrors and anxiety?
10    A.   Humiliation.  I don't even like to walk
11 into my building.  All those closed circuit TVs,
12 every single unit saw what went on.  People gawking
13 in the basement, coming out of the halls.  Them
14 telling them that I had a psychological crisis when
15 nothing was wrong with me except what Dakuras did
16 to me.
17    Q.   Okay.  Going to the night terrors, when
18 did you start experiencing night terrors?
19    A.   I was even at Methodist scared to
20 death.  One day they gave me Ativan for it.
21    Q.   So at Methodist you started
22 experiencing -- at Methodist Hospital, so we're
23 accurate, you started experiencing night terrors.
24    A.   Uh-hmm.

Page 252

1    Q.   Did you seek treatment for those night
2 terrors?
3    A.   Dawn Kenner.
4    Q.   Are you still currently seeking
5 treatment for the night terrors?
6    A.   Yes, I am.
7    Q.   Is that with Dawn Kenner?
8    A.   Yes, it is.
9    Q.   Are you aware or do you know if Dawn
10 Kenner diagnosed you with a medical condition as
11 far as from your psychological injuries that you
12 sustained?
13    A.   We're going to try --
14    MR. KULIS:  Just if you know.
15    THE WITNESS:  -- something called MDR,
16 something like that for post-traumatic.  Some type
17 of therapy that she does not do to see if there's
18 any -- if we can have any movement.  They've done
19 that with soldiers.
20 BY MS. MOORE:
21    Q.   Okay.  So but you haven't tried that
22 yet, correct?
23    A.   Not yet, no.
24    Q.   Okay.

Page 253

1    A.   That's going to be another costly
2 thing, because that's paid right out of the pocket
3 but, you know, I'm going to need to do it.
4    Q.   Do you know if Dawn Kenner diagnosed
5 you with anything mentally?
6    A.   No.  She believes I have post-traumatic
7 syndrome from this.
8    Q.   Other than post-traumatic syndrome, are
9 you -- do you know if Dawn Kenner diagnosed you
10 with anything else?
11    A.   She's just worried about me, my safety,
12 as is everyone else.
13    Q.   Before this incident that happened on
14 June 23, 2019, had you suffered from night terrors?
15    A.   No.
16    Q.   Have you ever -- have you ever received
17 any diagnosis regarding your mental health prior to
18 this incident?
19    A.   No.  There was a mistake in my record
20 like from a hospital I'd never been to, but it was
21 rectified.
22    Q.   Is there anything that you -- that you
23 could do before this incident that you can't do now
24 because of your psychological injuries?

Deposition of JANETTE BASS, 12/08/2020

Page 254

1    A.   I'm scared.

2    **Q.   Okay.  But is there anything that you**
3 **could do before this incident that you can't do now**
4 **because of your psychological injuries?**

5    A.   I'm --

6    MR. KULIS:  Counsel, you mean physically?

7    THE WITNESS:  Yeah, mentally?

8 BY MS. MOORE:

9    **Q.   Yes.**

10    A.   Oh, physically?  Of course.  You saw me
11 run down the stairs.  I can't barely walk.

12    MR. KULIS:  She's talking about because --

13    THE WITNESS:  I thought she meant because of
14 mental.

15        No, I can't barely walk.

16    MR. KULIS:  But now she's saying because of
17 the mental issues is there anything that prohibits
18 you to do something physically.  Do you follow?

19        Ask the question again, Counsel.

20 I'm sorry.  Maybe --

21    THE WITNESS:  It's a little --

22    MR. KULIS:  -- I shouldn't have interjected.

23    THE WITNESS:  No, no, I get it.  I get what
24 you're saying.  It's a little tricky there.

Page 255

1        Go ahead.  Can you repeat that?

2 BY MS. MOORE:

3    **Q.   So basically -- you had it correct,**
4 **Greg.**

5        **So basically you said you**
6 **experienced emotional injuries because of this**
7 **incident, correct?**

8    A.   Uh-hmm.

9    **Q.   And you said there are things that you**
10 **can't -- that you could do before this incident**
11 **that you cannot do now because of those -- because**
12 **of that emotional injury that occurred, correct?**

13    A.   Right.  I don't like going anywhere
14 alone, period.

15    **Q.   Anything else?**

16    A.   I mean, it's been -- it's been
17 horrible.  I've been through a lot, a whole lot.

18    **Q.   Okay.  Anything else other than that**
19 **you don't like to go anywhere alone anymore?**

20    A.   Just, you know, my kids have -- are in
21 constant contact.  They got really -- you know,
22 they fear for my safety, just as my therapist does.

23    **Q.   All right.  So anything else other than**
24 **you don't want to go anywhere alone anymore?**

Page 256

1    A.   They want me to move close to my
2 children so they protect me from the police.  My
3 son purchased a place.

4    **Q.   So you've only mentioned the one thing**
5 **about not being able to go anywhere because of your**
6 **psychological injuries.**

7        **Is there anything else that you**
8 **cannot do because of your psychological injuries?**

9    A.   I would never call the police to come
10 to my home, right, to protect me?  Because it would
11 be like calling a monster, right?  I would never --
12 there's just things that are very different now.
13 You know, very different.

14    **Q.   And what are those things that are very**
15 **different now?**

16    A.   Well, obviously your whole outlook is
17 very different.  You're fearful, you -- you relive
18 it, you know, dreams come out in different ways.

19        You know, like I -- sometimes I
20 think they're pulling me out of my bed and locking
21 me up.  I mean, you know, there's different days,
22 different things.  You know, it's not necessarily
23 all a conscious thing, you know what I'm saying?
24 Like at night, I can wake up and I'll be screaming

Page 257

1 and crying and I'm scared.

2        And you know -- you know, Dakuras
3 coming back to my home is not only really put me at
4 fear, but my children now are involved.

5    **Q.   Did you tell Dr. "Karen" about -- did**
6 **you tell Dr. Karen about any mental health pain**
7 **that you were experiencing from the Houston police**
8 **a month before this incident?**

9    A.   Doc -- Dr. Kenner has been with me for
10 many years, okay, so she knows all the history --

11    **Q.   So she --**

12    A.   -- of everything.

13    **Q.   So you told her about the incident that**
14 **happened in Texas.**

15    A.   The first false arrest, yes.

16    **Q.   You said yes?**

17    A.   Uh-hmm.

18    **Q.   Okay.  When you say you suffer from**
19 **anxiety, what do you mean by that?  What -- what**
20 **does that mean?**

21    A.   I mean like when we were talking about
22 what I just went through here, I started to cry.  I
23 mean, when I think of what I've been through, I
24 mean, people think I'm so strong, although I feel

Deposition of JANETTE BASS, 12/08/2020

Page 258

1  so weak.
2     **Q.   Do you still suffer from anxiety?**
3     A.   Oh, yeah.
4     **Q.   All right.**
5     A.   It ain't going away.  That's why I'm
6  going to try this -- it's called MDR or something
7  like that.  It's a special type of therapy for
8  post-traumatic --
9     **Q.   Okay.**
10    A.   -- when you go through trauma.
11    **Q.   And what causes you to have anxiety?**
12    A.   Hmm?
13    **Q.   What causes you or what triggers you to**
14 **have anxiety?**
15    A.   Sergeant Dakuras.  It started when he
16 started to butt up to me in my home.
17    **Q.   All right.**
18    A.   It's -- I'll just say this.
19    MR. KULIS:  There's no question.
20    THE WITNESS:  It's really scary --
21    MR. KULIS:  Janice, Janice --
22    THE WITNESS:  -- when it's somebody of
23 authority that can arrest you falsely.  It's very
24 scary.

Page 259

1     MR. KULIS:  You don't even need a lawyer.
2     THE WITNESS:  Because it's like it's
3  emotionally scary.  I don't know what to say.
4     MS. MOORE:  Okay.
5     MR. KULIS:  Is there a question pending?
6     THE WITNESS:  Is there any question,
7  Ms. Moore?
8  BY MS. MOORE:
9     **Q.   My next question is:  Are you claiming**
10 **lost wages --**
11    A.   Yes, I am.
12    **Q.   -- in this lawsuit?**
13    A.   Yes, I am.
14    MR. KULIS:  Lost economic opportunity.
15 That's not really wages.
16    THE WITNESS:  Correct.
17    MS. MOORE:  Okay.  Thank you, Greg.
18    THE WITNESS:  My clothing line.
19 BY MS. MOORE:
20    **Q.   Okay.  Did you have -- did you have**
21 **like contracts in regards to your clothing line, or**
22 **how did you lose economic wages?**
23    A.   Yes.  I had my trademark and many
24 people were interested in buying the clothing, but

Page 260

1  I couldn't -- I couldn't finish it.  I was --
2  that's what all the work was.  I was in the middle
3  of trying to finish up all my designs.  And then we
4  were going to get good to go.
5     And I've had to extend my trademark
6  which has cost me a lot of money with the trademark
7  Hankin -- it's called Hankin, H-a-n-k-i-n, patent,
8  P-a-t-e-n-t, law.
9     **Q.   Did you have any contracts pending on**
10 **June 23, 2019?**
11    A.   As I said, there was many interested
12 parties once I got the thing -- once I finished the
13 design.  They had seen some of them, and they were
14 very interested in buying them.  They were going to
15 buy them.  But I could not continue after this
16 date.  Well, June 27th.
17    So I just kept -- kept my trademark
18 active, okay, but there's only so many times you
19 can renew your trademark, right, so I'm getting up
20 to like not going to be able to even renew it if I
21 don't get better.
22    **Q.   Okay.  So thank you for that, but --**
23    A.   I'll lose it.
24    **Q.   My question is --**

Page 261

1     A.   I'll lose my --
2     **Q.   -- did you have any pending contracts**
3  **with anyone on June 23 --**
4     A.   As I said --
5     **Q.   -- 2019?**
6     A.   -- there were many interested parties.
7     **Q.   Yeah, I understand they're interested,**
8  **but did you sign a contract with anyone?**
9     A.   No, I was finishing the design.
10    **Q.   Okay.**
11    A.   Okay?  And they're all on my phone.
12 You can see it.
13    **Q.   And who exactly was interested in the**
14 **clothing?**
15    A.   I was talking to Neiman Marcus.  Wendy
16 is the manager over there.  And then I was talking
17 to different people that were going to rep my line
18 in different states.
19    **Q.   And what are their names or the people**
20 **that you --**
21    A.   The one was Marsha --
22    **Q.   -- were talking to --**
23    A.   -- who was going to do Texas.
24    **Q.   I'm sorry.  What did you say?**

Deposition of JANETTE BASS, 12/08/2020

Page 262

1    A.   Marsha Armstrong.
2    **Q.   Okay.  Marsha Armstrong.**
3    A.   Yeah, she was viewing all the designs
4  that we were working on together.  We -- you know,
5  she was helping me with, you know, saying lower
6  this, higher this.  You know, it's very hard to pin
7  down a design, right?  So you have the trademark --
8    **Q.   Okay.  And anyone else --**
9    A.   -- but then you have to do the design.
10    **Q.   Anyone else besides Marsha Armstrong?**
11    A.   You mean as far as like -- well, Marsha
12  was going to do Texas.  But yeah, I had somebody, a
13  friend of mine in California was going to do
14  California.
15    **Q.   And what -- what's that friend's name?**
16    A.   I'm so tired.  I can't even --
17    MR. KULIS:  Tell her you can't remember.
18    THE WITNESS:  I'm really tired.
19             I'd have to look on my phone for
20  some reason.  I'm just --
21    MR. KULIS:  We're not looking at phones.  If
22  you can't remember, you can't remember.  Just tell
23  her that.
24    THE WITNESS:  Essie, Essie, E-s-s-i-e.

Page 263

1  BY MS. MOORE:
2    **Q.   Do you have contact information for**
3  **Essie?**
4    A.   I do.
5    **Q.   Can you tell me --**
6    A.   Counsel can provide.
7    **Q.   Can you -- can you tell me Essie's**
8  **contact information?**
9    A.   No.
10    **Q.   Is that because you don't know it?**
11    A.   Not offhand.  I'll look it up and give
12  it to Greg.
13    MS. MOORE:  Mr. Kulis, will you be providing
14  me with Essie's information.
15    MR. KULIS:  I will.  I'm writing it down.
16    MS. MOORE:  I'm sorry.  What'd you say, Greg?
17    MR. KULIS:  I'm writing it down.
18    MS. MOORE:  Okay.
19  BY MS. MOORE:
20    **Q.   And did you have any business**
21  **relationship with anyone that you had to forfeit as**
22  **a result of this incident?**
23    A.   No.  I told you I have to keep my --
24  try to keep my trademark alive.  It's been extended

Page 264

1  now all this time because of this.
2    **Q.   Okay.  Have you incurred medical bills**
3  **as a result of the incident that happened on**
4  **June 23, 2020 [sic]?**
5    A.   Yeah.
6    **Q.   How much were the medical bills?**
7    A.   I don't know.
8    **Q.   Do you know from where?  Where the**
9  **medical bills were from?**
10    A.   All the doctors.
11    **Q.   All the doctors from where?**
12  **Northwestern?  Orthopedic --**
13    A.   Doctor, orthopedist, Donnan, and then
14  all the help and the home care, all this stuff.
15             (Sotto voce discussion.)
16  BY MS. MOORE:
17    **Q.   Have you ever contacted the Civilian**
18  **Office of Police Accountability for this particular**
19  **incident that happened on June 23, 2019?**
20    A.   Yes, I have.
21    **Q.   How many times have you contacted them?**
22    A.   On several occasions.
23    **Q.   And why?**
24    A.   Because Sergeant Dakuras falsely

Page 265

1  arrested me and tried to set me up by butting his
2  body into me.  That is criminal action in my
3  opinion.  In my opinion, that's criminal, and he
4  should not be on the Chicago police force.
5    **Q.   And --**
6    A.   And I'm hoping that eventually we will
7  get to that because that's the bottom line.
8    **Q.   Have you ever spoken with an**
9  **investigator from the Civilian Office of Police of**
10  **accountability?**
11    A.   That Newhouse guy.  Oh, Pfeifer,
12  Pfeifer, Adam Pfeifer, something like that.  I was
13  trying to get the body cam, but it --
14    MR. KULIS:  Just answer the question.  You're
15  going --
16    THE WITNESS:  Yeah, I don't know who it is.
17  Adam Pfeifer I believe, and a Newhouse.
18    MR. KULIS:  That's it.
19  BY MS. MOORE:
20    **Q.   Why did you speak to Adam Pfeifer?**
21    A.   It was about trying to get Sergeant
22  Dakuras removed from the Chicago Police Department.
23  He has already cost the city over $13 million in
24  excessive force cases.

Deposition of JANETTE BASS, 12/08/2020

Page 266

1    Q.   And how do you know that?
2    A.   When does the city say that's enough.
3    Q.   How do you --
4    A.   Look it up.
5    Q.   -- know that?
6    MR. KULIS:  No, no, we're not looking at
7  anything.
8    THE WITNESS:  Show her?
9    MR. KULIS:  Answer the question.
10   THE WITNESS:  Show her?
11   MR. KULIS:  No.  Answer the question.  God.
12   THE WITNESS:  Go on the Invisible Institute
13  site.
14  BY MS. MOORE:
15   Q.   Okay.  So you've researched Dakuras on
16  the internet?
17   A.   Yes, I have.
18   Q.   Or have you researched Dakuras on the --
19   A.   I have --
20   Q.   -- Internet?
21   A.   I have.
22   Q.   And how many times have you researched
23  him?
24   A.   I went on the Invisible Institute site

Page 267

1  and started reading about all the stuff he does.
2  It's right there.  You can see it yourself.  It's
3  not -- it's not a big deal.
4    MR. KULIS:  She knows, she knows it.
5    THE WITNESS:  Oh, she knows?
6    MR. KULIS:  Don't make comments.  Don't make
7  comments.
8    THE WITNESS:  Okay.  So if you know -- I
9  don't know she knows.  How do I know what she
10  knows?
11   MR. KULIS:  Because she's a lawyer for the
12  City of Chicago.
13   THE WITNESS:  Okay, I'm sorry.  Look, I've
14  never done this before, so you'll give me a break.
15   MR. KULIS:  No, no.  I'm not giving you a
16  break.  You've had six hours of breaks.
17   THE WITNESS:  I know.
18   MR. KULIS:  Answer the question.
19   THE WITNESS:  Okay.  What's your next
20  question, please?
21   MR. KULIS:  Just answer the question.
22   THE WITNESS:  Yes, please, next question.
23  BY MS. MOORE:
24   Q.   My question was:  How many times have

Page 268

1  you researched Dakuras on the internet?
2    A.   Only with the Invisible Institute.
3    Q.   So was that only one time?
4    A.   Uh-hmm.
5    Q.   I'm sorry.  Did you say yes?
6    A.   Yes.
7    Q.   Okay.  Have you ever given a written
8  statement to the Civilian Office of Police
9  Accountability for this --
10   A.   No, I --
11   Q.   -- incident?
12   A.   -- didn't give any written statement.
13   MR. KULIS:  She didn't even finish her
14  question.
15   THE WITNESS:  Oh, I'm sorry.  Go ahead.
16   MR. KULIS:  This just doubles the time.
17   THE WITNESS:  I am so sorry.  Go ahead, go
18  ahead.  You're right.  I'm trying to just finish
19  here.
20  BY MS. MOORE:
21   Q.   I was saying:  Have you ever given a
22  written statement to the Civilian Office of Police
23  Accountability for the incident that happened on
24  June 23, 2019?

Page 269

1    A.   No, I have not.
2    Q.   Have you ever given an oral statement
3  to anyone at COPA about this incident?
4    A.   I told them that I was violated, yes.
5    Q.   Okay.  Other than that, did you tell
6  them anything else?
7    A.   That they should view the body cam
8  footage, and he shouldn't be on the force.
9    Q.   And anything else did you tell the --
10   A.   No.
11   Q.   -- tell COPA?
12   A.   Other than he doesn't belong on the
13  Chicago Police Department force.  He's cost the
14  city plenty of money.
15   Q.   Okay.  Have you made any other
16  complaints regarding Sergeant Dakuras --
17   A.   Wherever --
18   Q.   -- to COPA?
19   A.   I could, I complained.
20   Q.   So have you made any other complaints
21  other than the one that --
22   A.   Pretty much we said the OIG, right?  I
23  should call the FBI.  I haven't done that yet.
24   Q.   Okay.  Let me finish my question.  I'm

Deposition of JANETTE BASS, 12/08/2020

Page 270

1 talking about to COPA.  We're going to stick in
2 COPA land.
3      A.   Okay.
4      Q.   Other than the one incident or the one
5 time that you told me that you told COPA in regards
6 to Dakuras, have you made any other complaints to
7 the Civilian Office of Police Accountability
8 regarding Sergeant Dakuras?
9      A.   I'm not sure if I told them about him
10 coming to arrest me a second time.
11     Q.   Okay.
12     A.   I'm not sure if I did report that or
13 not, but I'm not sure if I did or not.  Because I
14 think he said really he wanted to speak to Greg.
15     Q.   Okay.  Have you filed any complaints
16 against any Chicago Police Department member in
17 2020?
18     A.   The only person is Dakuras.
19     Q.   Okay.  I'm sorry.  Give me one second.
20          (Discussion off the record.)
21     MS. MOORE:  Can -- just to save time, can you
22 pull up the body-worn camera for me?
23     MR. KULIS:  Oh, God.  I don't know how to do
24 that.

Page 271

1      MS. MOORE:  It's not going to be that long.
2 You said you don't have it?
3      MR. KULIS:  We have it, but I don't know how
4 to pull that up.
5      MS. MOORE:  Okay.  So let me pull it up from
6 my end then.
7      MR. KULIS:  I can try to get Gianna.
8      THE WITNESS:  Hold on.  We'll get Gianna.
9      MR. KULIS:  I don't know if she knows how to
10 pull it up.
11          (Discussion off the record.)
12     MR. KULIS:  Where do you want to go on this?
13     MS. MOORE:  I'm looking now.  That's why I'm
14 not saying anything.
15          All right.  So go to from I guess
16 zero to 5.
17     MR. KULIS:  She's going to go to the bathroom
18 while you're pulling this up.
19     MS. MOORE:  Off the record.
20     THE WITNESS:  I'm sorry.  My back is getting
21 worse and worse.
22     THE VIDEO TECHNICIAN:  We are going off the
23 record.  The time is 6:04 p.m.
24          (Recess taken.)

Page 272

1      THE VIDEO TECHNICIAN:  We are back on the
2 record.  The time is 6:08 p.m.  You may proceed.
3 BY MS. MOORE:
4      Q.   In the effort of time, just to check in
5 with you, you're still okay to proceed --
6      MR. KULIS:  Yep.
7 BY MS. MOORE:
8      Q.   -- Janette, right?
9      A.   Let's try to finish this and --
10     Q.   Okay.
11     A.   -- go home.
12     Q.   So --
13     A.   It's a long day.
14     Q.   Okay.  To eliminate, I'm not going to
15 share screen so you can see, but I'm going to refer
16 to the document as Exhibit 2, and it should be
17 Bates marked FCRL 00004, so FCRL 4.  And I'm going
18 to ask Mr. Kulis to cue it up from zero to 522.  I
19 need to stop it at that time.
20     MR. KULIS:  Okay.  I don't know how good I am
21 at this, so you're asking Mr. Non-technology.  What
22 do you want to go to?
23     MS. MOORE:  5 minutes and 22 seconds and then
24 you can stop it.

Page 273

1      MR. KULIS:  Where are we at now?
2      MS. MOORE:  You can't see the time.
3      THE WITNESS:  Can I get him?
4      MS. MOORE:  Yeah.
5      THE WITNESS:  You are holding us up, man.
6 Sorry, I had to.
7      MR. KULIS:  5 minutes and 22?
8      MS. MOORE:  Yeah.
9      THE WITNESS:  There's my apartment, wow.
10 Okay.
11     MR. KULIS:  Okay.  5 minutes and 22.
12 BY MS. MOORE:
13     Q.   All right.  Ms. Bass, did you view the
14 video that's Bates marked FCRL 4?
15     A.   I viewed it quickly yesterday one time.
16     Q.   Okay.  But did you view it right now
17 as --
18     A.   Oh, I'm looking at it right now.
19     MR. KULIS:  It's a still right now.  It shows
20 the kitchen.
21     THE WITNESS:  It's a still.  It shows the
22 kitchen.
23     MS. MOORE:  Right.  I'm not asking about --
24 I'm asking did she view from zero seconds to 5:22

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

Page 274

1  seconds.
2  BY MS. MOORE:
3      Q.   Did you review the --
4      MR. KULIS:  No.
5      MS. MOORE:  No, okay.  So that's what I
6  wanted her to do.  To look at it from zero -- I
7  didn't want you to start and stop it.  I want you
8  the let it roll from zero seconds to 5 minutes and
9  22 seconds.
10     MR. KULIS:  Okay.
11     THE WITNESS:  If you do a little extra, it's
12 okay.  As long as you get it done, you know.
13     MR. KULIS:  It's just him driving the car,
14 right?
15     MS. MOORE:  Okay, yes.
16     MR. KULIS:  Okay.
17     MS. MOORE:  So just pay attention to the
18 times.  If you happen to go over, just let me know
19 where you stopped it at.
20     MR. KULIS:  You said 5 minutes, 22 seconds.
21     MS. MOORE:  Yes, sir.
22         (Video playing.)
23     THE WITNESS:  He's so strong.
24     MR. KULIS:  Don't comment.

Page 275

1      THE WITNESS:  Okay.
2      MR. KULIS:  You want her to see him driving
3  through the car -- with the car?
4      MS. MOORE:  I want to see it from zero
5  seconds to 5:22 before he gets to her house.
6      MR. KULIS:  Okay.
7          There's like 2 more minutes.  I'm
8  going to put this on his desk.
9      THE WITNESS:  Oh, it was raining.  I didn't
10 see this before.
11         Just so you know, he did not call
12 up, so I didn't know, right.
13     MS. MOORE:  Yeah, I'm not asking you.  I'm
14 just asking you to --
15     THE WITNESS:  I'm just telling you --
16     MS. MOORE:  -- view the video.
17     THE WITNESS:  -- he didn't call up to my unit
18 so I did not know.  They just let him in.
19     MS. MOORE:  Okay.  I'm just asking you to
20 watch it.  Just view the body-worn camera.
21     THE WITNESS:  Okay.
22     MR. KULIS:  Shhhh.
23         (Sotto voce discussion.)
24     MR. KULIS:  There's no questions.

Page 276

1      THE WITNESS:  I'm just curious.
2          (Sotto voce discussion.)
3      MS. MOORE:  Where are we at now, Greg, as far
4  as time wise?
5      MR. KULIS:  3 minutes and 37 seconds.
6          (Sotto voce discussion.)
7      MR. KULIS:  We're at 4:40.
8      MS. MOORE:  Okay, almost there.
9      THE WITNESS:  I heard myself say that.  In
10 the bathroom, in a minute.
11     MR. KULIS:  I stopped it, trying to.
12     MS. MOORE:  Okay.  You stopped it at 5:22.
13     MR. KULIS:  Yeah, but I can't seem so stop it.
14 BY MS. MOORE:
15     Q.   Okay.  Well, I'm going to push forward.
16          Ms. Bass, can you hear me?
17     A.   Yes, I can.
18     Q.   All right.  So your attorney just
19 showed you what I have marked as Exhibit 2.  He
20 went from zero seconds to 5:22.
21          Do you -- do you recognize Exhibit 2?
22     A.   Yes, I do.
23     Q.   And what is Exhibit 2?
24     A.   Him knocking on the door.

Page 277

1      Q.   Is it the body-worn camera footage
2  that --
3      A.   Oh --
4      MR. KULIS:  Well, again, are you asking --
5  she's not an expert in body cam.  We assume that's
6  what it is.
7  BY MS. MOORE:
8      Q.   Okay.
9      A.   Oh, I'm sorry.  I didn't know.
10     Q.   Did you review this video --
11     A.   Very briefly.
12     Q.   -- with your counsel yesterday?
13     A.   Very briefly.
14     Q.   Okay.  And I got one last question in
15 regards to the body-worn camera.
16          Is that you on the body-worn camera --
17     A.   Yes.
18     Q.   -- the lady that answers the door and
19 comes to the door?
20     A.   Yes.
21     Q.   That is you on the body-worn camera,
22 correct?
23     A.   Yes, ma'am.
24     Q.   All right.  We can get rid of the

Deposition of JANETTE BASS, 12/08/2020

Page 278

1 body-worn camera.  See, Greg, I told you there
2 wasn't going to be a lot of questions for that.
3          You can turn it off.
4     A.   That's it?
5          MR. KULIS:  Okay.  However I do that, but
6 we'll figure it out, okay.
7          MS. MOORE:  All right.
8          MR. KULIS:  Okay.  You done?
9 BY MS. MOORE:
10     Q.   You all ready?  Okay.
11          Have you ever had a legal guardian
12 appointed for you?
13     A.   No, I have not.
14     Q.   And just for the record, on June 23,
15 2019, you were not taken to a police station,
16 correct?
17     A.   I was arrested.
18     Q.   But my question --
19          MR. KULIS:  That's not her question.  Listen
20 to her question.
21          THE WITNESS:  No, he didn't -- I didn't do a
22 crime so he had --
23          MR. KULIS:  Listen to her question.
24          THE WITNESS:  No, no, no, no.  Just no,

Page 279

1 right.
2          MR. KULIS:  There you go.  Thank you.
3          THE WITNESS:  No, no.  I'm going to learn by
4 the end, but it's just too late for you.
5 BY MS. MOORE:
6     Q.   All right.  So it's clear for the
7 record on June 23, 2019, you were not taken to a
8 police station.  That is correct, right?
9     A.   Correct.
10     Q.   All right, thank you.
11          All right.  From the time Sergeant
12 Dakuras entered your apartment until the time you
13 were placed in the vehicle that you told me about,
14 anything else happen other than what you've
15 testified to today?
16     A.   I mean, a lot happened in the
17 encounter.  I mean, we didn't really --
18          MR. KULIS:  Other than what she testified --
19          THE WITNESS:  We didn't discuss --
20          MR. KULIS:  -- to what's on -- what the video
21 is going to show.
22 BY MS. MOORE:
23     Q.   But yeah, other than what you've
24 testified to, have you told me everything -- let me

Page 280

1 go back.  Strike that.
2     A.   We haven't seen the video.
3          MR. KULIS:  Shhhh.
4 BY MS. MOORE:
5     Q.   Have you told me everything that you
6 can remember about the incident that transpired on
7 June 23, 2019?
8          MR. KULIS:  Objection.
9          THE WITNESS:  No.
10          MR. KULIS:  Form of the question, based on
11 she's answered your questions.
12          MS. MOORE:  I'm sorry.  What'd you say?
13          MR. KULIS:  She's answered your questions.
14          MS. MOORE:  Okay.
15          MR. KULIS:  Has she said everything possible
16 that -- regarding this incident?  Of course not.
17 But she's answered your questions.
18          MS. MOORE:  So --
19          MR. KULIS:  So I object to the form of the
20 question.
21          MS. MOORE:  Okay, thank you.
22 BY MS. MOORE:
23     Q.   So from the time Sergeant Dakuras
24 entered your apartment until the time you were

Page 281

1 placed in the vehicle, what else happened that you
2 haven't told me about today?
3          MR. KULIS:  Objection to the narrative.
4 That's -- I mean, there's a bunch of things she --
5 that anybody could think of.  That's not a proper
6 question.
7          MS. MOORE:  Okay, Greg, but --
8          MR. KULIS:  What else has happened?
9          MS. MOORE:  -- you're not under oath.
10 You're -- let her answer the question.
11          MR. KULIS:  Say I don't know.
12          THE WITNESS:  I'm also objecting because
13 there's a lot that went on within that encounter
14 there on the body cam footage, how he -- how he
15 tried to frame me, how -- you know, everything that
16 went on, how he hung up on Sergeant Steng, how he
17 falsely arrested me.  So there's so much that went
18 on.
19          All you talked about was like the
20 elevator.  You said about like the elevator and
21 going down and the police.  We never discussed one
22 single thing of the actual encounter other than him
23 having his knee on me and throwing me down.  But
24 there's a whole lot that goes on in this little bit

Deposition of JANETTE BASS, 12/08/2020

Page 282

1 of time --
2 BY MS. MOORE:
3    **Q.   Okay.**
4    A.   -- including me begging him -- one
5 moment -- to leave my condo, leave.
6    **Q.   Okay.**
7    A.   You don't want to change the report,
8 thank you, goodbye, leave, there's the door.
9    **Q.   Okay.   And I believe you told me that**
10 **earlier.   However, what am I missing?   Can you tell**
11 **me from your recollection --**
12    MR. KULIS:   That's not a proper question --
13 BY MS. MOORE:
14    **Q.   -- as you sit here today --**
15    MR. KULIS:   -- what are you missing?   What
16 does that mean?
17    THE WITNESS:   I've got to go through every
18 inch of the video.
19    MR. KULIS:   What do you mean what are you
20 missing?
21    MS. MOORE:   Can you let me finish my question?
22    MR. KULIS:   Sure.
23 BY MS. MOORE:
24    **Q.   I just asked you, you know, from the**

Page 283

1 time Sergeant Dakuras entered your apartment until
2 the time you were placed in the vehicle, had
3 anything else happened other than what you've
4 testified to, and you said there were other things,
5 correct?
6    A.   Uh-hmm.
7    **Q.   Can you tell me those other things that**
8 **you haven't told me about that --**
9    MR. KULIS:   She's already listed about ten of
10 them.
11    MS. MOORE:   I'm asking her again.
12    THE WITNESS:   Let's just view the video.
13    MR. KULIS:   No.   This has already been asked
14 and answered.   She's answered that question.
15    THE WITNESS:   Let's view the video.
16    MR. KULIS:   If you don't like the answer,
17 that's fine.   She's given you her --
18    MS. MOORE:   I'm trying to make sure that I
19 understand what she said.   You realize that I'm in
20 zoom and I've been having a hard time hearing her,
21 so I'm just trying to make sure I'm hearing her
22 correctly.
23    MR. KULIS:   Okay.   Then have the court
24 reporter read it back, please.   Read her answer

Page 284

1 back.
2    MS. MOORE:   We're not going go back and forth
3 on the record.
4    MR. KULIS:   No?   And she's not answering the
5 question again.
6 BY MS. MOORE:
7    **Q.   So I'm going to move on to from the**
8 **time Sergeant Dakuras entered your apartment**
9 **until -- well, no.**
10    **From the time that you were taken to**
11 **Northwestern Hospital, have you told me everything**
12 **that you can remember from that time frame?**
13    A.   Not every single thing, no, of course
14 not.
15    MR. KULIS:   She's answered your question.
16    THE WITNESS:   I've answered your questions.
17 Thank you.
18 BY MS. MOORE:
19    **Q.   And from the time -- let me take a**
20 **5-minute break, because I need to --**
21    MR. KULIS:   I thought we were finished after
22 this?
23    THE WITNESS:   You promised.
24    MR. KULIS:   Go ahead, go ahead.

Page 285

1    THE WITNESS:   You promised.
2    MS. MOORE:   I'm trying.
3    THE WITNESS:   You promised.
4    MR. KULIS:   That's okay.
5    MS. MOORE:   We can go off the record.
6    THE WITNESS:   You promised.
7    THE VIDEO TECHNICIAN:   We are going off the
8 record.   The time is 6:23 p.m.
9        (Recess taken.)
10    THE VIDEO TECHNICIAN:   We are back on the
11 record.   The time is 6:35 p.m.   You may proceed.
12 BY MS. MOORE:
13    **Q.   Okay.   Ms. Bass, earlier you mentioned**
14 **that there were some things that we didn't talk**
15 **about.**
16        **Is there anything else we haven't**
17 **talked about regarding this incident that you**
18 **haven't already just told me?**
19    MR. KULIS:   Is there anything else you can
20 think of at this point?
21    THE WITNESS:   No.   All I can think of is
22 that --
23    MR. KULIS:   Well, you already said.
24    THE WITNESS:   -- the video speaks for itself,

Deposition of JANETTE BASS, 12/08/2020

Page 286

1 right?
2 BY MS. MOORE:
3    **Q.   Okay.  So your answer to my question is**
4 **no, correct?**
5    A.   No.  The answer to my question is that
6 unless you want to review the video and go inch by
7 inch to see what exactly happened and how
8 traumatized I got over it, the video speaks for
9 itself.  If you'd like, we can look at the video.
10    **Q.   I'm asking you --**
11    A.   That's what you haven't done.
12    **Q.   -- based off your -- based off your**
13 **recollection, as you sit here today, and this is**
14 **based off your recollection, not going by the**
15 **video, based off your recollection, is there**
16 **anything else that we haven't talked about**
17 **regarding the incident?**
18    A.   As I said, the video speaks for itself.
19 We haven't -- we have not --
20    MR. KULIS:  And other than what she's already
21 told you.
22    THE WITNESS:  And what I've told you.  The
23 two things in combination, and I'm not going to say
24 that the video doesn't count.  I don't care what

Page 287

1 you tell me.
2    MR. KULIS:  She didn't say that.
3    THE WITNESS:  Well, I'm just saying it.
4    MR. KULIS:  Just answer the question.
5 BY MS. MOORE:
6    **Q.   So other than what you just told me and**
7 **other than the -- the body-worn camera, the video**
8 **that's Bates stamped FCRL 4, is there anything else**
9 **that we haven't talked about regarding this**
10 **incident that you can recollect as you sit here**
11 **today?**
12    MR. KULIS:  Other than the list that she gave
13 you 10 minutes ago.
14    MS. MOORE:  Right, that's what I said.  Other
15 than the --
16    MR. KULIS:  No, that's not what you said.
17    MS. MOORE:  -- list that she gave me.
18       Okay.  Well, let me strike that and
19 rephrase.
20 BY MS. MOORE:
21    **Q.   Other than the list that you gave me**
22 **per your counsel 10 minutes ago, as well as the**
23 **body-worn camera, is there anything else that we**
24 **haven't talked about regarding the incident as you**

Page 288

1 **sit here today?**
2    A.   I would say that we've covered a lot,
3 but we didn't actually cover what went on on the
4 footage of the body-worn camera.
5    MR. KULIS:  You already said that.
6    THE WITNESS:  That's all.
7 BY MS. MOORE:
8    **Q.   All right.  So other than the things**
9 **that you mentioned, the ten things that you**
10 **mentioned earlier and the body-worn camera, is**
11 **there anything else that we haven't talked about**
12 **regarding the incident?**
13    A.   No, I think --
14    **Q.   Yes or no.**
15    A.   -- we've discussed my injuries.  We've
16 discussed the emotional distress, the humiliation,
17 the fact that my kids --
18    MR. KULIS:  You don't need to list it.
19    THE WITNESS:  -- want me to move.
20    MR. KULIS:  She's asking if there's anything
21 else.
22    THE WITNESS:  I don't think there's much else.
23    MR. KULIS:  God.  I want to go home.
24    MS. MOORE:  I know.

Page 289

1    THE WITNESS:  Greg's tired.
2    MS. MOORE:  I am too, Ms. Bass.
3    THE WITNESS:  So am I.
4    MS. MOORE:  I am too.
5    THE WITNESS:  It's been a long day for me.
6 I'm usually in bed flat on my back, so it's been a
7 long day.
8 BY MS. MOORE:
9    **Q.   Okay.  So other than those things that**
10 **you just mentioned to me just a second ago, is**
11 **there anything else that we haven't talked about**
12 **regarding the incident that happened on June 23,**
13 **2019?**
14    MR. KULIS:  She just answered that question.
15 BY MS. MOORE:
16    **Q.   Yes or no.**
17    A.   I answered all of your questions to the
18 best of my knowledge.
19    **Q.   And to the best of your knowledge, is**
20 **your answer to my last question a yes or a no?**
21    A.   I believe we covered a lot of it, and I
22 think there was some like that we didn't cover, but
23 like the body cam coverage that --
24    MR. KULIS:  Don't repeat.

Deposition of JANETTE BASS, 12/08/2020

Page 290

1    THE WITNESS:  That's it.  I keep repeating
2  the same thing, so and he keeps repeating the same
3  thing, so ...
4  BY MS. MOORE:
5    Q.   I'm just trying to make sure I'm not
6  missing anything, because I know you keep repeating
7  it.
8        And I'm saying other than what you
9  just told me, which is what you're repeating, is
10  there anything else --
11        (Simultaneous crosstalk.)
12  BY MS. MOORE:
13    Q.   -- that we haven't talked about
14  regarding this incident to the best of your
15  knowledge?
16    A.   Yeah, there is one thing.
17    Q.   And what is that?
18    A.   Okay.  So there was a Sergeant
19  Ruttenberg that came to home.
20    MR. KULIS:  Is this after the fact?
21    THE WITNESS:  No.
22    MR. KULIS:  Okay, no.  Then this is -- don't
23  go any further.
24    THE WITNESS:  Okay, no.

Page 291

1  BY MS. MOORE:
2    Q.   Who is Sergeant Wittenburg?  How is
3  that related to this incident?
4    MR. KULIS:  We're going to be another half
5  hour.  Go head.  Answer the question.
6    THE WITNESS:  He just on body cam footage
7  checked with the office, and they admitted to
8  videotaping me naked.  So you don't think it's
9  so-called delusional or an emotional crisis or
10  whatever that Dakuras tried to call it.
11  BY MS. MOORE:
12    Q.   Okay.
13    A.   It was real.  It was all real.  Nothing
14  is a figment of "imagication," nothing is --
15  delusional, nothing is -- you know, I mean, there's
16  evidence that supports what the building did to me.
17    Q.   Okay.  Is there anything --
18    A.   That's it.
19    Q.   Other than what --
20    A.   Other than that, no.
21    Q.   Other than what you just told me, is
22  there anything else?
23    A.   Uh-uh.
24    MS. MOORE:  All right.  I have no further

Page 292

1  questions.
2    THE WITNESS:  Ha, yes.
3    MR. KULIS:  That just showed up on the video.
4        Okay.  We're going to reserve
5  signature.
6    MS. MOORE:  All right.  Thank you, Mr. Kulis.
7    THE WITNESS:  Thank you.  Bye, nice to meet
8  you.
9    MS. MOORE:  Thank you, Ms. Bass.
10        And the court reporter and the
11  videographer, I'm going to take a copy of this.
12    MR. KULIS:  I don't need it right now.
13        (Discussion off the record.)
14    THE VIDEO TECHNICIAN:  This is the end of
15  media unit 3.  This concludes the deposition of
16  Janette Bass.  The video will be retained by Urluab
17  Bowen & Associates.  We are going off the record.
18  The time is 6:41 p.m.
19        (The proceedings adjourned at
20        6:40 p.m.)
21
22
23
24

Page 293

1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
2             EASTERN DIVISION
3  JEANETTE BASS,            )
                             )
4        Plaintiff,          )
                             )
5    vs.                     )   No. 19 CV 7557
                             )
6  SGT. A. DAKURAS,          )
    Individually, and the CITY )
7  OF CHICAGO, a Municipal   )
    Corporation,             )
8                            )
        Defendants.          )
9
10        This is to certify that I have read my
11  deposition taken on Tuesday, December 8, 2020,
12  in the foregoing cause and that the foregoing
13  transcript accurately states the questions asked
14  and the answers given by me, with the changes or
15  corrections, if any, made on the Errata Sheet
16  attached hereto.
17
        _____
18             JANETTE BASS
19
    No errata sheets submitted (Please initial)
20  Number of errata sheets submitted _____ pages
21  Subscribed and sworn to
    before me this _____ day
22  of _____ 2021.
23
    _____
24    Notary Public

Urlaub Bowen & Associates, Inc.   312-781-9586

Deposition of JANETTE BASS, 12/08/2020

```
                                        Page 294
 1              REPORTER'S CERTIFICATE
 2       I, Katie K. Elliott, do hereby certify that
    JANETTE BASS was duly sworn by me to testify the
 3  whole truth, that the foregoing deposition was
    recorded stenographically by me and was reduced to
 4  computerized transcript under my direction, and
    that said deposition constitutes a true record of
 5  the testimony given by said witness.
 6       I further certify that the reading and
    signing of the deposition was not waived, and
 7  plaintiff's counsel was notified of the
    availability of the transcript for review and
 8  signature.  Pursuant to Rule 30(e) of the Federal
    Rules of Civil Procedure, if deponent does not
 9  appear or read and sign the deposition within 30
    days, the deposition may be used as fully as though
10  signed, and this certificate will then evidence
    such failure to appear as the reason for signature
11  not being obtained.
12       I further certify that I am not a relative
    or employee or attorney or counsel of any of the
13  parties, or a relative or employee of such attorney
    or counsel, or financially interested directly or
14  indirectly in this action.
15       IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office at Chicago,
16  Illinois, this 28th day of December 2020.
17
18
            Illinois CSR No. 084-004537
19
20
21
22
23
24
```

```
                                        Page 295
 1  Errata Sheet
 2
 3  NAME OF CASE: JEANETTE BASS vs SGT. A. DAKURAS
 4  DATE OF DEPOSITION: 12/08/2020
 5  NAME OF WITNESS: Janette Bass
 6  Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25                       _____
```

Deposition of JANETTE BASS, 12/08/2020                    Index: $13..7

### Exhibits

**Exhibit 1** 193:7 195:22,24

### $

**$13** 265:23

### -

**-c-a-m** 11:17

**-i-d-i-n-e** 11:7

**-i-t** 31:9

**-t-** 31:9

**-y-** 31:10

### 0

**00004** 272:17

### 1

**1** 3:1 89:15 116:5,16 170:22 193:7,16 195:22,24

**10** 115:21 116:5,6,9,16,17,20,22 193:16 213:23 287:13,22

**10/24/59** 27:8

**11** 193:16 209:14,16,17

**12** 193:17,21 204:23,24

**12:09** 3:5

**13** 193:17,18,20

**18** 213:24 214:9

**18th** 83:7

**19** 3:14

**1:13** 57:14,19

**1:18** 57:15

**1:21** 57:22

**1:58** 89:13

**1:59** 89:16

### 2

**2** 89:19 190:11 193:16 272:16 275:7

276:19,21,23

**2-minute** 181:20

**20** 3:19 28:5,10 41:19,21,22 42:9 58:13 115:20 204:22 212:4

**2019** 43:8 48:8,23 49:9,14 51:11 53:16, 17,18,21,23 54:1,4,9,12,16 55:6,16 60:13,16 62:13,20 63:8 68:8 70:21 71:4,8,16 72:16,20 73:9,17,20 76:21 82:4 85:8,20 92:8 97:13 99:18,19 116:21 126:21 130:20 141:13 153:5,9, 14 162:3 164:5,16 169:8 171:23 199:2 202:4 205:7 209:5 235:19,20,22 239:2 241:1 253:14 260:10 261:5 264:19 268:24 278:15 279:7 280:7 289:13

**2020** 3:4 11:2,4 41:17,20 235:13,16 239:2,3 248:18,19 249:18,24 264:4 270:17

**22** 60:16 209:15,18,19 272:23 273:7,11 274:9,20

**23** 43:8 48:6,22 49:9,14 53:16,17,18,20, 23,24 54:4,9,12 55:16 62:13,20 63:8 68:8 70:21 71:4,8,16 72:16,20 73:9,17, 20 76:21 82:4 85:8,18 92:8 97:11 99:18,19 116:21 126:21 130:20 141:13 153:5,9,14 164:5,16 169:8 171:23 199:2 202:4 204:22 205:7 209:3 253:14 260:10 261:3 264:4,19 268:24 278:14 279:7 280:7 289:12

**23rd** 32:24 35:3 48:4,19 51:7,10 58:23 68:22 69:2,7 70:12 72:20 223:8

**26** 162:5

**260** 27:19

**27th** 260:16

**2:07** 89:20

### 3

**3** 190:16 193:16 197:16,17,19 276:5 292:15

**30** 58:11 115:14 230:17,19

**30s** 25:16

**3103** 27:20

**311** 212:12

**323.204.5247** 203:5

**37** 276:5

**3:11** 148:1

**3:23** 148:4

**3:51** 171:13

### 4

**4** 193:16 197:16,17,18 272:17 273:14 287:8

**469.237.1760** 202:17

**4:05** 171:16

**4:27** 190:12

**4:40** 276:7

**4:42** 190:17

### 5

**5** 171:8 190:6 193:16 271:16 272:23 273:7,11 274:8,20

**5-minute** 57:15 89:8 284:20

**50** 58:9

**500** 45:5,6

**522** 272:18

**5:21** 230:21

**5:22** 273:24 275:5 276:12,20

**5:25** 230:24

### 6

**6** 193:16

**60** 27:13

**600** 3:20

**60611** 27:20

**62** 27:16

**680** 221:9 235:10

**6:04** 271:23

**6:08** 272:2

**6:23** 285:8

**6:35** 285:11

**6:40** 292:20

**6:41** 292:18

### 7

**7** 193:16

Deposition of JANETTE BASS, 12/08/2020    Index: 713.502.5822..approximately

**713.502.5822** 201:14

**7557** 3:14

---

**8**

**8** 3:4 193:16 204:15

**847.372.9046** 199:14

**847.858** 204:10

**847.858.8640** 204:14,17

**8640** 204:13

---

**9**

**9** 193:16 213:23 214:1

**90s** 206:10

**911** 63:21 64:12,16,20,22,24 65:6,23
66:1,17,24 67:7,14,20 71:19,23 81:20
122:19,21 123:9,11,21 124:16,24
125:5,12,17

**99** 67:22

---

**A**

**abbreviated** 26:19,21

**abide** 61:21

**ability** 7:22 8:3,7 9:8,19 12:6,16 13:13
14:12,21 15:16 16:19 17:12 83:22
191:12 192:7,10 222:9

**absolutely** 7:24 87:14 134:15 245:1

**access** 31:18 32:1 61:3

**accidentally** 52:8

**accomplish** 37:18

**accountability** 214:14 264:18 265:10
268:9,23 270:7

**accurate** 7:23 8:4,8 12:7,17 13:13
14:13,22 15:16 16:19 17:13,19 23:4
47:9 197:12 251:23

**accurately** 9:9,19 72:12 88:21 191:13,
14 192:7,11

**accuse** 97:5

**accused** 92:13 93:11,14 95:18 96:21

**accusing** 112:2

**action** 116:13 117:5 265:2

**actions** 126:8

**active** 260:18

**actual** 198:14 200:15 281:22

**acute** 230:3

**Adam** 36:15,21 38:1,19 39:8 40:1
265:12,17,20

**added** 40:23

**addicted** 17:5

**additional** 23:2 50:10

**address** 27:18 28:4,21 32:14,20 198:8,
10,15,16 199:6,11 200:13,15,19 202:13
203:3,24

**addresses** 172:7

**adhere** 4:14

**adjourned** 292:19

**administer** 3:9

**admissible** 218:12

**admitted** 291:7

**advocacy** 49:16,18,21 50:4,12 51:3,6,
9 68:17 69:10 76:13 84:11

**affairs** 37:10 217:10,13

**affect** 7:22 8:3,7 9:8,18 12:6,16 13:13
14:12,21 16:18 17:12 191:12 192:6,10

**affecting** 222:8

**affirm** 4:14

**afternoon** 62:21

**age** 27:12

**agree** 4:8 195:16

**agreed** 102:9 103:10 157:15

**agreement** 3:8 4:1

**ahead** 4:3 21:20 33:12 45:9 57:11
66:13 117:11 137:23 180:16 184:21
211:4 212:24 213:4 216:21 219:21
220:8 232:7 242:21 245:9,10,11 255:1
268:15,17,18 284:24

**aid** 131:16

**Alchester** 200:14,16

**alcohol** 7:22 71:1,5,12

**Alicea** 229:20 234:23

**alive** 32:6 46:10 263:24

**allege** 237:13

**alleged** 236:9 242:7

**alleging** 38:4 226:5 231:5 236:10
238:13 245:15 250:13,17

**alleviate** 60:2

**allowed** 132:6,7 164:1

**ambulance** 143:10,15,18 173:13

**Amdur** 213:22 224:1 225:2,7 238:14,
15,21

**amend** 63:2,22 64:17 65:2 67:1,2,3
68:2 69:12,15 74:23 79:2,20 80:8,14
81:21 82:1 132:23 137:8 153:21,22

**amended** 63:14 157:4

**amendment** 63:23 64:2

**amends** 218:8

**America** 50:2

**amount** 9:5 19:19

**Angeles** 203:2

**angry** 158:21

**Ann** 26:14,22

**answering** 5:22 66:12 119:10 142:14,
15 284:4

**answers** 6:23 17:16 177:14 196:12,13
197:11 277:18

**anxiety** 251:6,9 257:19 258:2,11,14

**anymore** 10:11 101:12 233:9 255:19,
24

**apartment** 27:22 28:2 53:24 54:4,12,
15,20 56:4,7 60:16 61:23 67:1 68:7
71:15 72:1,3,16,19 76:17,19,22 77:4
82:22 86:24 88:10 99:17,19 101:5,9
105:10,13 106:3,5,22 107:3 108:6,8
111:5 120:24 121:5 124:15,19 125:1,12
146:21,22 152:20,21 153:1,4 154:9
155:22 160:8 162:8 179:15,20,23 279:3
279:12 280:24 283:1 284:8

**apologize** 49:20 102:6 128:6 155:12

**apparently** 214:19

**Apple** 84:12 209:11

**applicable** 5:10

**appointed** 278:12

**appropriately** 85:1

**approximate** 217:1

**approximately** 28:5,9,11 45:4,5,6
71:18,21,22 169:7 206:15 208:11

Deposition of JANETTE BASS, 12/08/2020

Index: area..body

**area** 88:20 227:13

**areas** 249:12

**arm** 86:5,7,8 97:22,23 98:2 113:1,2,13, 16

**arms** 112:22,24 113:1

**Armstrong** 201:20,21,24 202:3,14 262:1,2,10

**Armstrong's** 202:16

**arrest** 86:1 101:13,17,24 120:12,14,16 141:5 168:3 170:2 200:10 250:23 257:15 258:23 270:10

**arrested** 120:6,10 124:5 132:24 136:13 153:15,23 157:3 164:3,7,8,17 166:9 167:5,9,11,17,23 168:2,22 202:8 205:9 265:1 278:17 281:17

**arresting** 131:16

**arrived** 69:11,15 72:1 131:24 156:11 166:22 169:11,20 174:8 177:23

**arriving** 68:6,21 69:8 70:9,20 71:2,7

**assess** 29:19

**assessment** 29:20,22,24 30:7

**assets** 30:15

**assist** 131:9 140:7

**assistance** 144:14

**assistant** 37:7 42:2

**assisted** 144:17,22 145:7

**Associates** 3:19,22 292:17

**association** 29:15,18 210:8,10,11,21

**assume** 6:14 277:5

**assured** 56:24

**Ativan** 251:20

**attempt** 192:23

**attend** 182:16,19 187:1,7

**attended** 40:19 182:15 183:1

**attending** 183:17

**attention** 53:15 54:9 193:5,9 194:6 196:3 197:15 209:13 219:11,14 220:10, 12,14 221:8 274:17

**attorney** 4:10 5:19 17:23,24 22:11 37:2 128:2 169:3 182:6 193:6 198:20 246:14 247:2,10 276:18

**attorney/client** 19:10 21:4

**attorneys** 128:9 211:22

**authority** 258:23

**aware** 32:21,23 33:1,2,5,6,16 38:5,16, 19,23 39:3 55:8 60:7 64:10 67:11,13 73:10 75:5,14,16,21 115:11 200:3 203:11,12,14 242:5 243:2,12,19 252:9

**B**

**B-A-S-S** 5:6 23:14

**B-E-L-S-O-M-R-A** 12:10

**bachelor's** 40:16,22 41:4

**back** 8:24 9:16 10:24 57:15,21 62:24 63:12,21 66:16 67:20 69:17 76:9 80:1 81:21 82:19 88:2,5 89:18 90:15 96:5,9 104:17 108:23 112:11 113:13 114:19 115:4,10 116:2,8,10,12 117:7,10,14,17 118:7,12,15,17 119:1 120:21,23 121:7, 17,19 123:14,18 124:14 125:20 126:7, 12 127:12 129:5,16,17,21 130:11,12 138:16 144:10,13,22 145:10 146:7,20, 22,24 147:5 148:3,7,12 149:1,11,22,23 150:6,10,14 151:24 152:1,4 156:17,23 163:6,18 166:1 170:1,11 171:15,18 189:16 190:15 215:7 218:21,23 224:15, 20 228:3 230:23 232:21 233:21 242:1, 14,18,23 243:7,8 244:6 247:16,20 249:14 250:21,22 257:3 271:20 272:1 280:1 283:24 284:1,2 285:10 289:6

**background** 212:1

**backtrack** 34:7 73:5 79:14 98:9 110:1 151:23 219:8

**barely** 254:11,15

**based** 47:15,19,22 65:24 89:1,3 222:18 280:10 286:12,14,15

**basement** 251:13

**basic** 245:18,19,20,23

**basically** 213:6 255:3,5

**bass** 3:4,13 4:12,21 5:3,5,17 23:14 24:3,21 26:14,16 28:20 30:13 31:11 32:21 34:22 36:9,16 38:1 42:22,24 51:23 59:18 60:10 66:10 89:20 150:5 151:21 165:8 184:18 190:17,20 193:5 194:12 244:18 273:13 276:16 285:13 289:2 292:9,16

**Bass'** 24:20

**Bates** 272:17 273:14 287:8

**bathroom** 159:2,6 163:7 271:17 276:10

**beat** 132:24

**beating** 151:20

**bed** 159:19,20,22 191:8 238:16 256:20 289:6

**bedrest** 241:10

**bedridden** 48:3 240:3,7,23

**bedtime** 12:2

**beg** 93:20

**began** 43:22

**begged** 82:9,12 119:9 231:17

**begging** 84:14,15 93:10 98:15 100:16 108:9 114:3 115:7,23 117:20 282:4

**begin** 7:16 44:10

**beginning** 82:18

**behalf** 3:11,12 4:16

**behavior** 37:1,2,4 87:20

**believed** 124:16

**believes** 253:6

**Bellasoe** 12:9

**belong** 269:12

**Belsomra** 12:11,12,19

**benefits** 43:20,23 44:24 45:13,23 46:2

**Bennett** 221:16 234:4,19 235:2,21

**Beverly** 32:11

**BIB** 180:6

**big** 126:24 246:21 267:3

**bills** 29:8 208:13 246:21,23 247:8,9 250:3 264:2,6,9

**birth** 27:7

**bit** 28:7 30:17 40:10 51:24 54:8 59:19 81:9,10 88:2 118:12 130:12 151:23 196:9 281:24

**block** 198:9

**board** 238:15

**body** 22:5 86:9,10,18,20 87:6,20 88:6, 7,10,11 89:24 90:5,10,16,18,21,24 91:3 92:7,10,18 93:5,19 94:2,6 95:5,6,7,12 96:11,15 97:17 98:5,6 100:5,8 101:12 105:24 106:1 107:1 108:1 113:7,12,18, 22 114:8,18 118:4 125:3,6 127:1,12 128:1 131:12,14,18,19,22 132:1,6,11 146:17 147:8,18 156:14,16 159:1 163:14,15,16,17 181:12,24 227:15

Deposition of JANETTE BASS, 12/08/2020        Index: body-worn..charges

265:2,13 269:7 277:5 281:14 289:23 291:6

**body-worn** 22:8 270:22 275:20 277:1, 15,16,21 278:1 287:7,23 288:4,10

**bones** 115:2

**born** 27:13

**bottom** 139:6 265:7

**Bowen** 3:18,21 292:17

**boyfriend** 95:23

**bracelet** 187:4,7

**break** 7:10,13 25:9 40:19 57:10,15 89:9 90:7 117:8 147:20 171:6 230:13,16 231:6 267:14,16 284:20

**breaks** 267:16

**breasts** 113:10

**breath** 220:6

**breathe** 114:13

**breathing** 118:8,24

**Brian** 18:10

**briefly** 277:11,13

**bring** 50:10 52:3 152:16

**broken** 54:15

**brother** 31:21 32:21,23 60:9

**brother's** 23:13

**brothers** 35:9,19

**brought** 37:12 133:5,20 152:24 160:24 180:5,6

**bruises** 127:1,20 150:19 163:19 218:22

**brush** 98:4

**brutality** 179:24

**building** 55:19 67:4 73:11 83:1 101:9 108:6 111:5 120:24 121:5 124:6,11 130:1 132:19 133:7 141:3 142:24 143:5,7,8,11 150:21 152:21 157:22 181:1 198:11 199:12 209:22,23 210:20 211:7,10 212:10,13 221:10 251:11 291:16

**bulging** 241:7

**bunch** 131:15 281:4

**Bureau** 217:10,12

**burn** 231:17

**burning** 231:21

**business** 45:18 48:13 49:2,4,5,7,9 50:5 263:20

**butcher** 9:13 10:2

**butt** 101:12 258:16

**butted** 105:17

**butting** 100:16 108:1 123:11 146:13,16 265:1

**buy** 260:15

**buying** 259:24 260:14

**Bye** 292:7

---

## C

**C-E-T-E-C-O-X-I-B** 13:17

**C-H-E-S-T-N-U-T** 27:19

**c-l-o-a-n-z-e-p-a-m** 13:12

**C-L-O-N-A-Z-E-P-A-M** 12:24

**cab** 20:14 24:8 25:21 26:7

**calendar** 11:10 239:6

**California** 262:13,14

**call** 16:11 24:16 25:21 60:15 61:9,17 62:10 63:12,21,24 64:12,14,16,20 65:1, 23 66:16,24 67:14,20 71:19,23 73:11 81:20 82:12 83:6,14 86:12 108:18 122:21,22 123:9,10,21,23 124:24 125:17 135:8 141:4 143:24 152:12 156:5 166:24 167:3 171:11 199:8 214:15,18 215:4 256:9 269:23 275:11, 17 291:10

**called** 4:22 8:18 9:15 15:5 24:5,12 29:19,21 37:7,19 40:13 62:16,19 64:24 65:8 66:17 72:21 79:8 82:22 124:12,16 125:12,21 131:15 132:17,22 134:9 135:9 137:8 141:9,11 166:15,19 167:6 199:9,12 233:13 243:24 252:15 258:6 260:7

**calling** 122:19 256:11

**calls** 31:21 38:21 62:22 83:20 122:17, 18 152:5,13 168:8 191:21

**cam** 22:5 26:1 147:8 265:13 269:7 277:5 281:14 289:23 291:6

**camera** 22:8 87:22 100:5,9 178:2 270:22 275:20 277:1,15,16,21 278:1 287:7,23 288:4,10

**cameras** 61:6 132:4

**cams** 147:19

**cancer** 44:1,3,7,12 45:20 46:8,17 47:2, 24 134:16

**caption** 4:6

**car** 186:2,11 274:13 275:3

**cards** 89:15

**care** 56:24 219:17 246:5,7 247:15 248:13,24 249:1,8,11 250:5 264:14 286:24

**careful** 47:14

**caretaker** 247:13 248:10 249:17

**caretakers** 247:14

**carpet** 116:24

**carry** 213:13

**case** 3:14 6:21 38:4 133:13 139:11,17 168:23 209:1 245:15

**cases** 265:24

**cat** 13:23

**catch** 39:5 82:15 95:1 107:9 129:13 183:21

**caused** 10:8,14,24 54:19 55:21 56:17 218:24 219:3 224:15 231:20 233:3,13 242:14 243:14 250:23

**causing** 58:3

**ceilings** 54:22

**cell** 46:9 47:2 152:6

**certificate** 41:7

**certification** 41:24 42:5

**certifications** 41:9,11

**certified** 3:9,17 41:14 42:1

**chance** 32:14 214:3

**change** 79:7 81:4,6 82:23 83:11 84:15, 18 87:7 89:14 105:14 190:9 193:2 282:7

**changed** 80:18

**changing** 216:2,12

**channels** 61:4

**charge** 30:24 31:6 80:23

**charger** 151:19 152:7,16

**charges** 63:2,23 64:17 79:3 80:19 81:4,6,21 82:1,23 84:15,19 167:13,14, 19,20,21,22

Deposition of JANETTE BASS, 12/08/2020        Index: Charles..correct

**Charles** 123:3 198:6,8

**check** 193:19 272:4

**checked** 291:7

**Chestnut** 27:19 28:4,21 29:4 198:10

**Chicago** 3:14,20 27:20 58:22 59:5 131:24 132:13 133:9,10 160:24 173:19 175:22 178:7 180:6 184:16 217:9,12 265:4,22 267:12 269:13 270:16

**child** 23:21 25:14

**children** 23:12,24 34:8,9 38:2 39:8,14, 18 40:20 256:2 257:4

**children's** 23:15 34:12

**choice** 172:20

**circuit** 133:8 251:11

**circumstances** 118:5

**city** 3:13 58:21 59:4 184:16 265:23 266:2 267:12 269:14

**civil** 5:9 53:7

**Civilian** 214:14 264:17 265:9 268:8,22 270:7

**claim** 218:19

**claimed** 219:11,16 220:11,14 222:1 223:5,21 224:11 226:4 230:6 231:4

**claiming** 218:16 259:9

**clarification** 38:12

**clarified** 68:19

**clarifying** 53:22

**Clark** 3:19

**cleaning** 241:13 246:1 247:22

**clear** 6:23,24 17:1,18 43:10 49:13 51:8 52:17 74:24 99:3 123:16 155:21,24 156:3,10,24 157:7 192:13 213:6 215:6 231:2 234:18 279:6

**clog** 55:20

**clogged** 54:18 56:18,19 58:3 60:10

**clogs** 56:6

**clonazepam** 12:23

**close** 256:1

**closed** 133:8 251:11

**closer** 52:3,11

**clothes** 61:8 244:13

**clothing** 48:11 51:9 68:17,23,24 69:2 70:4,8,22 72:7 76:15 259:18,21,24 261:14

**CNA** 41:12,14,24

**coats** 15:9,11

**codeine** 17:4,9 240:19,20

**collected** 40:15

**college** 40:13,14,21

**colleges** 40:18

**combination** 286:23

**comfortable** 73:1 77:20

**command** 101:21

**Commander** 37:6

**comment** 74:5 86:21 156:23 274:24

**comments** 267:6,7

**committed** 101:2 134:18 136:12,13 151:9 205:6,10 206:5 207:18,24 208:7, 20 209:2

**communication** 154:2

**companies** 84:12

**company** 210:6,16 211:6,9,17 212:8, 16 213:8

**complained** 269:19

**complaint** 22:14,20 82:1 209:22 210:7, 17 211:15 213:9 214:10 215:14,18,23 216:24 217:11 238:13

**complaints** 212:6,7,12 213:20 269:16, 20 270:6,15

**complete** 132:16

**completely** 108:18

**complex** 146:22 153:1 154:10 155:22 160:8 162:8 179:15,20,23

**comply** 187:14

**Complying** 198:3 205:3 214:5

**concern** 211:16

**concerns** 212:18

**concludes** 292:15

**concrete** 116:23,24 117:1

**condition** 76:5 231:22 252:10

**conditions** 38:6 162:19

**condo** 27:23 28:12,14,16 29:9,10 58:2, 18 63:5 68:7 72:20 80:22 85:12 87:1,4,

9 100:20 101:5,9 199:7 210:7,9,10,21 211:7 282:5

**condominium** 55:4

**conduct** 4:9

**conducted** 6:6

**confused** 78:15

**Congress** 50:11

**Congressmen** 50:8,15

**conscious** 256:23

**consist** 228:6

**constant** 255:21

**contact** 24:20 86:5 87:5 93:17 186:3 203:4 246:11,14 255:21 263:2,8

**contacted** 216:24 264:17,21

**continue** 118:1 260:15

**contract** 261:8

**contracts** 259:21 260:9 261:2

**control** 131:12,13,18,19,22 132:1,5,11, 12,15,16 172:22 177:13

**controlling** 238:19

**conversation** 25:17 63:18 65:12,21 67:7 174:21 181:20

**conversations** 25:22 84:23 137:4 150:10,24 174:12 180:7

**cook** 245:22

**cooked** 76:7

**cooking** 69:16 70:21,22 72:6 74:9 241:13 246:1

**Cooper** 167:2

**COPA** 37:10 214:8,12 215:8 269:3,11, 18 270:1,2,5

**copies** 182:2,12

**copy** 161:18 195:16 213:21 292:11

**cord** 151:19 152:7,17

**cordial** 62:6

**corner** 124:7

**Corporation** 184:17

**corr** 213:10

**correct** 6:16 11:16,23 12:11 13:1 17:13,20 20:24 23:20 29:23 31:5,7 33:16,17,20 36:13,17 38:9 39:19 40:22 42:7 43:1,12,13,14,15,16,17,18 45:7,12

47:20 49:10,15 51:11,12 52:19 58:4,5, 20 61:18 62:3,13,14 64:12,13 66:18,19, 20,22 68:4,5 70:11,13,23,24 72:16,17 74:1 75:3,17 76:3,4 77:15,18 87:1,2 88:7,8 92:8 94:2,3 95:13 96:12,16,17, 22 102:1 103:4,8,14 105:10,11,12 106:3,4 112:8,10 113:24 116:3,4 119:1, 2,4,14,15 121:9 122:24 123:1,4,7,8 124:1,19 126:9,10,12 128:16 129:3,4 134:22 137:1 138:11 143:1,2 148:7,8 157:5 169:13 172:2,3 181:24 184:3 192:16 197:13,23 199:15 201:10 202:1, 18 203:8,21 204:19 205:12 210:8 213:11 215:9,10 222:2,16 223:22 231:2 237:8 249:16 252:22 255:3,7,12 259:16 277:22 278:16 279:8,9 283:5 286:4

**correctly** 42:6 120:4 283:22

**correspondence** 55:4 211:20,21,23 212:15 213:7,19 214:8 215:8

**cost** 260:6 265:23 269:13

**costly** 250:6 253:1

**costs** 247:5

**counsel** 3:23 20:18 218:4,8 220:8 223:8 229:24 230:9 232:7 245:9 246:15 254:6,19 263:6 277:12 287:22

**count** 286:24

**couple** 6:3 62:22 171:10 185:17,23

**court** 3:8,15,20 4:17 5:11 7:3 49:21 59:12 70:18 80:1 104:16 128:7 154:16 170:10 219:24 283:23 292:10

**cover** 145:6 288:3 289:22

**coverage** 289:23

**covered** 288:2 289:21

**covering** 177:20

**COVID** 226:23 250:7,10

**CPD** 152:24 180:6

**crazy** 189:13

**create** 9:5

**created** 238:17 242:3

**creating** 236:4

**credit** 41:1,2,3

**cri** 100:23

**crim** 67:4

**crime** 77:1 100:13 101:2 126:6 131:7 134:18 136:12,13 151:9 278:22

**criminal** 63:2,3,6 64:18 67:5 79:4 80:19,23 81:22 83:11,12,13 167:13,14, 19,20,21,22 265:2,3

**criminally** 54:6 132:21 139:24 181:2

**cripple** 107:7

**crippled** 107:12

**crisis** 87:13 95:17 100:23,24 105:16,22 112:3,4,7 120:1,2 133:15,16 146:4,8,12 251:14 291:9

**crosstalk** 147:23 180:14 220:19 290:11

**cry** 257:22

**crying** 257:1

**cue** 272:18

**cuffs** 128:21

**culmination** 118:10

**curious** 276:1

**current** 27:18

**custody** 69:17,22 102:11 103:11 120:8 168:6,13

**cut** 88:3 126:24 219:8 224:18

**cuts** 127:1,20,21,23 128:3 163:18 218:22

**cutting** 215:7

---

**D**

**D-A-K-U-R-A-S** 4:7

**D-E-B-B-I-E** 36:6

**d-i-m** 202:22

**d-i-n-e** 10:19

**D-O-N-A-N** 232:3

**D-O-R-Y** 4:15

**D-O-X-E-P-I-N** 11:24

**daily** 16:17

**Dakuras** 4:6,7,16 5:16 37:1 62:3 71:17 72:1,15,19 73:6,20,24 74:19 75:22 77:12 80:13 81:2,24 82:2,16,20 83:3, 10,19 84:8,22 85:6,12,17 86:24 87:3,13 89:24 90:5 92:7,10,14,17 93:4 94:4 95:4,12 96:10,15 97:5,10,11,18,20 98:4 99:18,20,24 100:18 101:16,24 102:13 103:4,7,13 104:7,10,23 105:6 106:24 107:24 108:7,12,14,24 110:3,15,18,21, 24 111:6 112:6,12,16 113:11,22 114:1,

7,8,9,14 115:9 116:1,7,11,18 117:2,6, 13,16 118:6,13 119:5,17,23 120:11,15 121:14,20 122:11,16,20 125:13,17 126:2,17 129:2 132:14,16 133:15 134:1,6,14 135:23 137:4,13,16 138:10 144:21 145:14,19 146:12 150:21,22 151:1,5,6,10 152:3 153:6,16 154:2,9 159:24 160:2,5,17 173:22 174:4,7,12, 17,21 176:6 179:14 180:5 185:18 189:15 203:16 251:15 257:2 258:15 264:24 265:22 266:15,18 268:1 269:16 270:6,8,18 279:12 280:23 283:1 284:8 291:10

**Dakuras'** 37:4 90:18 97:22 126:7

**damage** 54:19,21 55:1,7,14 56:5,7,13, 15,17 58:3 60:6

**damages** 38:3 55:20 56:24 250:24

**date** 11:9 24:11 27:7 44:13 47:17 55:2 209:21 215:13,15,23 216:8,13 217:1 218:13 221:1,2,4 235:7,9,12 239:4,5,9 260:16

**dates** 216:23 217:11,16

**daughters** 38:19

**David** 23:16,18,19 25:14,15,18,19,23 26:10 33:9,18 34:10,24 38:1,8,9,16 39:4,7 166:23 199:16,17,24 200:1,12 202:19 203:20

**Dawn** 237:22,24 238:1,3,5 252:3,7,9 253:4,9

**day** 8:13 34:3 48:5,22 55:17,18 60:16, 17,18,23 61:24 67:16 71:16 73:2 78:8, 14,16 80:14 187:13 211:24 220:17 249:19,22 251:20 272:13 289:5,7

**days** 70:3 185:17 186:1 240:5 256:21

**deal** 267:3

**Dean** 56:20,23 58:16 60:5

**death** 251:7,20

**Debbie** 36:5,21

**Debby** 38:1,18 39:24

**December** 3:4

**decided** 186:5

**decline** 158:13,17

**defendant** 3:12,13 4:16 52:22

**degree** 40:16,22 41:5 42:3

**deleted** 130:3

**delirious** 179:19,21,22,24

Deposition of JANETTE BASS, 12/08/2020        Index: delivered..Edward

**delivered** 241:17 246:20

**delusional** 152:24 153:10 154:9 162:8, 10 179:15 291:9,15

**dep** 233:8

**department** 61:24 161:1 217:10,12 265:22 269:13 270:16

**depose** 7:19

**deposed** 5:24

**deposition** 3:3,7,11 4:2,9 5:8,18 6:5, 10 17:23 18:4,13,17,21 19:13 20:10,21 21:3,11,23 22:4,23 23:7,10,12 24:4,6, 11,15,16 25:2,18,20,23 26:7 53:14 68:13 89:20 99:8 147:11 190:17 192:14 203:20 292:15

**depositions** 3:10

**deps** 52:15

**depth** 39:16

**Derek** 3:17

**describe** 76:5,19,20 77:2,3,4,5 90:4 112:15 135:16 163:13

**design** 260:13 261:9 262:7,9

**designs** 48:15 49:11 69:3 260:3 262:3

**desk** 63:12 66:4 275:8

**detail** 188:10

**details** 65:20

**determine** 10:23 183:7

**diabetes** 16:3,7 219:4 238:17,19,21,22 239:10,22 243:5 244:8

**diagnose** 189:19

**diagnosed** 171:21 241:6 252:10 253:4, 9

**diagnosis** 189:11 208:19 241:20 242:5 243:2,12,18 253:17

**difficult** 22:6 102:17

**difficulties** 66:22

**dining** 76:11 77:6 88:19 90:1,3 92:8

**dinner** 69:19 70:1,7,14 72:7 76:23 77:10

**direct** 193:10 211:16

**directing** 209:13

**dirty** 76:18

**disability** 45:23 46:1

**disc** 218:21 221:18 228:14 243:6

**discharge** 188:17

**discharged** 169:16,17 172:2 187:23 188:2 189:1

**disclose** 151:18

**discs** 241:7,24 243:7 244:3

**discuss** 198:24 279:19

**discussed** 39:11,12 68:12,18 83:23 187:19 198:5 205:9 208:24 281:21 288:15,16

**discussing** 164:11

**discussion** 28:24 46:18 52:5 57:2 128:24 136:21 142:13 156:20 183:19 188:8 190:13 194:23 195:14 208:17 230:8 264:15 270:20 271:11 275:23 276:2,6 292:13

**disorder** 12:1,3,22 187:20,21

**dispatch** 125:5

**dispatcher** 64:23

**disposition** 158:20

**distress** 94:24 95:3 238:7 243:14 288:16

**distressed** 95:3

**District** 3:15,16 5:11,12 83:7

**Ditto** 7:9

**division** 3:16 37:9 215:24

**Doc** 257:9

**doctor** 8:15 151:14 162:21 170:23 180:10 188:17 189:3,9,10,19 213:12,22 219:3 221:12,24 223:3 226:13 229:4,16 230:5 231:17 233:17 234:23 239:12,15, 17,23 264:13

**doctor's** 181:17 219:17 221:10,11,24 231:23

**doctors** 162:18 171:21 188:19 221:17 223:6,12,20 224:3,4,10,22 225:5,7 231:4,10 233:22 234:2,6,18 236:1,24 237:13,15,18 238:10 241:21 242:1,6,12 243:3 264:10,11

**document** 196:4,8 272:16

**documentation** 32:8 215:16

**documents** 22:3,8,22 23:1,2 214:8

**dog** 59:8

**dollars** 247:3

**Donnan** 224:1,21,22 225:8 231:24 232:18 264:13

**door** 72:23 73:7,15,20 74:1,5,6,19,22 75:2,17,22,23 85:2 86:4 87:10 98:1,3,9, 11 99:24 165:3,11 168:19 189:15 250:22 276:24 277:18,19 282:8

**doorbell** 75:12

**doorman** 72:21 73:11 75:5

**doormen** 75:10

**Dory** 4:15 195:3,9,12,13

**dot** 26:19

**doubles** 268:16

**Doxepin** 11:24

**drafted** 22:11 196:11

**dreams** 256:18

**dressed** 73:4,24 74:6

**drink** 15:11 57:11 71:5,12

**Drive** 204:2 221:10 235:10

**driver** 176:13

**driving** 274:13 275:2

**dropped** 20:15

**drugs** 8:3,7 240:19

**due** 245:14

**duly** 4:22

---

**E**

**E-S-S-I-E** 262:24

**e-t-e-c-o-x-i-b** 13:23

**earlier** 37:22 57:24 68:12,18 86:23 96:10 138:8,9 148:6 149:2 178:18 182:8,24 190:20 205:9 208:24 209:8 233:8 282:10 285:13 288:10

**early** 40:10

**East** 27:19

**Eastern** 3:16

**eat** 14:24

**economic** 259:14,22

**education** 40:6

**Edward** 23:14 24:3,21 32:21 35:13 36:18 38:1,18 39:7,24 59:8 60:10

Deposition of JANETTE BASS, 12/08/2020      Index: effect..felt

**effect** 10:12 78:13 202:10 219:5

**effort** 272:4

**Einstein** 167:2

**elapsed** 148:14

**elevator** 109:7,20 121:22 122:4 129:24 135:22,24 136:8,16 137:2 281:20

**eliminate** 272:14

**Elliott** 3:21

**email** 58:15

**emails** 56:11

**embarrassing** 156:15

**Emily** 4:15 195:12

**emotional** 238:7,8 243:14 250:14 255:6,12 288:16 291:9

**emotionally** 250:17 259:3

**encounter** 62:7,10 279:17 281:13,22

**end** 45:17 89:15 190:10 195:4 271:6 279:4 292:14

**ended** 48:17

**ending** 129:13

**endo** 231:17

**endured** 153:18 157:3 200:11 203:13, 15

**entail** 41:24

**enter** 210:21

**entered** 148:11 279:12 280:24 283:1 284:8

**entering** 61:1 128:21

**entire** 33:4 169:15

**entity** 50:6

**Enzo** 9:7 11:18 240:18

**Enzos** 8:18,23 10:6 11:12 17:4 190:24

**erase** 129:13

**erased** 129:10,14,15

**Eric** 24:3,21

**Erica** 224:21,22 231:24 232:17

**Erick** 62:16,20 64:15 65:3 66:23 67:19, 22 82:12 83:6,7 85:18

**errors** 52:12

**escorted** 159:3,6

**esoph** 8:21 242:3 243:24

**esophageneal** 10:8,9 218:24 224:16 242:4

**esophagenia** 14:17

**esophagitis** 8:21 10:9 14:18 15:8,9 233:14 242:4,14 243:24 244:1

**esophagus** 15:12 225:10 231:20

**Essie** 262:24 263:3

**Essie's** 263:7,14

**et al** 3:14

**eternity** 115:6,9

**evaluation** 128:16

**evening** 12:21

**event** 170:2

**eventually** 93:6 97:15 129:16 152:3 178:3,20 265:6

**evidence** 5:10 184:9,13 291:16

**ex-fiancé** 166:12 199:20

**ex-husband** 199:18

**exact** 8:19 11:9 19:19 20:13 30:4 32:14 47:17 55:2 65:12 111:18 117:4 119:7 140:10,11 144:4 145:19 169:22 180:12 221:1 225:22

**EXAMINATION** 5:1

**examined** 4:23 151:13,16

**excessive** 109:22 127:5 265:24

**exchange** 58:15

**exchanges** 56:11 104:4

**Excuse** 56:19

**exhibit** 193:7 195:16,22,24 272:16 276:19,21,23

**existing** 243:23

**exit** 141:12,16,18

**exited** 143:6

**exiting** 137:2

**expects** 99:13

**experience** 163:17

**experienced** 251:3 255:6

**experiencing** 251:18,22,23 257:7

**expert** 277:5

**explain** 78:24

**expose** 36:24 37:2,4

**expound** 236:3

**extend** 48:19 260:5

**extended** 263:24

**extent** 39:13 243:9

**extra** 244:17 274:11

**extreme** 145:17

**extremely** 82:3,5,10,17 156:11 250:6

**eyes** 113:5 114:22 142:4,17 174:18

## F

**Facebook** 42:15,18,19 43:3,6,11

**fact** 97:8 206:2 288:17 290:20

**failed** 37:1,19

**failing** 67:10

**fair** 6:15 141:5 174:11

**fallout** 203:17

**false** 168:3 200:10,20 257:15

**falsely** 120:6,7,10 153:15 157:2 167:9, 11,17 168:22 188:23 202:8 205:8,14 207:19,22,24 208:7 258:23 264:24 281:17

**familiar** 135:17

**family** 28:17,20 30:13,18 32:24 33:2,4 37:24 51:13,15,18 52:18

**fashion** 81:8

**fast** 119:18

**fat** 244:11

**FBI** 269:23

**FCRL** 272:17 273:14 287:8

**fear** 96:17,19 255:22 257:4

**fearful** 120:6 256:17

**Federal** 5:9,10

**feel** 30:17 35:15,18 59:22 61:14 62:23 66:22 114:20,24 166:24 257:24

**feeling** 8:10 24:14 95:16 113:16

**feelings** 92:21

**felt** 114:24 115:4,6,8 118:15 119:3 126:11 176:22

Deposition of JANETTE BASS, 12/08/2020                    Index: fiancé..government

**fiancé** 166:16,20 199:19

**fiancé's** 166:23

**fighting** 248:15

**figment** 291:14

**figure** 118:11 278:6

**figured** 168:15

**file** 76:14 214:10 215:13

**filed** 3:14 22:16 33:3 270:15

**finalize** 69:3

**finally** 248:16

**find** 46:20 188:11 221:1

**fine** 47:11 59:23 74:13 113:19 177:20 283:17

**fining** 209:23

**finish** 23:6 33:11,12 34:19 66:5,7 79:24 98:22 139:19 150:3 158:16 164:13 180:15 208:4,16 212:22 228:22 229:24 235:14 244:16 245:3,7 260:1,3 268:13, 18 269:24 272:9 282:21

**finished** 49:11 72:6 79:22 260:12 284:21

**finishes** 201:18

**finishing** 48:15 212:19 261:9

**fire** 143:17,22 144:1

**Firestone** 37:9 217:14

**fit** 244:15

**fix** 55:9

**flat** 289:6

**flights** 107:16,22 108:11,15 109:1,4,11, 17 121:1

**flooding** 54:22

**floor** 76:11 100:10 109:8,22 110:3 111:5 112:12,16,23 113:4,6,8,10,12,23 114:2,10,14 118:14 123:7,20 126:5,9 130:15,19 131:1,7,10

**focus** 54:8 76:15 138:5

**follow** 188:5,6,11,14 214:11 215:19 216:3 254:18

**food** 241:15 246:19

**footage** 22:5,8 26:1 147:9 185:8 269:8 277:1 281:14 288:4 291:6

**forbid** 32:7 97:19

**force** 109:23 112:17,18 113:4 127:5 265:4,24 269:8,13

**forcefully** 129:19

**forfeit** 263:21

**forget** 27:14

**form** 19:8 31:20 130:16 165:5 195:19 280:10,19

**forward** 192:14 207:11 276:15

**fought** 46:9 134:16 247:24

**found** 179:12 185:17 232:24

**foundation** 30:1 31:21

**frame** 62:18 71:21,24 86:12,13,17 120:7 148:13 162:1 175:11 227:5 235:7 281:15 284:12

**free** 66:22 105:4 136:10 166:24 167:3 169:18 189:14

**freedom** 119:19 137:11 138:16 151:24 159:20 169:24

**fresh** 9:5

**friend** 108:19 122:22 123:23 151:18 152:7 155:5 157:23 198:19 201:22 203:11 262:13

**friend's** 157:12,15,16 171:2 262:15

**friends** 199:21,23

**front** 90:17,19 95:6 120:20,22 121:9,12 123:7 130:14 143:5,6,8,10 144:7 193:18 195:19

**froze** 102:7

**full** 26:12

---

## G

**G-I-Z-Z-I** 4:11

**gabapentin** 9:15,16

**Gabatine** 9:13

**gag** 231:16

**gagging** 231:21 232:16

**gain** 219:2 238:15 239:3,21 244:10

**gaining** 61:3

**gave** 8:20 101:20 129:16,21 152:3 161:18 162:7 163:23,24 178:4,21 179:10,11 180:4 181:13 207:5 248:16 251:20 287:12,17,21

**gawking** 133:8 141:2 251:12

**general** 180:2 211:24 215:12,14,17

**generalizing** 179:22

**generally** 111:3

**generic** 14:4

**gentleman** 171:1

**gentlemen** 167:1

**gestured** 98:14

**GI** 10:22

**Gianna** 4:10 18:7 20:9 21:1,10,22 30:5 35:21 44:14 46:21 47:8,20 172:12 212:1 271:7,8

**gist** 111:14,16,17,23

**give** 7:23 8:3,8 12:7,17 13:13 14:13,22 15:16 16:19 17:12,19 20:5,8 25:10 29:8 35:22 55:2 57:9 62:18 72:1 129:5 138:16 140:15 157:10,14,15 158:3 163:21 189:11 194:4 197:14 217:1 218:13 246:14 263:11 267:14 268:12 270:19

**giving** 200:20 267:15

**Gizzi** 4:10 16:13 18:11,19 19:5,6,8,10, 13,15 21:4 22:13,16 25:1,4 29:11,13 30:1 31:20 33:11 35:17 38:21 44:4,15, 17 45:22 46:1,4,6,19 50:16,18,22 51:17 52:3,6,8,12,24 55:10 57:16 59:15 66:3, 5,12 75:18 80:9 81:13 86:14 88:12 89:6,8,12 91:10,14 92:3,22 93:7 96:7 98:22,24 99:3,13 101:19 102:15,24 103:17,24 104:13,18 105:2,18 106:7,9, 13,15,17 110:7,17 111:20,23 113:13, 15,19 117:8 118:19 122:17 128:18 130:16,22 131:1 133:9 134:23 136:19 137:22 140:12,19,21 141:16 142:3,6, 14,19 145:1,3,23 146:1,14 148:20 150:3 151:3 152:8 154:11 159:13 161:8 164:13 165:5,16,19 167:24 168:2,8 171:8 172:13 173:24 177:19 180:15 182:6,18 186:6,9 189:17,19

**glad** 207:8

**glanced** 22:9,20

**god** 32:7 46:14,15 47:4 97:3,19 185:5 266:11 270:23 288:23

**good** 26:11 46:11 52:13 260:4 272:20

**goodbye** 282:8

**goodness** 32:9

**government** 26:12

Deposition of JANETTE BASS, 12/08/2020                    Index: grab..horrific

**grab** 87:23 90:12 97:22

**grabbed** 86:5 108:2 126:8 129:17 130:2,4

**grabbing** 90:11 129:18,19

**grabs** 114:7,8

**grade** 8:21,22 10:8,9 14:18 219:1 224:16,17 233:2,14 242:4,15 243:24 244:1

**graduated** 40:10

**great** 62:6,9

**Greg** 21:22 195:4 214:11,15,18,20 218:14 220:24 255:4 259:17 263:12,16 270:14 276:3 278:1 281:7

**Greg's** 289:1

**Gregory** 4:13

**grew** 70:3

**grimacing** 191:16

**groceries** 213:13

**ground** 6:3 111:8 116:11,14,19 117:3 125:21 129:3 130:13

**group** 187:3,6 229:21 231:10,11,14 233:22 234:3,21,23,24 235:4 236:12 242:1

**groups** 187:1,8,10

**grumpy** 240:9,10

**guardian** 278:11

**guarding** 159:20,21,22

**guess** 4:3 27:10 30:3 64:22 85:10,15 115:15 138:15 190:3 210:18 271:15

**guessing** 20:4 28:6 56:10 65:19 67:18 78:6 85:9 94:21 206:16

**gurney** 133:6,21 134:7,22 135:3,13,19 142:2

**guy** 157:19 265:11

**guys** 52:6 182:10 195:11

---

**H**

---

**H-A-N-K-I-N** 260:7

**H-A-R-I-** 202:20

**H-A-R-I-D-I-M** 23:18

**Ha** 292:2

**half** 115:19 291:4

**hall** 134:9

**halls** 240:6 251:13

**hallway** 109:20 110:1,2 117:3 126:18 130:20 131:10

**hand** 98:4,8,10,13,19 99:23 121:2,11 193:6

**handcuffed** 120:19,20,21 123:7 131:5, 10

**handcuffs** 101:18 117:24 119:13,16, 22 120:3,13 121:8,12 122:10 123:6 127:6 129:3 130:14,21 131:21 132:18 133:23 137:12 141:15 142:2 143:4 144:6,16 150:13

**handed** 193:6

**hands** 113:16 126:15 127:14,16,18 129:18 137:14

**hang** 204:24 214:1

**hangs** 84:8

**Hankin** 260:7

**happen** 32:7 37:17 53:16 129:20 176:7 274:18 279:14

**happened** 13:9 18:1 22:11,12 43:7 78:3,5,21 83:4 85:16,17 90:1,3 92:11, 12,18,19 93:4,5,7 119:18 125:23 141:10 148:24 149:4 150:17 152:20,22 153:4,9,14 164:4 165:2,9,13 166:2,8,21 172:23 177:24 184:14 188:12 196:11 198:23 199:2 202:4 203:16 224:24 232:19 235:19 253:13 257:14 264:3,19 268:23 279:16 281:1,8 283:3 286:7 289:12

**happening** 100:14 161:13 176:5

**happy** 6:12

**harassing** 54:5

**Harbor** 199:8,12

**hard** 26:1 46:9,10 75:4 76:14 90:24 95:16 115:2 117:10 126:23 134:16 199:4 262:6 283:20

**Haridim** 23:16,19

**harm** 118:1 227:15

**head** 6:23 114:22 142:5,18 155:21,24 156:3,4,6,10,24 157:7 167:2 217:22 291:5

**healed** 218:22

**health** 100:23,24 205:6,11,21 206:18 207:24 208:7,21 209:2 248:24 249:1,11 250:5 253:17 257:6

**healthier** 101:10

**healthy** 8:10

**hear** 6:20 9:21 18:2 42:6 44:9 52:6,7 59:24 60:3 75:4 78:11 118:21 160:11, 17 185:10 276:16

**heard** 5:14 72:22 153:6 276:9

**hearing** 120:4 283:20,21

**heart** 24:22 204:9

**held** 159:3,4 172:21

**helping** 262:5

**helps** 14:23 51:16

**high** 40:9,10

**higher** 262:6

**highest** 40:6,21 116:6,17

**Highland** 236:15

**Hills** 32:11

**hinder** 15:15

**hire** 248:9,18 249:24

**hired** 246:4,6

**history** 257:10

**Hmm** 258:12

**hold** 192:20 194:1 219:18 232:6 271:8

**holding** 273:5

**home** 26:7 32:20 64:16 69:17 75:23 76:3,6 84:20 123:10 169:1 175:3,4,8,10 189:14 191:7 228:17,20 246:12 248:23 249:1,11 250:4 256:10 257:3 258:16 264:14 272:11 288:23 290:19

**homeowner's** 29:14,17

**honest** 62:1 131:11 176:17 196:10 205:17

**honestly** 13:24 63:10 67:17 72:14 84:24 104:3 107:15,17 108:17 113:3 114:23 115:15 119:17 127:6 134:10 143:12 147:1,6 170:7,14 172:11 183:13,14 188:9 189:12,20 205:23 208:15 217:17 229:14

**hoping** 265:6

**horrible** 255:17

**horrific** 8:12

Deposition of JANETTE BASS, 12/08/2020                    Index: hospital..issues

**hospital** 128:9,16,22 158:11,18,21,23 159:18 163:9,12 164:3 172:10,13,16 173:1,11,17,23 174:5,7,13,17,22 175:1, 12,13,15,19 176:10,21 177:24 178:16, 19 179:6 180:8,20 185:23 187:2,9,12, 23 188:2,18 241:9 251:22 253:20 284:11

**hospitals** 236:13

**hour** 19:24 115:19 175:20 291:5

**hours** 20:3,10 148:19 169:9 175:18 220:1 267:16

**house** 75:11 275:5

**Houston** 200:21 201:3,5,9,10 257:7

**Hudgins** 225:15,20 226:11 227:4 229:20 234:23

**humiliating** 110:8,10,16,19,22 111:2, 15,22

**humiliation** 251:10 288:16

**hundreds** 58:7

**hung** 82:13 83:21 84:3,6,22 85:7,17 281:16

**hurt** 134:17 137:9 160:9 181:3

**hurting** 101:1 114:3 115:7,23 117:22 119:6,11 127:7 162:9 179:17

**husband** 199:18

─────────────────

**I**

─────────────────

**idea** 156:8 175:23

**identify** 3:23 197:21

**illegal** 8:7

**Illinois** 3:10,16,20 5:12 27:20

**imagication** 291:14

**imagining** 193:20

**immaculate** 77:6

**immediately** 64:1 74:18 75:3 93:7,9 118:14 220:15,16

**important** 37:16 189:22 190:1 218:3

**imprisoned** 188:23

**inaccurate** 17:17 19:21 20:6 28:8 47:10 183:23 201:6

**inactive** 219:3 238:16

**inactivity** 16:2 239:21,24 243:5

**inaudible** 33:8 44:19 46:3 50:21 73:8 93:2 170:6 222:3 249:4

**inch** 282:18 286:6,7

**incident** 16:9 43:7 48:6,22 53:17,18,20 59:3 62:8,11 80:14 83:9 164:4,9,17,20 199:2 202:4,5 205:11 211:24 218:17,20 221:5 223:7 231:5 232:18 235:18,19 236:10 237:14 238:6 239:11 241:10 242:9 243:4,13 250:14,18 251:5 253:13,18,23 254:3 255:7,10 257:8,13 263:22 264:3,19 268:11,23 269:3 270:4 280:6,16 285:17 286:17 287:10,24 288:12 289:12 290:14 291:3

**included** 29:5,6,7 193:24

**includes** 37:24

**including** 226:6 282:4

**incorrectly** 60:20 64:6

**incur** 208:13

**incurred** 264:2

**independent** 89:3

**individual** 29:9

**inflammation** 228:13

**influence** 7:22 8:1,6

**inform** 54:20,24 55:6,12 56:8,12 71:20, 23

**information** 24:20 157:9,11 180:2 200:20 212:1 246:11,14 263:2,8,14

**informed** 55:3 173:6

**informing** 82:21

**initial** 58:20

**initially** 90:3

**initiated** 86:5 93:17

**initiating** 87:5

**inject** 16:3

**injections** 219:4

**injured** 199:3 202:9 220:15

**injuries** 153:18 188:6,15 200:10 203:12,15 218:16,19,23 219:11,16 220:11,14 222:2 223:5,21 224:11 226:4 230:6 231:5 235:22 236:9 237:13 238:5,11 239:11 241:22 242:6 243:4, 17,19 245:15 250:13,14 252:11 253:24 254:4 255:6 256:6,8 288:15

**injury** 117:10 157:3 227:9,11 255:12

**Inspector** 215:12,14,17

**inspectors** 209:23 212:10,13

**Instagram** 43:13

**Institute** 266:12,24 268:2

**institution** 205:7,11,16,22 206:7,18 208:1,8,21 209:2

**instructed** 63:13,20 64:6 67:19 79:1

**instructing** 81:20 136:1,4

**instructions** 83:8,10

**insurance** 157:9,10 171:3

**intellectual** 166:12,13,17 168:15

**interaction** 78:2 79:9

**interested** 259:24 260:11,14 261:6,7, 13

**interesting** 40:7

**interject** 93:24 248:6

**interjected** 254:22

**internal** 37:9 217:10,12

**internet** 266:16,20 268:1

**internist** 224:23

**interrogatories** 192:18 218:8

**interrogatory** 197:2,16,18,19 204:22 209:14,19 213:24

**interrupted** 33:13

**interruption** 102:5

**invaded** 30:18

**invading** 35:15

**inventions** 167:1,4

**investigator** 265:9

**Invisible** 266:12,24 268:2

**invited** 72:23

**involuntarily** 172:21 205:6 206:5 207:18 208:14,20 209:1

**involuntary** 131:4 172:21

**involved** 162:7 169:5 248:13 257:4

**irrelevant** 218:13

**issue** 10:13,14 54:3,11 55:19,21 232:21

**issues** 53:24 54:8 166:11,16 210:10 224:15 231:20 254:17

## J

**J's** 200:12

**J-A-N-E-T-T-E** 5:5 42:24

**Janette** 3:4 4:12,21 5:5 26:14,15,16 42:22 89:20 93:8 104:18 110:7 114:4 117:23 119:10,12 140:12 142:6 151:21 160:3 161:14 162:20 165:8,11,22 184:17 190:17 191:21 216:16 217:23, 24 219:20 220:22 272:8 292:16

**Janice** 258:21

**jeans** 73:21

**Joachim** 166:23 199:16,17

**jobs** 49:14 51:10

**Jonathan** 36:11,21 38:1,18 39:8 40:1

**juice** 156:13 159:1 163:20,24 181:14

**July** 162:5

**June** 32:24 35:3 43:8 48:4,6,19,22 49:9,14 51:7,10 53:16,17,18,20,23,24 54:4,9,12,16 55:6,16 58:23 60:11,16 62:13,20 63:8 68:8,22 69:2,7 70:12,21 71:4,8,16 72:16,20 73:9,17,20 76:21 82:4 85:8,18 92:8 97:17 99:18,19 116:19 126:19 130:19 141:13 153:5,9, 14 164:5,16 169:8 171:23 199:2 202:4 205:7 209:3 223:8 232:19 253:14 260:10,16 261:3 264:4,19 268:24 278:14 279:7 280:7 289:12

## K

**K-U-L-I-S** 4:13

**Karen** 257:5,6

**Katie** 3:21

**Kennel** 224:8

**Kenner** 224:5,7,9 225:6 237:20,22,24 238:1,4,5 252:3,7,10 253:4,9 257:9

**kids** 95:22 250:24 255:20 288:17

**kind** 8:17 10:5 28:7 75:4 78:10 82:14 125:9 132:24 133:14 143:22 173:15 177:13 189:2 219:4 226:8 240:8 247:24

**kitchen** 76:8 77:9 273:20,22

**kitten** 31:9

**knee** 114:12,15,17,20,24 115:1,10 116:2,8,12 117:7,14,16 118:6,14,15,24 119:3 126:12,16 127:12 281:23

**kneecap** 115:4

**kneecaps** 115:2

**knew** 75:7 83:9 124:10 126:16 173:4 179:8,9 207:1 215:2 249:21

**knock** 73:6,15

**knocked** 73:20,24 74:4,19

**knocking** 75:16 276:24

**knowing** 250:21

**knowledge** 28:6 90:2 99:8 115:10 121:24 122:2 144:9,12 197:12 289:18, 19 290:15

**Kulis** 4:13 18:16 20:19,20 21:2,12,22 44:5 82:6 83:16 86:21 88:16 99:10 103:23 105:1,20 133:17 138:24 139:19 142:9,12,15,21 147:11,14,17,20 154:18,20 155:12 160:3,6,14 161:14 162:20,22 163:1 164:23 165:3,11,15,22 166:1,9 167:7,12 168:17,19 170:6 182:20 184:20 191:1,3,5,18,21,24 192:21 193:1 194:14,18 195:1,10,15,20 196:12,14 198:11 201:2,18 204:7 206:12,24 207:4,7 208:16 210:23 211:3,9 212:19,22 213:2 214:23 215:1 216:20 217:1,5,18,23 218:3,10,12 219:18,20,22,24 220:3,5,8,20 221:2,14 222:3,10,14,17,20,22 223:14,23 225:1, 17 229:11,24 230:12,16,19 232:6,9 233:18 234:10,14 235:5,14 236:2,4,7 237:15 238:24 239:2,14,16 242:18,20, 22 243:6 244:2 245:3,5,7,9 246:15 247:10 249:4 252:14 254:6,12,16,22 258:19,21 259:1,5,14 262:17,21 263:13,15,17 265:14,18 266:6,9,11 267:4,6,11,15,18,21 268:13,16 270:23 271:3,7,9,12,17 272:6,18,20 273:1,7, 11,19 274:4,10,13,16,20,24 275:2,6,22, 24 276:5,7,11,13 277:4 278:5,8,19,23 279:2,18,20 280:3,8,10,13,15,19 281:3, 8,11 282:12,15,19,22 283:9,13,16,23 284:4,15,21,24 285:4,19,23 286:20 287:2,4,12,16 288:5,18,20,23 289:14, 24 290:20,22 291:4 292:3,6,12

## L

**L-A-C-H-M-A-N** 204:20

**L-A-N-I-Y-A** 4:5

**l-e-v-o-t-h-y-r-o-x-i-n-e** 14:7

**L-I-T-T** 108:22

**L-O-C-H-M-A-N** 203:9

**LA** 8:21 10:8,9 14:18 15:8 218:24 233:13 242:4,14 243:24 244:1

**Lachman** 203:7 204:1,4,20

**lack** 30:1 31:21 58:1 64:23

**lady** 277:18

**Lake** 204:2 221:9 235:10

**land** 270:2

**Laniya** 4:4 5:15 88:12 89:8 91:13,14 98:24 130:22 195:6

**Lapping** 198:20,21 199:1

**Lapping's** 199:5,13

**large** 244:17

**late** 279:4

**launching** 49:6

**law** 91:6 92:14 95:19 96:22 97:2 260:8

**laws** 50:9,10

**lawsuit** 32:22 33:3,16 34:18,24 35:1,4 36:19,22 37:12,14 43:4 52:23 53:6,7 180:10 181:18 189:5 198:22,24 200:1,3 202:1 203:12 209:8,11 259:12

**lawsuits** 53:8,11

**lawyer** 99:5,9 108:19 122:22 167:3 214:19 215:3 259:1 267:11

**lawyers** 35:5 196:10

**laying** 228:14

**Leanna** 91:11

**learn** 279:3

**lease** 28:12

**leave** 24:8 79:12 84:14,16,19 85:3,4,12 86:4,11,24 87:4,6,9,10,11 93:10,20 98:15,16 99:22 100:1,2,4,16,19 101:9, 11 104:8 106:2,5,22 107:3 108:9 134:20 136:11 175:6,9 187:15 282:5,8

**leaving** 97:16 105:13 121:3 175:12

**led** 97:15 219:7

**left** 20:15 62:5,7,10 79:8 93:11 94:15 100:17 101:4 105:10 108:6,8 120:24 130:1 134:19 146:21 148:9 214:11 217:4

**leg** 117:9 228:4

**legal** 3:18 278:11

**legs** 9:6 113:13

Deposition of JANETTE BASS, 12/08/2020      Index: length..medications

**length** 24:16

**Lerner** 56:20,23 58:16 60:6

**Leslie** 246:10 247:12 248:9,10,11,17, 19 249:15,20 250:1

**Letellier** 3:17

**letter** 213:12,22

**letters** 212:15

**letting** 105:7

**level** 40:6,21

**Levothyroxine** 14:8

**lie** 160:5

**lied** 160:2

**lieutenant** 4:5 5:15 37:20 72:19 84:21

**life** 191:6

**lifeline** 83:5

**lima** 59:8

**limit** 224:14

**list** 225:4 287:12,17,21 288:18

**listed** 283:9

**listen** 55:10 136:3 140:3,8 154:18 278:19,23

**listened** 64:7

**listening** 154:19

**literally** 86:18 129:18

**Litt** 108:22 122:24 123:3,24 124:3 125:22 152:12,16 155:5,17 169:11,19 173:4 174:24 185:22 198:6,8

**live** 17:6 28:21 46:10 134:16 170:21

**lived** 32:11

**lives** 124:7 198:9

**living** 30:16 31:3 32:6,9,17 77:5 88:14, 19

**lobby** 132:19 133:24 135:5,12 136:24 137:3,5 138:10,13 140:24 141:2,12 142:24 149:20

**local** 5:11

**locked** 128:10,14,17,20 189:14,15

**locking** 256:20

**lockup** 76:9 161:22,23,24 162:3 183:9

**log** 56:6,18

**long** 19:4,12 20:17 28:3 72:2,13 75:1 83:24 84:2 115:9 169:7 171:9 175:13 185:15,16 205:15 213:14 235:24 247:12 249:1 271:1 272:13 274:12 289:5,7

**long-sleeved** 73:21

**longer** 11:22 19:23 20:2,10 46:17 47:24 75:6 87:9 104:19

**looked** 22:23

**Los** 203:2

**lose** 259:22 260:23 261:1

**loss** 63:16

**lost** 50:1 259:10,14

**lot** 8:22 17:5 24:7 39:15 76:12 92:19 94:24 112:17,18 113:4 133:12 240:10, 16 246:21 247:5 248:12 249:12 251:6 255:17 260:6 278:2 279:16 281:13,24 288:2 289:21

**loud** 6:18 140:21

**louder** 52:2 59:21 118:19

**low** 78:10

**lower** 262:5

**lowest** 116:6,17

**luck** 26:11

**Luckily** 46:14

**lying** 183:18

---

**M**

**M-E-L-O-X-I** 11:15

**made** 61:17 69:18 70:1 71:19,23 77:10 132:18 187:3,7,13 210:7 212:6,7 213:20 217:11 269:15,20 270:6

**main** 54:15,17 55:20 58:3

**make** 17:1 27:9,15 53:19 63:22 64:1 72:24 77:19 95:10 99:3 122:17 123:5, 15 171:11 183:23 215:23 216:24 267:6 283:18,21 290:5

**making** 70:7,14 87:15 150:20 160:7 165:20 215:18

**maliciously** 61:1

**man** 112:20 273:5

**manage** 210:20 211:7

**management** 54:5,14,21 55:5,19 56:4 58:2,17,19,21 59:5 61:1,5 64:18 67:4

83:2 184:17 210:4,5,6,15,16 211:6,9,16 212:7,15 213:8,17,18 221:12,19 234:16 242:2

**manager** 59:10 261:16

**manages** 211:9

**managing** 229:3

**manip** 249:13

**manipulations** 249:14

**manufactured** 48:16

**Marcus** 261:15

**marijuana** 71:6,10

**Marilyn** 246:10 248:11,19 249:15 250:1

**mark** 94:19

**marked** 193:7 272:17 273:14 276:19

**married** 40:8,12

**Marsha** 201:20,21,24 202:3,14,16 261:21 262:1,2,10,11

**mask** 6:19

**matter** 3:13 4:12 5:16 80:20 206:2

**Matthew** 221:13

**maxed** 227:19

**mayor's** 37:7 215:20,24 216:24

**MDR** 252:15 258:6

**meaning** 5:21

**means** 49:3 239:23

**meant** 254:13

**med** 218:22

**media** 3:1 42:14 89:15,19 190:9,10,16 292:15

**medical** 151:16 152:19,22 153:3,8,13 154:5,7,8 155:1,4,16,19 156:2,9,24 157:6 160:11 161:2,6 162:14 164:2,15 180:13,16,20 181:10 208:13 219:11,14 220:10,12,14 221:1,8 222:14 223:11 225:23 226:2 228:9 252:10 264:2,6,9

**medically** 202:10 203:18

**medication** 8:15,17 9:7,18 10:5,13,15 14:9 15:3,23 38:15,20,24 39:9,19 40:4 156:18 163:21,23 187:11,21 218:23 227:14

**medications** 8:2 10:24 15:19 17:2 224:15 231:19 232:20 233:1,3,7,12 242:13

Deposition of JANETTE BASS, 12/08/2020            Index: medicine..necessarily

**medicine** 15:15 187:16 242:2

**meet** 21:1 170:23 292:7

**meeting** 50:7 181:15 182:15,16,19,22 183:1,4,6,10,12,17 184:1,14 185:3,13 186:14

**meetings** 186:16,22,23

**mel** 11:14

**meloxicam** 11:14

**member** 159:7,8 270:16

**memorized** 81:11

**memory** 65:24 70:1

**mental** 100:23,24 112:3,4,7 205:6,10, 15,21 206:7,18 207:24 208:7,20 209:2 253:17 254:14,17 257:6

**mentally** 253:5 254:7

**mentioned** 31:17 32:2 34:17 36:23,24 37:21 38:2,14 138:9 154:5,24 155:20 178:18 182:24 232:17 233:8 237:16,21 256:4 285:13 288:9,10 289:10

**mentioning** 96:20

**messy** 76:18 77:3,6

**met** 19:17 20:8 21:10,16,21 182:17

**Meth** 188:2

**Methodist** 161:11,17 162:6 163:22 172:7,9,10,16 173:1,10,16,22 174:5,7, 13 175:1,13,14,19 176:10,21 177:1,23 178:16,19 179:6 180:4,8,20 185:23 187:2,8,12,23 188:2,18 241:5,9 251:19, 21,22

**mic** 52:3,8

**Michael** 108:22 122:24 123:3,24 124:3 125:22 152:12,16 155:5,15,16 157:21 169:11,19 173:4 174:24 185:22 186:2 198:5,8

**microphone** 52:11

**mid** 84:6

**middle** 26:18 169:9 171:4 175:2 260:2

**Mike** 37:8 216:2

**military** 42:12

**million** 265:23

**Milton** 37:8 216:2,6

**mind** 37:13,15 85:11 146:2

**mine** 36:9 54:18 86:19 87:21 90:10 93:19 101:12 107:1 108:1,19 122:22

198:19 201:22 203:11 262:13

**minute** 22:9 140:6 213:10 232:24 276:10

**minutes** 115:12,13,14,16,20,21 148:17 171:8 190:6 272:23 273:7,11 274:8,20 275:7 276:5 287:13,22

**Mirage** 32:12

**mischaracterizes** 51:17

**mispronouncing** 198:18

**missing** 282:10,15,20 290:6

**mistake** 253:19

**mobile** 241:18

**mode** 85:22,24 86:2 105:16,23 120:1,2 146:4,8,12

**mold** 69:17,23 70:4 209:24

**mom** 26:11 27:13 30:16 31:2 32:5

**mom's** 32:9

**moment** 8:13 31:2 148:11,12 169:20, 22 205:1 282:5

**money** 246:21 247:5 260:6 269:14

**Monica** 40:14 41:2

**monster** 256:11

**month** 11:4 29:4 164:4,7,8,17,19 220:17 249:24 257:8

**monthly** 29:10,18,20,21,24 30:7 31:12 45:10

**months** 227:14 249:2,5,7,8,18

**Moore** 4:3,4 5:2,7,13,15,19 16:14,15 18:12,15 19:11,22 21:9 22:17 25:3,7 29:2,16 30:6 31:23 33:14 36:1 39:1 44:8,20 45:24 46:7,22 50:3 51:1,19,22 52:4,7,14,16 53:3 55:11 57:3,8,10,13, 23 59:16 66:6,15 76:1 80:1,11 81:14 82:7 83:18 86:15,22 88:17 89:10,13,22 91:13,17 92:5,23 93:12 96:8 99:1,11,16 101:22 102:12,19 103:2,18 104:6,16 105:5,21 106:10,21 110:9,20 112:5 113:20 117:12 118:22 127:8 128:13,19 129:1 130:18,24 131:2,8 133:19 135:1 136:22 138:1 139:4 140:4,14,22 141:20 142:22 145:9 146:3,15 147:22 148:5,21 150:4 151:4 152:9 154:13,16 155:8,13 156:22 159:16 160:4,10,15 161:15 163:4 164:14 165:1,8,12 166:4,14 167:10,15 168:5,9,20 170:10,18 171:5, 10,17 172:14 174:2 177:22 180:18 182:11,23 183:20 184:23 186:12

188:13 189:23 190:2,7,19 191:9 192:4, 17,22 193:4 194:15,21,24 195:8,18,21 196:1,17 198:13 201:7,19 204:11 206:13,21 207:10 208:18 211:1,5,12,14 213:5 215:5 216:22 217:8,20 218:6,14, 15 220:9,21 221:6,20 222:6,13,18,21 223:1,16 224:2 225:3,19 229:15 230:1, 4,10,15,18 231:1 232:8,12,15 233:20 234:12,17 235:6,15 236:5,8 237:17 239:7,18 243:1,11 244:4 245:12 246:16,17 249:6 252:20 254:8 255:2 259:4,7,8,17,19 263:1,13,16,18,19 264:16 265:19 266:14 267:23 268:20 270:21 271:1,5,13,19 272:3,7,23 273:2, 4,8,12,23 274:2,5,15,17,21 275:4,13, 16,19 276:3,8,12,14 277:7 278:7,9 279:5,22 280:4,12,14,18,21,22 281:7,9 282:2,13,21,23 283:11,18 284:2,6,18 285:2,5,12 286:2 287:5,14,17,20 288:7, 24 289:2,4,8,15 290:4,12 291:1,11,24 292:6,9

**morning** 13:7 24:13 62:21

**mother** 31:4,19 32:8,10

**mother's** 31:8

**move** 52:10 88:14 114:13 192:14 207:11 215:11,20 256:1 284:7 288:19

**moved** 32:12 203:3

**movement** 252:18

**moving** 20:19 97:14 199:16 201:20 217:9 250:12

**MRI** 221:9,14,23 234:5,16 235:8,11

**multiple** 55:3 85:12 134:20 137:15 179:1,3

---

### N

**naked** 61:14 63:4 80:20 132:21 139:23, 24 141:3 154:10 155:22,23 179:16,20 181:2 184:19 291:8

**named** 59:4

**names** 8:19 9:13 23:15 34:12,17 35:14, 19 62:2 223:13 233:5 246:9 248:21,22 261:19

**narrative** 281:3

**narrow** 109:20

**nature** 105:15 247:7

**Nava** 34:15

**necessarily** 256:22

**neck** 8:24 9:16 11:1 126:24 163:18 218:21 228:5 243:8 244:6

**needed** 56:11 63:1 80:18 155:21 157:4 187:21 189:15

**Neiman** 261:15

**nerve** 228:4,5,14

**Newhouse** 214:19,23 265:11,17

**news** 46:16

**nice** 62:4 292:7

**nicknames** 27:2

**night** 9:3 12:4,14 13:4,6,9,10 35:7 38:24 39:3,11,22 169:10 171:4 175:2 250:19 251:3,8,17,18,23 252:1,5 253:14 256:24

**nightmares** 38:15,20 39:9,19 40:4

**nitty-gritty** 74:16

**Non-technology** 272:21

**noncriminal** 63:2 64:18 67:5 81:21 83:11

**normal** 77:24 133:16

**north** 3:19 128:15 158:15 173:8 221:9 235:10

**Northern** 3:15 5:12

**Northwestern** 144:6 145:8 149:5,8,12, 24 150:15,18,22 151:1,7,11,13,17 152:2,6,14,20,24 154:6 155:2 158:11, 18,21,23 159:9,18 160:2 162:6 163:9, 12 164:3 169:8,12,15,20 170:24 171:19,22 172:2 173:8 174:17,21,22 175:12,14 176:9 180:5 185:19 264:12 284:11

**notes** 152:23 168:24 169:2,5

**notified** 58:1

**notify** 54:14 56:4,9,16

**nude** 153:1 160:8 179:23

**number** 3:14 30:4 157:12,15,16 158:3 171:3 199:13 201:14 202:16 203:4 204:3 209:18

**numerous** 63:8

**nurse** 156:4 178:21,24 179:4,5 183:11, 15 184:2,6,12 185:3,12 186:15,23

**nurse's** 42:2 156:6

**nurses** 179:3

**nursing** 42:3

**nutshell** 84:17 125:8

**O**

**O'SHEA** 37:6

**O-M-E-P-R-A-Z-O-L-E** 14:16

**oath** 3:9 5:21 47:13 281:9

**object** 280:19

**objecting** 281:12

**objection** 19:6,15 21:4 30:1 31:20 38:21 51:17 75:18 106:7 130:16 148:20 165:5 167:24 168:8 173:24 280:8 281:3

**obtain** 65:15

**obvious** 104:12

**occasions** 54:6 55:3 79:13 85:13 134:20 137:15,19 216:1,4,7,10,14 217:14,15,16 264:22

**occur** 88:9,18

**occurred** 97:8 180:9,21 235:3 255:12

**occurring** 89:4

**offended** 7:6,19

**offered** 72:24 75:23 76:3

**offhand** 246:12 263:11

**office** 37:8 213:17,18 214:14 215:11, 14,17,21,24 216:24 264:18 265:9 268:8,22 270:7 291:7

**officer** 63:21 64:16 65:2 66:24 67:18, 23 68:4,6,21 69:7 70:9,20 71:2,7 73:6 91:6 96:22 97:2 105:24 137:20 173:19 178:7 181:3 214:19

**officers** 126:1 132:1,13 133:10 139:11, 14,15,20 140:5,16

**offices** 3:19

**officially** 187:22

**OIG** 269:22

**older** 157:23

**on-site** 59:10

**one-minute** 230:13,16

**one-word** 191:21

**ongoing** 55:19 212:12 220:12 224:13

**open** 74:18,22 75:1

**opened** 72:23 75:2,22 165:3,11 168:19

**opinion** 265:3

**opportunity** 259:14

**option** 37:11

**oral** 269:2

**orange** 156:13 158:24 163:20,24 181:14

**ordered** 234:5

**organization** 210:2

**original** 58:23,24 59:4 63:22 64:17 82:19 108:23

**originally** 221:15,17 222:1

**Orozco** 18:10

**orthopedic** 234:3 264:12

**orthopedist** 224:12 231:9 233:21 234:3 235:4 241:6 264:13

**outcome** 212:5

**outlook** 256:16

**over-the-counter** 8:2

**overtalk** 70:18

**owned** 28:17,19

**P**

**P-A-R-I** 34:13

**P-A-T-E-N-T** 260:8

**p.m.** 3:5 57:19,22 89:16,20 148:1,4 171:13,16 190:12,17 230:21,24 271:23 272:2 285:8,11 292:18,20

**pages** 193:18

**paid** 253:2

**pain** 8:11 9:6,17 15:10,11,12,18 17:6 24:14 91:2,9,10,16,21,22 92:1,6 95:10, 11,15 96:12,16 114:1,10 116:3,7,18 118:9 163:8,11,15,16,17 164:1 176:22, 24 181:14 187:18 188:11 190:21,22,23 191:2,12,17,19 192:5,6 207:14 221:12, 19 227:24 228:1,12 230:3,7 233:12 234:16 240:9,10,13,17 242:2,3,14 249:13 257:6

**painful** 117:1

**Palm** 32:12

**panned** 153:23

**pans** 76:8,22 77:9

Deposition of JANETTE BASS, 12/08/2020                    Index: paper..present

**paper** 178:4,21 179:10,18 180:4 193:10 195:17 236:4

**papers** 76:10,24 77:7 84:10 100:6,10 126:5 131:6 153:23

**parade** 132:18

**parading** 133:7,23

**paramedic** 149:10,23 150:2,5

**Pari** 34:13

**Park** 236:15

**part** 74:4 113:7 114:8 151:20 195:22

**parties** 3:8,24 260:12 261:6

**partner** 226:11

**parts** 227:15

**past** 90:9

**patent** 260:7

**Patty** 59:10,13,15,17,20

**pay** 29:10,17 30:7 193:9 194:6 274:17

**pending** 7:12 184:20 259:5 260:9 261:2

**people** 7:18 100:21 131:15,17,24 132:17 134:3,8,10 136:2,5,6 141:2 147:7 149:17,19,20 183:12,16 220:1,20 229:21 231:10 246:4 248:12,13 251:12 257:24 259:24 261:17,19

**percent** 67:22

**performed** 226:9 227:3

**period** 112:4 212:13 230:3 255:14

**periods** 213:14

**permission** 35:20 61:14 63:5 80:22 185:20

**person** 7:4 18:9 19:1,3 62:17 64:20,24 65:6 67:7,24 70:19 83:8 92:14 97:9 121:2 133:16 136:14 147:5 184:5,8 193:11 197:22 207:24 208:6 228:8 270:18

**person's** 158:6

**personal** 169:4

**Pfeifer** 265:11,12,17,20

**pharmacy** 16:11

**phone** 19:2 25:5,6,9 61:17 63:14,18 64:8,14 65:6,20 66:17 67:8,10,16 68:2 71:19 83:24 84:22 85:7,18 98:12 121:4, 6,11,14,21 122:3,6,11,14,15,16,17,18 125:21 129:2,5,11,12,15,21 130:2,4

137:15 143:4 144:24 151:20,22 152:1, 3,6 158:3 171:11 181:15 183:2,8,17 184:7,9 185:20 186:3,20 201:14 204:3, 8 217:24 261:11 262:19

**phones** 262:21

**phonetic** 229:20

**photographs** 23:5,6 127:23 128:1,3

**photos** 69:4 83:12 128:10 153:1 154:10 179:16,20,23

**photostated** 179:11

**physical** 38:3 41:13 42:6 91:10,22 92:1,6 93:17 95:15 96:11,16 114:10 116:3,18 126:8 198:14 199:5,11 200:12 202:13 203:24 218:16 237:13 238:5,11 239:11 240:5 241:22 242:6 243:4,17,19 245:15

**physically** 73:15 97:11 120:15 124:17 126:18 127:3,4,9,15 254:6,10,18

**pick** 186:4

**picture** 63:4 80:21 242:19

**pictured** 181:12

**pictures** 127:21 128:8 155:23 160:8 162:8 181:1,23 182:2,5 219:1

**piece** 116:24 178:4

**piggyback** 5:7

**pills** 240:13

**pin** 262:6

**place** 50:9 75:24 76:3 118:14 122:17 127:24 144:20 149:13,16,18,19 152:5, 13 156:19 201:8,12 256:3

**placing** 120:11 127:11

**plaintiff** 4:11,14 52:20

**plan** 152:10

**play** 81:12

**playing** 274:22

**plead** 133:13 137:18,20 139:11,17

**pleading** 125:24 126:2 140:16

**pleasant** 65:8,9

**plenty** 269:14

**pocket** 253:2

**point** 25:8 62:11 76:16 87:16 91:12,15, 18 96:13 98:14 104:12 107:11 114:6,9 119:13 121:17 134:4,8 137:1 168:16 169:16 187:22 199:8,12 285:20

**pointed** 87:10 99:24

**pointing** 85:2 86:4 98:1,3,8,11

**police** 58:21,23,24 59:3,4 60:15,18,19 61:9,16,24 62:5,10,24 63:15,22,24 64:10 65:8 67:11 71:15 74:23 131:24 132:13,22,23 133:10,12 135:8,9 137:8 141:1,4,9 151:21 153:20 157:3 160:24 162:9 166:15,19,21 167:5 168:6,12,21 170:2,5,20 173:19 178:7 179:24 180:6 184:15 214:14 217:10,12 251:7 256:2,9 257:7 264:18 265:4,9,22 268:8,22 269:13 270:7,16 278:15 279:8 281:21

**policemen** 135:6

**policewomen** 135:7

**policies** 67:12

**policy** 63:15 64:11

**polite** 62:6

**poop** 163:21

**pooped** 156:15

**pooping** 156:14 159:1 163:6 187:17

**portion** 30:9,11,14,21 31:16,18 90:18, 21 95:6,7 116:10 161:4,7

**positions** 216:3,12

**possibly** 20:1 58:14

**post-traumatic** 252:16 253:6,8 258:8

**posted** 43:2,6

**pots** 69:18,22 70:2,16 76:8,22 77:9

**Potty** 59:14

**Pouty** 59:14

**practice** 231:13 233:22

**prediabetic** 243:10

**preliminary** 7:17

**preparation** 17:23 18:4,12,17 19:13 20:9,21 21:2,11,22 22:4,23 23:7

**prepare** 18:21

**prepared** 246:19

**prescribed** 8:14 9:11 242:3

**prescribing** 226:13

**prescription** 8:2 9:12

**prescriptions** 250:8

**present** 21:12,16,21,24 154:6 155:3,6, 16 160:21 246:20

**presented** 213:16

**pressure** 115:3

**pretty** 48:3 63:20 79:6 84:16 92:15 125:8 157:8 186:4 240:3 241:11 249:19,22 269:22

**previous** 67:2

**Price** 167:2

**prior** 53:24 54:4 68:6,15,21 69:7 70:9, 20 71:7 105:13 164:17,20 253:17

**privacy** 35:16,23 49:16,19,22,23 50:1, 4,13 51:3,6,9 68:17 69:10 76:12 84:12

**private** 206:20

**privilege** 19:10 21:5

**prob** 10:1

**problem** 25:13 61:3 221:18 225:11 243:8,9 247:21

**procedure** 5:9 227:18,20 228:2,6,10, 16,21 229:1,8,10

**procedures** 158:13,17 221:22 224:13 225:14 226:7,8,12,15,18 227:12,22 229:13 231:12 242:1

**proceed** 4:20 57:22 89:21 148:4 171:16 190:18 191:5 230:24 240:14,17 272:2,5 285:11

**proceedings** 292:19

**professors** 50:15

**prohibits** 254:17

**promised** 284:23 285:1,3,6

**pronounce** 15:4

**proper** 281:5 282:12

**property** 137:14 166:13,17 168:15

**protect** 135:8,10 137:8 256:2,10

**protection** 65:9

**prove** 184:18,24 185:2

**provide** 30:5 128:2,8 147:18 169:2 182:5 218:2,7 228:9 247:9 250:2 263:6

**provided** 32:5 211:21,23 223:9

**providing** 263:13

**psych** 157:20 170:23 188:19 189:4

**psychological** 250:12,13,24 251:14 252:11 253:24 254:4 256:6,8

**psychologically** 250:17

**pull** 270:22 271:4,5,10

**pulling** 256:20 271:18

**purchased** 152:18 256:3

**pursuant** 5:9

**push** 90:18,23 93:19 94:1,6 95:5 97:17, 20 143:3 276:15

**pushed** 86:9,10,18 90:5 91:2 92:7,10, 17 93:4 95:5,12 96:10,15 98:5 141:17, 23 142:23 143:5 146:17

**pushing** 87:20 88:6,10 89:24 90:16 107:1 127:12

**put** 25:4 98:8,10,19 101:18 105:14,19 114:15,17 116:12 117:6,9,13 120:13 137:12 144:5 178:2 250:8 257:3 275:8

**putting** 35:16,19 90:10 117:16 125:2,6 245:10

---

**Q**

**question** 6:12,13 7:12,13 16:24 21:19 33:13 34:20 40:8 47:8 50:21 55:10 66:7,10,11 72:11 78:16 79:22,24 80:2 82:6,20 89:6 92:24 96:7,9 98:23 99:10 101:19 102:17 103:12,17 104:2,13,15, 17 106:17,19,20 108:23 114:23 133:17 134:23 138:4,5 139:7,19 141:22 142:7, 9,11,16 143:19 145:3 149:22 151:3 154:11,12,14,17,18 158:16 160:3 165:4,15,16,23 166:1 167:7 180:15 182:18 184:20 189:17 198:2 207:16 208:4 209:7,10 210:23 211:4 212:19,23 216:17,20 220:6 228:22 230:11,14 232:6 241:16 244:18 254:19 258:19 259:5,6,9 260:24 265:14 266:9,11 267:18,20,21,22,24 268:14 269:24 277:14 278:18,19,20,23 280:10,20 281:6,10 282:12,21 283:14 284:5,15 286:3,5 287:4 289:14,20 291:5

**questioning** 190:6

**questions** 5:22 6:8 7:18,20 32:4 44:4,6 99:7 147:14 158:10 177:14,21 182:9 193:1 242:22 275:24 278:2 280:11,13, 17 284:16 289:17 292:1

**quick** 35:12 124:6 169:23 209:7

**quickest** 231:12

**quickly** 273:15

**quote-unquote** 124:22

---

**R**

**Rachel** 213:22 225:2 238:14,21

**radioing** 100:21

**raining** 275:9

**raise** 99:19

**raised** 99:23

**rambling** 162:24 163:2

**ran** 107:18

**Rancho** 32:12

**rate** 116:6

**re-ask** 16:24 39:6

**reach** 216:6

**reached** 216:11

**read** 80:1,4 104:21 154:16,22 166:1 170:13 179:18 197:24 205:1 209:20 214:4 283:24

**reading** 205:2 231:19 267:1

**ready** 278:10

**real** 35:12 291:13

**realize** 182:10 283:19

**realized** 64:5

**reason** 7:11 17:15 82:21 87:8 102:17 117:24 118:4 134:15,18 170:19 179:6 262:20

**reasons** 63:15

**recall** 65:7,10,12 67:6,17 78:24 81:18, 19 94:5,7,8,9,12,16 100:14 108:24 109:3,8 125:19 126:23 150:12 168:24 178:12,13,23 179:1 227:21 228:15,21, 24

**recalling** 155:10

**receipts** 247:6

**receive** 30:9 45:2,14,19 51:2 206:17 214:13 215:16 219:13 220:10 221:7

**received** 43:19 212:14,21 213:7 214:7, 16 215:8 219:10 253:16

**receiving** 43:23 44:11,21 220:13

**recently** 8:15 11:2 32:12 197:7 201:5

**recess** 57:20 89:17 148:2 171:14 190:14 230:22 271:24 285:9

**recognize** 276:21

**recollect** 287:10

**recollection** 47:16,19,22 65:17 81:16 85:6,16 89:1,3 222:19 282:11 286:13, 14,15

**recommended** 172:24

**record** 3:2,24 5:4 7:1 20:13 28:24 33:24 35:16,20 41:23 49:13 52:5 57:13, 19,22 80:4 89:11,16,19 99:3 104:21 148:1,4 154:22 158:8 162:13 170:12,13 171:13,16 190:2,11,13,16,21 195:14,23 204:7 213:7 215:6 230:21,24 237:11 253:19 270:20 271:11,19,23 272:2 278:14 279:7 284:3 285:5,8,11 292:13, 17

**recorded** 3:12 4:8 185:5,6

**records** 161:3,6 162:3,15 221:1 222:15 223:11,18 225:23 226:2 228:9 229:19 230:9 234:8 237:6 249:3

**rectified** 253:21

**reduce** 228:13

**refer** 28:1 195:17 226:2 272:15

**reference** 31:15 157:1,2

**referenced** 144:1 149:2 185:4

**referencing** 88:24 122:8,12 161:21 162:4 189:10

**referral** 172:16

**referrals** 188:1

**referred** 165:10 208:10

**referring** 22:13 53:17,20 59:1 128:15 131:14 165:13 227:1,8

**refrain** 65:19

**refuse** 158:10

**refused** 100:2,4

**refusing** 230:11,14

**regular** 189:3,10

**relate** 232:18 239:10

**related** 43:3,7 291:3

**relationship** 263:21

**release** 102:11,14,21 103:8,14 184:10

**released** 103:4 181:16 183:2,9 185:21 186:19,21 241:4,9

**relevance** 31:21

**relevant** 30:19 168:23

**relieve** 233:12

**relive** 256:17

**remember** 44:15 46:19,20,23 47:17 63:9,11 65:21,22 67:9 70:2 72:14 74:2, 11,12,14,17,20,21 75:1,2 79:17 80:6,9 81:16 84:13 85:17 87:11 89:1,2,4 93:20 98:12,13,16,17,18,20 100:7,21 102:1,8 105:2,3 107:15,19,20,21 108:4,18 111:1,3,7,11,14,15,16,17,18,21 112:12 113:9,15,18,21 114:3,7 115:22 119:21 120:3 123:12 124:21 125:7,8,11 127:19 132:10,20 133:5 134:6,9 135:4,7,22 136:9 138:20 139:2,10 141:1 142:1 143:12,14,16 144:24 145:5,7,17 147:1, 4,6 150:23 158:7 176:18 181:19 183:2, 14,15 184:3,6 187:4 188:10 205:19,23 208:15 209:21 215:15 222:5,8,10,22,23 223:3,23 224:3,6,10 229:10,14,16 234:5,11,13,19 235:23 237:3,5,8,12 262:17,22 280:6 284:12

**remembered** 70:15 112:1

**remembering** 69:24

**remind** 60:3

**remotely** 3:8 4:2,18

**removed** 265:22

**renew** 260:19,20

**rent** 28:14

**rep** 261:17

**repeat** 10:21 21:7 24:12 42:16 68:13 69:13,20 104:14,16 106:9,20 107:9 111:10 137:7 170:10 255:1 289:24

**repeating** 290:1,2,6,9

**repetitively** 117:23

**rephrase** 6:11,12 104:2 137:24 287:19

**report** 50:12 58:21,23 59:1,3,4 60:18, 19 62:5 63:13,22 64:5 65:2 67:1,2,3 69:12,15 74:23 79:15,18,19,23 80:7,10, 13,15,17 83:11 87:8 132:23 137:9 151:21 153:20 157:4 184:15 270:12 282:7

**reported** 56:1,2

**reporter** 3:9,20 4:17 7:3 49:20,21,24 59:12 70:18 80:1,3 102:6,7 104:16,20 128:6,7 154:16 170:10 219:24 283:24 292:10

**represent** 4:1,5 5:15

**representatives** 50:8

**represented** 95:18

**representing** 3:18 4:11

**research** 76:12

**researched** 266:15,18,22 268:1

**reserve** 292:4

**reside** 32:10 202:24

**residence** 29:4

**residents** 110:5,19,22,24 111:4 112:7

**resides** 198:8

**resolution** 212:6,9

**resources** 62:24

**respect** 91:6 119:19

**respecting** 84:2,4

**respond** 176:23 177:3 181:7

**responded** 87:24

**responding** 115:24 181:9

**response** 64:19 67:15 81:3,7 82:2,21 137:17 138:12,14 140:16 155:20 214:9

**responses** 197:3

**rest** 175:3

**restate** 118:3

**restrained** 131:21

**result** 45:20 61:17 166:15 215:17 218:17,20 224:24 238:6 263:22 264:3

**resulted** 223:7 237:14

**resulting** 56:7

**retained** 292:16

**retirement** 45:14

**review** 22:3,7 23:5,6 134:2 139:10 161:20 184:13 197:2 274:3 277:10 286:6

**reviewed** 22:19 161:2,6 162:3,14 197:7 234:7

**rid** 277:24

**riding** 150:14

**ring** 75:12

**Rob** 204:3

**Robert** 59:9

**rogs** 195:23

Deposition of JANETTE BASS, 12/08/2020                    Index: roll..simultaneous

**roll** 274:8

**Ron** 203:7 204:1,4,20

**room** 76:11 77:5,6 88:12,14,18,19,20 90:1,3 92:8 159:17 178:2

**rotten** 156:13 158:24 163:19,24 181:13

**rough** 200:4,6

**roundabout** 139:7

**rounding** 28:7 94:21

**rub** 247:16

**rude** 82:3,5,10,17

**rules** 5:9,10,11 6:3

**run** 107:7,12,14,22 159:2 254:11

**running** 108:10,15 109:1,4,9,17 120:24 121:2 122:4,5

**runs** 233:16

**Ruttenberg** 290:19

**Ryan** 250:8

**S**

**S-C-H-A-C-H-T** 34:15

**S-H-A-L-E** 198:18

**S-T-E-N-G** 65:3

**S-U-C-R-A-L-F-A-T-E** 15:2

**S-U-D-L-E-R** 210:5

**sad** 133:1

**safety** 37:8 215:24 253:11 255:22

**salary** 51:2

**Sam** 59:7

**Santa** 40:13 41:1

**Santos** 59:10

**sat** 69:22 73:2 78:8

**save** 134:11,12,13 270:21

**scale** 116:5,16

**scared** 87:16 88:22 91:4,8,16 93:10,13 118:9 120:5,8,9 133:15,18 145:18 146:2 175:17,24 176:3 187:14 251:7,19 254:1 257:1

**scaring** 87:18,19

**scary** 91:5 92:2 106:1 123:13 173:3 258:20,24 259:3

**scattered** 76:10,24

**school** 40:9,10

**scope** 10:20,22 11:11

**scoped** 10:20 11:3 231:23

**scoping** 11:11,20,21

**screaming** 59:22 256:24

**screen** 3:6 192:18,24 193:6,9,13 194:7, 10 272:15

**scroll** 193:8,15

**SD** 89:15

**searched** 178:1,5,8

**seat** 77:13 78:4

**seconds** 230:17,19 272:23 273:24 274:1,8,9,20 275:5 276:5,20

**Security** 43:20,23,24 44:11,22 45:3,13, 17,19

**seek** 252:1

**seeking** 252:4

**seize** 137:11

**seized** 93:6 101:14,15 120:8 134:14 176:6

**seizing** 144:24

**Senators** 50:7,15

**send** 64:1 68:4 247:1

**sending** 186:7

**Seng** 62:20 63:8,17 64:2 65:1 66:17,24 71:20,24 83:14,20 84:1,5,9,23 85:8

**sentence** 84:7

**sentences** 192:1

**separate** 29:8

**separately** 21:2

**sergeant** 4:6 36:24 62:16,19 63:7,17 64:2,4,15 65:1,3,22 66:17,23 71:20,24 75:21 79:2 80:12,15 81:20,23 82:2,12, 16,20 83:3,6,7,14,20,21,22 84:1,3,5,8, 9,22 85:6,7,11,17,18 86:24 87:3,13 90:5 98:4 99:20,24 100:18 101:16,23 102:13 103:3,7,13 104:7,10,22 105:6 106:24 107:12,24 108:7,11,14,24 110:3 112:6,11,15 113:11 114:1,7,8,9 115:9 122:21 123:12 124:22 125:10 132:14 135:23 136:2 138:10 140:2,8 150:20,22 151:1,5,6,10 153:15 154:2,8 160:17 174:17 258:15 264:24 265:21 269:16

270:2 279:11 280:23 281:16 283:1 284:8 290:18 291:2

**service** 248:20

**set** 86:12,16 169:18 265:1

**Shale** 198:17,20,21 199:1,5,13

**share** 192:17,23 194:9 272:15

**sharing** 194:18,21 195:21

**sharp** 240:15

**Sheng** 66:23 85:18

**Shhhh** 66:3 145:23 275:22 280:3

**shield** 39:13,17

**Shirley** 250:8

**shirt** 73:22 74:7,8 113:9

**shit** 103:6

**shocked** 179:12,13

**shoes** 73:22 105:15,19

**shoot** 97:3

**Shore** 204:2 221:9 235:10

**shortly** 221:5,8

**shouting** 87:21

**show** 72:10 100:6,9 150:19 185:6 193:23 219:1 266:8,10 279:21

**showed** 181:15 183:8 184:15 185:10 276:19 292:3

**showing** 194:2 195:5,6

**shows** 273:19,21

**shrug** 6:23

**shut** 25:6 189:15

**siblings'** 35:19

**sic** 13:17 65:4 264:4

**sick** 11:12 158:24 187:14 232:24 233:2

**sickness** 187:16

**side** 143:6

**sign** 196:18 261:8

**signature** 196:20,23,24 292:5

**signing** 197:5,11

**simple** 17:15

**simultaneous** 147:23 180:14 220:19 290:11

**simultaneously** 129:20

**single** 188:10 251:12 281:22 284:13

**sip** 57:7

**sir** 274:21

**sisters** 35:10

**sit** 72:24 73:1 75:24 76:3 77:16,17,24 78:17 134:5 249:23 282:14 286:13 287:10 288:1

**site** 266:13,24

**sits** 78:14,16

**sitting** 23:10 24:3,11 25:18 70:3 72:9 207:8

**situation** 35:2 95:17 176:19 177:13

**sleep** 12:1,2,3,11,21 157:23 187:20,21

**slip** 61:22

**smoke** 71:6,10

**Snapchat** 43:17,18

**snowball** 202:10 203:17 219:5

**so-called** 291:9

**social** 42:14 43:19,20,23 44:11,22 45:2,13,17,19 162:6 178:20,22 179:3 182:17 183:11,15 184:2,6,11 185:2,12, 20 186:14,17

**soldiers** 252:19

**somebody's** 75:11 80:21

**son** 33:5,6,15 34:23 38:5,7,10 202:19, 23,24 203:21 248:1,15 256:3

**sort** 133:21

**sotto** 46:18 57:2 128:24 136:21 142:13 156:20 183:19 188:8 194:23 208:17 230:8 264:15 275:23 276:2,6

**sought** 241:21 243:3

**sounds** 180:10 181:18 189:5

**space** 86:20 87:6 227:14

**sparking** 69:24

**speak** 17:22 18:5,6,9 19:4,12 45:9 51:23 52:2 59:18,21 60:4 110:17 265:20 270:14

**speaking** 180:1

**speaks** 285:24 286:8,18

**special** 258:7

**specialist** 12:3

**specific** 41:7 55:17,18 63:23 182:21

**specifically** 92:20 139:21

**speculation** 31:22 38:21 168:8

**spell** 5:4 12:10 13:17,19 23:17 59:11 200:16,18 231:24

**spelled** 4:5,7 10:2 11:13,14

**spelling** 12:13 203:8 204:19

**spend** 24:7 29:3

**spent** 20:17

**split** 78:23

**spoke** 18:3 37:7,8,9,10 38:3 60:9 62:17,19 63:7 64:4 216:1,16

**spoken** 17:24 18:4,16,20 20:20 34:16, 23 36:18,22 37:23 80:16 265:8

**spot** 130:12

**spread** 227:11

**Springs** 32:13

**staff** 151:16 152:19,22 153:4,8,14 154:5,7,8 155:1,4,16,19 156:9,24 157:6 159:7,8,11 160:11 164:2,15 180:8,13, 17,20 185:1

**staff's** 156:2

**stairs** 101:11 107:6,8,13,14,16,23 108:11,16 109:2,5,11,17 121:1,3 122:5 135:18 246:2 254:11

**stamped** 287:8

**stand** 26:21 213:14

**standing** 72:10 75:6

**stands** 26:22 78:13

**start** 4:4 18:19 44:11 89:19 190:16 194:22 220:13 230:12 251:18 274:7

**started** 88:13 146:13 150:19 231:16 251:21,23 257:22 258:15,16 267:1

**starting** 45:18 248:17

**starts** 16:10

**state** 3:10,24 4:1 5:3 50:8 80:21 139:9 145:5 154:10 155:23 179:16,21 181:2

**stated** 103:9,15

**statement** 268:8,12,22 269:2

**states** 3:15 5:11 261:18

**station** 278:15 279:8

**status** 209:22

**staying** 28:4

**stem** 46:9 47:2

**Steng** 62:16 64:4,15 65:4,22 67:19,23 79:1 81:20 82:13 83:6,7,21,22 84:3 85:19 281:16

**Steng's** 80:16

**steroids** 224:14 228:7,12

**Steven** 167:1

**stick** 270:1

**sticks** 85:11

**stipend** 31:12

**stomachache** 163:20

**stop** 6:10 8:20 10:16 11:4,12 109:4 114:3,5 115:7,23,24 117:22,24 119:6,9, 11 125:4 146:1 163:2 177:21 194:21 195:21 272:19,24 274:7 276:13

**stopped** 51:7 109:9,17 232:22 233:1 274:19 276:11,12

**story** 157:21

**straight** 245:11

**strap** 134:1

**strapped** 132:18 133:23 134:6,21 135:3 141:14 142:2

**strapping** 133:2,3,4,6

**street** 3:19 108:19 122:23 124:7

**streets** 175:23

**strengthen** 249:12

**stress** 145:17

**stressed** 145:18

**stressful** 26:3 99:14 105:4 106:12 155:10 164:22 165:9,10 176:19

**strike** 26:5 31:16 37:22 52:21 71:21 73:5 148:10 154:15 202:6 206:2 209:8 244:22 280:1 287:18

**strong** 112:20 257:24 274:23

**struggling** 32:24 33:1 202:9 243:21

**stuck** 247:17

**stuff** 80:16 129:10,15 130:3 181:13 264:14 267:1

**Sucralfate** 15:5,6

**Sudler** 56:20 58:17,19,21,22 59:4,5,6, 7,9 64:17 67:4 83:1 151:21 184:17 210:5,14,16 211:6,8

Deposition of JANETTE BASS, 12/08/2020     Index: sue..tinazizan

**sue** 170:2,4,8,16,19

**sued** 52:24 53:4,7

**suffer** 257:18 258:2

**suffered** 253:14

**suffering** 8:22

**suing** 209:11

**Suite** 3:20

**supervisor** 50:16,19

**support** 51:13,16 52:18

**supports** 291:16

**suppose** 74:3

**supposed** 55:9 153:21 194:13

**survival** 85:22,23

**survivor** 86:2

**sustained** 218:20 252:12

**Sutherland** 210:3,4

**swarming** 141:1 144:20 149:13,16,18

**swear** 4:18

**swearing** 197:11

**sworn** 4:19,23 5:21

**syndrome** 253:7,8

**syrup** 233:12

---

**T**

**T-I-Z-A-N** 11:5

**T-I-Z-A-N-I-** 10:17

**T-I-Z-A-N-I-D-I-N-E** 10:3

**table** 76:11 77:7 80:17

**takes** 141:3

**taking** 4:1 5:18 8:20 10:16 11:5 16:18
17:11 38:15,20 39:19 40:2 57:6 83:12
105:24 106:24 153:1 154:10 155:22
162:8 179:15,20,23 192:14 230:13
242:13

**talk** 6:18 7:5,7 24:15 118:2 157:24
171:2 210:9 226:16 285:14

**talked** 62:9 201:5 281:19 285:17
286:16 287:9,24 288:11 289:11 290:13

**talking** 24:7 33:9,19 38:8 59:2 82:14
89:23 91:22 116:12,13 124:15 131:2
132:13,14,15 146:17 149:19 153:7

**tallied** 41:7

**taped** 65:13

**taping** 132:21

**tattoos** 27:5

**taunting** 250:22

**tech** 84:12

**technical** 52:12 66:21 102:5

**TECHNICIAN** 3:1 4:17,20 57:18,21
89:14,18 147:24 148:3 171:12,15
190:5,8,15 230:20,23 271:22 272:1
285:7,10 292:14

**telling** 35:7 56:5 61:21 76:13 79:15
81:19 100:19 102:9 110:5 123:12
138:19 151:5 162:15 163:5 183:3 185:9
192:6 224:22 239:12 251:14 275:15

**tells** 138:3

**ten** 226:3 283:9 288:9

**tendency** 6:17

**tendered** 222:15

**terms** 180:21

**terrors** 13:9 38:24 39:3,11,23 250:19
251:3,9,17,18,23 252:2,5 253:14

**test** 41:12 209:24

**testified** 4:23 111:24 148:6 279:15,18,
24 283:4

**testify** 9:8,19 191:13,14 192:7,10

**testimony** 7:23 8:4,8 12:7,17 13:14
14:13,22 15:16 16:19 17:13,19 51:18
57:24

**Texas** 164:4,8,17,19,21 165:2,10
166:2,8,16 168:7,13 170:1,2,4,20,21
200:14,24 201:1,2,9,22 205:11,18,24
206:2,7,19 208:3,8,21 257:14 261:23
262:12

**therapist** 255:22

**therapy** 228:17,20 240:5 241:18
252:17 258:7

**thin** 116:23

**thing** 7:11 25:24 26:6 37:12,14,16 63:1
68:18 77:11,23 80:18 85:10 109:19
133:6 141:18 145:6 177:21 187:3

189:13 190:1 192:3 194:20 253:2
256:4,23 260:12 281:22 284:13 290:2,
3,16

**things** 37:4 110:18,22,23 111:4 136:15
138:8 145:20 154:4,7,23 155:4,20
165:21 180:1 223:7 243:20 244:9,12,
19,23 245:13,17 247:6,17 255:9
256:12,14,22 281:4 283:4,7 285:14
286:23 288:8,9 289:9

**thinking** 69:21 99:14 247:23

**thinks** 11:14

**thirsty** 156:12

**thought** 51:19 79:22 139:21 179:8,9
248:1 254:13 284:21

**thousands** 246:24 247:3

**threw** 70:2 109:6,22 110:3 111:8
112:12,16,22 113:8,10,23 114:2,10,14
116:11,18 118:13 126:9

**throw** 69:23 74:7 76:9 113:12 117:2
231:16

**throwing** 116:13 187:17 231:21 281:23

**thrown** 113:4,5 116:24 117:1 126:23

**thyroid** 14:8

**time** 3:5 4:7 6:10 7:4 11:19,20 13:19
17:8 19:19,20 20:13,14,15,22 22:6 24:7
26:2 35:5 41:15 48:22 57:19,22 60:8
62:18 67:8 69:2,7,11,14 70:19 71:18,
21,22,24 72:13 75:1 78:23 89:16,20
94:23 95:4 96:14 114:11 116:1 118:23
121:20 127:11 148:1,4,13 149:7 159:2
161:5,6 162:1 169:15 171:13,16,18
174:15,16,18,20 175:11 181:11,22
185:17 189:5 190:11,17 191:20 197:4,
9,24 199:4 200:4,6 211:3,15 213:14
216:12 217:23 225:22 226:21 227:5,13
230:21,24 233:24 234:13,19 235:7,24
238:3,4,20 241:2,3 249:13 264:1 268:3,
16 270:5,10,21 271:23 272:2,4,19
273:2,15 276:4 279:11,12 280:23,24
282:1 283:1,2,20 284:8,10,12,19 285:8,
11 292:18

**times** 17:6 18:20 20:20 56:3,8,10 58:2,
6,7,13 60:5 63:8 75:19 85:3 94:4,13,15,
17 95:9,11 106:8,14 206:1 223:2
224:19 225:13,24 226:3 235:21 236:6,
11 260:18 264:21 266:22 267:24
274:18

**tinazazine** 233:6

**tinazizan** 231:19

Deposition of JANETTE BASS, 12/08/2020      Index: tired..Utah

**tired** 222:5,7 262:16,18 289:1

**today** 3:21 5:18,22 7:23 8:4,8,10,12 9:2,4,8,19 10:10 12:7,17,20 13:14 14:10,13,19,22 15:13,17,20 16:16,20 17:2,3,13,15,20 20:21 22:4,23 23:7,10 24:4,15 53:13 85:5 134:5 184:3 192:7 203:20 234:19 249:20,21 279:15 281:2 282:14 286:13 287:11 288:1

**today's** 25:18,23

**told** 22:10 23:11,22 25:19 34:10 35:13 39:7,18,22 40:1 42:5 44:11 47:24 61:2, 10 63:19 64:2,15 65:1,22,23 66:20,23, 24 67:15,23 68:16 71:14,20,24 77:11, 12 78:3,20 79:18 80:6,10 81:7,23 83:3 85:6 86:23 95:10 96:10 101:24 105:9 116:2 119:24 121:8 126:8 136:23,24 138:8,9 139:23 154:5,6,8 155:1,3 156:1,2 157:2 158:6 169:11 175:3 176:23 178:3,15,18 179:5 180:5,9,22 181:18 185:18 186:13,17 196:10,15 199:17 201:23 202:11 205:8 214:15 223:24 225:6 229:2,7 235:8 239:13 241:23 242:11 257:13 263:23 269:4 270:5,9 278:1 279:13,24 280:5 281:2 282:9 283:8 284:11 285:18 286:21,22 287:6 290:9 291:21

**Tom** 31:9,10

**top** 217:21

**torture** 168:21

**tortured** 164:16,19

**total** 40:15

**totaled** 40:18

**touch** 86:6,7 87:22 90:12 95:21,22,23 96:2 97:10,11 113:7,12 118:4 124:2 127:9

**touched** 93:16 97:23 98:20 108:2 113:22

**touching** 86:8 87:22,23,24 90:13 92:13 93:11,14,18 95:18 96:21,24 97:5 98:2, 18 108:5

**trademark** 49:1,3,10,13 259:23 260:5, 6,17,19 262:7 263:24

**trademarked** 49:4

**trademarks** 48:20

**trainer** 41:13

**training** 42:6

**tran** 145:7

**transferred** 172:15,19,22 173:1,10

**transpired** 9:1 35:3 79:7 124:10 185:18 280:6

**transplant** 47:3

**transport** 143:9 173:22 174:4 175:14 178:10

**transportation** 173:15

**transported** 144:5 145:8 149:5,11,24 162:5 169:18,21 172:3,5 173:7,16 175:19 176:9,16,21 177:3,5,7,11

**trauma** 258:10

**traumatic** 91:5 143:13 155:11

**traumatized** 35:8 286:8

**treated** 206:24

**treatment** 206:17 207:1 252:1,5

**trespass** 181:2 210:22

**trespassed** 139:24

**trespassing** 54:6 63:3 80:19 83:12 132:21 179:16

**tricky** 254:24

**triggers** 258:13

**trouble** 118:8,24

**true** 164:6 197:12

**trust** 28:17,18,20 30:8,13,14,16,18,22, 24 31:6,13,16,18,19,24 32:1,6

**truth** 5:21 162:11 180:22,23 183:7

**truthful** 7:23 8:4,8 9:9,19 12:7,17 13:13 14:13,22 15:16 16:19 17:12,19 191:13 192:7,10

**turn** 209:14 278:3

**turned** 231:18 248:4

**turning** 53:15 193:5 196:2 197:15

**TVS** 133:8 251:11

**twisted** 126:22,23

**Twitter** 43:15,16

**Tylenol** 17:4,9 164:1 181:14 187:17 240:19,20

**type** 7:20 163:11 173:12 252:16 258:7

**types** 110:23 111:4

---

**U**

**Uber** 186:4,8

**UCLA** 40:11,14 41:2

**uh-hmm** 6:22 9:3 21:18 24:19 33:23,24 45:1 73:16 79:16 110:5 114:16 140:18 159:10,12 171:20 182:1,8 183:4 194:8 238:9 240:1 251:24 255:8 257:17 268:4 283:6

**uh-huh** 6:22

**uh-uh** 15:21 53:2 291:23

**unable** 241:19 250:10

**uncomfortable** 35:19

**understand** 5:17,20 6:5,9,11,14 20:7 36:2 47:15,16 50:20 53:19 65:16 73:12 81:15 85:14 88:23 95:20 96:3 99:12 102:20 122:1 123:5 160:16 197:10 222:20 236:16,18 261:7 283:19

**understandable** 30:20

**understanding** 103:22 130:9 139:22 183:24 210:19 211:13 239:14,16,19,20

**unfair** 35:23

**unit** 3:1 27:20,21 53:24 54:4,12,18,19 56:7,21,23 58:4 60:6,16 61:2,3,17,23 62:24 67:1 68:7,22 69:8,12,15 70:10,21 71:4,7 72:16 77:4 79:12 83:12 84:19 88:10 89:15,19 93:11 94:15 97:16 100:20 101:7,9 105:10,14 106:3,6,23 107:3 108:8 124:19 125:1,12 134:19,20 152:21 153:4 189:16 190:11,16 210:22 251:12 275:17 292:15

**United** 3:15 5:11

**units** 211:7

**university** 40:12 41:3

**unjustly** 159:4

**unplugged** 52:8

**unraveled** 185:19

**unsure** 184:8

**upper** 10:22

**upset** 23:24

**Urlaub** 3:18,21 292:16

**useless** 125:9

**username** 42:21,22

**Utah** 40:12 41:3

Deposition of JANETTE BASS, 12/08/2020                    Index: utilities..yoga

**utilities** 29:3

---

**V**

**vague** 75:18 165:5

**vehicle** 143:16,17,22 144:1,4,5,8,14,23 145:8,11,22,24 146:7,21,23,24 147:5 148:7,13 149:1,11,23 150:6,11,14 173:9,12,15 176:8,12,14 177:16 178:11 279:13 281:1 283:2

**verbally** 56:2

**verbiage** 108:3

**verification** 195:5,6,19,23 196:3

**verify** 157:21

**versus** 3:13

**vid** 5:7

**video** 3:1,2,5,12,24 4:8,17,20 26:1 57:18,21 74:4 78:22 81:11 84:24 88:21, 24 89:2,14,18 134:2 147:24 148:3 171:12,15 190:5,8,15 210:22 230:20,23 271:22 272:1 273:14 274:22 275:16 277:10 279:20 280:2 282:18 283:12,15 285:7,10,24 286:6,8,9,15,18,24 287:7 292:3,14,16

**view** 56:21,23 60:6 84:24 132:4 163:21 184:9 269:7 273:13,16,24 275:16,20 283:12,15

**viewed** 22:5 163:23 183:17 273:15

**viewing** 89:2 262:3

**village** 132:21

**violated** 61:15 79:1 138:23 139:22 269:4

**violating** 97:9

**visit** 185:22 186:9,10

**voce** 46:18 57:2 128:24 136:21 142:13 156:20 183:19 188:8 194:23 208:17 230:8 264:15 275:23 276:2,6

**voice** 99:20

**voicemail** 217:4

**voluntarily** 130:22

---

**W**

**wages** 259:10,15,22

**wait** 92:3 201:18 209:16 213:10 220:5

**waiting** 72:10 212:10,13

**wake** 157:13 171:3 256:24

**walk** 132:6,8 240:6 251:10 254:11,15

**walking** 246:2

**wanted** 57:6 79:20 80:8,13 85:4 105:4 119:19 125:3 151:22 157:9 171:2 184:8,13 187:15 270:14 274:6

**wanting** 99:22

**wasting** 211:3 217:23

**watch** 26:1 88:20 275:20

**water** 54:15,17,23 55:7,14,20 56:5,6, 17,18 57:6,11 58:3 60:10

**Waterhouse** 167:2

**ways** 36:24 37:3 256:18

**weak** 258:1

**wearing** 73:19,21 133:9

**week** 238:2 247:23,24

**weekend** 55:18

**weight** 219:2 238:15 239:3,21 243:9 244:10

**welcomed** 75:23 76:2

**Wendy** 261:15

**what'd** 21:14 48:10 53:9 81:5 96:18 109:12 152:11 176:1 199:22 201:16 207:21 227:10 263:16 280:12

**wheeled** 178:13

**when's** 11:19 17:8 161:5 238:3,4

**whoever's** 233:23

**willingly** 74:22

**wise** 276:4

**witnesses** 166:24 168:16

**Wittenburg** 291:2

**woke** 158:5

**woman** 137:20 139:21

**women** 246:8

**word** 64:23 155:23

**words** 58:1 111:19 119:7 140:13 148:24

**work** 76:10 77:7 100:6 101:14 260:2

**worked** 49:16,18

**worker** 162:6 178:20 179:3 182:17 183:11,16 184:2,7,11 185:2,12,20 186:14,17

**worker's** 178:22

**working** 48:2,5,11,13,21 49:12 50:14 51:2,5,9 68:9,10,11,15,16,22 69:4,9,14 70:4,7,22 72:5,6,7,9 76:14 241:13 246:1 262:4

**works** 45:11 227:4

**worried** 253:11

**worries** 16:1 27:4 52:14 138:6 155:9, 14

**worry** 23:23 39:16 189:16

**worse** 224:16 271:21

**worst** 8:21 233:14 242:17

**wound** 234:15

**wow** 273:9

**write** 225:20

**writing** 56:1,10,12,16 58:2 204:15 211:18 263:15,17

**written** 60:20 64:5 80:15 160:13,16,22 161:18 193:1 268:7,12,22

**wrong** 10:23 66:21 96:22 102:2,3,9,10, 23 103:10,16 104:5 123:4 126:2,3 131:6 132:7 133:14 134:15 136:12,13, 17 137:7 138:21,22 147:3 151:8 180:17 231:3 251:15

**wrote** 22:10 37:6 60:19 61:4,5 62:5

---

**X**

**x-ray** 181:13 182:12,13

---

**Y**

**year** 44:15 46:24 47:23 48:1 162:2 175:21 176:18 183:13 206:4 234:7 238:16 248:18 249:7,9

**years** 28:5,10 41:21,22 42:9 47:1,5,6 165:18 166:3,5,8 205:8,20 206:6,8,9, 11,15,22 208:11 212:4 257:10

**yell** 99:20

**yesterday** 9:3 17:10,11 18:24 19:5,14, 17 20:9,23 21:2,11,22 25:20 35:6 81:10 249:21 273:15 277:12

**yoga** 31:10

**young** 40:8

## Z

**zoom** 4:9 52:15 283:20