**EXHIBIT E**

**DAKURAS BODY WORN CAMERA VIDEO**