# EXHIBIT H
# DAKURAS COPA STATEMENT