# EXHIBIT I

# INVOLUNTARY COMMITMENT
# (UNDER SEAL)