UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE BASS, | ) | |
| | ) | Case No. 19 CV 7557 |
| Plaintiff, | ) | |
| v. | ) | Judge John Kness |
| | ) | |
| SGT. ANDREW DAKURAS, individually, and THE CITY OF CHICAGO, a Municipal Corporation, | ) ) ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO CORRECT/AMEND DEFENDANTS' JOINT 56.1(a)(3) STATEMENT OF FACTS, *INSTANTER*

NOW COMES defendants, CITY OF CHICAGO and Lt. Dakuras ("Defendants"), by and through their undersigned counsel, and for their Motion to Correct/Amend Defendants' Joint 56.1(a)(3) Statement of Facts, *Instanter*, state as follows:

1. Defendants filed their joint Motion for Summary Judgment (ECF No. 115), and supporting documents, 56.1(a)(3) Statement of Undisputed Material Facts (ECF No. 116) and Memorandum (ECF No. 117), on June 29, 2022.

2. Undersigned counsel made a typo in paragraph 58 of Defendants' Joint 56.1(a)(3) Statement of Undisputed Material Facts, mainly, the date is incorrect. (ECF No. 116, ¶ 58). Specifically, paragraph 58 currently reads on June 24, 2022, when the correct date is June 24, 2019. (*See* ECF No. 116, ¶ 58).

3. Defendants seek to amend their 56.1 Statement, *solely* to correct the date in paragraph 58. An amended 56.1 with the correct date in paragraph 58 is attached hereto as Exhibit A.

1

4. Counsel for defendant Lt. Dakuras, Allison Romelfanger, reached out to Plaintiff's counsel, Gianna Gizzi, on June 30, 2022, regarding this motion, at which time she indicated plaintiff did not object to the relief sought herein.

For all the foregoing reasons, Defendants' respectfully request this Court allow them to file their Amended 56.1(a)(3) Statement of Material Facts (Exhibit A), *instanter*.

Respectfully Submitted,

*/s/Allison L. Romelfanger*
Allison L. Romelfanger
On behalf of Defendant Lt. Dakuras

Allison Romelfanger, Assistant Corporation Counsel Supervisor
Nicholas Perrone, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 400
Chicago, Illinois 60602
(312) 744-5890
***Attorneys for Defendant Dakuras***


*/s/Marion Moore*
Marion Moore
On behalf of Defendant City of Chicago

Mitchell Paglia
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 400
Chicago, Illinois 60602
(312) 744-5170
***Attorneys for Defendant City of Chicago***

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing motion with the Northern District of Illinois ECF System on this 5th day of July, 2022, thereby serving a copy on all counsel of record.

>*/s/ Allison L. Romelfanger*
>Allison L. Romelfanger
>Assistant Corporation Counsel Supervisor