

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date:　　　　　　　　　　　　　　　　　　Case Number:

Case Title:　　　　　　　　　　　　　　　　Judge:

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party:

Exhibit is linked to entry:

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

　　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Rev. 1/8/2021