### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JEANETTE BASS, ) | |
| ) | Case No. 19 CV 7557 |
| Plaintiff, ) | |
| v. ) | Judge John Kness |
| ) | |
| SGT. ANDREW DAKURAS, ) | |
| individually, and THE CITY OF ) | |
| CHICAGO, a Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Attorney Allison L. Romelfanger respectfully moves to withdraw her appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned filed an appearance on behalf of defendant Andrew Dakuras in this matter.

2. The undersigned has accepted new employment and will no longer be working for the City of Chicago Department of Law as of September 9, 2022.

3. Additional attorneys currently represent the aforementioned defendants and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the defendants nor cause any undue delay in this proceeding.

4. On September 8, 2022, the undersigned spoke to attorney for plaintiff, Gregory Kulis, about the relief sought in this motion. Mr. Kulis indicated he did not object to the undersigned's motion.

**WHEREFORE** the undersigned respectfully requests this Honorable Court grant this motion.

Respectfully submitted,

*/s/ Allison L. Romelfanger*
Allison L. Romelfanger
Assistant Corporation Counsel Supervisor

City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602

1

Allison.romelfanger@cityofchicago.org
Attorney No. 6310033

2