UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jeanette Bass
                    Plaintiff,

v.                                             Case No.: 1:19−cv−07557
                                                  Honorable John F. Kness

Sgt. A. Dakuras, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable John F. Kness: In view of the parties' motions [112][115] for summary judgment, which remain under advisement, the motion hearing set for 12/8/2022 is stricken and reset to 2/27/2023 at 09:30 AM. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. Members of the public and media may listen to these proceedings by using the number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.