# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jeanette Bass,

Plaintiff(s),

v.

Sgt. A. Dakuras and The City of Chicago,

Defendant(s).

Case No.  19 C 7557
Judge Lindsay  C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Sgt. A. Dakuras and The City of Chicago.
and against plaintiff(s) Jeanette Bass.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion.


Date:  8/29/2023                              Thomas G. Bruton, Clerk of Court

                                              Analeah Charles, Deputy Clerk